# NOTICE OF APPEAL

********************

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NEW YORK

_____X

ANAND DASRATH

        Plaintiff(s),                      **NOTICE OF APPEAL**

  -against-                                Docket NO: 07-CV-2433

ROSS UNIVERSITY SCHOOL OF MEDICINE,

        Defendant(s).

_____X

    Notice is hereby given that, Plaintiff, ANAND DASRATH hereby appeals to the United States Court of Appeals for the Second Circuit from the decision of Honorable Carol Bagely Amon dated May 26, 2011 denying Plaintiffs Motion for Summary Judgment for a claim for Breach of Contract against the Defendants, ROSS UNIVERSITY SCHOOL OF MEDICINE and entered in this action on the **26th** day of **May, 2011.**

                                                      _____
                                                      **COSTELLO & COSTELLO, P.C.**
                                                      **BY: JOSEPH R. COSTELLO, ESQ.**
                                                      Attorney for Plaintiff
                                                      5919 20th Avenue
                                                      Brooklyn, New York 11204
                                                      (718) 331-4600
                                                      File no: 6970

Dated:  Brooklyn, New York
            June 21, 2011

Case: 1:07-cv-02433-CBA-RER   As of: 06/22/2011 12:49 PM EDT   1 of 12
Case 11-2531, Document 1-1, 06/22/2011, 322390, Page2 of 13

APPEAL

# U.S. District Court
## Eastern District of New York (Brooklyn)
### CIVIL DOCKET FOR CASE #: 1:07−cv−02433−CBA −RER
*Internal Use Only*

| | |
|---|---|
| Dasrath v. Ross University School of Medicine | Date Filed: 06/15/2007 |
| Assigned to: Judge Carol Bagley Amon | Date Terminated: 05/26/2011 |
| Referred to: Magistrate Judge Ramon E. Reyes, Jr | Jury Demand: Plaintiff |
| Cause: 42:2000 Job Discrimination (Age) | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Movant**

**Bradley M Zelenitz**     represented by     **Bradley M. Zelenitz**
Gildin, Zelenitz &Shapiro, P.C.
138−44 Queens Boulevard
2nd Floor
Jamaica, NY 11435
718−523−1111
Fax: 718−725−9606
Email: bzelenitz@gzslaw.com
*TERMINATED: 05/05/2008*
*ATTORNEY TO BE NOTICED*

**Movant**

**Albert Adam Breud, II**

**Plaintiff**

**Anand Dasrath**     represented by     **Joseph Richard Costello**
Joseph G. Costello
5919 20th Avenue
Brooklyn, NY 11204
718−331−4600
Fax: 718−331−2400
Email: jrc@costellocostello.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Albert Adam Breud , II**
Law Offices of Albert Adam Breud, P.L.L.C.
356 Veterans Memorial Highway
Suite 8n
Commack, NY 11725
(631)543−3030
Fax: (631)543−2888
Email: breudlaw@optonline.net
*TERMINATED: 04/30/2009*

**Bradley M. Zelenitz**
(See above for address)
*TERMINATED: 05/05/2008*

**Salvatore D. Compoccia**
Salvatore D. Compoccia, Esq.
153 New Dorp Lane
Staten Island, NY 10306
718−668−9799
Fax: 718−668−9796
Email: compoccias@aol.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Ross University School of Medicine** | represented by | **Candice Brook Ratner**<br>L'Abbate, Balkan, Colavita &Contini LLP<br>1001 Franklin Avenue, 3rd Fl.<br>Garden City,, NY 11530<br>*TERMINATED: 06/22/2009*<br>*ATTORNEY TO BE NOTICED* |
| | | **Cynthia Ann Augello**<br>Cullen and Dykman LLP<br>100 Quentin Roosevelt Boulevard<br>Garden City, NY 11530<br>516–357–3753<br>Fax: 516–357–3792<br>Email: caugello@cullenanddykman.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Jennifer A. McLaughlin**<br>Cullen and Dykman Bleakley Platt, LLP<br>100 Quentin Roosevelt Boulevard<br>Garden City, NY 11530<br>516–357–3713<br>Fax: 516–296–9155<br>Email: jmclaughlin@cullenanddykman.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Justin F. Capuano**<br>CULLEN AND DYKMAN, LLP<br>100 Quentin Roosevelt Boulevard<br>Garden City, NY 11530<br>516–357–3708<br>Fax: 516–296–9155<br>Email: jcapuano@cullenanddykman.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/15/2007 | 1 | COMPLAINT against Ross University School of Medicine $ 350, filed by Anand Dasrath. (Attachments: # 1 Civil Cover Sheet) (Bowens, Priscilla) (Entered: 06/19/2007) |
| 06/15/2007 | | Summons Issued as to Ross University School of Medicine. (Bowens, Priscilla) (Entered: 06/19/2007) |
| 07/26/2007 | 2 | SCHEDULING ORDER:Initial Conference set for 10/3/2007 @12:00 PM in Courtroom A, North Wing before Magistrate–Judge Ramon E. Reyes Jr. (see attached order).Ordered by Judge Ramon E. Reyes Jr. on 7/26/07. (Vertus, Miriam) (Entered: 07/26/2007) |
| 09/04/2007 | 3 | Letter by Ross University School of Medicine (Lieberman, Candice) (Entered: 09/04/2007) |
| 09/11/2007 | 4 | NOTICE OF PREMOTION CONFERENCE: Pre Motion CONFERENCE IS SCHEDULED for 10/4/2007 at 11:00 AM in 10D South before Judge Carol B. Amon. (Liberatore, Marie) (Entered: 09/11/2007) |
| 09/27/2007 | 5 | ORDER re 2 Scheduling Order: The initial conference currently scheduled for October 3, 2007 @ 12:00 PM before Magistrate Judge Ramon E. Reyes, Jr., HAS BEEN ADJOURNED SINE DIE. In lieu of the initial conference, the parties are directed to adhere to the requirements of Rules 26(f) and 16(b) of the Federal Rules of Civil Procedure and meet to discuss the matters specified in those Rules within ten (10) business days of the date of this order. The parties are further directed to |

| | | |
|---|---|---|
| | | file via ECF a complete scheduling order (see doc. # [2 ]) within five (5) business days of the meeting described in the preceding sentence. If the parties are unable to agree on the dates for the completion of the various stages of discovery, they must nevertheless submit a joint status report describing their disputes and the court will fashion an appropriate scheduling order based on the parties respective positions. If the parties jointly desire that this case be referred to the court–annexed mediation or arbitration programs, they must submit a request to do so within ten (10) business days. Ordered by Judge Ramon E. Reyes Jr. on 9/27/07. (Vertus, Miriam) (Entered: 09/27/2007) |
| 10/04/2007 | | Minute Entry: Pre Motion Conference held on 10/4/2007 before Judge Amon.Defendant's motion to dismiss will be served on 11/2/2007; Opposition due 11/30/2007; Reply due 12/7/2007. Oral argument will be heard on December 20, 2007 at 2:00 PM. (Court Reporter Lisa Schmid.) (Liberatore, Marie) (Entered: 10/04/2007) |
| 10/18/2007 | 6 | Proposed Scheduling Order by Ross University School of Medicine (Lieberman, Candice) (Entered: 10/18/2007) |
| 10/19/2007 | 7 | SCHEDULING ORDER: **Final Pretrial Conference set for 5/2/2008 at 10:00 AM before Magistrate–Judge Ramon E. Reyes Jr.., Status Conference set for 3/28/2008 at 10:00 AM before Magistrate–Judge Ramon E. Reyes Jr.., Telephone Conference set for 2/28/2008 at 11:00 AM before Magistrate–Judge Ramon E. Reyes Jr. All discovery to be completed by 4/30/08 (see order for details)..** Ordered by Judge Ramon E. Reyes Jr. on 10/19/07. (Vertus, Miriam) (Entered: 10/19/2007) |
| 10/29/2007 | 8 | Letter by Ross University School of Medicine (Attachments: # 1 Revised Scheduling Order) (Lieberman, Candice) (Entered: 10/29/2007) |
| 10/31/2007 | | ORDER: re 8 Letter filed on behalf of Defendant Ross University School of Medicine requesting an adjournment of the current briefing schedule for their motion to dismiss. APPLICATION GRANTED. Attached revised scheduling order approved. Oral argument is set for February 1, 2008 at 11:00 AM. So Ordered by Judge Carol B. Amon on 10/30/2007. (Liberatore, Marie) (Entered: 10/31/2007) |
| 11/30/2007 | 9 | Letter *to Bradley Zelenitz enclosing notice of motion and memorandum of law* by Ross University School of Medicine (McLaughlin, Jennifer) (Entered: 11/30/2007) |
| 12/18/2007 | 10 | Letter by Bradley M Zelenitz (Zelenitz, Bradley) (Entered: 12/18/2007) |
| 12/19/2007 | 11 | ENDORSED ORDER re 10 Letter filed by Bradley M Zelenitz: Application to file motion GRANTED. Ordered by Judge Carol B. Amon on 12/19/2007. (Abdallah, Fida) (Entered: 12/19/2007) |
| 12/26/2007 | 12 | MOTION for Order to Show Cause *to withdraw as cousel* by Bradley M Zelenitz. (Zelenitz, Bradley) (Entered: 12/26/2007) |
| 12/27/2007 | | MOTION REFERRED: re 12 MOTION for an Order to Show Cause permitting the Law Office of Gildin, Zelenitz &Shapiro to withdraw as counsel for plaintiff, etc. is referred to Magistrate Ramon E. Reyes, Jr. to decide. (Liberatore, Marie) (Entered: 12/27/2007) |
| 12/31/2007 | 13 | NOTICE of Appearance by Candice Brook Lieberman on behalf of Ross University School of Medicine (aty to be noticed) (Lieberman, Candice) (Entered: 12/31/2007) |
| 01/03/2008 | 14 | ORDER TO SHOW CAUSE: Show Cause Hearing set for 1/9/2008 at 2:30 PM in Courtroom A, North Wing located on the second floor before Magistrate Judge Ramon E. Reyes Jr..It is hereby Ordered that Anand Dasrath,plaintiff and counsel including defendant's counsel must appear in–person at the scheduled hearing. So Ordered by Magistrate Judge Ramon E. Reyes, Jr on 1/3/2008. (Vertus, Miriam) (Entered: 01/03/2008) |
| 01/07/2008 | 15 | RESPONSE to Motion re 12 MOTION for Order to Show Cause *to withdraw as cousel* filed by Ross University School of Medicine. (McLaughlin, Jennifer) (Entered: 01/07/2008) |

| | | |
|---|---|---|
| 01/09/2008 | | Minute Entry for proceedings held before Magistrate Judge Ramon E. Reyes, Jr:Show Cause Hearing held on 1/9/2008. Appearances: Bradley M. Zelenitz, Esq. for plaintiff w/ client Anand Dasrath, Jennifer A. McLaughlin, Esq. for defendant. Discussions held. Joint Status Report due by January 18, 2008, parties to indicate whether this case has settled. If a settlement is not reached Mr. Dasrath has until February 15, 2008 to seek new counsel and file a reply of opposition. (Tape #2:33:19–3:26:27.) (Vertus, Miriam) (Entered: 01/09/2008) |
| 01/18/2008 | 16 | Letter MOTION for Extension of Time to File *joint status report* by Ross University School of Medicine. (McLaughlin, Jennifer) (Entered: 01/18/2008) |
| 01/18/2008 | | ORDER granting 16 Motion for Extension of Time to File. Parties are to file a further joint status report by 2/1/2008 advising the Court whether the case has settled. If case has not settled, Mr. Dasrath has until 2/29/2008 to seek new counsel and file a reply of opposition. Ordered by Magistrate Judge Ramon E. Reyes, Jr. on 1/18/2008. (Warshaw, Aaron) (Entered: 01/18/2008) |
| 02/01/2008 | 17 | STATUS REPORT *to Magistrate Judge Reyes* by Ross University School of Medicine (McLaughlin, Jennifer) (Entered: 02/01/2008) |
| 02/01/2008 | 18 | STATUS REPORT ORDER: Further Status Report due by 2/15/2008. If, case is not settled by then plaintiff must retain new counsel and respond to motion to dismiss by 3/14/2008. Ordered by Magistrate Judge Ramon E. Reyes, Jr on 2/1/2008. (Vertus, Miriam) (Entered: 02/01/2008) |
| 02/01/2008 | 19 | Letter MOTION for Extension of Time to File *joint status report* by Ross University School of Medicine. (McLaughlin, Jennifer) (Entered: 02/01/2008) |
| 02/01/2008 | | ORDER granting 19 Motion for Extension of Time to File. (SEE STATUS REPORT ORDER ENTRY DATED 2/1/2008). Ordered by Magistrate Judge Ramon E. Reyes, Jr on 2/1/2008. (Vertus, Miriam) (Entered: 02/01/2008) |
| 02/15/2008 | 20 | Letter *Motion for Extension of Time to File joint status report* by Ross University School of Medicine (McLaughlin, Jennifer) Modified on 2/19/2008 (Vertus, Miriam). (Entered: 02/15/2008) |
| 02/19/2008 | | ORDER granting 20 Letter Motion for Extension of Time to File joint status report from 2/15/2008 until March 7, 2008. If the case is not settled, plaintiff will have until March 28, 2008 to retain new counsel and respond to Defendant's motion to dismiss. Ordered by Magistrate Judge Ramon E. Reyes, Jr on 2/15/2008. (Vertus, Miriam) (Entered: 02/19/2008) |
| 02/26/2008 | | (Court only) ***Deadlines terminated. Telephone Conference set for 2/28/2008 at 11:00 AM has been adjourned sine die. (Vertus, Miriam) (Entered: 02/26/2008) |
| 02/26/2008 | | ORDER re Telephone Conference set for 2/28/2008 at 11:00 AM has been adjourned sine die. Ordered by Magistrate Judge Ramon E. Reyes, Jr on 2/26/2008. (Vertus, Miriam) (Entered: 02/26/2008) |
| 02/28/2008 | 21 | Letter Motion for a Settlement Conference and Request for an Extension of Time for Plaintiff to respond to said motion to dismiss by Anand Dasrath (Zelenitz, Bradley) Modified on 2/28/2008 (Vertus, Miriam). (Entered: 02/28/2008) |
| 02/28/2008 | | ORDER granting 21 Letter Motion for a Settlement Conference and Request for an Extension of Time for Plaintiff to respond to said motion to dismiss. Ordered by Magistrate Judge Ramon E. Reyes, Jr on 2/28/2008. (Vertus, Miriam) (Entered: 02/28/2008) |
| 02/28/2008 | | SCHEDULING ORDER:Settlement Conference set for 3/21/2008 at 11:00 AM in Courtroom A, North Wing before Magistrate Judge Ramon E. Reyes Jr. Ordered by Magistrate Judge Ramon E. Reyes, Jr on 2/28/2008. (Vertus, Miriam) (Entered: 02/28/2008) |
| 03/14/2008 | 22 | Letter MOTION to Adjourn Conference *scheduled for March 21, 2008* by Ross University School of Medicine. (McLaughlin, Jennifer) (Entered: 03/14/2008) |
| 03/14/2008 | | ORDER granting 22 Letter MOTION to Adjourn Settlement Conference by Ross University School of Medicine. Settlement Conference is adjourned to 3/26/2008 at 12:00 PM. Ordered by Magistrate Judge Ramon E. Reyes, Jr. on 3/12/2008. |

| | | |
|---|---|---|
| | | (Rivera, Marta) (Entered: 03/14/2008) |
| 03/26/2008 | | (Court only) ***Deadlines terminated. The Status Conference set for 3/28/2008 at 10:00 AM is adjourned sine die. (Vertus, Miriam) (Entered: 03/26/2008) |
| 03/26/2008 | | Minute Order. for proceedings held before Magistrate Judge Ramon E. Reyes, Jr:granting 12 Motion for Order to Show Cause; Settlement Conference held on 3/26/2008. Appearances: Bradley M. Zelenitz counsel for plaintiff, Candice Brook Lieberman counsel for defendant. Discussions held. By 4/2/2008 Ms. Lieberman is to contact Mr. Zelenitz and indicate whether the settlement demand was accepted by Ross University. If, not accepted;Opposition due by 5/9/2008, Deft's motion to dismiss to be filed fully brief on 5/16/2008, Reply due 5/16/2008. (Vertus, Miriam) (Entered: 03/26/2008) |
| 04/28/2008 | 23 | Letter *Status* by Ross University School of Medicine (McLaughlin, Jennifer) (Entered: 04/28/2008) |
| 04/29/2008 | | ORDER re 23 Letter filed by Ross University School of Medicine. In light of the parties' inability to settle the matter, plaintiff shall have until May 9, 2008 to retain new counsel and respond to the motion to dismiss. Defendant shall have until May 16, 2008 to submit a reply and file the motion electronically. No further proceedings before magistrate judge Reyes will be scheduled absent an order from the assigned district judge. defendant's counsel is instructed to notify plaintiff of this order in writing and by telephone. Ordered by Magistrate Judge Ramon E. Reyes, Jr on 4/29/08. (Reyes, Ramon) (Entered: 04/29/2008) |
| 04/30/2008 | | (Court only) ***Deadlines terminated. Final Pretrial Conference set for 5/2/2008 at 10:00 AM is adjourned sine die. (Vertus, Miriam) (Entered: 04/30/2008) |
| 05/02/2008 | 24 | Letter *Status* by Ross University School of Medicine (Lieberman, Candice) (Entered: 05/02/2008) |
| 05/05/2008 | | Attorney Bradley M. Zelenitz terminated. As per my conversation with plaintiff Anand Dasrath, Mr. Zelenitz no longer represents him. Mr. Dasrath was also aware of the 5/9/2008 deadline for him to retain new counsel and respond to the motion to dismiss. Ordered by Magistrate Judge Ramon E. Reyes, Jr on 5/5/2008. (Vertus, Miriam) (Entered: 05/05/2008) |
| 05/09/2008 | 25 | MOTION for Extension of Time to File Response/Reply *to Defendant's Motion to Dismiss; filed* by Anand Dasrath, dated 5/7/2008. (Latka−Mucha, Wieslawa) (Entered: 05/09/2008) |
| 05/09/2008 | | ORDER endorsed on doc.# 25 : Application granted. Response due 5/22/08 − Reply due 5/30/08. So Ordered. (Ordered by Judge Carol B. Amon, on 5/9/2008) C/mailed by Chambers. (Latka−Mucha, Wieslawa) (Entered: 05/09/2008) |
| 05/15/2008 | 26 | NOTICE of Appearance by Albert Adam Breud on behalf of Anand Dasrath (aty to be noticed) (Breud, Albert) (Entered: 05/15/2008) |
| 05/20/2008 | 27 | Letter MOTION to Stay *proceedings* by Anand Dasrath. (Breud, Albert) (Entered: 05/20/2008) |
| 05/22/2008 | 28 | NOTICE OF TELEPHONE CONFERENCE: A telephone conference will be held in the above−captioned case on MAY 29, 2008 at 10:30am before Judge Amon. Plaintiff's counsel Albert Breud, II is directed to coordinate the conference call to chambers (718)−613−2410. (Liberatore, Marie) (Entered: 05/22/2008) |
| 05/22/2008 | 29 | MEMORANDUM in Opposition *and Exhibits 2 and 3, Exhibit 1 to be mailed with courtesy copy* filed by Anand Dasrath. (Attachments: # 1 Exhibit, # 2 Exhibit) (Breud, Albert) (Entered: 05/22/2008) |
| 05/22/2008 | 30 | Letter MOTION to Adjourn Conference *scheduled for May 29, 2008* by Anand Dasrath. (Breud, Albert) (Entered: 05/22/2008) |
| 05/23/2008 | 31 | Letter MOTION to Adjourn Conference *via telephone* by Ross University School of Medicine. (McLaughlin, Jennifer) (Entered: 05/23/2008) |
| 05/23/2008 | | Motions terminated, docketed incorrectly: 27 Letter MOTION to Stay *proceedings* filed by Anand Dasrath. Terminated as per Chambers. This is not a motion; it is a |

| | | |
|---|---|---|
| | | letter requesting a pre−motion conference. (Abdallah, Fida) (Entered: 05/23/2008) |
| 05/23/2008 | 32 | ORDER: Pltff's request to file a motion to stay this action, and any subsequent motion to stay, are hereby referred to Magistrate Judge Reyes for disposition. Dft's motion to dismiss is referred to Magistrate Judge Reyes for a report and recommendation. In light of these referrals, the teleconference currently scheduled for May 29, 2008 is canceled. Ordered by Judge Carol B. Amon on 5/23/2008. (Abdallah, Fida) (Entered: 05/23/2008) |
| 05/27/2008 | 33 | Letter *response to plaintiff's letter requesting a pre−motion conference* by Ross University School of Medicine (McLaughlin, Jennifer) (Entered: 05/27/2008) |
| 05/28/2008 | | ORDER TO ANSWER re 33 Letter filed by Ross University School of Medicine. Plaintiff Anand Dasrath is ordered to file a reply, if any, by 6/6/2008. Ordered by Magistrate Judge Ramon E. Reyes, Jr. on 5/28/2008. (Warshaw, Aaron) (Entered: 05/28/2008) |
| 05/28/2008 | 34 | Letter MOTION for Extension of Time to File Response/Reply *to June 13, 2008* by Ross University School of Medicine. (McLaughlin, Jennifer) (Entered: 05/28/2008) |
| 05/28/2008 | | ORDER granting 34 Motion for Extension of Time to File Reply. Defendant's reply is due by 6/13/2008. Ordered by Magistrate Judge Ramon E. Reyes, Jr. on 5/28/2008. (Warshaw, Aaron) (Entered: 05/28/2008) |
| 06/06/2008 | 35 | REPLY in Support *of motion for a stay* filed by Anand Dasrath. (Breud, Albert) (Entered: 06/06/2008) |
| 06/13/2008 | 36 | Fully Briefed MOTION to Dismiss *Pursuant to Rules 12(b)(1) and (6)* by Ross University School of Medicine. Responses due by 6/13/2008 (Attachments: # 1 Affidavit of Service Notice of Motion to Dismiss, # 2 Memorandum in Support Motion to Dismiss, # 3 Affidavit of Service Memo of Law on Motion to Dismiss, # 4 Memorandum in Opposition Motion to Dismiss and Exhibits, # 5 Affidavit in Support Reply to Motion to Dismiss, # 6 Exhibit Exhibit A to Perri Affidavit, # 7 Affidavit of Service Perri Affidavit and Exhibit, # 8 Memorandum in Support Reply Memorandum of Law, # 9 Affidavit of Service Reply Memorandum of Law) (McLaughlin, Jennifer) (Entered: 06/13/2008) |
| 06/13/2008 | 37 | Letter *enclosing hard copies of fully briefed motion* by Ross University School of Medicine (McLaughlin, Jennifer) (Entered: 06/13/2008) |
| 06/16/2008 | | MOTION REFERRED: Re 36 Defendant's Motion to Dismiss is referred to Magistrate Judge Reyes for a report and recommendation. (Liberatore, Marie) (Entered: 06/16/2008) |
| 06/19/2008 | 38 | Letter MOTION to Dismiss by Ross University School of Medicine. Responses due by 6/13/2008 (Attachments: # 1 Affidavit of Nancy A. Perri) (McLaughlin, Jennifer) (Entered: 06/19/2008) |
| 06/20/2008 | | Motions terminated, docketed incorrectly: 38 Letter MOTION to Dismiss filed by Ross University School of Medicine. This is a letter regarding motion #36. (Clarke, Melonie) (Entered: 06/20/2008) |
| 07/25/2008 | 39 | NOTICE of Appearance by Justin F. Capuano on behalf of Ross University School of Medicine (aty to be noticed) (Capuano, Justin) (Entered: 07/25/2008) |
| 08/06/2008 | 40 | REPORT AND RECOMMENDATIONS re 27 Motion to Stay and 36 Motions to Dismiss. Objections to RRdue by 8/20/2008. Ordered by Magistrate Judge Ramon E. Reyes, Jr. on 8/6/2008. (Warshaw, Aaron) (Entered: 08/06/2008) |
| 08/19/2008 | 41 | Letter *Objections to Report and Recommendation* by Anand Dasrath (Attachments: # 1 Exhibit, # 2 Exhibit) (Breud, Albert) (Entered: 08/19/2008) |
| 08/28/2008 | 42 | MEMORANDUM in Opposition *to Plaintiff's Objection to Magistrate Judge Reyes' August 6, 2008 Report and Recommendations* filed by Ross University School of Medicine. (Attachments: # 1 Affidavit of Service of Memorandum of Law) (Capuano, Justin) (Entered: 08/28/2008) |
| 08/28/2008 | 43 | AFFIDAVIT/DECLARATION in Opposition re 40 REPORT AND RECOMMENDATIONS filed by Ross University School of Medicine. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit A, # 2 Affidavit of Service) (Capuano, Justin) (Entered: 08/28/2008) |
| 03/27/2009 | 44 | Letter MOTION to Withdraw as Attorney by Anand Dasrath. (Breud, Albert) (Entered: 03/27/2009) |
| 03/31/2009 | 45 | ORDER adopting in part 40 Report and Recommendations as to 36 Motion to Dismiss and 27 Motion to Stay. For the reasons set forth in the accompanying Memorandum and Order, the motion to dismiss the ADA claim for lack of subject matter jurisdiction is granted without prejudice to refiling after compliance with the ADAs notice and administrative exhaustion requirements. The motion to dismiss as to the contract, fraud and New York Human Rights Law claims is granted. Plaintiffs request to stay the proceedings is denied. The RRis modified to provide plaintiff leave to file an amended complaint as to all claims within 30 days of the date of this Order. So Ordered by Judge Carol B. Amon on 3/31/2009. (Amon, Carol). C/m to Plaintiff Dasrath by Chambers. (Entered: 03/31/2009) |
| 04/08/2009 | 46 | CERTIFICATE of Counsel re 44 Letter MOTION to Withdraw as Attorney *for Plaintiff* by Albert Adam Breud, II on behalf of Anand Dasrath (Breud, Albert) (Entered: 04/08/2009) |
| 04/14/2009 | 47 | NOTICE advising that "Mr. Albert Breud was paid in full for services rendered so far," that the undersigned "does not have a replacement lawyer [...] and seeks to keep Mr. Breud as the lawyer in the above case," etc. W/Attachments: # 1 Appendix. (Latka−Mucha, Wieslawa) (Entered: 04/17/2009) |
| 04/21/2009 | 48 | REPLY in Support re 44 Letter MOTION to Withdraw as Attorney filed by Albert Adam Breud, II. (Attachments: # 1 Certificate of Service) (Breud, Albert) (Entered: 04/21/2009) |
| 04/24/2009 | 49 | NOTICE OF ORAL ARGUMENT: re 44 Oral argument is hereby scheduled in the above−captioned case for Thursday, April 30, 2009 at 2:30 pm before Judge Amon on the Motion to be relieved as counsel of record for Plaintiff Anand Dasrath in Courtroom 10 D, U.S. District Court, 225 Cadman Plaza East, Brooklyn, New York 11201. (copy mailed to Plaintiff Anand Dasrath). (Liberatore, Marie) (Entered: 04/24/2009) |
| 04/27/2009 | 50 | Letter *regarding motion filed by plaintiff's counsel seeking to be relieved* by Ross University School of Medicine (McLaughlin, Jennifer) (Entered: 04/27/2009) |
| 04/30/2009 | | Minute Order: Oral argument held re 44 Motion to Withdraw as Attorney before Judge Amon on 4/30/2009. Appearances: For Plaintiff – Allbert Adam Breud, III and Plaintiff Anand Dasrath. For Defendant – Justin F. Capuano. Judge Amon ordered that counsel for plaintiff is relieved. As status conference will be held in this case on Wednesday, May 6, 2009 at 2:00pm in Courtroom 10 D. Plaintiff is directed to inform his new counsel of the status conference and to request that he or she file a notice of appearance in advance of it. (Court Reporter Holly Driscoll.) (Liberatore, Marie) (Entered: 04/30/2009) |
| 05/06/2009 | | Minute Entry: Status Conference held on 5/6/2009 before Judge Amon. Appearances: For Plaintiff – Joseph R. Costello (Costello &Costello, P.C.) and Plaintiff Anand Dasrath. For Defendant – Justin F. Capuano. Plaintiff's time to file an amended complaint is extended to June 17, 2009. Any motions to be made by defendant must be made by July 22, 2009. Plaintiff's response is due August 19, 2009. Any reply by defendant is due August 28, 2009. (Court Reporter Anthony Frisolone.) (Liberatore, Marie) (Entered: 05/06/2009) |
| 05/06/2009 | 51 | NOTICE of Appearance by Joseph Richard Costello on behalf of Anand Dasrath (aty to be noticed). (Abdallah, Fida) (Entered: 05/07/2009) |
| 05/08/2009 | 52 | NOTICE of Appearance by Salvatore D. Compoccia on behalf of Anand Dasrath (aty to be noticed) (Compoccia, Salvatore) (Entered: 05/08/2009) |
| 06/17/2009 | 53 | Letter MOTION for Extension of Time to File *Amended Complaint* by Anand Dasrath. (Attachments: # 1 Correspondence) (Compoccia, Salvatore) (Entered: 06/17/2009) |

| | | |
|---|---|---|
| 06/17/2009 | 54 | RESPONSE to Motion re 53 Letter MOTION for Extension of Time to File *Amended Complaint* filed by Ross University School of Medicine. (Capuano, Justin) (Entered: 06/17/2009) |
| 06/17/2009 | 55 | AMENDED COMPLAINT *Anand Dasrath* against Ross University School of Medicine, filed by Anand Dasrath. (Compoccia, Salvatore) (Entered: 06/17/2009) |
| 06/18/2009 | 56 | AMENDED COMPLAINT *Anand Dasrath* against Ross University School of Medicine, filed by Anand Dasrath. (Attachments: # 1 Corrected Amended Complaint, # 2 Cover Letter) (Compoccia, Salvatore) (Entered: 06/18/2009) |
| 06/19/2009 | | ORDER: re 53 Plaintiff's motion for an extension of time from June 17, 2009 to June 24, 2009 to file his amended complaint. Application is moot in light of the timely filing of the amended complaint. So Ordered by Judge Carol B. Amon on 6/18/2009. (Liberatore, Marie) (Entered: 06/19/2009) |
| 06/19/2009 | | ORDER: re 56 CORRECTED Amended Complaint filed by Anand Dasrath. Corrected amended complaint is accepted. So Ordered by Judge Carol B. Amon on 6/18/2009. (Liberatore, Marie) (Entered: 06/19/2009) |
| 06/22/2009 | | (Court only) *** Attorney Candice Brook Ratner terminated. (Marziliano, August) (Entered: 06/22/2009) |
| 06/24/2009 | | (Court only) ***Documents terminated: 53 Letter MOTION for Extension of Time to File *Amended Complaint* filed by Anand Dasrath. See Order dated 6/19/2009. (Abdallah, Fida) (Entered: 06/24/2009) |
| 07/22/2009 | 57 | Letter *enclosing service copy of motion to dismiss to adversary* by Ross University School of Medicine (McLaughlin, Jennifer) (Entered: 07/22/2009) |
| 08/18/2009 | 58 | MOTION for Extension of Time to File Response/Reply *Plaintiff* by Anand Dasrath, Ross University School of Medicine. (Costello, Joseph) (Entered: 08/18/2009) |
| 08/25/2009 | 59 | ORDER granting 58 Motion for Extension of Time to File Response/Reply. Ordered by Judge Carol B. Amon on 8/20/2009. (Abdallah, Fida) (Entered: 08/25/2009) |
| 09/01/2009 | 60 | Second MOTION for Extension of Time to File Response/Reply *Response* by Anand Dasrath. (Costello, Joseph) (Entered: 09/01/2009) |
| 09/01/2009 | 61 | MOTION for Extension of Time to File Response/Reply *Response to Defendant Ross' Motion to Dismiss* by Anand Dasrath. (Costello, Joseph) (Entered: 09/01/2009) |
| 09/02/2009 | | ORDER: re 61 letter request on behalf of plaintiff requesting a short extension to file our opposition papers to the defendant's motion to dismiss with consent.APPLICATION GRANTED. Plaintiff's opposition to be filed by September 9, 2009. Defendant's reply to be filed by September 23, 2009. So Ordered by Judge Carol B. Amon on 9/2/2009. (Liberatore, Marie) (Entered: 09/02/2009) |
| 09/09/2009 | 62 | MOTION for Extension of Time to File Response/Reply *to motion to dismiss* by Anand Dasrath. (Costello, Joseph) (Entered: 09/09/2009) |
| 09/10/2009 | | ORDER: re 62 Motion on behalf of plaintiff with consent of defendant for an extension of time and a proposed new response schedule for the Court's approval.APPLICATION GRANTED. Plaintiff's opposition to be filed by 9/11/09; Defendant's reply to be filed by 9/28/09. So Ordered by Judge Carol B. Amon on 9/10/2009. (Liberatore, Marie) (Entered: 09/10/2009) |
| 09/11/2009 | 63 | MEMORANDUM in Opposition *to Defendant's Motion to Dismiss* filed by Anand Dasrath. (Attachments: # 1 Affidavit) (Costello, Joseph) (Entered: 09/11/2009) |
| 09/28/2009 | 64 | MOTION to Dismiss *Pursuant to 12(b)(1) and (6)* by Ross University School of Medicine. (Attachments: # 1 Affidavit Nancy Perri, # 2 Exhibit "A", # 3 Memorandum in Support, # 4 Memorandum in Support (Further Support), # 5 Letter to Hon. Carol Bagley Amon) (McLaughlin, Jennifer) (Entered: 09/28/2009) |

| | | |
|---|---|---|
| 04/07/2010 | 65 | NOTICE OF ORAL ARGUMENT: Oral argument is hereby scheduled on 64 Dft's Motion to Dismiss for 5/6/10, at 2:00 p.m. in Courtroom 10D. Ordered by Judge Carol B. Amon on 4/7/2010. (Abdallah, Fida) (Entered: 04/07/2010) |
| 05/07/2010 | 66 | Minute Entry for proceedings held before Judge Carol B. Amon: Motion Hearing held on 5/7/2010. Oral argument held on Dft's Motion to Dismiss the Amended Complaint. The 1st, 3rd, and 4th causes of action are dismissed. The Court orders the parties to proceed with discovery on Pltff's breach or contract claim only. Order to follow. (Court Reporter Lisa Schmid) (Abdallah, Fida) (Entered: 05/07/2010) |
| 05/07/2010 | 67 | ORDER: For the reasons set forth on the record, the Court grants Ross University's motion in part with respect to Dasrath's ADA, fraud and tortious interference with contractual relations claims. Dasrath shall be permitted to proceed only with his claim of breach of contract. The parties are directed to confer with the magistrate judge and commence discovery. Ordered by Judge Carol B. Amon on 5/6/2010. (Abdallah, Fida) (Entered: 05/07/2010) |
| 05/10/2010 | | SCHEDULING ORDER: In–person status conference set for 5/13/2010 at 10:00 a.m. in Courtroom 2E North. Ordered by Magistrate Judge Ramon E. Reyes, Jr. on 5/10/2010. (Rivera, Marta) (Entered: 05/10/2010) |
| 05/11/2010 | 68 | MOTION to Adjourn Conference by Anand Dasrath. (Compoccia, Salvatore) (Entered: 05/11/2010) |
| 05/12/2010 | | ORDER granting 68 Motion to Adjourn Conference. The 5/13/2010 Status Conference RESCHEDULED for 5/25/2010 at 2:00 p.m. in Courtroom 2E North. Ordered by Magistrate Judge Ramon E. Reyes, Jr. on 5/12/2010. (Rivera, Marta) (Entered: 05/12/2010) |
| 05/17/2010 | 69 | STIPULATION *Extending Time to Answer to and including May 28, 2010* by Ross University School of Medicine (Capuano, Justin) (Entered: 05/17/2010) |
| 05/18/2010 | | ORDER re 69 Stipulation. The time for defendant file an answer is hereby extended to 5/28/2010. Ordered by Magistrate Judge Ramon E. Reyes, Jr. on 5/18/2010. (Rivera, Marta) (Entered: 05/18/2010) |
| 05/18/2010 | | RESET HEARING: The 5/25/2010 Status Conference RESCHEDULED to 6/2/2010 at 10:00 a.m. in Courtroom 2E North before Magistrate Judge Ramon E. Reyes, Jr. (Rivera, Marta) (Entered: 05/18/2010) |
| 05/28/2010 | 70 | Corporate Disclosure Statement by Ross University School of Medicine (Attachments: # 1 Affidavit of Service) (McLaughlin, Jennifer) (Entered: 05/28/2010) |
| 05/28/2010 | 71 | ANSWER to 56 Amended Complaint by Ross University School of Medicine. (Attachments: # 1 Affidavit of Service) (McLaughlin, Jennifer) (Entered: 05/28/2010) |
| 05/28/2010 | 72 | First MOTION to Adjourn Conference *of June 2, 2010* by Anand Dasrath. (Costello, Joseph) (Entered: 05/28/2010) |
| 06/01/2010 | | ORDER granting 72 First MOTION to Adjourn Conference by by Anand Dasrath. The 6/2/2010 Status Conference is RESCHEDULED to 6/11/2010 at 2:00 PM in Courtroom 2E North. Plaintiff's counsel is directed to confirm that all defendants are aware of this adjournment. NO FURTHER EXTENSIONS WILL BE GRANTED. Ordered by Magistrate Judge Ramon E. Reyes, Jr. on 6/1/2010. (Rivera, Marta) (Entered: 06/01/2010) |
| 06/09/2010 | | Set/Reset TIME of Hearings:The Status Conference set for 6/11/2010 will be held at 11:45 AM in Courtroom 2E North before Magistrate Judge Ramon E. Reyes Jr. (Vertus, Miriam) (Entered: 06/09/2010) |
| 06/11/2010 | | Minute Entry for proceedings held before Magistrate Judge Ramon E. Reyes, Jr:Status Conference held on 6/11/2010.Joseph R. Costello,Esq w/plaintiff Anand Dasrath. For Defendant – Justin F. Capuano. Discussions held. Discovery will close on 10/29/2010., Final Pretrial Conference set for 11/4/2010 @10:00 AM before Magistrate Judge Ramon E. Reyes Jr., Status Conference set for 9/9/2010 @10:00 AM in Courtroom 2E North before Magistrate Judge Ramon E. Reyes Jr..) (Tape #11:46:30–11:56:28.) (Vertus, Miriam) (Entered: 06/14/2010) |

| | | |
|---|---|---|
| 07/15/2010 | 73 | ANSWER to Interrogatories by Anand Dasrath. (Costello, Joseph) (Entered: 07/15/2010) |
| 07/15/2010 | 74 | ANSWER to Interrogatories by Anand Dasrath. (Costello, Joseph) (Entered: 07/15/2010) |
| 07/15/2010 | 75 | ANSWER to Interrogatories by Anand Dasrath. (Costello, Joseph) (Entered: 07/15/2010) |
| 07/15/2010 | 76 | ANSWER to Interrogatories by Anand Dasrath. (Costello, Joseph) (Entered: 07/15/2010) |
| 07/15/2010 | 77 | RESPONSE to Discovery Request by Anand Dasrath. (Costello, Joseph) (Entered: 07/15/2010) |
| 09/02/2010 | 78 | Letter *requesting telephone conference on September 9, 2010* by Ross University School of Medicine (Capuano, Justin) (Entered: 09/02/2010) |
| 09/03/2010 | | ORDER re 78 Letter filed by Ross University School of Medicine. Request GRANTED. Defense counsel is allowed to attend the 9/9/2010 Status Conference at 10:00 a.m. via telephone. Plaintiff's counsel will appear in person. Ordered by Magistrate Judge Ramon E. Reyes, Jr., on 9/3/2010. (Rivera, Marta) (Entered: 09/03/2010) |
| 09/03/2010 | 79 | Letter *in response to defendant's letter* by Anand Dasrath (Costello, Joseph) (Entered: 09/03/2010) |
| 09/03/2010 | 80 | Letter *in response to Plaintiff's letter* by Ross University School of Medicine (Capuano, Justin) (Entered: 09/03/2010) |
| 09/08/2010 | 81 | NOTICE of Appearance by Cynthia Ann Augello on behalf of Ross University School of Medicine (aty to be noticed) (Augello, Cynthia) (Entered: 09/08/2010) |
| 09/09/2010 | | Minute Entry for proceedings held before Magistrate Judge Ramon E. Reyes, Jr:Status Conference held on 9/9/2010.Joseph R. Costello,Esq w/plaintiff Anand Dasrath. Cynthia Augello, Esq for defendant appearing by telephone. Discussions held. Defendants to produce requested documents by 9/17/10.Further proceedings pursuant to schedule. NO EXTENSIONS WILL BE PERMITTED.(Tape #10:05:56–10:13:32 cont. 10:14:10–10:14:34.) (Vertus, Miriam) (Entered: 09/09/2010) |
| 10/21/2010 | 82 | First MOTION to Adjourn Conference *Pre–Trial Conference of 11/4/2010* by Anand Dasrath. (Costello, Joseph) (Entered: 10/21/2010) |
| 10/22/2010 | | ORDER granting 82 Motion to Adjourn Conference 11/4/10 Final Pre–trial conference. Ordered by Magistrate Judge Ramon E. Reyes, Jr on 10/22/2010. (Vertus, Miriam) (Entered: 10/22/2010) |
| 10/22/2010 | | Set/Reset Hearings: Final Pretrial Conference set for 11/29/2010 at 10:00 AM before Magistrate Judge Ramon E. Reyes Jr. (Vertus, Miriam) (Entered: 10/22/2010) |
| 11/22/2010 | 83 | Letter *requesting pre–motion conference in anticipation of moving for summary judgment* by Ross University School of Medicine (McLaughlin, Jennifer) (Entered: 11/22/2010) |
| 11/25/2010 | 84 | RESPONSE to Discovery Request by Anand Dasrath. (Costello, Joseph) (Entered: 11/25/2010) |
| 11/29/2010 | 85 | NOTICE OF PREMOTION CONFERENCE BY TELEPHONE: A premotion conference will be held by telephone on January 10, 2011 at 11:30am before Judge Amon. Jennifer McLaughlin, Esq. is directed to coordinate the conference call to chambers (718) 613–2410. (Liberatore, Marie) (Entered: 11/29/2010) |
| 11/29/2010 | | Minute Entry for proceedings held before Magistrate Judge Ramon E. Reyes, Jr:Final Pretrial Conference held on 11/29/2010.Joseph Costello, Esq. for plaintiff, Jennifer A. McLaughlin, Esq. for defendant. Discussions held. Discovery is complete but for a few remaining documents to be produced by defendant. Plaintiff will respond to defendant's pre–motion letter 83 by 12/10/10. Settlement not possible. No further proceedings before Judge Reyes will be held unless requested |

| | | |
|---|---|---|
| | | by parties or Judge Amon. (Tape #10:58:04–11:12:28.) (Vertus, Miriam) (Entered: 11/29/2010) |
| 12/10/2010 | 86 | Letter *Request for Pre Motion Conference* by Anand Dasrath (Costello, Joseph) (Entered: 12/10/2010) |
| 12/17/2010 | 87 | Letter *in response to plaintiff's letter request for a pre−motion conference* by Ross University School of Medicine (McLaughlin, Jennifer) (Entered: 12/17/2010) |
| 01/06/2011 | 88 | Letter *in Response to Defendant's Letter of 12/17/2010* by Anand Dasrath (Costello, Joseph) (Entered: 01/06/2011) |
| 01/10/2011 | 89 | Minute Entry: Premotion conference held by telephone before Judge Amon on January 10, 2011. Defendant and Plaintiff to make cross−motions for summary judgment. Motions to be served by March 3, 2011.Responses to be served by March 31, 2011.Replies to be served by April 13, 2011.Oral argument will be held on April 21, 2011 at 2:00pm in Courtroom 10 D. (Court Reporter Sheldon Silverman.) (Liberatore, Marie) (Entered: 01/10/2011) |
| 03/03/2011 | 90 | Letter *attaching service copy of summary judgment motion* by Ross University School of Medicine (Capuano, Justin) (Entered: 03/03/2011) |
| 03/04/2011 | 91 | Letter *Advising of Motion* by Anand Dasrath (Costello, Joseph) (Entered: 03/03/2011) |
| 03/31/2011 | 92 | First MOTION for Extension of Time to File Response/Reply by Anand Dasrath. (Costello, Joseph) (Entered: 03/31/2011) |
| 03/31/2011 | 93 | Second MOTION for Extension of Time to File Response/Reply by Anand Dasrath. (Costello, Joseph) (Entered: 03/31/2011) |
| 03/31/2011 | | ORDER granting 92 , 93 : Responses due by 4/14/2011. Replies due by 4/28/2011. Oral argument scheduled for 5/17/2011 at 2:00 p.m. in Courtroom 10D.So Ordered by Judge Carol B. Amon on 3/31/2011. (Amon, Carol) (Entered: 03/31/2011) |
| 04/28/2011 | 94 | MOTION for Summary Judgment by Ross University School of Medicine. Responses due by 4/28/2011 (Attachments: # 1 Affidavit Fernandez, # 2 Affidavit McLaughlin, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K, # 14 Exhibit L, # 15 Exhibit M, # 16 Exhibit N, # 17 Exhibit O, # 18 Exhibit P, # 19 Affidavit Service, # 20 Memorandum in Support, # 21 Affidavit Service, # 22 Rule 56.1 Statement, # 23 Affidavit Service, # 24 Supplement Letter to Plaintiff's Counsel) (Capuano, Justin) (Entered: 04/28/2011) |
| 04/28/2011 | 95 | REPLY in Support re 94 MOTION for Summary Judgment filed by Ross University School of Medicine. (Attachments: # 1 Affidavit Service) (Capuano, Justin) (Entered: 04/28/2011) |
| 04/28/2011 | 96 | MEMORANDUM in Opposition *to Plaintiff's Motion for Summary Judgment* filed by Ross University School of Medicine. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2 [Part 1], # 3 Exhibit 2 [Part 2], # 4 Exhibit 2 [Part 3], # 5 Exhibit 2 [Part 4], # 6 Affidavit Service, # 7 Memorandum in Opposition, # 8 Affidavit Service) (Capuano, Justin) (Entered: 04/28/2011) |
| 04/28/2011 | 97 | Letter *regarding courtesy copy of summary judgment motion* by Ross University School of Medicine (Capuano, Justin) (Entered: 04/28/2011) |
| 04/28/2011 | 98 | First MOTION for Summary Judgment by Anand Dasrath. Responses due by 4/28/2011 (Attachments: # 1 Affidavit in Support, # 2 Affidavit in Support, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit) (Costello, Joseph) (Entered: 04/28/2011) |
| 04/28/2011 | 99 | First MOTION for Summary Judgment *Memorandum of Law in Support of Motion for Summary Judgment* by Anand Dasrath. Responses due by 4/28/2011 (Costello, Joseph) (Entered: 04/28/2011) |
| 04/28/2011 | 100 | AFFIDAVIT/DECLARATION in Opposition re 99 First MOTION for Summary Judgment *Memorandum of Law in Support of Motion for Summary Judgment* filed by Anand Dasrath. (Costello, Joseph) (Entered: 04/28/2011) |

| | | |
|---|---|---|
| 04/28/2011 | 101 | MEMORANDUM in Opposition re 98 First MOTION for Summary Judgment *and in further support of plaintiff's motion* filed by Anand Dasrath. (Costello, Joseph) (Entered: 04/28/2011) |
| 04/28/2011 | 102 | MEMORANDUM in Opposition re 99 First MOTION for Summary Judgment *Memorandum of Law in Support of Motion for Summary Judgment* filed by Anand Dasrath. (Costello, Joseph) (Entered: 04/28/2011) |
| 04/28/2011 | 103 | Letter *regarding copy of Motion for Summary Judgment* by Anand Dasrath (Costello, Joseph) (Entered: 04/28/2011) |
| 05/17/2011 | | Minute Entry: Oral argument held on motions for summary judgment before Chief Judge Amon on May 17, 2011. Appearances: For plaintiff – Joseph Costello. For Defendant – Jennifer McLaughlin. DECISION RESERVED. (Court Reporter Fred Guerino.) (Liberatore, Marie) (Entered: 05/17/2011) |
| 05/26/2011 | 104 | MEMORANDUM &ORDER granting 94 Motion for Summary Judgment: For the reasons stated, the defendant's motion for summary judgment is granted. The plaintiff's motion for summary judgment is denied. The Clerk of Court is directed to enter judgment accordingly and to close this case. So Ordered by Chief Judge Carol Bagley Amon on 5/26/2011. (Amon, Carol) (Entered: 05/26/2011) |
| 05/26/2011 | 105 | CLERK'S JUDGMENT directing that plaintiff take nothing of the defendant; thatthe defendant's motion for summary judgment is granted; and that the plaintiff's motion for summary judgment is denied. Ordered by Clerk of Court on 5/26/2011. c/m with appeal pkg (Fernandez, Erica) (Entered: 05/26/2011) |
| 06/22/2011 | 106 | NOTICE OF APPEAL by Anand Dasrath. Pltff appeals 104 Memo and Order and 105 Judgment. Service done electronically. (Costello, Joseph) Modified on 6/22/2011 (McGee, Mary Ann). (Entered: 06/22/2011) |
| 06/22/2011 | | NOTICE re 106 Notice of Appeal. Attorney Joseph Costello please remit payment of $455.00 for Notice of Appeal. (McGee, Mary Ann) (Entered: 06/22/2011) |
| 06/22/2011 | | Electronic Index to Record on Appeal sent to US Court of Appeals 106 Notice of Appeal. Please note: The documets in this case are online and may be downloaded. (McGee, Mary Ann) (Entered: 06/22/2011) |