UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ANAND DASRATH,

                          Plaintiff,

-against-

ROSS UNIVERSITY SCHOOL OF MEDICINE,

                          Defendant.
----------------------------------------------------------------X

JUDGMENT
07-CV-2433 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 26 2011 ★
BROOKLYN OFFICE

        A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on May 26, 2011, granting the defendant's motion for summary judgment; and denying the plaintiff's motion for summary judgment; it is

        ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the defendant's motion for summary judgment is granted; and that the plaintiff's motion for summary judgment is denied.

Dated: Brooklyn, New York
       May 26, 2011

                                                    s/RCH
                                        ROBERT C. HEINEMANN
                                        Clerk of Court