```
&%RP&%D1&%RPDUPLICATE

Court Name: Eastern District of New York
Division: 1
Receipt Number: 4653030744
Cashier ID: vklein
Transaction Date: 06/27/2011
Payer Name: ANAND DASRATH
--------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: ANAND DASRATH
 Case/Party: D-NYE-1-07-CV-002433-000
 Amount:       $455.00
--------------------------------
CHECK
 Check/Money Order Num: 1813
 Amt Tendered: $455.00
--------------------------------
Total Due:     $455.00
Total Tendered: $455.00
Change Amt:    $0.00
```