UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 8th day of July, two thousand and eleven,

_____

| | |
|---|---|
| Anand Dasrath, | **ORDER** |
| Plaintiff - Appellant, | Docket Number: 11-2531 |
| v. | |
| Ross University School of Medicine, | |
| Defendant - Appellee. | |

_____

A notice of appeal was filed on June 22, 2011. Appellant's Form C and D were due July 6, 2011. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective July 22, 2011 if the forms are not filed by that date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

