**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: Anand Dasrath v. Ross University School of Medicine      Docket No.: 11-2531

**Substitute, Additional, or Amicus Counsel's Contact Information** is as follows:

Name: Arnold E. DiJoseph, III

Firm: Arnold E. DiJoseph, PC

Address: 50 Broadway, Suite 1601, New York, New York 10004

Telephone: 212-344-7858      Fax: 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

E-mail: adandrp@aol.com, adijoseph@adjlaw.com

Appearance for: Plaintiff Anand Dasrath
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: Costello & Costello, PC )
(name/firm)

[ ] Substitute counsel (replacing other counsel: )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of : )
(party/designation)

**CERTIFICATION**

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on June 28, 2011      OR

[ ] I applied for admission on .

Signature of Counsel: 

Type or Print Name: Arnold E. DiJoseph, III