NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Dasrath v. Ross University School of Medicine     Docket No.: 07-cv-2433

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Jennifer A. McLaughlin

Firm: Cullen and Dykman LLP

Address: 100 Quentin Roosevelt Boulevard, Garden City, New York 11530

Telephone: 516-357-3713                    Fax: 516-296-9155

E-mail: JMcLaughlin@cullenanddykman.com

Appearance for: Ross University School of Medicine/Defendant-Appellee
                              (party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
                                              (name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
                                              (name/firm)

☐ Additional counsel (co-counsel with: _____ )
                                              (name/firm)

☐ Amicus (in support of : _____ )
                              (party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: _____

Type or Print Name: Jennifer A. McLaughlin