ADDENDUM "A"

(1)     This action arises out of a breach of contract dispute between Ross University School of Medicine (hereinafter "Ross") and Plaintiff-Appellant Anand Dasrath.  Plaintiff was enrolled at Ross University School of Medicine in May 2004.  Ross is a medical school located on the island of Dominica in the West Indies, with offices in the states of New Jersey and Florida.  Ross is an accredited institution by the United States Department of Education and receives various forms of Federal funding or financial assistance.

In the Spring of 2006, Plaintiff enrolled in and subsequently completed, the Advanced Introduction to Clinical Medicine ("AICM") course at Ross. Upon information and belief, AICM is a prerequisite course for eligibility to take the United States Medical Licensing Examination Step 1 ("USMLE 1").  The USMLE 1 is the first of several examinations that foreign medical school students pass in order to practice medicine in the United States.

In May of 2006 Plaintiff received his transcript, but with a "blank space" where his grade for the AICM course would have been.  Perplexed, Plaintiff made several inquiries regarding the omission of his grade and later formal demands for his AICM grade.  He requested of the school that he be furnished wit his academic file as well as the scan-tron sheets he submitted hi answers o the AICM exam.  All of his demands were denied by Ross.  During this time Plaintiff did speak to Dr. Enrique Fernandez, the director of the AICM course at Ross, and Dr. Fernandez informed Plaintiff that he received a 94% on the AICM physical exam.

Earlier, in March of 2006, plaintiff submitted an application to take the USMLE 1.  Contained within the application was a certification by Ross that Dasrath was "officially enrolled" at the Ross medical school with a sealed stamp attached to Plaintiff's passport.  In addition, the application indicated that the Plaintiff had passed all five (5) parts of the AICM course, the defendant school's rubber seal certifying Plaintiff's application, and an application fee of $695 was

paid and accepted by the Defendant along with Plaintiff's USMLE application. Plaintiff sat for and took the USMLE 1 on July 27, 2006.

On or about June 29, 2006, Defendant notified Plaintiff that he had been "administratively withdrawn" from enrollment in Ross "for failure to register for the May 2006 AICM course".  Plaintiff immediately objected claiming that he had completed the AICM course and was waiting for his overall grade in the AICM course to be released.  Moreover, Plaintiff protested that he was on a valid 17 week break and was not required to register for any courses during that period and that the Defendant's decision to administratively withdraw him as a student violated Ross' own Student Handbook guidelines.  Ross ignored the Plaintiff's protestations.

On August 14, 2006, Plaintiff received his AICM grade, some four (4) months after the other students of the AICM received their grades.  Plaintiff's grade was listed as an "F".  The Defendant withdrew its sponsorship of the Plaintiff for the USMLE 1 and had the release of the Plaintiff's USLME 1 grade release blocked.  Oddly, the release of the USMLE grade was scheduled for August 15, 2006, the next day.

Plaintiff's original complaint stated several causes of action.  After a hearing on the matter, the court directed Plaintiff to continue the case only on a breach of contract claim.

(2)	After the parties cross-moved for Summary Judgment, the Hon. Carol B. Amon granted Summary Judgment in favor of Defendant.

(3) and (4) are attached.