ADDENDUM "B"

1.    The 2nd Circuit Court of Appeals is requested to review a summary judgment decision granted by the Eastern District Court of the State of New York. The standard of review in such cases is *de novo*. Celtotex Corp. v. Catrett, 477 U.S. 317, 106 S. Ct. 2548, 91 L. Ed. 2d 265 (1986).

2.    The issues to be appealed are: Whether the District Court was correct in granting Defendant's Motion for Summary Judgment where triable issues of fact were raised as to whether the Plaintiff was given a failing grade in the AICM course, which in turn resulted in plaintiff being marked administratively withdrawn from Ross and the eventual blocking of releasing plaintiff's USMLE score where the passing of the AICM is not a requisite for the USMLE