# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT |||
|---|---|---|
| **CASE TITLE**<br>ANAND DASRATH<br>-against-<br>ROSS UNIVERSITY SCHOOL OF MEDICINE | **DISTRICT**<br>Eastern | **DOCKET NUMBER**<br>07-cv-2433 |
| | **JUDGE**<br>Carol B. Amon | **APPELLANT**<br>Anand Dasrath |
| | **COURT REPORTER** | **COUNSEL FOR APPELLANT**<br>Arnold E. DiJoseph, III |

Check the applicable provision:

☐ I am ordering a transcript.

☐ I am not ordering a transcript

Reason for not ordering a transcript:

☐ Copy is already available

☑ No transcribed proceedings

☐ Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)

**METHOD OF PAYMENT**  ☐ Funds   ☐ CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**

☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS

☐ PREPARE TRANSCRIPT OF TRIAL

☐ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS

☐ OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO:** (COUNSEL'S NAME, ADDRESS, TELEPHONE)

**I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript.** *See* **FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.**

| COUNSEL'S SIGNATURE | DATE<br>July 20, 2011 |
|---|---|

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| **SIGNATURE OF COURT REPORTED** | | **DATE** |