**6United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DENNIS JACOBS**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |

| | |
|---|---|
| Date: July 22, 2011 | DC Docket #: 07-cv-2433 |
| Docket #: 11-2531 cv | DC Court: EDNY (BROOKLYN) |
| Short Title: Dasrath v. Ross University School of Medi | DC Judge: ReyesAmon |

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8561.