# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 26th day of July, two thousand and eleven,

_____

Dasrath
.
       v.

Ross University School of Medicine        **ORDER**
                                                                            Docket Number: 11-2531

_____

This Court's Civil Appeal Management Program ("CAMP") has scheduled a pre-argument conference in the above-referenced appeal for <u>Wednesday August 10, 2011 at 3:00pm</u>. The conference will be held **IN-PERSON**, at the Woolworth Building, 233 Broadway, New York, 6th Floor (entrance on Barclay St.).

Counsel for all parties are directed to attend with full authority to settle or otherwise approve other appropriate action regarding the case. Counsel are further directed to be fully prepared to discuss the legal merit of each issue on review before this Court and narrow, eliminate, or clarify issues on appeal where appropriate. <u>See</u> Local Rule 33.1.

Upon receipt of this order counsel must confirm, by telephone or e-mail, with each other and staff counsel. (camp_support@ca2.uscourts.gov)

Please call (212) 857-8760 with any questions.


                                                             FOR THE COURT
                                                             Catherine O'Hagan Wolfe, Clerk


                                                             Frank J. Scardilli, Staff Counsel