NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Dasarth v. Ross University School of Medicine             Docket No.: 07-cv-2433

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Justin F. Capuano

Firm: Cullen and Dykman LLP

Address: 100 Quentin Roosevelt Boulevard, Garden City, New York 11530

Telephone: 516-357-3708          Fax: 516-296-9155

E-mail: JCapuano@cullenanddykman.com

Appearance for: Ross University School of Medicine/Defendant-Appellee
                              (party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____)
                                               (name/firm)

☐ Substitute counsel (replacing other counsel: _____)
                                                (name/firm)

☑ Additional counsel (co-counsel with: Jennifer McLaughlin / Cullen and Dykman LLP )
                                        (name/firm)

☐ Amicus (in support of : _____)
                           (party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: _[signature]_

Type or Print Name: Justin F. Capuano