United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DENNIS JACOBS**  **CATHERINE O'HAGAN WOLFE**
**CHIEF JUDGE**  **CLERK OF COURT**

Date: August 18, 2011  DC Docket #: 07–cv–2433
Docket #: 11–2531 cv  DC Court: EDNY (BROOKLYN)
Short Title: Dasrath v. Ross University School of Medi  DC Judge: ReyesAmon

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212–857–8612.