# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 24th day of August, two thousand and eleven.

ANAND DASRATH,

    *Plaintiff-Appellant*,

v.

ROSS UNIVERSITY SCHOOL OF MEDICINE,

    *Defendant-Appellee.*

**ORDER**

Docket No.: 11-2531

The appellant filed a Notice of Appeal in the above-referenced matter. Appellant filed Form D on July 21, 2011 but failed to file a scheduling notification letter within 14 days of the filing, as required by Local Rule 31.2(a)(1)(A). Upon consideration thereof,

IT IS HEREBY ORDERED that, pursuant to Local Rule 31.2(a)(1)(A), appellant's brief must be filed on or before **October 3, 2011.** The appeal may be dismissed without further notice if appellant defaults in filing a brief.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE: Clerk

