# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 11-2531-cv

**Caption [use short title]**

**Motion for:** short extension of appeal filing deadline

DASRATH, Plaintiff-Appellant, against, ROSS UNIVERSITY SCHOOL OF MEDICINE, Defendant-Appellee

Set forth below precise, complete statement of relief sought:

A short extension of the electronic filing deadline due to a misunderstanding with Appellant's printer who counsel believed was electronically filing the appeal when the printer filed the hard copy of the Brief an Appendix

**MOVING PARTY:** Anand Dasrath
**OPPOSING PARTY:** Ross University School of Medicine

[✓] Plaintiff   [ ] Defendant
[✓] Appellant/Petitioner   [ ] Appellee/Respondent

**MOVING ATTORNEY:** Arnold E. DiJoseph, III
**OPPOSING ATTORNEY:** Jennifer A. McLaughlin

[name of attorney, with firm, address, phone number and e-mail]

Arnold E. DiJoseph, III
Arnold E. DiJoseph, PC
50 Broadway, Suite 1601, New York, NY 10004
212-344-7858, adandrp@aol.com, adijoseph@adjlaw.com

Jennifer A. McLaughlin
Cullen & Dykman, LLP
100 Quentin Roosevelt Boulevard, Garden City, NY 11530
516-357-3753, jmclaughlin@cullenanddykman.com

**Court-Judge/Agency appealed from:** USDC, EDNY - Carol Bagley Amon, USDJ

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes  [ ] No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?  [ ] Yes [ ] No
Has this relief been previously sought in this Court?  [ ] Yes [ ] No
Requested return date and explanation of emergency:

Opposing counsel's position on motion:
[✓] Unopposed  [ ] Opposed  [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [✓] Don't Know

Is oral argument on motion requested?  [ ] Yes  [✓] No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes  [✓] No  If yes, enter date:_____

**Signature of Moving Attorney:**
_____ **Date:** October 4, 20111

Has service been effected?  [✓] Yes  [ ] No [Attach proof of service]

---

## ORDER

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED  DENIED**.

**FOR THE COURT:**
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____    By: _____

**Form T-1080**