UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
------------------------------------------------------------------------X
ANAND DASRATH,

                            Plaintiff-Appellant,

      v.                                                               **11-2531-CV**

ROSS UNIVERSITY SCHOOL OF MEDICINE,

                            Defendant-Appellee.
------------------------------------------------------------------------X

ARNOLD E. DiJOSEPH, being duly sworn, deposes and says:

    1. I am an attorney duly admitted to practice before the courts of the State of New York as well as this Court and this affirmation is submitted in support of Plaintiff-Appellee's motion to permit the late filing of Appellant's Brief and Appendix, which were required to be filed on or before October 3, 2011.

    2. The appeal was completed and hardcopies of Appellant's Brief and Appendix were timely filed with this Court on October 3.

    3. In the past, our appellate printer, PrintingHouse Press filed our appeals with this Court in hardcopies as well as by means of email. I therefore assumed that when the hardcopies of this appeal were filed, the printer would electronically file them as well.

    4. Unfortunately, since email filing was superseded by electronic filing through the ECF system, the printer assumed my office would electronically file the Appellant's Brief and Appendix once the PDF files were emailed to us.

5. We believed the printer would electronically file the Appellant's Brief and Appendix directly; however the printer did not have my login information and, as a result, while the hardcopies were timely filed with the Court, they were not electronically filed.

6. I was not informed of this until October 4 and, consequently, this motion has been made to file the Appellant's Brief and Appendix late.

7. Counsel for Defendant-Appellee graciously consented to a one day extension of time but the electronic filing will obviously be more like three or four days late if, and when, this motion is granted.

8. In any event, Defendant-Appellee will suffer no prejudice if this modest extension is granted and Appellant has no objection to the Court granting Appellee additional time to file its Brief.

9. Moreover, the filing in hardcopy form was timely.

10. Finally, I assure the Court that I have the greatest respect for the Court's procedural rules and filing deadlines and that this was purely inadvertent.

11. In fact, in over 20 years of appellate practice, this is the first time that I have missed a filing deadline of any kind.

12. Accordingly, I respectfully request that the Court permit Appellant's Brief and Appendix to be file late as the client should not suffer or lose his appellate rights as a result of this unintentional mistake.

Dated: New York, New York
     October 5, 2011                        *Arnold E. DiJoseph*
                                                           Arnold E. DiJoseph, III

COSTELLO & COSTELLO, P.C.
Attorneys for Plaintiff-Appellant
ARNOLD E. DIJOSEPH, P.C.
Appellate Counsel
50 Broadway, Suite 1601
New York, New York 10004
212-344-7858