# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 7th day of October, two thousand and eleven.

_____

Anand Dasrath,

    *Plaintiff-Appellant*,

    v.

Ross University School of Medicine,

    *Defendant-Appellee.*

_____

**ORDER**

Docket Number: 11-2531-cv

IT IS HEREBY ORDERED that the Appellant's motion for an extension of time to file the electronic version of the brief and appendix is GRANTED. The Appellant must electronically file the brief and appendix by October 11, 2011.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

