School of Medicine
Office of the Registrar | Campus: PO Box 266, Portsmouth, Dominica, West Indies
Administrative Offices: 499 Thornall Street, 13th Floor
Edison, NJ 08837-2235
TEL: (732) 978-5300 FAX (732) 978-5306
Credit Registrar: mrendon@rossmed.edu
www.rossmed.edu



ROSS
UNIVERSITY



June 29, 2006

Dear Anand E Dasrath:

I regret to inform you that effective immediately you have been Administratively Withdrawn from Ross University, School of Medicine for failure to register for the May 2006 AICM course. RUSM policy dictates that students must successfully complete the AICM course and pass USMLE Step 1 before advancing into the clinical curriculum. In order for a student to remain enrolled with RUSM, they must either be registered for courses and/or registered for the Boards. Once a student becomes inactive, they are Administratively Withdrawn from RUSM.

Please be advised that if you are a recipient of federal guaranteed student loans, we must inform your lender(s) that you have not attended Ross University since the last day you attended classes or rotated in a clinical clerkship. The impact of your withdrawn status on your federal guaranteed student loans will depend on your specific situation, applicable regulations and the terms and conditions of your loan(s).

Should you ever wish to resume your studies at Ross University School of Medicine, you will be required to submit an application for re-admission to the Admissions Department and be reviewed by the Admissions Committee. To do so, please complete an Admissions application, indicating the reasons of your withdrawal, and submit it to the Admissions Office.

Best wishes in your future endeavors.

Sincerely,

Michael Rendon
University Registrar

Cc:    Bursar
       Financial Aid
       Clinical Department

D00073

*ROSS UNIVERSITY SCHOOL OF MEDICINE*

# *STUDENT HANDBOOK*

## *OF*

# *ACADEMIC RULES AND REGULATIONS*

*May 2006*



- Fail the Comprehensive NBME in three attempts

- Fail USMLE step2 in three attempts

- Fail to abide by university policies set forth

- Fail to pass the USMLE Step 1 in three attempts and within one year after they become eligible to take this exam.

In order to be eligible to begin clinical core clerkship rotations, students must meet all of the following pre-requisites:

- Successfully complete all the requirements of the Basic Science Coursework.

- Complete successfully the course "Advanced Introduction to Clinical Medicine" offered at the beginning of the Clinical Science segment.

- Pass the USMLE Step 1 (see below).

### *CLINICAL SCIENCE SEGMENT*

The Clinical Science Curriculum begins with the "Advanced Introduction to Clinical Medicine" (AICM) course. All students are required to take the USMLE Step 1 for the first time within 6 months of becoming eligible. Failure to do so will subject the student to be dismissed.



Following the 12-week AICM, there is a 17-week scheduled break during which students remain fully enrolled. (Aside from a private "Extra" loan for live board review course fees, students are ineligible for financial aid during this period.) Some students will use this time preparing for, taking, and passing USMLE Step 1. Students who have already passed Step 1 may begin clinical clerkships at any time during this period. Students who have not received passing scores and have not started clinical clerkship within that period may still preserve their "in-school" student loan deferment status by applying for an **academic leave of absence** extending up to 180 days from the last day of the AICM. Beyond this timeframe, students who have not resumed clinical training fall into repayment status on their student loans and must be reported as withdrawn, for most purposes, to outside agencies.

Passing the AICM course and USMLE Step 1 are required for continuation into clinical clerkships. During the remainder of the Clinical Science curriculum, all students must take and pass all the required core and elective clinical clerkships. In addition to the 12 weeks of the AICM course, the School requires 48 weeks of core clerkships and 30 weeks of electives, for a total of 90 weeks of clinical training. These requirements are however, subject to change in the future, depending on regulatory and other academic requirements.

A final examination is given at the end of each clerkship. Students are also required to pass the USMLE Steps 1, 2 CK and Step 2 CS licensure examinations (see below).

SHEET 1 PAGE 1

1                                                    COPY

1

2       UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF NEW YORK
3       ------------------------------------------------X

        ANAND DASRATH,
4
                                              PLAINTIFF,
5
            -against-              CASE NO. CV-07-2433
6
        ROSS UNIVERSITY SCHOOL OF MEDICINE,
7
                                              DEFENDANT.
8       ------------------------------------------------X

9                           DATE: October 15, 2010

10                          TIME: 9:45 a.m.

11

12                  EXAMINATION BEFORE TRIAL of the

13      Defendant, ROSS UNIVERSITY SCHOOL OF

14      MEDICINE, by NANCY PERRI, taken by the

15      Plaintiff, pursuant to an Order, held at the

16      offices of Cullen & Dkyman, Esqs., 44 Wall

17      Street, New York, New York, before a Notary

18      Public of the State of New York.

19

20

21

22

23

24

25

T 57   PAGE 57

57

1                        A. DASRATH

2      students to self-assess there readiness for

3      the USLME step I examination.

4              Q.      So, if they are eligible to sit

5      for the USLME they would have had to complete

6      the comprehensive exam, correct?

7              A.      The comp., correct.

8              Q.      And it states here that the

9      eligibility period is between April 1st and

10     September 30th of 2006?

11             A.      That is for step I.

12             Q.      The USLME step I?

13             A.      Right.

14                     MR. COSTELLO:  Can you please

15             mark this as Plaintiff's Number 3.

16                     (Whereupon, the aforementioned

17             part C medical education and employment

18             information document was marked as

19             Plaintiff's Exhibit 3 for

20             identification, as of this date, by the

21             Reporter.)

22             Q.      You have now before you what is

23     marked as Plaintiff's Exhibit 3.

24                     Do you recognize this document?

25             A.      Yes.



DEFENDANT'S EXHIBIT

Name: **DASRATH, ANAND EMANUEL** Enter your USMLE/ECFMG Identification Number, if one has been assigned to you. `0-7-0-4-1-6-2-7`

(Last, First, Middle - as entered in Item 4)

## PART C — MEDICAL EDUCATION AND EMPLOYMENT INFORMATION

### 26. CERTIFICATION BY APPLICANT:
Students and graduates must sign the application in the presence of their Medical School Dean, Vice Dean or Registrar. (See 26.2.A below.)

If a graduate cannot sign the application form in the presence of a medical school official noted above, he/she must sign the application form in the presence of a Consular Official, First Class Magistrate or Notary Public. (See 26.2.B below.)

Application forms are to be mailed to ECFMG from the office of the official or notary who witnesses the applicant's signature. All information on the application form is subject to verification and acceptance by the Educational Commission for Foreign Medical Graduates.

I hereby certify that I currently meet the examination eligibility requirements and that the information in this application is true and accurate to the best of my knowledge and that the photograph(s) enclosed were taken within 6 months of the date of this application.

I also certify and acknowledge that I have read the 2006 ECFMG Information Booklet and 2006 USMLE Bulletin of Information, are aware of the contents of both publications, meet the eligibility requirements and therein and agree to abide by the policies and procedures therein.

I understand that (1) falsification of this application, or (2) the submission of any falsified documents to ECFMG, or (3) the submission of any falsified ECFMG documents to other agencies, or (4) the giving or receiving of aid in the examination as evidenced either by observation at the time of the examination or by statistical analysis of my answers and those of one or more other participants in that examination, or engaging in other conduct that subverts or attempts to subvert the examination process, may be sufficient cause for ECFMG to bar me from the examination, to terminate my participation in the examination, to withhold and/or invalidate the results of my examination, to withhold a certificate, to revoke a certificate, or to take other appropriate action. (See page 35 of the 2006 Information Booklet for additional details concerning Validity of Scores and Irregular Behavior.)

I understand that the Standard ECFMG Certificate and any and all copies thereof remain the property of ECFMG and must be returned to ECFMG if ECFMG determines that the holder of the Certificate was not eligible to receive it or that it was otherwise issued in error.

I request and authorize every person, medical school, university, hospital, government agency, or other entity to release information, records, diplomas, transcripts and other documents concerning my professional education, academic status or enrollment to ECFMG upon request of ECFMG.

I hereby authorize ECFMG to transmit any information contained in this application, or information that may otherwise become available to ECFMG, to any federal, state or local governmental department or agency, to any hospital or to any other organization or individual who, in the judgment of ECFMG, has a legitimate interest in such information. For further information regarding ECFMG's data collection and privacy practices, please refer to our privacy policy available on the ECFMG website at www.ecfmg.org/annofprivacy.html.

Signature of Applicant (in Latin characters) x **Anand Emanuel Dasrath**
(Signature must match full legal name as given in PART A-4.)   Day `12` Month `03` Year `2006`

### 26.2 CERTIFICATION BY OFFICIAL:

#### 26.2.A CERTIFICATION BY MEDICAL SCHOOL OFFICIAL (Must be completed for medical students):
I hereby certify that the photograph, signature, and information entered in all parts of Section 23 of this form, including medical school, attendance dates, and status of medical school student (if applicable) accurately apply to the individual named above, and that this individual is: (insert check one)

☒ officially enrolled in or ☐ is a graduate of the institution indicated below. I have affixed the medical school seal or stamp over a portion of his photograph above.

Signature of Medical School Official (in Latin characters) x **Bryette Sena** `30-03-2006`

**Bryette Sena**   **ASSOCIATE REGISTRAR OF CLINICAL SCIENCES** **ROSS UNIVERSITY**
Print Name (in Latin characters)   Official Title (with English translation, if not in English)  Institution   **SCHOOL OF MEDICINE**

**OR**

2006

#### 26.2.B CERTIFICATION BY OFFICIAL IDENTIFICATION (Pertains to graduates only):
I certify that on the date set forth below the individual named above did appear personally before me and that I did identify said individual by (a) comparing his/her physical appearance with the photograph on the identifying document presented by the applicant and described herein, (b) comparing the applicant's signature made in my presence on this form with the signature on his/her identifying document. The statements in this document are subscribed and sworn to before me by the applicant.

on this _____ day, of the month of _____ in the year _____

**MAY - 3 2006**

x _____
Signature of Consular Official, First Class Magistrate, or Notary Public (in Latin characters)  Title (with English translation)   **ECFMG MAILROOM 2**

### 27. CLINICAL CLERKSHIPS — Continue on a separate sheet of paper, if necessary:

| Clinical Discipline | Hospital/Clinic | Location (exact address) | Supervising Physician | Dates of Clerkship |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

## PART D — OTHER EXAM HISTORY AND APPLICANT NUMBERS

### 28. OTHER EXAM HISTORY and APPLICANT NUMBERS:
Check below the organizations (other than ECFMG) to which you previously applied for examinations. Enter the date of the most recent examination that was administered to you and the identification number that was assigned to you by that organization.

| | | | | Month | Year |
|---|---|---|---|---|---|
| ☐ NATIONAL BOARD OF MEDICAL EXAMINERS | Applicant Identification Number: USMLE Step 1/2 | | Date of Most Recent Examination Taken: | | |
| | Applicant Identification Number: NBME Parts I/II | | Date of Most Recent Examination Taken: | | 1 9 |
| ☐ STATE LICENSING AUTHORITY IN THE UNITED STATES | FIN – Federation Identification Number: FLEX | | Date of Most Recent Examination Taken: | | 1 9 |



DEFENDANTS EXHIBIT

Name: DASRATH ANAND EMANUEL
(Last, First, Middle – as printed in Latin)

Enter your USMLE/ECFMG Identification Number, if one has been assigned to you: 0 7 0 4 1 6 2 7

## PART C — MEDICAL EDUCATION AND EMPLOYMENT INFORMATION (Continued)

### 26. CERTIFICATION BY APPLICANT

*(faded certification text)*

Signature of Applicant (in Latin characters) X *Anand Emanuel Dasrath*    2 7  0 4  2 0 0 6
(Signature must match full legal name as given in PART A-1.)                Day   Month   Year

### 26.2 CERTIFICATION BY OFFICIAL

#### 26.2.A CERTIFICATION BY MEDICAL SCHOOL OFFICIAL (Must be completed for medical school students):

*(faded text)*

Signature of Medical School Official (in Latin characters) X *Brigitte Sena*    0 5  0 5  2 0 0 6

*Brigitte Sena*                    ASSOCIATE REGISTRAR OF CLINICAL SCIENCES ROSS UNIVERSITY
Printed Name (in Latin characters)          Official Title (with English translation, if left in English)   Institution   SCHOOL OF MEDICINE

OR                                                                                                             2 0 0 6

#### 26.2.B CERTIFICATION BY OFFICIAL IDENTIFICATION (Pertains to graduates only):

*(faded text)*

on this _____ day of the month of _____ in the year _____ in the _____

Signature of Consular Official, First Class Magistrate, or Notary Public (in Latin characters)   Title (with English translation, if left in English)

### 27. CLINICAL CLERKSHIPS — Continue on a separate sheet of paper, if necessary:

| Clinical Clerkships | Hospital/Clinic | Location (exact address) | Supervising Physician | Dates of Clerkship |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

## PART D — OTHER EXAM HISTORY AND APPLICANT NUMBERS

### 28. OTHER EXAM HISTORY and APPLICANT NUMBERS:

Check below the organizations (other than ECFMG) to which you previously applied for examinations. Enter the date of the most recent examination that was administered to you and the identification number that was assigned to you by that organization.

| | | | | | |
|---|---|---|---|---|---|
| ☐ NATIONAL BOARD OF MEDICAL EXAMINERS | Applicant Identification Number: | USMLE Steps 1/2 | | Date of Most Recent Examination Taken: | Month | Year |
| | Applicant Identification Number: | NBME Parts I/II | | Date of Most Recent Examination Taken: | | 1 9 | |
| ☐ STATE LICENSING AUTHORITY IN THE UNITED STATES | FIN – Federation Identification Number: | FLEX | | Date of Most Recent Examination Taken: | | 1 9 | |

131

```
 1                    A. DASRATH

 2          look.

 3               Q.     We are taking a look at Exhibit

 4      M and N which appears to be pages 7 of 7 of

 5      an application to take the USMLE step I, am I

 6      correct?

 7               A.     Yes.

 8               Q.     Do you recall --  let me start

 9      by saying is that your signature on each of

10      these documents?

11               A.     Yes.

12               Q.     The first one, is dated March

13      20th, 2006?

14                    MR. COSTELLO:  It is actually

15               dated March 23rd.  It was signed by my

16               client on March 12th and signed by

17               Bridget Sena on March 20th.

18               Q.     Was this a part of your package

19      to apply for the USMLE in March of 2006?

20               A.     Yes.

21               Q.     And then the second document in

22      Exhibit N, the part that you signed it on

23      April 22nd, 2006 and it was signed by Bridget

24      Seena?

25               A.     On May 5th, 2006.
```



EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES

3624 Market Street
Philadelphia PA 19104-2685 US,
215-386-5900 | 215-386-9767 Fax
www.ecfmg.org

Eligibility Period: Jul 2006 - Sep 2006

ROSS UNIVERSITY (305010)

| USMLE ID | Student | Birth | Degree | Signature |
|---|---|---|---|---|

REDACTED

| 0-704-162-7 | Anand Emanuel Dasrath — no longer eligible withdrawn | 11/12/1957 | 03/2008 | 03/20/2006 |

REDACTED

Certification:

I hereby certify that the individual(s) listed above are students currently enrolled at, or graduates of, this medical school.

_Brijett Sena_
(Signature)

_8/14/06_
(Date)

_Brijette Sena_
(Name / Please print)

ASSOCIATE REGISTRAR OF CLINICAL SCIENC

(Title)

(Institution Seal)

ECFMG AED - 000044



ECFMG AED - 000083

A180

*ROSS UNIVERSITY SCHOOL OF MEDICINE*

*STUDENT HANDBOOK*

*OF*

*ACADEMIC RULES AND REGULATIONS*

*May 2006*



Certification by the ECFMG is required for entrance to residency training and licensure.

## *POLICY REGARDING UNITED STATES MEDICAL LICENSING EXAMINATION (USMLE), STEPS 1 & 2*

The University has adopted the following policy regarding the United States Medical Licensing Examination:

### *THE USMLE STEP 1*

The School of Medicine uses the USMLE Step 1 as one criteria of a student's overall knowledge necessary for entering into clinical clerkships.

Students become eligible to take the USMLE Step 1 when they have passed all courses in the Basic Science Curriculum, successfully completed the Advanced Integration to Clinical Medicine clerkship, and, have passed the NBME Comprehensive Basic Sciences Exam.

Students are required to sit for the USMLE Step 1 examination for the first time within 6 months after becoming eligible. Failing to do so will result in the student's administrative withdrawal from the school of medicine. Additionally, students cannot sit for the exam while on an approved Leave of Absence.

Students are required to take and pass the USMLE Step 1 in no more than three attempts, **and within one calendar year of becoming eligible.**

Students who do not pass the USMLE Step 1 in three attempts within a year after becoming eligible are dismissed from the School of Medicine. Such students may apply for readmission. If granted such readmission, additional preparation courses taken in Dominica may be recommended.

Those who receive very low scores on the USMLE in the first or second attempts may be required to repeat certain parts of the curriculum before they can be certified for another attempt. This will also depend on the time that has elapsed since they became eligible. These students are not eligible for financial aid.

**Passing Step 1 is <u>required</u> by the University to proceed to the core clinical clerkships of the curriculum.**

### *THE USMLE STEP 2 CLINICAL KNOWLEDGE (Step 2 CK)*

The USMLE Step 2 CK assesses whether the student is able to apply the medical knowledge and understanding of clinical science considered essential for the provision of patient care under supervision, including emphasis on health promotion and disease prevention. Step 2 CK of the USMLE is taken in the clerkship years, after completion of the required clinical training. Passing Steps 1 and 2 CK and CS (Clinical Skills) of the USMLE are requirements for graduation and acceptance into residency training.

Case 1:07-cv-02433-... RA-RED...

*ROSS UNIVERSITY SCHOOL OF MEDICINE*

*STUDENT HANDBOOK*

*OF*

*ACADEMIC RULES AND REGULATIONS*

*May 2006*



Cheating (whether on examinations or with laboratory data), undisclosed knowledge of cheating, stealing (whether from the Library or from fellow students), and plagiarism will not be tolerated and can lead to expulsion from the school.

In the event that a student is accused of acts that are within the jurisdiction of both the Honor Council and the Grievance Committee, then the accused student shall have the right to choose the forum in which he or she will be heard.

### STUDENT POLICY ON ALCOHOL AND OTHER DRUGS

Ross University has developed a *Student Policy on Alcohol and Other Drugs,* with which all students must comply. It attached hereto and incorporated herein.

### STUDENT PRIVACY RIGHTS

The University follows the guidelines of the U.S. Family Educational Rights and Privacy Act (FERPA), which are as follows:

(1) The right to inspect and review the student's education record within 45 days of the day the University receives a request for access.

> Students should submit to the University Registrar a written request that identifies the records they wish to inspect. The Registrar will make arrangements for access and notify the student of the time and place where the record may be inspected.



(2) The right to request the amendment of the student's education records that the student believes are inaccurate or misleading.

> Students may ask the University to amend a record that they believe is inaccurate. They should write to the University Registrar, clearly identify the part of the record they want corrected, and specify why it is inaccurate.

> If the University decides not to amend the record as requested by the student, the University will notify the student of the decision and advise the student of his or her right to a hearing regarding the request for amendment. Additional information regarding the hearing procedures will be provided when the student is notified of the right to a hearing.

(3) The right to consent to disclosures of personally identifiable information contained in the student's education record, except to the extent that FERPA authorizes disclosure without consent.

> One exception, which permits disclosure without consent, is disclosure to school officials with legitimate educational interests. A school official is a person employed by the University in an administrative, supervisory, academic or research, or support staff position (including law enforcement unit personnel and health staff); a person or company with whom the University has contracted (such as an attorney, auditor, or collection agent); a person serving on the Board of Trustees; or a student serving on an

# A184

Ross University
School of Medicine
*Statement of Director of Medical Education*

I hereby certify that @ 00088730 Dasrath, Anand
Print Student's Name

Completed 12 in ADVANCED INTRODUCTION TO CLINICAL MEDICINE
\# of weeks Name of Rotation

at GREATER MIAMI HEALTH EDUCATION & TRAINING CENTER Hospital

Signature

Enrique S. Fernandez, M.D., M.S.Ed.
Print or type Name of
Director of Medical Education

D00002

```
 1              Dr. Fernandez - Direct        12
 2    April.  I don't recall the exact last date of the
 3    semester.
 4         Q    Would it be the early part of April,
 5    the late part of April?
 6         A    Probably the early part of April.
 7         Q    After a student completes the AICM, is
 8    a grade given?
 9         A    Yes.
10         Q    When is that grade given?
11         A    It's given approximately two weeks
12    after the conclusion of the course.
13         Q    Is the student also given a
14    certification of completion of that course?
15         A    I don't understand the question.
16         Q    In addition to a grade, let's say a
17    letter or a number, is the student then certified
18    that he or she has completed the course?
19         A    No.
20              MR. CAPUANO:  What do you mean by
21         certified?
22         A    I don't understand what you mean by
23    certified.
24         Q    Is a student given a certification
25    that he or she has completed the AICM?
```

```
1                  Dr. Fernandez - Direct            13
2            A    No.
3                 MR. COSTELLO:  Can we have this marked
4            as Plaintiff's Exhibit 6.
5                 (Whereupon, Plaintiff's Exhibit 6 was
6            marked for Identification, this date.)
7            Q    Dr. Fernandez, you have now in front
8       of you what's been marked as Plaintiff's Exhibit
9       6.  Do you recognize this document?
10           A    Yes.
11           Q    Can you please tell me what this
12      document is?
13           A    It's the statement of the director of
14      medical education.
15           Q    Is that your signature at the bottom?
16           A    That is my signature.
17           Q    Can you please read what the document
18      says?
19           A    I hereby certify that, banner ID
20      number, Dasrath, Anand completed twelve weeks
21      in advanced introduction of clinical medicine
22      at Greater Miami Health Education and Training
23      Center Hospital.
24                This document goes to the registrar,
25      it does not go to the student.
```

*ROSS UNIVERSITY SCHOOL OF MEDICINE*



*STUDENT HANDBOOK*

*OF*

*ACADEMIC RULES AND REGULATIONS*

*May 2006*



Cheating (whether on examinations or with laboratory data), undisclosed knowledge of cheating, stealing (whether from the Library or from fellow students), and plagiarism will not be tolerated and can lead to expulsion from the school.

In the event that a student is accused of acts that are within the jurisdiction of both the Honor Council and the Grievance Committee, then the accused student shall have the right to choose the forum in which he or she will be heard.

### STUDENT POLICY ON ALCOHOL AND OTHER DRUGS

Ross University has developed a *Student Policy on Alcohol and Other Drugs*, with which all students must comply. It attached hereto and incorporated herein.

### STUDENT PRIVACY RIGHTS

The University follows the guidelines of the U.S. Family Educational Rights and Privacy Act (FERPA), which are as follows:

(1) The right to inspect and review the student's education record within 45 days of the day the University receives a request for access.

> Students should submit to the University Registrar a written request that identifies the records they wish to inspect. The Registrar will make arrangements for access and notify the student of the time and place where the record may be inspected.

(2) The right to request the amendment of the student's education records that the student believes are inaccurate or misleading.

> Students may ask the University to amend a record that they believe is inaccurate. They should write to the University Registrar, clearly identify the part of the record they want corrected, and specify why it is inaccurate.

> If the University decides not to amend the record as requested by the student, the University will notify the student of the decision and advise the student of his or her right to a hearing regarding the request for amendment. Additional information regarding the hearing procedures will be provided when the student is notified of the right to a hearing.

(3) The right to consent to disclosures of personally identifiable information contained in the student's education record, except to the extent that FERPA authorizes disclosure without consent.

> One exception, which permits disclosure without consent, is disclosure to school officials with legitimate educational interests. A school official is a person employed by the University in an administrative, supervisory, academic or research, or support staff position (including law enforcement unit personnel and health staff); a person or company with whom the University has contracted (such as an attorney, auditor, or collection agent); a person serving on the Board of Trustees; or a student serving on an

192

1

2                              I N D E X

3    WITNESS                EXAMINATION BY          PAGE

4    ANAND DASRATH          MS. McLAUGHLIN          4

5

6                          E X H I B I T S

7

     DEFENDANT'S            DESCRIPTION             PAGE
8
         A                 Document                 13
9
         B                 Copy of transcript       20
10
     C & D                 E-mails                  47
11
         E                 Transcript               57
12
         F                 E-mail                   87
13
         G                 Memo                     99
14
         H                 E-mail                   111
15
         I                 Letter                   115
16
         J                 Transcript               118
17
         K                 Letter                   121
18
         L                 Letter                   123
19
     M & N                 USMLE application        129
20
         O                 Affidavit                135
21
         P                 Handbook                 140
22
         Q                 Letter                   144
23
         R                 Letter                   145
24
         S                 Affidavit in opposition  150
25

11

```
 1                      A. DASRATH
 2          A.      No.
 3          Q.      Were you ever suspended?
 4          A.      No.
 5          Q.      One other rule, you have to
 6    speak your answers.  Otherwise he won't know
 7    what you are saying.  Hand gestures and nods
 8    are not helpful, but it is common that people
 9    do that.
10          A.      Okay.
11          Q.      Were you ever withdrawn from
12    any of those schools that we just discussed?
13          A.      No.
14          Q.      So, there came a time I
15    presumed that you applied to Ross
16    University?
17          A.      Yes.
18          Q.      What was your goal in applying
19    to Ross University?  What were you looking to
20    become?
21          A.      A medical doctor.
22          Q.      When did you apply to Ross?
23          A.      I believe it was 2003.
24          Q.      Do you know if it was the
25    spring or the fall?
```

12

1                          A. DASRATH

2          A.     To the best of my recollection,

3     I think it was spring.

4          Q.     At some point you had to

5     submit, I assume documents to Ross for your

6     admissions?

7          A.     Yes.

8          Q.     What was involved in that, if

9     you can remember?

10          A.     An application form and a

11     college transcript.

12          Q.     Were there any other documents

13     that you forwarded to Ross in connection with

14     your application?

15          A.     I don't recall any.  It could

16     be more, but I just don't recall.

17          Q.     That's fine.  Did you have any

18     conversations with anyone at Ross in or

19     around the time that you were applying

20     there?

21          A.     I don't recall it right now.

22          Q.     Were you applying to other

23     schools or only Ross?

24          A.     Only Ross.

25          Q.     Why did you choose Ross?

Ross University
Admissions
Department

499 Thornall St., 10th Floor
Edison, New Jersey 08837-2235
phone 732-978-5300 / 1-888-404-7677
fax 732-978-5304
admissions@rossmed.edu
admissions@rossvet.edu
www.rossmed.edu
www.rossvet.edu



ROSS
UNIVERSITY

*One Purpose. One Mission. One Dream.*

April 17, 2003

Anand Emanuel Dasrath
89-25 209 Str
Queens Village, NY 11427



Dear Anand,

It is with great pleasure that I write to inform you of your admission to Ross University's School of Medicine for the class beginning 12-MAY-2003 . My sincere congratulations on this important step toward realizing your goal of becoming a physician.

You and your family should take considerable pride in this achievement. Each year, we receive thousands of applications from dedicated and talented men and women who aspire to careers in medicine. From these many worthy candidates, we strive to identify those individuals who demonstrate the greatest promise and performance. In getting to know you and your abilities during the admissions process, our Admissions Committee believes you have the potential to be an outstanding addition to our medical program.

You are about to begin preparing to join one of the world's most trusted and essential professions. Be assured that we take very seriously our role in providing you with the kind of educational preparation, role models, mentoring and experiences you will need to become both a skilled and compassionate healer. It is our hope that you will one day join our more than 3,200 graduates now in service as medical doctors in the United States.

In order to hold your place in this class, a deposit of $200 is required to be made within two weeks of receiving this acceptance letter. An additional $500 will be due at least 60 days prior to registration. Details are provided in the enclosed form.

In the coming weeks, you will receive additional information on applying for a visa, travel to Dominica and course registration. Please note that your admission is contingent upon your maintenance of a satisfactory academic record, and that any test scores, letters of recommendation or other materials that have been submitted on your behalf, are of the same high standards as those upon which we based our acceptance.

Again, congratulations and best wishes. If you have any questions, I hope you will not hesitate to contact our office by phone (732-978-5300) or e-mail (admissions@rossmed.edu). We look forward to having you as a member of our student body.

Sincerely,

Dick Woodward,
Dean of Admissions

D00053

192

1

2                         I N D E X

3    WITNESS              EXAMINATION BY           PAGE

4    ANAND DASRATH        MS. McLAUGHLIN           4

5

6                        E X H I B I T S

7

8    DEFENDANT'S          DESCRIPTION              PAGE

9        A                Document                 13

10       B                Copy of transcript       20

11   C & D                E-mails                   47

12       E                Transcript               57

13       F                E-mail                    87

14       G                Memo                      99

15       H                E-mail                   111

16       I                Letter                   115

17       J                Transcript               118

18       K                Letter                   121

19       L                Letter                   123

20   M & N                USMLE application        129

21       O                Affidavit                135

22       P                Handbook                 140

23       Q                Letter                   144

24       R                Letter                   145

25       S                Affidavit in opposition  150

14

```
 1                    A. DASRATH

 2        Q.      Would you mind reviewing that

 3   document.

 4        A.      Yes, I reviewed it.

 5        Q.      Do you recall seeing that

 6   document before today?

 7        A.      Yes.

 8        Q.      Do you recall seeing it in or

 9   around April of 2003?

10        A.      Yes.

11        Q.      Was this the acceptance letter

12   that you received from Ross?

13        A.      Yes.

14        Q.      Did you attend courses at Ross

15   starting in May 2003?

16        A.      No.

17        Q.      Why not?

18        A.      There was a death in the family

19   and my starting school was delayed.

20        Q.      When was it delayed to?

21        A.      May 2004.

22        Q.      Did you make a request to the

23   school to delay the start date?

24        A.      Yes.

25        Q.      Was that request in writing, if
```

192

1

2                          I N D E X

3    WITNESS              EXAMINATION BY           PAGE

4    ANAND DASRATH        MS. McLAUGHLIN            4

5


6                      E X H I B I T S

7
     DEFENDANT'S          DESCRIPTION             PAGE
8
          A              Document                  13
9
          B              Copy of transcript        20
10
     C & D               E-mails                   47
11
          E              Transcript                57
12
          F              E-mail                    87
13
          G              Memo                      99
14
          H              E-mail                   111
15
          I              Letter                   115
16
          J              Transcript               118
17
          K              Letter                   121
18
          L              Letter                   123
19
     M & N               USMLE application        129
20
          O              Affidavit                135
21
          P              Handbook                 140
22
          Q              Letter                   144
23
          R              Letter                   145
24
          S              Affidavit in opposition  150
25

**A196**

16

                              A. DASRATH

1

2          Q.      Was it the basic science at

3    that point?

4          A.      Yes.

5          Q.      What does the basic science

6    entail, if you recall?

7          A.      I didn't hear your question.

8          Q.      What does the basic science

9    segment portion of the curriculum entail?

10         A.      It entails the theorhetical

11   part of medicine.

12         Q.      So, you were required to take

13   courses concerning theory?

14         A.      Yes.

15         Q.      How many credits were you

16   required to take in your first semester, if

17   you recall?

18         A.      About fifteen credits.

19         Q.      And how many semesters did the

20   basic science segments portion of your

21   curriculum last?

22         A.      Four.

23         Q.      During that time I presume you

24   took certain courses, let's start with the

25   first semester.



**The School of Medicine**

One Purpose. One Mission. One Dream.

Wednesday, July 12, 2006

**Anand Dasrath,** listed below are your grades from Ross University School of Medicine
May-Aug 2004 Semester as submitted to the University Registrar.

For verification purposes, your ROSS ID is: **00088730**

The adjusted numeric grade corresponds to letter grades according to the Grading Policy
in the RUSM Student Handbook of Academic Rules and Regulations. This handbook can
be found on our website. Please see the exam center for individual final exam and shelf
exam grades. Thank You.

| | |
|---|---|
| **Doctor-Patient Society Adjusted Numeric Grade** | 88 |
| **Doctor-Patient Society Letter Grade** | **B+** |
| | |
| **Histology Adjusted Numeric Grade** | 71 |
| **Histology Letter Grade** | **C** |
| | |
| **Biochemistry Adjusted Numeric Grade** | 78 |
| **Biochemistry Letter Grade** | **C+** |
| | |
| **Genetics Adjusted Numeric Grade** | 60 |
| **Genetics Letter Grade** | **B+** |

The grades posted on this page are *unofficial* and are for reference only. If you feel they
are in error, you will need to contact your Course Director.

29

192

1

2                          I N D E X

3    WITNESS          EXAMINATION BY          PAGE

4    ANAND DASRATH    MS. McLAUGHLIN          4

5

6                        E X H I B I T S

7
     DEFENDANT'S          DESCRIPTION         PAGE
8
         A           Document                 13
9
         B           Copy of transcript       20
10
     C & D           E-mails                  47
11
         E           Transcript               57
12
         F           E-mail                   87
13
         G           Memo                     99
14
         H           E-mail                  111
15
         I           Letter                  115
16
         J           Transcript              118
17
         K           Letter                  121
18
         L           Letter                  123
19
     M & N           USMLE application       129
20
         O           Affidavit               135
21
         P           Handbook                140
22
         Q           Letter                  144
23
         R           Letter                  145
24
         S           Affidavit in opposition 150
25

```
1                    A. DASRATH

2          Q.      Did you ever have any issues

3   concerning your grades on those exams in the

4   first semester?

5          A.      Yes.

6          Q.      Do you recall what those issues'

7   were?

8          A.      At the end of the semester I

9   was issued a final grade in genetics as a B

10  plus.

11         Q.      What was the problem with that

12  grade?

13         A.      When I went back to the

14  Dominica campus, they took away the B plus

15  and give me an F.

16         Q.      So, you were issued a final

17  grade in genetics of B plus.

18                 How were you issued that grade?

19         A.      In the transcript.

20         Q.      So, you have a grade reflecting

21  a B plus in genetics?

22         A.      Yes.

23         Q.      Do you have a copy of that

24  transcript?

25         A.      Yes.
```

192

1

2                          I N D E X

3      WITNESS              EXAMINATION BY          PAGE

4      ANAND DASRATH        MS. McLAUGHLIN          4

5

6

7                          E X H I B I T S

       DEFENDANT'S          DESCRIPTION             PAGE
8
           A                Document                13
9
           B                Copy of transcript      20
10
       C & D                E-mails                 47
11
           E                Transcript              57
12
           F                E-mail                  87
13
           G                Memo                    99
14
           H                E-mail                  111
15
           I                Letter                  115
16
           J                Transcript              118
17
           K                Letter                  121
18
           L                Letter                  123
19
       M & N                USMLE application       129
20
           O                Affidavit               135
21
           P                Handbook                140
22
           Q                Letter                  144
23
           R                Letter                  145
24
           S                Affidavit in opposition 150
25

24

```
1                    A. DASRATH

2         A.      I tried to speak with the

3    assistant dean that was there.  Dr.

4    Houghton.

5         Q.      How do you spell that?

6         A.      I think it is spelled

7    H-O-U-G-H-T-O-N.

8         Q.      How did you speak to him?

9         A.      I went to her.

10        Q.      I'm sorry.

11        A.      I went to her office.

12        Q.      When was that?

13        A.      That would either be late

14   August of 2004 or early September.  That was

15   the beginning of my second semester.

16        Q.      Just to go back.  This is an

17   unofficial transcript that you said you were

18   probably provided by them.

19               How long between the unofficial

20   transcript and the official transcript did

21   you generally receive them from Ross?

22        A.      Within a week, two weeks.

23        Q.      So, at some point you were sent

24   an unofficial transcript and then they

25   followed up with an official transcript, is
```

25

1                          A. DASRATH

2       that how it works?

3            A.      I don't recall exactly, but

4       there comes a time where you receive another

5       transcript.

6            Q.      When you went to Ms. Houghton's

7       office was she there, did you have a

8       discussion with her?

9            A.      She wouldn't listen.  They

10      don't listen.

11           Q.      What did you say to her?

12           A.      I showed her this transcript, I

13      showed her the second transcript, but they

14      just laugh in your face.

15           Q.      Did she laugh in your face at

16      that time?

17           A.      Yes.

18           Q.      Did she say anything else

19      besides laughter?

20           A.      She said nothing she can do

21      about it.

22           Q.      Did you speak to anyone else

23      about the genetics grade change from B plus

24      to F?

25           A.      Yes, I spoke to the person in

192

```
 1
 2                        I N D E X
 3   WITNESS              EXAMINATION BY        PAGE
 4   ANAND DASRATH        MS. McLAUGHLIN        4
 5
 6                      E X H I B I T S
 7
     DEFENDANT'S         DESCRIPTION            PAGE
 8
        A                Document               13
 9
        B                Copy of transcript     20
10
     C & D               E-mails                47
11
        E                Transcript             57
12
        F                E-mail                 87
13
        G                Memo                   99
14
        H                E-mail                 111
15
        I                Letter                 115
16
        J                Transcript             118
17
        K                Letter                 121
18
        L                Letter                 123
19
     M & N               USMLE application      129
20
        O                Affidavit              135
21
        P                Handbook               140
22
        Q                Letter                 144
23
        R                Letter                 145
24
        S                Affidavit in opposition 150
25
```

25

1                    A. DASRATH

2      that how it works?

3           A.      I don't recall exactly, but

4      there comes a time where you receive another

5      transcript.

6           Q.      When you went to Ms. Houghton's

7      office was she there, did you have a

8      discussion with her?

9           A.      She wouldn't listen.  They

10     don't listen.

11          Q.      What did you say to her?

12          A.      I showed her this transcript, I

13     showed her the second transcript, but they

14     just laugh in your face.

15          Q.      Did she laugh in your face at

16     that time?

17          A.      Yes.

18          Q.      Did she say anything else

19     besides laughter?

20          A.      She said nothing she can do

21     about it.

22          Q.      Did you speak to anyone else

23     about the genetics grade change from B plus

24     to F?

25          A.      Yes, I spoke to the person in

26

1                     A. DASRATH

2    charge of the genetics department.

3          Q.      And who is that?

4          A.      I don't remember his name right

5    now, but if I remember I'll tell you.

6          Q.      And is he also located at

7    Dominica?

8          A.      Yes.

9          Q.      What did you speak to him

10    about?

11          A.      I told him they changed my

12    grade.

13          Q.      And what was his response?

14          A.      He looked at this transcript

15    and the next transcript and said he didn't

16    assign an F.

17          Q.      Who was your professor in that

18    class?

19          A.      I'm trying to remember his

20    name. I don't remember his name right now.

21          Q.      Did you ever speak to that

22    professor about your grade?

23          A.      Of course.

24          Q.      And that wasn't Ms. Houghton or

25    this gentleman that you referred to; is that

**Dasrath v Ross University**      **Docket No. CV-07-2433**      **000052**
**C&C File No. 6970**      **October 5, 2010**      **EBT of Plaintiff**
                                                           **Taken 9/30/2010**

192

```
 1
 2                    I N D E X
 3   WITNESS           EXAMINATION BY        PAGE
 4   ANAND DASRATH     MS. McLAUGHLIN        4
 5
 6
                    E X H I B I T S
 7
     DEFENDANT'S      DESCRIPTION            PAGE
 8
        A            Document               13
 9
        B            Copy of transcript     20
10
     C & D           E-mails                47
11
        E            Transcript             57
12
        F            E-mail                 87
13
        G            Memo                   99
14
        H            E-mail                 111
15
        I            Letter                 115
16
        J            Transcript             118
17
        K            Letter                 121
18
        L            Letter                 123
19
     M & N           USMLE application      129
20
        O            Affidavit              135
21
        P            Handbook               140
22
        Q            Letter                 144
23
        R            Letter                 145
24
        S            Affidavit in opposition 150
25
```

1                    A. DASRATH

2          Q.      What did Dr. Meisenberg say to

3    you?

4          A.      He said I was very sorry and we

5    proceeded walking to the examination center

6    of Ross University.

7          Q.      What is the examination

8    center?

9          A.      That is where the exams are

10   prepared, that is where they are marked,

11   graded.   That is where the transcript sheets

12   are kept.

13         Q.      What did you do at the

14   examination center with Dr. Meisenberg?

15         A.      I went to speak with Dr.

16   Desalu, the person in charge with the

17   examination center.

18         Q.      What did you say to Dr. Desalu?

19         A.      Dr. Meisenberg started speaking

20   to him that there seems to be a problem with

21   my grade.  He told Dr. Meisenberg that he

22   doesn't follow their procedures.

23         Q.      Does Dr. Desalu, to your

24   knowledge, grade the examinations?

25         A.      I don't know who grades their

192

1

2                           I N D E X

3    WITNESS              EXAMINATION BY           PAGE

4    ANAND DASRATH        MS. McLAUGHLIN           4

5

6                        E X H I B I T S

7
     DEFENDANT'S          DESCRIPTION              PAGE
8
          A              Document                  13
9
          B              Copy of transcript        20
10
     C & D               E-mails                    47
11
          E              Transcript                 57
12
          F              E-mail                     87
13
          G              Memo                       99
14
          H              E-mail                    111
15
          I              Letter                    115
16
          J              Transcript                118
17
          K              Letter                    121
18
          L              Letter                    123
19
     M & N               USMLE application         129
20
          O              Affidavit                 135
21
          P              Handbook                  140
22
          Q              Letter                    144
23
          R              Letter                    145
24
          S              Affidavit in opposition   150
25

74

1                    A. DASRATH

2    of them were from the American Heart

3    Association.  One of them was for family

4    abuse.

5                    And then there was a fifth

6    one.  I don't recall what it was called.  I

7    do have the certification.   The

8    certification papers I can look up.

9         Q.        When you took these exams, you

10   would receive a certification if you passed

11   the exam?

12        A.        Yeah.

13        Q.        And you received all five

14   certifications?

15        A.        Yeah.

16        Q.        Was there anything else your

17   grade was based on besides the fifth

18   certification exams?

19        A.        I'm not sure.

20        Q.        Was there a clinical portion of

21   the class?

22        A.        I don't believe the clinical,

23   there were some hospital visitation, but I

24   don't believe they were worth points.  Not to

25   my knowledge.

192

1

2                           I N D E X

3    WITNESS              EXAMINATION BY           PAGE

4    ANAND DASRATH        MS. McLAUGHLIN            4

5

6                         E X H I B I T S

7

8    DEFENDANT'S          DESCRIPTION              PAGE

9        A                Document                 13

10       B                Copy of transcript       20

11    C & D               E-mails                  47

12       E                Transcript               57

13       F                E-mail                   87

14       G                Memo                     99

15       H                E-mail                   111

16       I                Letter                   115

17       J                Transcript               118

18       K                Letter                   121

19       L                Letter                   123

20    M & N               USMLE application        129

21       O                Affidavit                135

22       P                Handbook                 140

23       Q                Letter                   144

24       R                Letter                   145

25       S                Affidavit in opposition  150

132

1                    A. DASRATH

2          Q.      Is there also a package, part

3    of your package of an application to take the

4    USMLE step I?

5          A.      Yes.

6          Q.      Do you know why there are two

7    different applications here?

8          A.      Yes.

9          Q.      What is the difference between

10   the two applications, if you know?

11         A.      The first one was submitted on

12   March the 12th, 2006.  At the recommendation

13   of Dr. Enrique Fernandez.

14         Q.      To sit for the USMLE at that

15   point you to have apply; is that correct?

16         A.      Yes.

17         Q.      Is that stated in any

18   regulations or handbooks of the school that

19   you know of?

20         A.      Yes.

21         Q.      And so in March of 2006 you

22   applied to take the USMLE; is that correct?

23         A.      Yes.

24         Q.      And then in May 2006, there is

25   a second application.

192

1

2                         I N D E X

3  WITNESS              EXAMINATION BY          PAGE

4  ANAND DASRATH        MS. McLAUGHLIN           4

5

6                         E X H I B I T S

7

   DEFENDANT'S            DESCRIPTION            PAGE

8
       A              Document                  13
9
       B              Copy of transcript        20
10
   C & D              E-mails                    47
11
       E              Transcript                57
12
       F              E-mail                     87
13
       G              Memo                       99
14
       H              E-mail                    111
15
       I              Letter                    115
16
       J              Transcript                118
17
       K              Letter                    121
18
       L              Letter                    123
19
   M & N              USMLE application         129
20
       O              Affidavit                 135
21
       P              Handbook                  140
22
       Q              Letter                    144
23
       R              Letter                    145
24
       S              Affidavit in opposition   150
25

133

```
1                           A. DASRATH
2                    Do you know why there is a
3        second application to take the exam?
4           A.      Yes.
5           Q.      Why is that?
6           A.      The second application has to
7        be filled out again because the first
8        application was rejected.
9           Q.      Why was it rejected?
10          A.      They wanted to verify my date
11       of birth.
12          Q.      What is your date of birth?
13          A.      November 12th, 1957.
14          Q.      And the first application was
15       that missing or was it incorrect?
16          A.      To my knowledge, it was
17       correct.
18          Q.      And they asked for a new
19       application to be sent there?
20          A.      Yes.
21          Q.      Who asked for that new
22       application to be sent?
23          A.      The USMLE office.
24          Q.      Is that the examining board?
25          A.      Yes.
```

192

```
 1
 2                           I N D E X
 3     WITNESS              EXAMINATION BY          PAGE
 4     ANAND DASRATH        MS. McLAUGHLIN          4
 5
 6
 7                       E X H I B I T S
 8     DEFENDANT'S           DESCRIPTION           PAGE
 9         A            Document                    13
10         B            Copy of transcript          20
11     C & D            E-mails                     47
12         E            Transcript                  57
13         F            E-mail                      87
14         G            Memo                        99
15         H            E-mail                     111
16         I            Letter                     115
17         J            Transcript                 118
18         K            Letter                     121
19         L            Letter                     123
20     M & N            USMLE application          129
21         O            Affidavit                  135
22         P            Handbook                   140
23         Q            Letter                     144
24         R            Letter                     145
25         S            Affidavit in opposition    150
```

Case 11-2531, Document 53-2, 10/07/2011, 412551, Page46 of 131

**A215**

1                    A. DASRATH

2          A.      No.

3          Q.      So, after --

4          A.      I'm not sure if it was just

5    friends, but to the best of my knowledge

6    that's how I came up with this idea of

7    getting on this web site.

8          Q.      So, when you access the web

9    site what do you see?

10         A.      I saw that an F was posted for

11   me.

12         Q.      Was there any break down of the

13   grade or it just has the course name and the

14   grade?

15         A.      I don't recall everything I

16   saw, I just saw the course name and an F.

17         Q.      Did you maintain a copy of what

18   you saw on the web site?

19         A.      The web site somehow does not

20   allow to print.  I couldn't printout

21   anything.

22         Q.      When you saw the failing grade

23   in the course, what did you do?

24         A.      I attempted to contact Dr.

25   Fernandez.

192

```
1
2                         I N D E X
3    WITNESS              EXAMINATION BY         PAGE
4    ANAND DASRATH        MS. McLAUGHLIN         4
5
6                       E X H I B I T S
7
     DEFENDANT'S           DESCRIPTION           PAGE
8
         A               Document                13
9
         B               Copy of transcript      20
10
     C & D               E-mails                 47
11
         E               Transcript              57
12
         F               E-mail                  87
13
         G               Memo                    99
14
         H               E-mail                  111
15
         I               Letter                  115
16
         J               Transcript              118
17
         K               Letter                  121
18
         L               Letter                  123
19
     M & N               USMLE application       129
20
         O               Affidavit               135
21
         P               Handbook                140
22
         Q               Letter                  144
23
         R               Letter                  145
24
         S               Affidavit in opposition 150
25
```

**A217**

1                    A. DASRATH

2          A.      Yes.

3          Q.      And these were the regulations

4     you referred to in the answer to the last

5     question?

6          A.      Yes.

7          Q.      I direct your attention to page

8     fourteen.

9                    In the last paragraph it says

10    that students administratively withdrawn and

11    have not passed the USMLE on their first or

12    second attempts may request to be sponsored

13    to take or retake the USMLE, is that the

14    paragraph that you are referring to?

15         A.      And I'm also referring to page

16    nine which says that students remain

17    registered after the AICM course for the next

18    seventeen weeks.

19                   So, the remainder of that

20    sentence where it says student on

21    administrative leave withdrawn may request to

22    be sponsored to take or retake the USMLE

23    through a process of application made through

24    the university's admission office?

25         A.      Yes.

*ROSS UNIVERSITY SCHOOL OF MEDICINE*

*STUDENT HANDBOOK*

*OF*

*ACADEMIC RULES AND REGULATIONS*

*May 2006*



- Fail the Comprehensive NBME in three attempts

- Fail USMLE step2 in three attempts

- Fail to abide by university policies set forth

- Fail to pass the USMLE Step 1 in three attempts and within one year after they become eligible to take this exam.

In order to be eligible to begin clinical core clerkship rotations, students must meet all of the following pre-requisites:

- Successfully complete all the requirements of the Basic Science Coursework.

- Complete successfully the course "Advanced Introduction to Clinical Medicine" offered at the beginning of the Clinical Science segment.

- Pass the USMLE Step 1 (see below).

### *CLINICAL SCIENCE SEGMENT*

The Clinical Science Curriculum begins with the "Advanced Introduction to Clinical Medicine" (AICM) course. All students are required to take the USMLE Step 1 for the first time within 6 months of becoming eligible. Failure to do so will subject the student to be dismissed.

Following the 12-week AICM, there is a 17-week scheduled break during which students remain fully enrolled. (Aside from a private "Extra" loan for live board review course fees, students are ineligible for financial aid during this period.) Some students will use this time preparing for, taking, and passing USMLE Step 1. Students who have already passed Step 1 may begin clinical clerkships at any time during this period. Students who have not received passing scores and have not started clinical clerkship within that period may still preserve their "in-school" student loan deferment status by applying for an academic leave of absence extending up to 180 days from the last day of the AICM. Beyond this timeframe, students who have not resumed clinical training fall into repayment status on their student loans and must be reported as withdrawn, for most purposes, to outside agencies.

Passing the AICM course and USMLE Step 1 are required for continuation into clinical clerkships. During the remainder of the Clinical Science curriculum, all students must take and pass all the required core and elective clinical clerkships. In addition to the 12 weeks of the AICM course, the School requires 48 weeks of core clerkships and 30 weeks of electives, for a total of 90 weeks of clinical training. These requirements are however, subject to change in the future, depending on regulatory and other academic requirements.

A final examination is given at the end of each clerkship. Students are also required to pass the USMLE Steps 1, 2 CK and Step 2 CS licensure examinations (see below).

192

1

2                          I N D E X

3    WITNESS              EXAMINATION BY            PAGE

4    ANAND DASRATH        MS. McLAUGHLIN             4

5

6                          E X H I B I T S

7    DEFENDANT'S          DESCRIPTION               PAGE

8        A                Document                   13

9        B                Copy of transcript         20

10   C & D                E-mails                    47

11       E                Transcript                 57

12       F                E-mail                     87

13       G                Memo                       99

14       H                E-mail                    111

15       I                Letter                    115

16       J                Transcript                118

17       K                Letter                    121

18       L                Letter                    123

19   M & N                USMLE application         129

20       O                Affidavit                 135

21       P                Handbook                  140

22       Q                Letter                    144

23       R                Letter                    145

24       S                Affidavit in opposition   150

25

118

1                          A. DASRATH

2      but not a copy of the handbook.

3                          MS. McLAUGHLIN:   I'm going to

4          mark this document as Exhibit J.

5                          (Whereupon, the aforementioned

6          transcript was marked as Defendant's

7          Exhibit J for identification, as of

8          this date, by the Reporter.)

9          Q.      Did you have a chance to take a

10     look at it?

11         A.      Yes.

12         Q.      Defendant Exhibit J. It appears

13     to be a transcript and is dated 5/22/2006

14     several days after the letter that you wrote

15     to Ross.

16                      Is this the transcript that you

17     received in response to your letter?

18         A.      Yes.

19         Q.      On this transcript, are your

20     scores reflected yet for the AICM course?

21         A.      No.

22         Q.      So, there is no entry yet for

23     the AICM course as of May 22nd, 2006?

24         A.      No.

25         Q.      Was it your understanding that

1   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
2   - - - - - - - - - - - - - - - - - - X
     ANAND DASRATH,
3

4                      Plaintiff,

5

6      -against-          Case No.
                     CV-07-2433
7

8

9   ROSS UNIVERSITY SCHOOL OF MEDICINE,

10                  Defendant.
    - - - - - - - - - - - - - - - - - X
11

12               October 21, 2010
               9:55 a.m.
13

14               44 Wall Street
               New York, New York

15

16

17      DEPOSITION OF DR. ENRIQUE S. FERNANDEZ,

18   appearing as a witness on behalf of the Defendant

19   herein, taken by the attorneys for Plaintiff,

20   Pursuant to Notice, held at the above-mentioned

21   time and place, before Alec Dazenski, a Notary

22   Public in and for the State of New York.

23

24

25          ***    **   ***

SEVERIN & ASSOCIATES, INC.
1 South View Court
Bayville, New York 11709
TEL. (516) 628-1402 - FAX (516) 628-0423

**A223**

                    Dr. Fernandez - Direct                12

1

2   April.  I don't recall the exact last date of the

3   semester.

4        Q    Would it be the early part of April,

5   the late part of April?

6        A    Probably the early part of April.

7        Q    After a student completes the AICM, is

8   a grade given?

9        A    Yes.

10       Q    When is that grade given?

11       A    It's given approximately two weeks

12  after the conclusion of the course.

13       Q    Is the student also given a

14  certification of completion of that course?

15       A    I don't understand the question.

16       Q    In addition to a grade, let's say a

17  letter or a number, is the student then certified

18  that he or she has completed the course?

19       A    No.

20            MR. CAPUANO:  What do you mean by

21       certified?

22       A    I don't understand what you mean by

23  certified.

24       Q    Is a student given a certification

25  that he or she has completed the AICM?

SEVERIN & ASSOCIATES, INC.  *  (516) 628-1402

192

1

2                              I N D E X

3    WITNESS              EXAMINATION BY          PAGE

4    ANAND DASRATH        MS. McLAUGHLIN          4

5

6                            E X H I B I T S

7

     DEFENDANT'S           DESCRIPTION            PAGE
8
        A               Document                  13
9
        B               Copy of transcript        20
10
     C & D              E-mails                    47
11
        E               Transcript                57
12
        F               E-mail                     87
13
        G               Memo                       99
14
        H               E-mail                     111
15
        I               Letter                     115
16
        J               Transcript                 118
17
        K               Letter                     121
18
        L               Letter                     123
19
     M & N              USMLE application          129
20
        O               Affidavit                  135
21
        P               Handbook                   140
22
        Q               Letter                     144
23
        R               Letter                     145
24
        S               Affidavit in opposition    150
25

119

1                    A. DASRATH

2    there should have been an entry for this

3    course as of May 22nd, 2006?

4          A.     Yes.

5          Q.     Why is that?

6          A.     It was several weeks already

7    since I was waiting for this entry.

8          Q.     Why were you waiting several

9    weeks for this entry?

10         A.     I wanted to see my grade for

11   the AICM course.

12         Q.     Are there any requirements that

13   the AICM course or any grade be posted

14   several weeks after the final grade is

15   issued?

16         A.     It is usually posted within two

17   weeks.

18         Q.     What do you mean by posted?

19         A.     It is in the registrar's

20   office, and in the transcript.

21         Q.     And that's based on your past

22   experience?

23         A.     Yes.

24         Q.     Is there anything that requires

25   Ross University to submit the grade to the

Case 11-2531, Document 53-2, 10/07/2011, 412551, Page57 of 131

**A226**

1            A. DASRATH

2    registrar's office and in the transcript

3    within two weeks?

4        A.    I did see postings to that

5    issue in Dominica and I believe Ross has its

6    own internal regulations.

7        Q.    What are the postings that you

8    are referring to about this regulation?

9        A.    That the students' grades will

10    be posted as soon as possible.

11        Q.    What are the postings that you

12    are referring to?   Where does it say that is

13    what I'm saying?

14        A.    It is posted on the registrar's

15    door in Dominica.

16        Q.    You said that Ross has its own

17    internal policies as to when it should post

18    and report grades on the transcript?

19        A.    That is what I recall as Ross

20    policies that grades will be posted as soon

21    as possible.

22        Q.    Where is this policy?

23        A.    This policy was posted as the

24    door at the registrar's office in Dominica.

25        Q.    Are there any other places that

*ROSS UNIVERSITY SCHOOL OF MEDICINE*

*STUDENT HANDBOOK*

*OF*

*ACADEMIC RULES AND REGULATIONS*

*May 2006*



Cheating (whether on examinations or with laboratory data), undisclosed knowledge of cheating, stealing (whether from the Library or from fellow students), and plagiarism will not be tolerated and can lead to expulsion from the school.

In the event that a student is accused of acts that are within the jurisdiction of both the Honor Council and the Grievance Committee, then the accused student shall have the right to choose the forum in which he or she will be heard.


## STUDENT POLICY ON ALCOHOL AND OTHER DRUGS

Ross University has developed a *Student Policy on Alcohol and Other Drugs*, with which all students must comply. It attached hereto and incorporated herein.


## STUDENT PRIVACY RIGHTS

The University follows the guidelines of the U.S. Family Educational Rights and Privacy Act (FERPA), which are as follows:

(1) The right to inspect and review the student's education record within 45 days of the day the University receives a request for access.

> Students should submit to the University Registrar a written request that identifies the records they wish to inspect. The Registrar will make arrangements for access and notify the student of the time and place where the record may be inspected.

(2) The right to request the amendment of the student's education records that the student believes are inaccurate or misleading.

> Students may ask the University to amend a record that they believe is inaccurate. They should write to the University Registrar, clearly identify the part of the record they want corrected, and specify why it is inaccurate.

> If the University decides not to amend the record as requested by the student, the University will notify the student of the decision and advise the student of his or her right to a hearing regarding the request for amendment. Additional information regarding the hearing procedures will be provided when the student is notified of the right to a hearing.

(3) The right to consent to disclosures of personally identifiable information contained in the student's education record, except to the extent that FERPA authorizes disclosure without consent.

> One exception, which permits disclosure without consent, is disclosure to school officials with legitimate educational interests. A school official is a person employed by the University in an administrative, supervisory, academic or research, or support staff position (including law enforcement unit personnel and health staff); a person or company with whom the University has contracted (such as an attorney, auditor, or collection agent); a person serving on the Board of Trustees; or a student serving on an

192

```
 1
 2                      I N D E X
 3   WITNESS              EXAMINATION BY        PAGE
 4   ANAND DASRATH        MS. McLAUGHLIN        4
 5
 6                    E X H I B I T S
 7
     DEFENDANT'S          DESCRIPTION           PAGE
 8
        A               Document               13
 9
        B               Copy of transcript     20
10
     C & D              E-mails                47
11
        E               Transcript             57
12
        F               E-mail                 87
13
        G               Memo                   99
14
        H               E-mail                 111
15
        I               Letter                 115
16
        J               Transcript             118
17
        K               Letter                 121
18
        L               Letter                 123
19
     M & N              USMLE application      129
20
        O               Affidavit              135
21
        P               Handbook               140
22
        Q               Letter                 144
23
        R               Letter                 145
24
        S               Affidavit in opposition 150
25
```

**A230**

89

```
1                    A. DASRATH
2     we talked about earlier that you logged
3     into?
4          A.     No.
5          Q.     It is something different?
6          A.     I don't know what is
7     e-college.
8          Q.     Grade breakdowns will be
9     available by e-mail request starting Monday.
10                Did you make a request for
11    grade breakdowns?
12         A.     I didn't send any request for
13    grade breakdowns.
14         Q.     So, you logged into a web site
15    that is not e-college, to your knowledge, it
16    is something different?
17         A.     I don't know something called
18    e-college.
19         Q.     Did you see your grade and then
20    write this e-mail to Dr. Fernandez that is
21    above what we were just discussing?
22         A.     Yes.
23         Q.     The e-mail above is from Mr.
24    Dasrath to Dr. Fernandez and it is dated
25    April 22nd, 2006; is that correct?
```

192

```
 1
 2                        I N D E X
 3    WITNESS              EXAMINATION BY        PAGE
 4    ANAND DASRATH        MS. McLAUGHLIN        4
 5
 6
 7                     E X H I B I T S
      DEFENDANT'S         DESCRIPTION           PAGE
 8
         A               Document               13
 9
         B               Copy of transcript     20
10
      C & D              E-mails                47
11
         E               Transcript             57
12
         F               E-mail                 87
13
         G               Memo                   99
14
         H               E-mail                 111
15
         I               Letter                 115
16
         J               Transcript             118
17
         K               Letter                 121
18
         L               Letter                 123
19
      M & N              USMLE application      129
20
         O               Affidavit              135
21
         P               Handbook               140
22
         Q               Letter                 144
23
         R               Letter                 145
24
         S               Affidavit in opposition  150
25
```

79

```
1                        A. DASRATH

2         A.      No.

3         Q.      So, after --

4         A.      I'm not sure if it was just

5    friends, but to the best of my knowledge

6    that's how I came up with this idea of

7    getting on this web site.

8         Q.      So, when you access the web

9    site what do you see?

10         A.      I saw that an F was posted for

11   me.

12         Q.      Was there any break down of the

13   grade or it just has the course name and the

14   grade?

15         A.      I don't recall everything I

16   saw, I just saw the course name and an F.

17         Q.      Did you maintain a copy of what

18   you saw on the web site?

19         A.      The web site somehow does not

20   allow to print.  I couldn't printout

21   anything.

22         Q.      When you saw the failing grade

23   in the course, what did you do?

24         A.      I attempted to contact Dr.

25   Fernandez.
```

192

1

2                          I N D E X

3     WITNESS              EXAMINATION BY           PAGE

4     ANAND DASRATH        MS. McLAUGHLIN           4

5

6                         E X H I B I T S

7

      DEFENDANT'S          DESCRIPTION              PAGE

8

          A               Document                 13

9

          B               Copy of transcript       20

10

      C & D               E-mails                   47

11

          E               Transcript               57

12

          F               E-mail                    87

13

          G               Memo                      99

14

          H               E-mail                   111

15

          I               Letter                   115

16

          J               Transcript               118

17

          K               Letter                   121

18

          L               Letter                   123

19

      M & N               USMLE application        129

20

          O               Affidavit                135

21

          P               Handbook                 140

22

          Q               Letter                   144

23

          R               Letter                   145

24

          S               Affidavit in opposition  150

25

**A234**

80

```
 1                    A. DASRATH
 2         Q.      At this time, are you in Miami
 3    still in April of 2006 or are you back in New
 4    York?
 5         A.      I'm back in New York.
 6         Q.      When did classes end, I'm sorry
 7    you, said April 7th, 2006?
 8         A.      Yes.
 9         Q.      And then you left immediately
10    after for New York?
11         A.      Yes.
12         Q.      How did you try to contact Dr.
13    Fernandez?
14         A.      By phone.
15         Q.      And did you get a response?
16         A.      Not immediately.  Eventually I
17    did get a response from Dr. Fernandez.
18         Q.      Was that by phone or in person?
19         A.      By phone.
20         Q.      Do you recall when that was?
21         A.      Maybe late April or early May
22    2006.
23         Q.      And what did he say to you in
24    that conversation?  Was it with Dr.
25    Fernandez?
```

192

1

2                          I N D E X

3    WITNESS              EXAMINATION BY          PAGE

4    ANAND DASRATH        MS. McLAUGHLIN          4

5

6

                         E X H I B I T S
7
     DEFENDANT'S            DESCRIPTION           PAGE
8
         A              Document                  13
9
         B              Copy of transcript        20
10
     C & D              E-mails                    47
11
         E              Transcript                57
12
         F              E-mail                     87
13
         G              Memo                       99
14
         H              E-mail                     111
15
         I              Letter                     115
16
         J              Transcript                 118
17
         K              Letter                     121
18
         L              Letter                     123
19
     M & N              USMLE application          129
20
         O              Affidavit                  135
21
         P              Handbook                   140
22
         Q              Letter                     144
23
         R              Letter                     145
24
         S              Affidavit in opposition    150
25

A236

82

```
 1                        A. DASRATH

 2      those five parts.

 3              Q.      You do have proof of those five

 4      parts because you have a certification?

 5              A.      Yes.

 6              Q.      What is clinical clerkship?

 7              A.      A clinical clerkship is

 8      something that starts after you pass the

 9      USMAL step I.

10              Q.      There is no clinical clerkship

11      that starts during the AICM course?

12              A.      No.

13              Q.      There is no clinical clerkship

14      in the AICM class?

15              A.      You have to first pass your

16      USMAL step I otherwise you are not authorized

17      to do clinical stuff on live patients.

18              Q.      You told them to look into the

19      grade, something might be wrong and what did

20      he respond?   How did he respond?

21              A.      He responded aggressively.   He

22      doesn't like to be told he's wrong.

23              Q.      What did he say to you exactly?

24              A.      He told me no.

25              Q.      And that was it?
```

192

1

2                          I N D E X

3      WITNESS              EXAMINATION BY           PAGE

4      ANAND DASRATH        MS. McLAUGHLIN           4

5

6                        E X H I B I T S

7

       DEFENDANT'S           DESCRIPTION           PAGE

8          A              Document                  13

9          B              Copy of transcript        20

10     C & D              E-mails                    47

11         E              Transcript                 57

12         F              E-mail                     87

13         G              Memo                       99

14         H              E-mail                    111

15         I              Letter                    115

16         J              Transcript                118

17         K              Letter                    121

18         L              Letter                    123

19     M & N              USMLE application         129

20         O              Affidavit                 135

21         P              Handbook                  140

22         Q              Letter                    144

23         R              Letter                    145

24         S              Affidavit in opposition   150

25

83

A. DASRATH

1

2          A.       I don't recall the exact

3     conversation.  But, from what I gathered he

4     says no.

5          Q.       He said no, the grade is not

6     wrong?

7          A.       Something to that effect, yes.

8          Q.       Is that the end of your

9     conversation?

10          A.       Yes.

11          Q.       Did you have any other further

12     conversations with him?

13          A.       I don't recall any other

14     conversations.

15          Q.       It was just one phone call as

16     far as now?

17          A.       Yes.

18          Q.       Did you have any conversations

19     with anyone else at Ross about your score for

20     the AICM course?

21          A.       Yes.

22          Q.       Who was that with?

23          A.       Dr. Nancy Perri.

24          Q.       When did you speak to Dr.

25     Perri?

**A239**

84

```
1                    A. DASRATH

2          A.      It might be late April or early

3     May.  Soon after speaking to Dr. Fernandez.

4          Q.      How did you speak to her

5     face-to-face or by phone?

6          A.      By phone.

7          Q.      And she called you or you

8     called her?

9          A.      I called her.

10         Q.      What did you say to her?

11         A.      I told her something is wrong

12    with the AICM course.   If she could look

13    into it.

14         Q.      How did she respond?

15         A.      She said yes, she will look

16    into it.

17         Q.      Is that the first time that you

18    spoke to Dr. Perri during your time at Ross

19    University?

20         A.      Yes.

21         Q.      And why did you call Dr.

22    Perri?

23         A.      Because Dr. Perri is Dr.

24    Fernandez' boss.

25         Q.      Was that the end of your
```

192

1

2                            I N D E X

3    WITNESS            EXAMINATION BY          PAGE

4    ANAND DASRATH      MS. McLAUGHLIN            4

5

6

7                          E X H I B I T S

8    DEFENDANT'S            DESCRIPTION          PAGE

9        A          Document              13

10       B          Copy of transcript     20

11    C & D         E-mails               47

12       E          Transcript            57

13       F          E-mail                87

14       G          Memo                  99

15       H          E-mail               111

16       I          Letter               115

17       J          Transcript           118

18       K          Letter               121

19       L          Letter               123

20    M & N         USMLE application     129

21       O          Affidavit            135

22       P          Handbook             140

23       Q          Letter               144

24       R          Letter               145

25       S          Affidavit in opposition  150

A241

85

1                    A. DASRATH

2    conversation, she said she will look into it

3    and get back to you?

4         A.    Yes.

5         Q.    Did you have any further

6    conversations with her?

7         A.    I tried a number of times to

8    speak to her again.

9         Q.    And how did you try, by e-mail

10   or by phone?

11        A.    I tried by phone at first and

12   then by e-mail.

13        Q.    Did you ever reach her on the

14   phone or by e-mail?

15        A.    On the phone I heard somebody

16   in the background with the voice I think was

17   hers.  But she has a secretary called Judy.

18   Judy answered the phone.

19             I hear Judy will call to her

20   that Dr. Perri and Anand Dasrath is on the

21   phone again and I heard a voice stimulating

22   her saying tell him I'm in Dominica.  That

23   happened a few times.

24        Q.    Did you eventually speak to her

25   again after that first conversation?

**A242**

192

```
 1

 2                    I N D E X

 3    WITNESS            EXAMINATION BY       PAGE

 4    ANAND DASRATH      MS. McLAUGHLIN        4

 5

 6                    E X H I B I T S

 7    DEFENDANT'S         DESCRIPTION         PAGE

 8        A            Document                13

 9        B            Copy of transcript      20

10      C & D          E-mails                 47

11        E            Transcript              57

12        F            E-mail                  87

13        G            Memo                    99

14        H            E-mail                 111

15        I            Letter                 115

16        J            Transcript             118

17        K            Letter                 121

18        L            Letter                 123

19      M & N          USMLE application      129

20        O            Affidavit              135

21        P            Handbook               140

22        Q            Letter                 144

23        R            Letter                 145

24        S            Affidavit in opposition 150

25
```

A243

86

```
 1                    A. DASRATH
 2          A.     No.
 3          Q.     Did you communicate with her
 4   through e-mail after that first
 5   conversation?
 6          A.     Yes.
 7          Q.     What were the e-mails
 8   regarding?
 9          A.     The same thing.  I sent her a
10   reminder e-mail telling her there is still a
11   problem with my AICM course.  If she could
12   look into it.
13          Q.     Did she get back to you?
14          A.     She replied, yes.
15          Q.     What did she say?
16          A.     That she will look into it
17   again she said she was in Dominica.  She
18   always says she is in Dominica regardless.  I
19   spoke to other students and that is what she
20   tells the other students if any of them have
21   a problem, that she is in Dominica.
22          Q.     What other students told you
23   that?
24          A.     Other friends that I took with
25   the class.
```

192

1

2                          I N D E X

3   WITNESS              EXAMINATION BY           PAGE

4   ANAND DASRATH        MS. McLAUGHLIN           4

5

6

7                        E X H I B I T S

8   DEFENDANT'S          DESCRIPTION              PAGE

9       A                Document                 13

        B                Copy of transcript       20
10
    C & D                E-mails                   47
11
        E                Transcript               57
12
        F                E-mail                    87
13
        G                Memo                      99
14
        H                E-mail                   111
15
        I                Letter                   115
16
        J                Transcript               118
17
        K                Letter                   121
18
        L                Letter                   123
19
    M & N                USMLE application        129
20
        O                Affidavit                135
21
        P                Handbook                 140
22
        Q                Letter                   144
23
        R                Letter                   145
24
        S                Affidavit in opposition  150
25

87

1                          A. DASRATH

2              Q.     Do you know their names?

3              A.     Yeah, one of them was Bahar.

4              Q.     That is the first name or last

5       name?

6              A.     That is his first name.  I

7       don't recall his last name.

8              Q.     Did anyone else tell you that

9       said she's in Dominica when she call?

10             A.     Yes, Anish.

11             Q.     First name or last name?

12             A.     That, is the first name.

13             Q.     Do you know the last name?

14             A.     I don't remember the last

15      name.

16             Q.     Anyone else?

17             A.     And they told me they heard

18      other people saying the same thing.

19                    MS. McLAUGHLIN:  Can we mark

20             this document, please.

21                    (Whereupon, the aforementioned

22             e-mail was marked as Defendant's

23             Exhibit F for identification, as of

24             this date, by the Reporter.)

25             Q.     I ask you to take a look at

## A246

MEMORANDUM FOR THE RECORD  -  April 24, 2006

Dr. Fernandez conferred today by telephone with Anand Dasrath about the failing grade he earned for the 5th semester just concluded. Dr. Fernandez informed Anand that he was essentially two Standard Deviations from the norm. He said that Anand earned a C on the midterm exam, failed the final exam and had a very low score on the essay portion (63 out of a possible 200). He remarked that the lowest grade had been 61. He told Anand that he failed the first write-up and got a marginal on the second. He said that would have been okay had everything else also been okay. He noted that Anand failed the PE and had remediated that. He said that Anand's overall grade placed him at the bottom of the class. He reminded Anand that extra credit cannot be applied to a failing grade.

Dr. Fernandez told Anand that he would have to repeat the semester.

> May start May 22
> Will do three weeks of clinicals
> Must do one write-up until a grade of Satisfactory or better is
>   achieved
> Is exempt from Epi and the PE
> Must attend Large and Small Group sessions (except for Epi)
> Must take Mid-term and Final

Dr. Fernandez told Anand that he would get individualized attention to help him succeed.

Dr. Fernandez noted that Anand passed the Comp. He pointed out that he could, if he wishes, defer starting 5th semester until September, freeing up the interval for preparing for Step 1. He said that if he chose to come in May he could extend his Step 1 window to July, August, September.

Anand asked how he could have scored so poorly on the essays and said he worried that his handwriting had challenged the graders. Dr. Fernandez said that he had graded two of the seven essays himself. He did not recall trouble with anyone's handwriting and had not heard of a problem from anyone else. He reported that on the stroke essay Anand earned 5 out of a possible 25 points; on Graves got no points, none for hepatitis, on sexual issues and HIV about the average, 20 of 50 on essay #7…

Anand asked if he would have to repeat the semester in its entirety. Dr. Fernandez explained that he would have to do the components listed above. Anand wondered if Dr. Fernandez knew that he had spent some 22 years in hospitals as a pharmacist and that, consequently, he found the clinical activities to be not meaningful. Dr. Fernandez said he regretted that Anand had not mentioned his dissatisfaction earlier but promised to make sure to work closely with Anand to ensure the relevance of the activities he is assigned. In answer to Anand's question, he said that he would be responsible for full tuition but would be eligible for financial aid.



I N D E X

| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| ANAND DASRATH | MS. McLAUGHLIN | 4 |

E X H I B I T S

| DEFENDANT'S | DESCRIPTION | PAGE |
|---|---|---|
| A | Document | 13 |
| B | Copy of transcript | 20 |
| C & D | E-mails | 47 |
| E | Transcript | 57 |
| F | E-mail | 87 |
| G | Memo | 99 |
| H | E-mail | 111 |
| I | Letter | 115 |
| J | Transcript | 118 |
| K | Letter | 121 |
| L | Letter | 123 |
| M & N | USMLE application | 129 |
| O | Affidavit | 135 |
| P | Handbook | 140 |
| Q | Letter | 144 |
| R | Letter | 145 |
| S | Affidavit in opposition | 150 |

**A248**

```
 1                    A. DASRATH

 2      you failed the course?

 3           A.      No.

 4           Q.      So, in April of 2006 you didn't

 5      fail the course?

 6           A.      No.

 7           Q.      And in August of 2006, you

 8      didn't believe that you failed the course?

 9           A.      No.

10           Q.      You said you had a conversation

11      with Dr. Fernandez by phone.

12                   We talked about that earlier?

13           A.      Yes.

14                   MS. McLAUGHLIN:  I have another

15           exhibit.

16                   (Whereupon, the aforementioned

17           memo was marked as Defendant's Exhibit

18           G for identification, as of this date,

19           by the Reporter.)

20           Q.      I'm going to ask you to take a

21      look at that memo.

22           A.      Yes, I took a look at this

23      memo.

24           Q.      Showing the witness what has

25      been marked as Exhibit G and it is entitled
```

100

```
1                    A. DASRATH
2        memorandum for the record, April 24th, 2006.
3                    I will ask you have you seen
4        this prior to you sitting here today?
5            A.      Yes.
6            Q.      When was the first time that
7        you saw this?
8            A.      When the case was in the
9        Supreme Court.  I believe it was 2006.
10           Q.      First line says Dr. Fernandez
11       conferred today by telephone with Anand
12       Dasrath about the failing grade he earned for
13       the fifth semester just concluded.
14                   Does that make sense that April
15       24th, 2006 would have been the time you
16       called or spoke with at least Dr. Fernandez
17       on the phone?
18           A.      Yes, it seems to be.
19           Q.      Dr. Fernandez informed Anand
20       that he was essentially two Standards
21       Deviations from the norm.
22                   Did he communicate that to you
23       during that phone conversation?
24           A.      No.
25           Q.      He said that Anand earned a C
```

192

```
 1
 2                    I N D E X
 3   WITNESS          EXAMINATION BY        PAGE
 4   ANAND DASRATH    MS. McLAUGHLIN          4
 5
 6                    E X H I B I T S
 7   DEFENDANT'S        DESCRIPTION         PAGE
 8       A           Document               13
 9       B           Copy of transcript     20
10   C & D           E-mails                47
11       E           Transcript             57
12       F           E-mail                 87
13       G           Memo                   99
14       H           E-mail                111
15       I           Letter                115
16       J           Transcript            118
17       K           Letter                121
18       L           Letter                123
19   M & N           USMLE application     129
20       O           Affidavit             135
21       P           Handbook              140
22       Q           Letter                144
23       R           Letter                145
24       S           Affidavit in opposition  150
25
```

126

```
 1                    A. DASRATH
 2          A.      I don't recall.
 3          Q.      Did you call anyone concerning
 4    your status?
 5          A.      I don't recall.
 6          Q.      Did you call about
 7    re-registering for the AICM course for the
 8    May 22nd start date?
 9          A.      I never called to re-register.
10    They decide if they register, who they
11    register and we don't have access to
12    registration procedures in their computer.
13          Q.      So, the first time that you
14    failed --  when you fail the genetics class
15    in the first semester, did you have to retake
16    that immediately after failing?
17          A.      Yes.
18          Q.      And did you register for it?
19          A.      They did it.
20          Q.      And how did that work?
21          A.      They register and tell you to
22    pay a certain amount of money.  They send you
23    a bill.
24          Q.      Were you sent a bill after the
25    end of the May 2006 semester?
```

192

1

2                              I N D E X

3    WITNESS              EXAMINATION BY              PAGE

4    ANAND DASRATH        MS. McLAUGHLIN              4

5

6                          E X H I B I T S

7    DEFENDANT'S          DESCRIPTION                PAGE

8        A                Document                   13

9        B                Copy of transcript         20

10   C & D                E-mails                     47

11       E                Transcript                 57

12       F                E-mail                     87

13       G                Memo                       99

14       H                E-mail                     111

15       I                Letter                     115

16       J                Transcript                 118

17       K                Letter                     121

18       L                Letter                     123

19   M & N                USMLE application          129

20       O                Affidavit                  135

21       P                Handbook                   140

22       Q                Letter                     144

23       R                Letter                     145

24       S                Affidavit in opposition    150

25

127

1                    A. DASRATH

2        A.      No.

3        Q.      You weren't sent any further

4   bills?

5        A.      No.

6                Could you repeat the last

7   question.

8                MS. McLAUGHLIN:  Repeat it for

9        me.

10               (Whereupon, the referred to

11               question was read back by the

12               Reporter.)

13       A.      The semester had ended in April

14  and not May.

15       Q.      I'm sorry.  After the end of

16  the April semester --

17       A.      I did not receive any bills or

18  pre-registration material.

19       Q.      What is the NBME?

20       A.      NBME, that is the National

21  Board of Medical Examination.

22       Q.      Is that an exam that you

23  took?

24       A.      Yes.

25       Q.      When did you take that?

**A254**

136

1                          A. DASRATH

2       Supreme Court County of Queens.

3                          It is entitled affidavit in

4       support.  I ask you to take a look at the

5       second page of the document.  And I ask you

6       if that is your signature or a copy of your

7       signature?

8              A.       Yes, that is my signature.

9              Q.       Do you recall signing this

10      affidavit in or about July 19th of 2006?

11             A.       Yes.

12             Q.       And this affidavit was in

13      connection with the lawsuit filed in the

14      Supreme Court of Queens County?

15             A.       Yes.

16             Q.       This lawsuit was filed prior to

17      you sitting for the USMLE exam?

18             A.       Yes.

19             Q.       Do you recall why you filed the

20      lawsuit?

21             A.       I still didn't receive any AICM

22      grade from the registrar's office.

23             Q.       In this affidavit, paragraph 3,

24      it says although --  it says I am currently

25      registered for the USMLE step I exam,

*ROSS UNIVERSITY SCHOOL OF MEDICINE*

*STUDENT HANDBOOK*

*OF*

*ACADEMIC RULES AND REGULATIONS*

*May 2006*



Students are eligible to be certified to take the USMLE Step 2 CK provided that the student has completed a minimum of 45 weeks of clinical training, which must include the Internal Medicine core clerkship and is within 12 months of graduation.

**Students must pass Step 2 CK in a maximum of three attempts, and within two calendar years of becoming eligible, in order to receive the Doctor of Medicine degree from Ross University School of Medicine.**

Students requesting a LOA to prepare for Step 2 CK will be allowed a period of time not to exceed 6 (six) weeks.

### THE USMLE STEP 2 CLINICAL SKILLS (Step 2 CS)

The Step 2 CS is taken during the final year of medical studies. The Step 2 CS assesses whether an examinee can obtain a relevant medical history, perform a physical examination of a patient, and compose a written record of the experience. It includes an evaluation of the examinee's ability to communicate effectively in the English language

To be certified to take the Step 2 CS, students must have completed 32 weeks of core clinical clerkships, which must include Internal Medicine, and must be scheduled for at least 36 weeks of core clerkships and be within 12 months of graduation.

### CERTIFICATION FOR THE USMLE

Applications for the USMLE Steps 1 and 2 CK and CS, are available online from www.ecfmg.org.

To be certified, a student must be in *good standing* and must have met all of his/her financial obligations to the University. All students requesting re-certification, in order to take this examination a second or third time, must submit to the University Registrar's Office a copy (both sides) of the USMLE score report for the previously taken examination. Students should normally re-take these examinations as soon as they are again eligible. However, the Dean of Clinical Sciences will, upon receiving documentation of a failing score on either Step 1, Step 2 CK or CS, review the student's performance to determine whether there is a need for remedial work before the student re-takes the examination.

Students who pass the USMLE Step 1 and are requesting placement in clinical clerkships must also submit a copy of the score report, along with the performance profile to the University Registrar's Office. Verbal statements or incomplete reports are not acceptable.

Students who are administratively withdrawn, and have not passed the USMLE on their first or second attempts, may request to be sponsored to take or re-take the USMLE through the University through a process of reapplication made through the University Admissions Office. Such requests for sponsorship will be reviewed individually, and may include certain conditions for approval.

192

1

2                                  I N D E X

3    WITNESS              EXAMINATION BY              PAGE

4    ANAND DASRATH        MS. McLAUGHLIN              4

5

6                                E X H I B I T S

7

8    DEFENDANT'S          DESCRIPTION                 PAGE

9         A               Document                    13

10        B               Copy of transcript          20

11   C & D                E-mails                      47

12        E               Transcript                  57

13        F               E-mail                       87

14        G               Memo                         99

15        H               E-mail                      111

16        I               Letter                      115

17        J               Transcript                  118

18        K               Letter                      121

19        L               Letter                      123

20   M & N                USMLE application           129

21        O               Affidavit                   135

22        P               Handbook                    140

23        Q               Letter                      144

24        R               Letter                      145

25        S               Affidavit in opposition     150

151

1                          A. DASRATH

2      signature from October 25th, 2006?

3           A.      Yes.

4           Q.      Do you recall signing this

5      affidavit at the time that it was signed?

6           A.      Yes.

7           Q.      On page one, paragraph three it

8      says that defendant is wrongly claiming I was

9      not enrolled as a medical student when I took

10     the exam.

11               Can you explain the basis of

12     that statement?

13          A.      Administrative letter issued on

14     June the 29th, 2006 specifically states that

15     if the student is registered for the board,

16     this is a requirement for a student to be

17     enrolled in Ross.

18          Q.      The letter from June 29th we

19     have here.  Exhibit Q.

20               Can you point to the language

21     that you were just referring to?

22          A.      In order for a student to

23     remain enrolled with RUSM, they must either

24     be registered for courses and/or registered

25     for the board.  I was registered for the

152

1                          A. DASRATH

2      board at time.

3            Q.      So, you believe that this, that

4      you were actually enrolled in the medical

5      school despite Exhibit Q, the letter?

6            A.      I was enrolled in the USMLE for

7      the board.

8            Q.      Once a student it says becomes

9      inactive, they are administrative withdrawn

10     from RUSM?

11           A.      I was enrolled in the USMLE to

12     take the board.  That is what the letter is

13     saying if you are enrolled with the board you

14     are a student.

15           Q.      But this says you are no longer

16     eligible for the board because you have been

17     administratively withdrawn?

18                  This does not say that but the

19     ECFMG regulation states that you have to be

20     enrolled at the school in order to be

21     eligible to take the board.

22                  You believe because you applied

23     to take the board you were officially

24     enrolled at the school?

25           A.      I was officially certified by

192

1

2                           I N D E X

3    WITNESS              EXAMINATION BY           PAGE

4    ANAND DASRATH        MS. McLAUGHLIN            4

5

6

7                         E X H I B I T S

8    DEFENDANT'S            DESCRIPTION             PAGE

9         A               Document                  13

10        B               Copy of transcript        20

11      C & D             E-mails                    47

12        E               Transcript                57

13        F               E-mail                     87

14        G               Memo                       99

15        H               E-mail                    111

16        I               Letter                    115

17        J               Transcript                118

18        K               Letter                    121

19        L               Letter                    123

20      M & N             USMLE application         129

21        O               Affidavit                 135

22        P               Handbook                  140

23        Q               Letter                    144

24        R               Letter                    145

25        S               Affidavit in opposition   150

168

```
1                    A. DASRATH
2     why they are withdrawing me.
3                    I don't have to show up in
4     Dominica.  In a different pay.  I'm in a
5     clinical phase.  Those in the basic science
6     show up at Dominica within one week of start
7     up.  Not me.
8          Q.     When you failed the AICM you
9     were supposed to show up in Dominica?
10         A.     You claim that I fail the
11    AICM.  I didn't say that.  I told you they
12    gave me failing grade on August the 14th.
13                 On page twenty-three it
14    specifically states that students are
15    withdrawn when they do not return to the
16    campus the following semester.
17                 I don't have to return to the
18    campus.  I finished all campus work.
19         Q.     Okay.  Are those the only
20    provisions of this handbook that you believe
21    were breached by Ross?
22         A.     More, more.  On page
23    twenty-five the University, it states, on
24    page twenty-five it states the University
25    follows the guidelines of the U.S. Family
```

192

```
1
2                          I N D E X
3    WITNESS          EXAMINATION BY         PAGE
4    ANAND DASRATH    MS. McLAUGHLIN           4
5
6                        E X H I B I T S
7    DEFENDANT'S       DESCRIPTION            PAGE
8        A           Document                  13
9        B           Copy of transcript        20
10     C & D         E-mails                   47
11       E           Transcript                57
12       F           E-mail                    87
13       G           Memo                      99
14       H           E-mail                   111
15       I           Letter                   115
16       J           Transcript               118
17       K           Letter                   121
18       L           Letter                   123
19     M & N         USMLE application        129
20       O           Affidavit                135
21       P           Handbook                 140
22       Q           Letter                   144
23       R           Letter                   145
24       S           Affidavit in opposition  150
25
```

82

1                          A. DASRATH

2    those five parts.

3            Q.      You do have proof of those five

4    parts because you have a certification?

5            A.      Yes.

6            Q.      What is clinical clerkship?

7            A.      A clinical clerkship is

8    something that starts after you pass the

9    USMAL step I.

10           Q.      There is no clinical clerkship

11   that starts during the AICM course?

12           A.      No.

13           Q.      There is no clinical clerkship

14   in the AICM class?

15           A.      You have to first pass your

16   USMAL step I otherwise you are not authorized

17   to do clinical stuff on live patients.

18           Q.      You told them to look into the

19   grade, something might be wrong and what did

20   he respond?   How did he respond?

21           A.      He responded aggressively.   He

22   doesn't like to be told he's wrong.

23           Q.      What did he say to you exactly?

24           A.      He told me no.

25           Q.      And that was it?

1

1

2  UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF NEW YORK

3  ----------------------------------------------X

   ANAND DASRATH,

4

                                    PLAINTIFF,

5

        -against-            CASE NO. CV-07-2433

6

   ROSS UNIVERSITY SCHOOL OF MEDICINE,

7

                                    DEFENDANT.

8  ----------------------------------------------X

9                        DATE: October 15, 2010

10                       TIME: 9:45 a.m.

11

12                  EXAMINATION BEFORE TRIAL of the

13  Defendant, ROSS UNIVERSITY SCHOOL OF

14  MEDICINE, by NANCY PERRI, taken by the

15  Plaintiff, pursuant to an Order, held at the

16  offices of Cullen & Dkyman, Esqs., 44 Wall

17  Street, New York, New York, before a Notary

18  Public of the State of New York.

19

20

21

22

23

24

25

SEVERIN & ASSOCIATES, INC. * 516 628-1402

46

1              A. DASRATH

2         extent not already provided, I'm going

3         to call for production of the exam

4         sheet for the AICM course for Mr.

5         Dasrath.

6                   MR. CAPUANO:  That is fine.  To

7         the extent they haven't been provided

8         we will provide it.

9                   Please follow it up in

10        writing.

11        Q.      Typically what is the time

12   frame between once an exam is given by a

13   professor and the release of the scores to

14   the students?

15                  MR. CAPUANO:  Objection.

16        Q.      In other words, I don't want to

17   speak in hypotheticals, but if an exam is

18   given in June, when does a student typically

19   receive his or her score?

20        A.      Results of an exam, the

21   students would know in short order, whether

22   or not, they passed an examination.

23        Q.      What do you mean when you say a

24   short order?

25        A.      A week or two.

1   UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF NEW YORK
2   - - - - - - - - - - - - - - - - - - - X
    ANAND DASRATH,
3

4                           Plaintiff,
5

6       -against-                    Case No.
                                     CV-07-2433
7

8

    ROSS UNIVERSITY SCHOOL OF MEDICINE,
9

10                          Defendant.
    - - - - - - - - - - - - - - - - - - - X
11

12                          October 21, 2010
                            9:55 a.m.
13
                            44 Wall Street
14                          New York, New York

15

16

17          DEPOSITION OF DR. ENRIQUE S. FERNANDEZ,

18   appearing as a witness on behalf of the Defendant

19   herein, taken by the attorneys for Plaintiff,

20   Pursuant to Notice, held at the above-mentioned

21   time and place, before Alec Dazenski, a Notary

22   Public in and for the State of New York.

23

24

25              ***      **      ***

SEVERIN & ASSOCIATES, INC.
1 South View Court
Bayville, New York  11709
TEL. (516) 628-1402 - FAX (516) 628-0423

                    Dr. Fernandez - Direct                12

1

2    April.  I don't recall the exact last date of the

3    semester.

4            Q    Would it be the early part of April,

5    the late part of April?

6            A    Probably the early part of April.

7            Q    After a student completes the AICM, is

8    a grade given?

9            A    Yes.

10           Q    When is that grade given?

11           A    It's given approximately two weeks

12   after the conclusion of the course.

13           Q    Is the student also given a

14   certification of completion of that course?

15           A    I don't understand the question.

16           Q    In addition to a grade, let's say a

17   letter or a number, is the student then certified

18   that he or she has completed the course?

19           A    No.

20                MR. CAPUANO:  What do you mean by

21           certified?

22           A    I don't understand what you mean by

23   certified.

24           Q    Is a student given a certification

25   that he or she has completed the AICM?

Ross University
School of Medicine
Anthony F. Almeida M.A.,
Ph.D.
Professor
Department of Pharmacology

Portsmouth Campus
Commonwealth of Dominica,
West Indies
Phone 767-255-6241
Fax 767-445-5383
aalmeida@rossmed.edu.dm
http://rossmed.edu.dm



**ROSS**
UNIVERSITY

February 21, 2006

To Whom It May Concern:

Dear Sir/Madam:

Re: Mr. Annand E. Dasrath

It is a pleasure to write this letter of reference for Mr. Annand Dasrath. I was assigned as his adviser on his arrival, and in his second semester he was a member of a Problem Based Learning group for which I was responsible. He also attended my lectures in the third and fourth semester.

During the tenure of his first degree, Mr. Dasrath had defined for himself the *persona* of a confident young man, with high academic standing, and a dedicated involvement in the health and care of his fellow humans. He brought to Ross University the talents of a highly experienced Hospital Pharmacist.

Mr. Dasrath presented himself as an intelligent and valuable member of our Problem Based Learning group. In the preparation of his material he was thorough and his presentations were made to his colleagues with clarity and self-confidence. His considerable experience as a Hospital Pharmacist was clearly reflected in his studies, presentations and discussion. He did not allow this advantage to diminish or alter his consideration and respect for colleagues. In conversations outside the classroom his genuine concern for his fellow humans is readily apparent. He will be well served by these qualities in his training for his Profession and afterwards. I wish the very best for him.

Yours truly,

Anthony F. Almeida, MA, Ph.D.

D00037

**A269**

# Ross University
## SCHOOL OF MEDICINE
### PORTSMOUTH, DOMINICA
### WEST INDIES

| | |
|---|---|
| Name: Dasrath, Anand E. | Student ID: 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 |
| Undergraduate Institution: YORK COLLEGE | Matriculation Date: 5/10/2004 |

Comments:

| Code | Course Title | Grade | Credit |
|---|---|---|---|
| | **Basic Sciences** | | |
| **Semester: 5/10/2004** | | | |
| 0523 | BIOCHEMISTRY | C+ | 5 |
| 0526 | MEDICAL GENETICS | F | 0 |
| 0552 | DOCTOR PATIENT AND SOCIETY | B+ | 3 |
| 0518 | DEVELOPMENT&MICRO.ANAT/CELL BIOLOGY | C | 4 |

| | EARNED CREDITS | GPA QP | QP CREDITS | GPA |
|---|---|---|---|---|
| SEMESTER: | 12 | 31 | 15 | 2.07 |
| CUMULATIVE: | 12 | 31 | 15 | 2.07 |

**Semester: 9/6/2004**

| Code | Course Title | Grade | Credit |
|---|---|---|---|
| 0518 | DEVELOPMENT&MICRO.ANAT/CELL BIOLOGY | B | 4 |
| 0526 | MEDICAL GENETICS | C | 3 |
| 0552 | DOCTOR PATIENT AND SOCIETY | A | 3 |

| | EARNED CREDITS | GPA QP | QP CREDITS | GPA |
|---|---|---|---|---|
| SEMESTER: | 10 | 30 | 10 | 3.00 |
| CUMULATIVE: | 22 | 61 | 25 | 2.44 |

**Semester: 1/10/2005**

| Code | Course Title | Grade | Credit |
|---|---|---|---|
| 0631 | MEDICAL PHYSIOLOGY | | |
| 0616 | GROSS ANATOMY | | |
| 0615 | NEUROBEHAVIORAL I | | |

| | EARNED CREDITS | GPA QP | QP CREDITS | GPA |
|---|---|---|---|---|
| SEMESTER: | 15 | 32 | 15 | 2.13 |
| CUMULATIVE: | 37 | 93 | 40 | 2.33 |

| Code | Course Title | Grade | Credits |
|---|---|---|---|
| **Semester: 5/9/2005** | | | |
| 0745 | PATHOLOGY I | C | 4 |
| 0747 | MICROBIOLOGY & IMMUNOLOGY I | C | 3 |
| 0749 | PHARMACOLOGY I | B+ | 3 |
| 0752 | BEHAVIORAL SCIENCE | B | 5 |

| | EARNED CREDITS | GPA QP | QP CREDITS | GPA |
|---|---|---|---|---|
| SEMESTER: | 15 | 39.5 | 15 | 2.63 |
| CUMULATIVE: | 52 | 132.5 | 55 | 2.41 |

**Semester: 9/5/2005**

| Code | Course Title | Grade | Credits |
|---|---|---|---|
| 0845 | INTRO TO CLINICAL MEDICINE I | C | 5 |
| 0843 | PHARMACOLOGY II | B | 3 |
| 0842 | PATHOLOGY II | C | 4 |
| 0847 | MICROBIOLOGY & IMMUNOLOGY II | C | 3 |

| | EARNED CREDITS | GPA QP | QP CREDITS | GPA |
|---|---|---|---|---|
| SEMESTER: | 15 | 33 | 15 | 2.20 |
| CUMULATIVE: | 67 | 165.5 | 70 | 2.36 |

Total Credits: 67

——————— No Entries Below This Line ———————

STUDENTS COPY NOT VALID FOR TRANSFER OF CREDIT

STUDENTS COPY NOT VALID FOR TRANSFER OF CREDIT

STUDENT
COPY

D00035

---

🌐 The sender of this message has requested a read receipt. Click here to send a receipt.

**Dasrath, Anand**

| | | | |
|---|---|---|---|
| **From:** | Sena, Brijette | | **Sent:** Thu 3/9/2006 4:52 PM |
| **To:** | | | |
| **Cc:** | Fernandez, Dr. Enrique; Rendon, Michael; Reardon, Rosemary; Perri, Dr.Nancy | | |
| **Subject:** | Results of NBME comprehensive shelf exam | | |
| **Attachments:** | | | |

Dear Students,
We have received the results of your NBME comprehensive exam. Congratulations! You have passed the exam and are now eligible to sit for the USMLE Step 1 exam. Your six-month eligibility period is April 1 – September 30, 2006. You are required to sit for the USMLE Step 1 no later than 9/30/06. You will have 3 attempts or until April 30 2007 to pass Step 1.

If you have previously submitted a USMLE application along with a waiver, you may now schedule your USMLE Sitting date as soon as you receive your scheduling permit. Be sure to notify this office of the date you schedule.

Please see below for eligible USMLE windows and deadlines to submit USMLE applications. You will be ineligible for an extension beyond the 9/30/06 date so please plan accordingly.

Windows you may apply for:    Deadline to submit application to NJ Registrar:
May 1 – July 31, 2006    March 15, 2006
June 1 – August 31, 2006    April 15, 2006    * please inform me if you are choosing this window by replying to this email

July 1 – Sept. 30, 2006    May 15, 2006    * please inform me if you are choosing this window by replying to this email

In order to Match in 2008, you must complete the remaining 78 weeks no later than 5/31/08. As every clinical schedule is individualized, there may be gaps in the curriculum, due to site availability, time off for sitting for Step 2 and interviewing. Therefore, your exact date of completion can not yet be determined. As a guideline, you should allow for a minimum of 90 weeks to complete the remaining 78 clinical weeks. Therefore you should attempt to have receipt of passing step 1 scores and begin rotations no later than Sept. 1, 2006.

Please go to the www.ECFMG.org website. If you have not already done so, please apply for the ECFMG number. You will receive it via email in approximately 24 hours. You may then proceed to complete the Step 1 online application. Print the certification form 183, attach a passport sized picture, sign and date and send to Ross University, Office of the Registrar, 499 Thornall St., 10th Floor, Edison, NJ 08837. *Please refer to the memo distributed during AICM Orientation on further instructions on how to complete the application.*

The deadline to RUSM for the 4/1/06 –6/30/06 window has passed and that window is no longer available, as I would have needed to have the application in my office by the Feb. 15th.

If you wish to receive your score, please email me from your RUSM email address, being sure to include your ID and name.

Please note: As was discuss during AICM orientation and in the memo which was distributed, students who do not begin rotations by the end of the vacation period [16 weeks after completing AICM] must then be placed on Temporary Withdrawn status [TWD] retroactive back to the last date of attendance in the AICM and placed on less-than-half time status. While you are enrolled in the University for the purpose of taking the USMLE Exam, you are not registered for courses at least half time. DOE, as well as all lender regulations, do not allow for deferment of loans or receipt of financial aid when a student is not enrolled at least half time in classes. This means you would have to be a registered for courses in Basic Sciences or Clinical rotations in order to be deferred. The University is unable to submit enrollment verification while a student is in less than half time status. Even during the clinical curriculum, if at any time a student is not scheduled for longer than 30 days between rotations, they will be placed on less than half time status and are subject to repayment on loans. This is a gap which must be disclosed when applying for the Match and for licensure. *Please refer to the memo which was distributed during AICM Orientation for exact dates and timeline information regarding statuses.*

During TWD status, loans can not be deferred through the University. Your lenders will place you on grace period and if the student does not begin rotations by the end of the grace period, the student must make arrangements with their lenders for an economic forbearance. Once the student passes the boards and begin rotations, the student must complete a reinstatement application and

send new deferment forms from the lenders in to the University in order to place the loans back into deferred status.

If you have further questions, feel free to contact me via email at Registrar@rossU.edu or phone at 732-978-5300 Ext. 2601.

Sincerely,
Brijette Sena
Associate Registrar of Clinical Sciences

192

```
 1
 2                          I N D E X
 3     WITNESS              EXAMINATION BY           PAGE
 4     ANAND DASRATH        MS. McLAUGHLIN           4
 5
 6
 7                        E X H I B I T S
 8     DEFENDANT'S           DESCRIPTION             PAGE
 9         A               Document                  13
10         B               Copy of transcript        20
11       C & D             E-mails                   47
12         E               Transcript                57
13         F               E-mail                    87
14         G               Memo                      99
15         H               E-mail                   111
16         I               Letter                   115
17         J               Transcript               118
18         K               Letter                   121
19         L               Letter                   123
20       M & N             USMLE application        129
21         O               Affidavit                135
22         P               Handbook                 140
23         Q               Letter                   144
24         R               Letter                   145
25         S               Affidavit in opposition  150
```

176

1                   A. DASRATH

2   says they are waiting for a case to finish.

3   So I'm still on hold. I didn't get my score

4   and I can't do any business with them. I'm

5   just on hold.

6         Q.     Your interrogatories while we

7   are on this document, number thirteen, you

8   set forth your claimed damages sought in this

9   action.

10         You list items that you are

11   seeking recovery from; is that correct?

12         A.     Yes.

13         Q.     Is this amount solely for the

14   the breach of contract or for the other

15   claims in the amended complaint?

16         A.     For the breach of contract.

17         Q.     So, for is breach of contract

18   claim you are claiming $165,000; is that

19   correct? That is the first one. I know

20   there is more.

21         A.     For schooling 165,000.

22         Q.     How did you come to that

23   number?

24         A.     This is money that I spent for

25   tuition and fees for dormitory housing, books

177

A. DASRATH

1

2      and supplies, air fare from New York to

3      Dominica and back, from New York to Miami and

4      back, ground transportation in Miami where

5      there is no subway?

6              Relocation, just as it says

7      here and other living expenses.

8          Q.     Have you produced any

9      documentation supporting these numbers?

10         A.     Nobody requested them.

11         Q.     I think I did actually.   I

12     refer you to number eleven.

13             MR. COSTELLO:  We will provide

14         those.

15             MS. McLAUGHLIN:  I request it

16         on the record and I will follow up, we

17         need any documentation that supports

18         your calculations.

19         Q.     Your attorney fees and you

20     calculate that by what you paid to your

21     attorneys representing you?

22         A.     That is more now because I have

23     been paying since that time.

24         Q.     What is that number?

25             MR. COSTELLO:  He may have to

192

I N D E X

| WITNESS | EXAMINATION BY | PAGE |
|---------|----------------|------|
| ANAND DASRATH | MS. McLAUGHLIN | 4 |

E X H I B I T S

| DEFENDANT'S | DESCRIPTION | PAGE |
|-------------|-------------|------|
| A | Document | 13 |
| B | Copy of transcript | 20 |
| C & D | E-mails | 47 |
| E | Transcript | 57 |
| F | E-mail | 87 |
| G | Memo | 99 |
| H | E-mail | 111 |
| I | Letter | 115 |
| J | Transcript | 118 |
| K | Letter | 121 |
| L | Letter | 123 |
| M & N | USMLE application | 129 |
| O | Affidavit | 135 |
| P | Handbook | 140 |
| Q | Letter | 144 |
| R | Letter | 145 |
| S | Affidavit in opposition | 150 |

1                        A. DASRATH

2         go back and check his records. We will

3         supply it.

4         Q.     Lost wages and benefits?

5         A.     For the time I've been at Ross

6    I have lost an amount of money I could have

7    been working and earning a living.

8         Q.     How did you calculate the

9    $360,000?

10        Q.     From the time I went to Ross to

11   the time I restarted work, I calculate that

12   based on the past salary I was making.

13        Q.     If you had never went to Ross

14   that is how this is calculated?

15        A.     Yes.

16        Q.     Because you left to go to

17   school full-time?

18        A.     Yes.

19          MS. McLAUGHLIN:  I will need

20        documentation supporting that.

21        Q.     Loss of profession.

22          What does that mean?

23        A.     I lost my MD degree.

24        Q.     Mental anguish and distress?

25        A.     Like I am feeling right now.

179

```
 1                    A. DASRATH
 2          Q.       Have you seen a doctor
 3   concerning the anguish and --
 4          A.       I seen them a number of times.
 5          Q.       What are their names?
 6          A.       I went to Dr. Kevin Ackerman.
 7          Q.       Where is he located?
 8          A.       In Nassau County.  He used to
 9   be on Northern Boulevard but he recently
10   move.
11          Q.       Is he a general practitioner or
12   a specialist?
13          A.       I think he is a specialist,
14   yes.
15          Q.       For what?
16          A.       For internal medicine.
17          Q.       And you go to see him for
18   what?
19          A.       For medical problems.
20          Q.       Are any of those problems
21   related to your allegation in this lawsuit?
22          A.       I just go to see him for
23   medical problems.
24          Q.       Are you suffering medical
25   problems related to the issues in this
```

180

1                           A. DASRATH

2      lawsuit?

3           A.      I have intense stress.  The

4      lawsuit brought a lot of intense stress.

5           Q.      Anything else?

6           A.      Whatever is stated here.

7           Q.      Can you explain your seeking

8      damages for the disappointment to family

9      members.

10                  Can you explain what that

11     relates to?

12          A.      They were very disappointed.

13          Q.      And there is no monetary number

14     attached to that?

15          A.      We haven't done that yet.

16          Q.      How about being ostracized by

17     Ross University.

18                  Can you explain what that

19     means?

20          A.      I think I was treated like

21     garbage.

22          Q.      By who?

23          A.      The whole Ross community.

24          Q.      Are you talking students,

25     staff?

1                          A. DASRATH

2          A.      I'm talking about the staff.

3     The administrative staff.

4          Q.      Okay.

5          A.      Their professors.

6          Q.      Other than being treated like

7     garbage by those individuals, are there any

8     other claims for damages concerning being

9     ostracized?

10         A.      Well, they blocked me from

11    proceeding with my degree, my M.D. degree and

12    that ultimately created a lot of mental

13    anguish, psychological stress, things of that

14    nature.

15         Q.      How did they block you from

16    obtaining your degree?

17         A.      They block the release of my

18    score.

19         Q.      After receiving your AICM score

20    in August of 2006, was it your understanding

21    that you would have needed to retake the

22    class?

23         A.      There was no indication until

24    August the 14th when Ross registrar sent a

25    failing grade.  All indication was that I

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X    Case No.: CV-07-2433
ANAND DASRATH

             Plaintiff,

    -against-                      INTERROGATORIES

ROSS UNIVERSITY SCHOOL OF
MEDICINE
             Defendant.
-------------------------------------------------------X

       In compliance with your demand, the undersigned hereby submits Certified Answers to

the following Interrogatories in accordance with the Rules of this Court.

Interrogatory No. 1

      Identify the contract that you allege was breached and attach a copy of it to your response.

     (a) Identify the specific sections or paragraphs of the contract that you allege was breached

RESPONSE:

       (a) Ross University School of Medicine Student Handbook of Academic Rules and
          Regulations, May 2006. *See exhibit "A" annexed hereto*

            (i)    Page 13 of the Student Handbook, wherein it is stated: "Students become
                   eligible to take the USMLE Step 1 when they have passed all courses in the
                   Basic Science curriculum, successfully completed the Advanced Integration
                   to Clinical Medicine (AICM) clerkship, and have passed the NBME
                   Comprehensive Basic Science Exam";

            (ii)   Page 9 of the Student Handbook, wherein it is stated: "Following the 12-
                   week AICM, there is a 17-week scheduled break during which students
                   remain fully enrolled";

            (iii)  Page 14 of the Student Handbook, wherein it is stated that even if a student
                   is "administratively withdrawn …may …be sponsored to take or retake the
                   USMLE through the University";

# A281

(e) Withholding Plaintiff's official grade from his transcript for more than four months.

Interrogatory No. 11

State whether you registered to re-take the AICM course.

    (a) If yes, state the date and the status of your application;

    (b) If no, state why not.

RESPONSE:

No. Ross registers students to take the AICM course. To Plaintiff's knowledge, Ross has never re-registered him to re-take the AICM course.

Interrogatory No. 12

State when you first learned of your failing grade in the AICM course.

RESPONSE:

On or about August 14, 2006 from a transcript.

Interrogatory No. 13

State with specificity each category of damages alleged in this action stating separately for each category of such damages:

    (a) The total amount claimed;

    (b) The method of calculation;

    (c) The components of such claim(s)

RESPONSE:

    (a) Total amount for schooling: $165,000.00

    (b) Method of calculation: adding up each of the components for schooling.

    (c) Components:

        Tuition and fees: approximately $64,000.00

Dormitory:  approximately $24,000.00

Books and supplies:  approximately 12,000.00

Air-fare:  approximately $6,000.00

Ground transportation:  approximately $20,000.00

Relocation:  approximately $4,000.00

Other living expenses:  $35,000.00

(d) Other losses:

Attorney's fees:  Approximately $38,000.00

Lost wages/and benefits:  Approximately $360,000.00

Loss of profession:  To be determined

Mental anguish and distress:  To be determined

Disappoint to family members:  including but not limited to, my child, my wife, my mother, siblings, and other family members and friends

Being ostracized by Ross University Community:  To be determined

Interrogatory No. 14

Identify all documents or other tangible items that were relied upon in any manner in answering these interrogatories.

RESPONSE:

(1) Ross University School of Medicine Student Handbook of Academic Rules and Regulations, May 2006;

(2) Admission Letter to Ross University School of Medicine;

(3) Ross University School of Medicine Academic catalog;

(4) USMLE Certifications (2);

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

                     **X**    Case No.     CV07-2433

ANAND DASRATH,

                 Plaintiff(s),

     -against-

ROSS UNIVERSITY SCHOOL OF MEDICINE,

                 Defendant(s).

                     **X**

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT**
**OF HIS MOTION FOR SUMMARY JUDGMENT PURSUANT TO**
**FEDERAL RULES OF CIVIL PROCEDURE - RULE 56**

## I.    STATEMENT OF FACTS

Plaintiff, Anand ANAND (Hereinafter referred to as "DASRATH") applied to Ross University Medical Center (Hereinafter referred to as "ROSS") in the Spring of 2003. He then began his studies at Ross in May 2004. Dasraths' first four semesters of studies consisted of Basic Science Courses; which entails the theoretical part of medicine. In December of 2005, he completed all of the courses in the Basic Science Curriculum

In Spring of 2006, Ross registered him for the Advanced Introduction to Clinical Medicine (Hereinafter referred to as the "AICM") course given in Miami, Florida. He completed the AICM course on April 7, 2006 upon which Ross Issued a Certificate of Completion for said course. Following the completion of the AICM course, Dasrath was on a 17-week scheduled break from Ross. However, he remained fully enrolled as a student at Ross as stated on page 9 of Ross University School of Medicine Student Handbook of Academic Rules and Regulations (Hereinafter referred to as the "Student Handbook").

In March of 2006, Dasrath Completed the National Board Medical Examiners Comprehensive Examination (Hereinafter referred to as the "NBME"). His next step is to sit and take the United States Medical Licensing Examination Step 1 (hereinafter referred to as the "USMLE Step 1"). As stated in the Student Handbook at page 13, students are eligible to take the USMLE Step 1 after they have completed the Basis Science Curriculum, the AICM course and the NBME. Therefore, Dasrath was instructed by Ross to apply for certification and sponsorship through Ross to sit and take the USMLE Step 1 during the period May 1, 2006 through July 31, 2006 for the first time. At page 13 of the Student Handbook it is stated that "Students are required to take and pass the USMLE Step 1 in no more than three attempts." Dasrath submitted an application to Ross for certification to sit and take the USMLE Step 1 Exam and Ross' Registrar verified his credentials, approved the certification and sponsorship, and submitted this approved application to the United States Medical Licensing Examinations / Educational Commission for Foreign Medical Graduates (Hereinafter referred as the "USMLE/ECFMG") in Philadelphia, Pennsylvania directly from Ross' New Jersey Registrar office. Said exam was schedule to be administered on June 30, 2006. However, the application he submitted was rejected on April 17, 2006 because the governing body for the USMLE/ECFMG wished to verify his date of birth. Dasrath submitted proof of his date of birth and that Issue was resolved. Thereafter, he submitted a second application to Ross registrar again

# A285

on April 27, 2006, for certification and sponsorship for the USMLE Step 1 Exam. Ross' Registrar again on May 5, 2006 repeated the procedure of verifying his credentials, issuing certification, sponsorship and forwarding the approved application to the USMLE/ECFMG's office directly, upon which Dasrath was instructed to sit and take the USMLE Step 1 on July 27,2006. Dasrath sat and took the USMLE Step 1 Exam on July 27, 2006.

Plaintiff contends that (1) a contract was created when Ross, certified him, not once, but two times to sit for the USMLE Step I, and (2) the Defendant improperly withdraw its sponsorship of him to take the USMLE Exam Step I.

As stated above, in order to be eligible to sit for the USMLE Step I, a student must complete the defendant's Basic Science Curriculum; the AICM course, and the NBME. Only then can a student be certified by Ross to sit for the USMLE Step I Exam.

It is undisputed that Dasrath was certified to sit for the USMLE Step I. It is also undisputed that Dasrath did, in fact, sit for said exam as instructed. What is in dispute is whether he was given a failing grade in the AICM course, which in turn precluded the USMLE/ECFMG from releasing his grade for the USMLE Step I Exam as set by Ross' standards. As will be set forth herein, it is evident that Dasrath could not have been given such a grade by Ross

It was not until August 14, 2006 that Dasrath received official documentation in the form of an academic transcript when he learned that Ross issued a failing grade for the AICM course. However, by this time he had already sat and taken the USMLE Step I Exam.

It should be noted that Dasrath does not partake in the registration process of courses at Ross, he only satisfies a bill and in this case an invoice was not forwarded to him for the AICM course, which Ross accuses him of not re-registering for. This accusation according to Ross precluded him from sitting for the USMLE Step I Exam. On the basis of this accusation Ross withdrew its sponsorship of Dasrath for the USMLE Step I Exam. At no point in time prior to August 14, 2006 did Dasrath receive an academic transcript with a failing grade for the AICM course. Assuming that he had failed the AICM course, which he did not; according to the Defendant's Student Handbook as stated above, a student may not be marked withdrawn during that 17-week break period. Thus between May 5, 2006, the date at which he was certified to sit for the USMLE Step I Exam, and August 14, 2006, Dasrath remained fully enrolled as a student. It is not stated in any part of the Student Handbook that students may be withdrawn during this 17-period once they have received a Certificate of Completion for the said AICM course.

**A286**

Therefore, the Defendant improperly withdrew Dasrath and improperly withdrew its sponsorship of him to sit for the USMLE Step I Exam.

Defendant seems to argue the "timeliness" of Dasrath receiving his grade, and that he can point to no contractual provision requiring Ross to report grades at a certain time. However, the issue is not whether Dasrath received his grade in a timely fashion. Rather, the fact remains that he was eligible to sit for the USMLE Step I Exam and in fact did so based upon a passing grade issued by Ross. Dasrath only followed Ross' instructions. Indeed, it was Ross: based on its Registrar's records that approved, certified, sponsored, mailed in the completed documents to the USMLE/ECFMG office and directed Dasrath to sit and take the USMLE Step 1Exam.

On July 27, 2006, Dasrath did in fact sit for the USMLE Step I Exam. It was weeks after this date, that Ross issued the alleged failing grade. Therefore, by Ross directing Dasrath to sit for the USMLE Step I Exam, he would have had to pass the AICM course and Ross has breached its contract with Dasrath

## II.    SUMMARY JUDGMENT STANDARD

Summary judgment pursuant to Federal Rule of Civil Procedure 56 ("Rule 56") is only appropriate where admissible evidence, in the form of affidavits, deposition transcripts, or other documentation, demonstrates both the absence of a genuine issue of material fact and one party's entitlement to judgment as a matter of law. See, e.g., Major League Baseball Props., Inc. v. Salvino, Inc., 542 F.3d 290, 309 (2d Cir.2008); Viola v. Philips Med. Sys. of N. Am., 42 F.3d 712, 716 (2d Cir.1994). The relevant governing law in each case determines which facts are material; "only disputes over facts that might affect the outcome of the suit under the governing law will properly preclude the entry of summary judgment." Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 248, 106 S.Ct. 2505, 91 L.Ed.2d 202 (1986); see also SCR Joint Venture L.P. v. Warshawsky, 559 F.3d 133, 137 (2d Cir.2009); Coppola v. Bear Stearns & Co., 499 F.3d 144, 148 (2d Cir.2007). No genuine issue of material fact exists when the movant demonstrates, on the basis of the pleadings and submitted evidence, that no rational jury could find in the non-movant's favor. See, e.g., Warshawsky, 559 F.3d at 137; Chertkova v. Conn. Gen'l Life Ins. Co., 92 F.3d 81, 86 (2d Cir.1996) (citing Fed.R.Civ.P. 56(c)). In deciding a summary judgment motion, a court must resolve all factual ambiguities and draw all reasonable inferences in favor of the non-movant. See, e.g., Donahue v. Windsor Locks Bd. of Fire Comm'rs, 834 F.2d 54, 57 (2d Cir.1987).

# A287

To defeat a summary judgment motion properly supported by affidavits, depositions, or other documentation, the non-movant must offer similar materials setting forth specific facts that show there is a genuine issue of material fact to be tried. See, e.g., Rule v. Brine, Inc., 85 F.3d 1002, 1011 (2d Cir.1996). The non-movant must present more than a "scintilla of evidence," Del. & Hudson Ry. Co. v. Cons. Rail Corp., 902 F.2d 174, 178 (2d Cir.1990) (quoting Anderson, 477 U.S. at 252, 106 S.Ct. 2505), or "some metaphysical doubt as to the material facts," Aslanidis v. U.S. Lines, Inc., 7 F.3d 1067, 1072 (2d Cir.1993) (quoting Matsushita Elec. Indus. Co. v. Zenith Radio Corp., 475 U.S. 574, 586-87, 106 S.Ct. 1348, 89 L.Ed.2d 538 (1986)), and "cannot ... rely[ ] on the allegations in his pleading, or on conclusory statements, or on mere assertions that affidavits supporting the motion are not credible," Gottlieb v. County of Orange, 84 F.3d 511, 518 (2d Cir.1996) (citations omitted). Affidavits submitted in opposition to a summary judgment motion must be based on personal knowledge, must "set forth such facts as would be admissible in evidence," and must show that the affiant is "competent to testify to the matters stated therein." Patterson v. County of Oneida, 375 F.3d 206, 219 (2d Cir.2004) (citing Fed.R.Civ.P. 56(e)).

When determining whether a genuine issue of material fact exists, "a trial judge must bear in mind the actual quantum and quality of proof necessary to support liability." Anderson, 477 U.S. at 254-55, 106 S.Ct. 2505. A court considering a summary judgment motion must be "mindful of the underlying standards and burdens of proof" because the evidentiary burdens that the respective parties would bear at trial guide the court in its determination of a summary judgment motion. Pickett v. RTS Helicopter, 128 F.3d 925, 928 (5th Cir.1997) (citing Anderson, 477 U.S. at 252, 106 S.Ct. 2505); see also Brady v. Town of Colchester, 863 F.2d 205, 211 (2d Cir.1988). Where the non-movant will bear the ultimate burden of proof on an issue at trial, the movant's burden under Rule 56 will be satisfied if the movant can point to an absence of evidence to support an essential element of the non-movant's claim. See, e.g., Brady, 863 F.2d at 210-11. Where a movant without the underlying burden offers evidence that the non-movant has failed to establish her claim, the burden shifts to the non-movant to offer "persuasive evidence that [her] claim is not 'implausible.' " Brady, 863 F.2d at 211 (citing Matsushita, 475 U.S. at 587, 106 S.Ct. 1348).

### III.    WHETHER A CONTRACT EXISTS AND THE BREACH OF THAT CONTRACT

Plaintiff alleges that the university unjustly dismissed him, in violation of its rules and regulations, thereby breaching its contract with him.

Under New York law, to make out viable claim for breach of contract, complaint need only allege: (1) existence of agreement; (2) adequate performance of contract by plaintiff; (3) breach of contract by defendant; and (4) damages. St. John's University v Bolton and Spiridon Spireas, 2010 WL 5093347.

Under New York law, a student can sue his school for breach of contract. See Gally v. Columbia University, 22 F.Supp.2d 199, 206 (S.D.N.Y.1998); Clarke v. Trustees of Columbia University, No. 95 Civ. 10627(PKL), 1996 WL 609271, at (S.D.N.Y. Oct. 23, 1996); Keles v. New York University, No. 91 Civ. 7457(SWK), 1994 WL 119525, at (S.D.N.Y. Apr. 6, 1994), aff'd, 54 F.3d 766 (1995); Olsson v. Board of Higher Education, 49 N.Y.2d 408, 413-414 (1980). When a student enrolls at a university, an implied contract arises: if the student complies with the terms prescribed by the university, he will obtain the degree he seeks. See Gally, 22 F.Supp.2d at 206; Keles, 1994 WL 119525. The terms of the implied contract are supplied by bulletins, circulars, and regulations made available to the student. See Clark, 1996 WL 609271; Keles, 1994 WL 119525; Vought v. Teachers College, Columbia University, 511 N.Y.S.2d 880, 881 (1987); Sweeny v. Columbia University, 704 N.Y.S.2d 617, 618 (2d Dept.2000). Implicit in a university's general contract with its students is a right to change the academic degree requirements, provided that such changes are not arbitrary and capricious. See Keles, 1994 WL 11952.

However, because the decisions that educational institutions make about academic standards involve "the subjective judgment of professional educators," claims regarding such matters are subject to judicial review only "to determine whether [the defendants] abided by their own rules, and whether they have acted in good faith or their action was arbitrary or irrational." Gertler v. Goodgold, 487 N.Y.S.2d 565, 569 (1985); see also Clarke, 1996 WL 609271; Keles, 1994 WL 119525; Garg v. Albert Einstein College of Medicine, 747 F.Supp. 231, 236 (S.D.N.Y.1990); Sweeny, 704 N.Y.S.2d at 618. "The issue in determining a motion for summary judgment ... is

- 6 -

whether any genuine issue of material fact remains as to whether defendants acted in bad faith or in an arbitrary or irrational manner." <u>Clarke</u>, 1996 WL 609271.

Plaintiff's claim of breach of contract is based on Ross University's April 1996 decision to dismiss plaintiff. It is undisputed that, at the time of his dismissal, plaintiff had participated in two clinical rotations at St. Luke's Hospital, without having first passed Step I of the USMLE. See Ex. 11 to Pl. Aff. Defendant's Student Handbook provides that "[s]tudents in the clinical phase of the curriculum are in good standing if they have met all financial obligations to the University, have passed Part One of the USMLE, and have received satisfactory evaluations for all clinical rotations." Ex. C to Perri Aff. The Handbook further requires that, if a student arranges his own clinical rotation, prior to beginning the rotation the student must notify the school's clinical department in writing or by phone, and must request and receive a letter of good standing from the medical school. See Ex. C to Perri Aff. Plaintiff has acknowledged that the handbook constituted his contract with the university. See Complaint, at ¶ 110; Pl. Dep., at 289-290.

By participating in clinical rotations without notifying the university and without having first passed Step I, plaintiff was not in good standing under the regulations set forth in the student handbook. Moreover, Perri had previously informed plaintiff that he could not participate in clinical rotations until he provided the university with proof that he had passed Step I. Because plaintiff was participating in the clinical rotations at St. Luke's in violation of Ross University rules and regulations, no rational jury could find that the university acted in an arbitrary or irrational manner in dismissing him. Cf. <u>Keles</u>, 1994 WL 119525 (granting summary judgment on a claim of breach of contract in dismissing a graduate student, where plaintiff did not pass the examinations at the proper stage of his studies, and thus did not fulfill the requirements of the university's regulations); <u>Benson v. Trustees of Columbia University</u>, 626 N.Y.S.2d 495, 496 (1st Dept.1995) (dismissing Ph.D. student's claim of breach of contract because the university following its guidelines in evaluating her academic performance, and thus did not act arbitrarily). <u>Babiker v Ross University</u>, 2000 WL 666342.

By intentionally withholding Dasrath's AICM grade, then, without cause or justification administratively withdrawing him as of June 29, 2006, and subsequently issuing a failing grade for the AICM course on August 14, 2006, (after Dasrath had already sat for the USMLE Step I exam), it then blocked the release of his score of said exam. Based upon this fabricated failing

**A290**

grade, Ross had no reason to withdraw its sponsorship of him. Nevertheless, it did so. These acts committed by Ross deprived Dasrath of his right to become a medical doctor which was his goal when he applied to Ross.

Thus, for the reasons set forth herein, it is quite obvious that Ross breached the contract that it admits the parties entered into when Dasrath enrolled at its school.

**WHEREFORE,** Plaintiff requests that this Court grant his motion in its entirety and for the costs and disbursements of this action and for such other and further relief as this Court deems just and proper.

Dated: Brooklyn, New York
     March 2, 2011

                                **COSTELLO & COSTELLO, P.C.**
                                **BY:**   **JOSEPH R. COSTELLO**
                                Attorneys for the Plaintiff
                                5919 20th Ave.
                                Brooklyn, N.Y. 11204
                                (718) 331-4600
                                Our File No. 6970

Case 1:07-cv-02433-CBA -RER   Document 94   Filed 04/28/11   Page 1 of 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ANAND DASRATH,

                          Plaintiff                         Civil Case No.: CV 07 2433
                                                            (C. Amon)
                                                            (R. Reyes)
        -against-

ROSS UNIVERSITY SCHOOL OF MEDICINE,                         **NOTICE OF MOTION**


                          Defendants
------------------------------------------------------------x

     PLEASE TAKE NOTICE, that upon the affidavit of Enrique Fernandez, M.D., sworn to

on February 27, 2011, the affidavit of Jennifer A. McLaughlin, sworn to on March 3, 2011,

together with the exhibits attached thereto, and the accompanying memorandum of law, the

undersigned will move this Court before the Honorable Carol B. Amon of the United States

District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York

11201 for an order granting defendant Ross University School of Medicine Summary Judgment

pursuant to Fed. R. Civ. P. 56 and for any further relief as this Court may deem appropriate at a

date to be determined by the Court.

     PLEASE TAKE NOTICE, that oral argument will be held on a date and time to be

designated by the court.

Dated: Garden City, New York
     March 3, 2011                          CULLEN AND DYKMAN LLP

                                     By:  _____
                                          Jennifer A. McLaughlin (JM 5678)
                                          Attorneys for Defendant
                                          100 Quentin Roosevelt Boulevard
                                          Garden City, New York 11530
                                          (516) 357-3700

To:     Costello & Costello, P.C.
        Joseph R. Costello
        5919 20th Avenue
        Brooklyn, New York 11204

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

ANAND DASRATH,                                    Case No.: CV 07 2433
                                                 (C. Amon)
                                                  (R. Reyes)
                              Plaintiff,

        - against -                              AFFIDAVIT OF
                                                 ENRIQUE FERNANDEZ
ROSS UNIVERSITY SCHOOL OF MEDICINE,              IN SUPPORT OF
                                                 DEFENDANT'S MOTION FOR
                                                 SUMMARY JUDGMENT
                              Defendant.
-------------------------------------------------------------- X


STATE OF FLORIDA        )
                        ) SS.:
COUNTY OF DADE          )

        ENRIQUE FERNANDEZ, M.D., being duly sworn, deposes and says:

        1.      I am the Senior Associate Dean for Clinical Sciences at Ross University School of

Medicine, School of Veterinary Medicine Limited, sued herein as Ross University School of

Medicine ("Ross" or "Ross University"), the defendant in this matter.  I submit this affidavit in

support of defendant's motion for summary judgment pursuant to F.R.C.P. 56.

        2.      Defendant Ross University is a corporation organized and existing under the laws

of the Commonwealth of Dominica in the Eastern Caribbean with its principal office located at

Ross University Boulevard, Portsmouth, Dominica, West Indies.

        3.      At all times relevant to the allegations in the Amended Complaint I was the

Associate Dean for Clinical Sciences and Director of the Advanced Introduction to Clinical

Medicine ("AICM") course.

        4.      Doctor Nancy Perri is and at all times referenced in the Amended Complaint was

the Vice President of Academic Affairs at Ross University.

1

5.     I understand that the only surviving cause of action in the Amended Complaint alleges that Ross University breached an alleged contractual agreement with Plaintiff by: (1) failing to accurately record his grades; (2) administratively withdrawing Plaintiff; and (3) withdrawing its sponsorship of Plaintiff to take the U.S. Medical Licensing Examination, Step One Exam (the "USMLE Step 1 Exam").  (Amended Compl. ¶ 19-23).

6.     Plaintiff was administratively deemed to have withdrawn from Ross because he failed the AICM course and did not re-enroll semester immediately following to remediate the failing grade, a requirement not only to graduate, but to also participate in the USMLE Step I exam ("Exam") given by the medical licensing board known as the Educational Commission for Foreign Medical Graduates ("ECFMG").

7.     Similarly, I have firsthand knowledge that his grade in the AICM course was accurately recorded as I was responsible for his grade.

8.     Thus, there simply was no breach of any agreement by Ross University.

**THE AICM COURSE**

9.     Ross University's academic year is divided into trimesters.  In their fifth semester, students take the AICM course.

10.     Plaintiff took the AICM course that I taught from January 16, 2006 to April 7, 2006.

11.     Out of 1,000 possible points for the AICM, Plaintiff received 426.6, which is a failing grade.  A copy of the documents reflecting his failing grade in the AICM course is attached hereto as Exhibit "A".

12.    After students complete a course, such as the AICM course, and grades are finalized, their grades are posted on "eCollege" which is a secure website by which students can review their grades.

13.    I was contacted by an email from Plaintiff dated April 22, 2006 wherein Plaintiff responded to my email alerting the students that the AICM course grades were posted on eCollege.

14.    In Plaintiff's email he requested that I discuss his failing AICM grade with him. A copy of my email to Plaintiff alerting him that the AICM grades were posted and Plaintiff's April 22, 2006 response acknowledging the failing grade is attached hereto as Exhibit "B".

15.    On April 24, 2006 Plaintiff participated in a telephone conversation with me regarding Plaintiff's failing AICM grade.

16.    I reviewed Mr. Dasrath's failing grade prior to our telephone conversation on April 24, 2006.

17.    During our telephone conference we discussed, among other things, that Plaintiff would need to repeat the AICM course in the semester starting on May 22, 2006.   A memorandum to the file dated April 24, 2006 memorializing the conversation is attached hereto as Exhibit "C".

18.    We also discussed that Plaintiff would get individualized attention to help him succeed in the AICM course and I suggested that I would work closely with him.  See Exhibit "C".

19.    Plaintiff never registered to re-take the AICM course.

20.    The essence of Plaintiff's lawsuit is his challenge of the failing grade he received.

3

### PLAINTIFF'S ADMINISTRATIVE WITHDRAWAL

21.    The Ross University Student Handbook of Academic Rules and Regulations ("Handbook") provides that an administrative withdrawal is required when the student does not return to campus to register for the following semester.  A copy of the Handbook in effect during the 2006 semester is attached hereto as Exhibit "D" and p. 23 contains the relevant provision.

22.    Plaintiff's failure to reregister and attend the AICM course that began on May 22, 2006 required Plaintiff to be administratively withdrawn from Ross University.

23.    Plaintiff was notified of the administrative withdrawal by letter dated June 29, 2006. A copy of this letter is attached hereto as Exhibit "E"

24.    As a result of his administrative withdrawal Plaintiff was no longer enrolled as a student at Ross University effective May 22, 2006. See also letter attached as Exhibit "F."

### USMLE STEP ONE EXAM

25.    The USMLE Step 1 Exam, administered by ECFMG, is one of several qualifying exams which foreign medical school graduates must complete and pass before becoming licensed to practice medicine in the United States.

26.    Ross University students apply to sit for the USMLE Step 1 Exam while their fifth semester AICM course is in progress.

27.    Students must be enrolled at Ross University both at the time they apply to take the examination and on the date the examination is administered.

28.    Ross University certifies students to take the USMLE while the AICM course is in progress under the assumption that they are going to pass the course or continue to make satisfactory progress in their studies by retaking the failed AICM course.

29.     As part of the application process, a Ross University official is asked to certify that the "photograph, signature and information" entered in the application is accurate as well as checking a box to indicate whether the applicant is "officially enrolled" or "a graduate" of Ross University.

30.     Plaintiff submitted for Ross University certification two applications to take the USMLE Step 1 exam on July 27, 2006.

31.     The first application was submitted to Ross University and certified on March 20, 2006 but was rejected by ECFMG because of an issue with Plaintiff's birth date.  A copy of the certification page is attached hereto as Exhibit "G".

32.     In order to ameliorate the birth date problem, a second application was submitted to Ross University and certified on May 5, 2006.  A copy of the certification page is attached hereto as Exhibit "H."

33.     At the time of Plaintiff's two applications, Plaintiff was enrolled at Ross University and the applications reflected as such.

34.     It was not until Plaintiff failed to register and attend the first day of class on May 22, 2006 that he was no longer enrolled at Ross University.

**PLAINTIFF BECOMES INELIGIBILE TO TAKE THE USMLE STEP ONE EXAM**

35.     According to the Handbook, to be eligible to take the USMLE Step 1 Exam, a student must have:  (1) passed all courses in the basic science curriculum during the first four semesters; (2) have successfully completed the fifth semester AICM course; and (3) have passed National Board of Medical Exams ("NBME').  See Exhibit "D", p. 13.

36.     Plaintiff passed all courses in the basic science curriculum and passed the NBME but did not pass the AICM course.

37.   Moreover, ECFMG requires that a student be enrolled in medical school both at the time the individual applies for the examination and at the time the individual takes the examination.  A copy of a letter from ECFMG to plaintiff reflecting this is attached hereto as Exhibit "F."

38.   Plaintiff was enrolled at the time that he applied for the USMLE Step 1 Exam but was not enrolled when the examination was administered on July 27, 2006.

39.   Plaintiff was not eligible to take the USMLE Step 1 Exam because he failed the AICM course and because he was not an enrolled student based on his status as "administratively withdrawn."

## THE JULY 27, 2006 USMLE STEP 1 EXAM

40.   Plaintiff was aware that he failed the AICM course on or before April 22, 2006 and that he was administratively withdrawn from Ross University effective May 22, 2006 by the letter dated June 29, 2006.  It is my understanding that despite these facts he sat for the July 27, 2006 USMLE Step 1 Exam.

41.   Several days before the July 27, 2006 USMLE Step 1 Exam was scheduled to be administered, it is my understanding that Plaintiff commenced an action in the Supreme Court of the State of New York, Queens County (Index No. 15989/2006) and moved by order to show cause to compel Ross University to re-enroll Plaintiff in the University and to sponsor Plaintiff for the USMLE Step 1 exam.

42.   I understand that the case was dismissed.

43.   ECFMG requires that the student notify it if a student no longer remains eligible to take the USMLE Step 1 Exam.  See Exhibit "F."

44.     It is my understanding that Plaintiff did not notify ECFMG that he was not enrolled at Ross University on July 27, 2006 when he sat for the USMLE Step 1 Exam.

45.     Plaintiff took the USMLE Step 1 Exam despite his ineligibility.

46.     It is my understanding that ECFMG has withheld the release of Plaintiff's USMLE Step 1 exam scores because Plaintiff was not eligible to take the exam.

## PLAINTIFF BECOMES INELIGIBLE FOR THE POST-AICM SEMESTER BREAK

47.     Plaintiff appears to claim in this lawsuit that he was eligible for a sixteen week vacation period after completion of the fifth semester – thus, he argues he could not have been "administratively withdrawn" during that time period.

48.     It should be noted that only students who successfully pass the fifth semester AICM course are eligible for a 16 week vacation period during with time they remain fully enrolled.

49.     Plaintiff did not qualify for this 16 week break since he failed the AICM course and did not re-register to remediate the failing grade by registering for the AICM course that began on May 22, 2006.

## TRANSCRIPT OF GRADES

50.     Plaintiff also appears to claim in this lawsuit that he did not receive what he characterizes as an "official" grade in the AICM course until he received an "official" transcript from Ross University which he contends was not receive until August 2006.

51.     There is nothing in the Handbook that requires Ross University to administer transcripts to students in any timeframe or at all.

52.     Ross University issues school transcripts as a courtesy to its students either on request or by regular mailings.

53.      Individual course grades are available through eCollege in advance of the grade being available on an official school transcript.

54.      Plaintiff requested a copy of a transcript on or about May 15, 2006.

55.      At that time the fifth semester AICM course grade was not yet posted to his school transcript.  A copy of Plaintiff's request and the transcript sent in response is attached hereto as Exhibit "I."

56.      Plaintiff requested a transcript on or about August 1, 2006.  A copy of this request is attached hereto as Exhibit "J."

57.      At that time the fifth semester AICM course grade was reflected in his school transcript. A copy of the requested transcript is attached hereto as Exhibit "K."

58.      The fact that there is no grade listed on the transcript requested by Plaintiff in May does not indicate that he in fact passed the AICM course.

59.      Similarly, Plaintiff's contention that he did not receive the failing grade until he received a transcript reflecting the grade in August 2006 does not indicate that he did not "officially" fail until such time.

60.      For the reasons set forth herein and in the accompanying memorandum of law, summary judgment should be granted as there is no breach of contract on the part of Ross University.

Enrique Fernandez, M.D.

Sworn to before me this
27 day of February, 2011

Notary Public

Notary Public State of Florida
Antonio Ayubi
My Commission DD921158
Expires 08/30/2013