# 11-2531-cv

IN THE

## United States Court of Appeals

FOR THE SECOND CIRCUIT



ANAND DASRATH,

*Plaintiff-Appellant,*

*v.*

ROSS UNIVERSITY SCHOOL OF MEDICINE,

*Defendant-Appellee.*

————————————

*On Appeal from the United States District Court*
*for the Eastern District of New York (Brooklyn)*

## JOINT APPENDIX
## VOLUME II OF III
### Pages A301 to A523

CULLEN AND DYKMAN LLP
*Attorneys for Defendant-Appellee*
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
516-357-3753

COSTELLO & COSTELLO, P.C.
*Attorneys for Plaintiff-Appellant*

ARNOLD E. DIJOSEPH, P.C.
*Appellate Counsel*
50 Broadway, Suite 1601
New York, New York 10004
212-344-7858

# **Table of Contents**

**Page**

## **Volume I**

District Court Docket Entries ................................................... A1

Notice of Motion by Plaintiff for Summary
     Judgment, dated March 2, 2011 ....................................... A17

Affirmation of Joseph R. Costello, for Plaintiff,
     in Support of Motion, dated March 2, 2011 ................................... A19

Affidavit of Anand Dasrath, Plaintiff, in Support
     of Motion, sworn to March 2, 2011 ................................. A36

     Exhibit A to Costello Affirmation -
     Summons and Complaint, dated June 15, 2007 ...................... A51

     Exhibit B to Costello Affirmation -
     Amended Complaint, dated June 17, 2009 ............................ A61

     Exhibit C to Costello Affirmation -
     (i) Notice of Motion by Defendant, dated July 22, 2009,
     with Affidavit of Nancy A. Perri, M.D. in Support ................ A70

          Exhibit A to Perri Affidavit -
          Ross University School of Medicine
          Student Handbook, dated May, 2006 ............................ A74

     (ii) Memorandum of Law by Defendant in Further
     Support of Motion, dated September 28, 2009 ...................... A104

     Exhibit D to Costello Affirmation -
     Order of the Honorable Carol Bagley Amon,
     dated May 6, 2010 ..................................................... A114

     Exhibit E to Costello Affirmation -
     Answer of Defendant ............................................. A115

## Table of Contents
### (Continued)

**Page**

Exhibit F to Costello Affirmation -
Excerpt from Verified Complaint in *Dasrath v.
Ross University,* Supreme Court, Queens County
("Queens County Action") ......................................................  A121

Exhibit G to Costello Affirmation -
Memorandum from Nancy A. Perri, M.D. to
Jennifer McLaughlin, dated February 6, 2008 ........................  A123

Exhibit H to Costello Affirmation -
Excerpt from the Deposition Testimony of
Nancy Perri, taken October 15, 2010 ......................................  A124

Exhibit I to Costello Affirmation -
Excerpt from the Deposition Testimony of
Enrique S. Fernandez, taken October 21, 2010 .......................  A126

Exhibit K to Costello Affirmation -
Various Clinical Clerkship Evaluation Documents  ................  A128

Exhibit L to Costello Affirmation -
Excerpt from the Deposition Testimony of
Enrique S. Fernandez, taken October 21, 2010 .......................  A135

Exhibit M to Costello Affirmation -
(i) Email from Enrique S. Fernandez to Anand Dasrath,
dated April 23, 2006 ...............................................................  A137
(ii) Memorandum for the Record, dated April 24, 2006  .........  A138
(iii) Spreadsheet ......................................................................  A139

Exhibit N to Costello Affirmation -
Excerpt from the Deposition Testimony of
Enrique S. Fernandez, taken October 21, 2010 .......................  A141

Exhibit O to Costello Affirmation -
Excerpt from the Deposition Testimony of
Enrique S. Fernandez, taken October 21, 2010 .......................  A143

## Table of Contents
### (Continued)

**Page**

Exhibit P to Costello Affirmation -
Excerpt from the Deposition Testimony of
Enrique S. Fernandez, taken October 21, 2010 ...................... A145

Exhibit Q to Costello Affirmation -
Excerpt from the Deposition Testimony of
Enrique S. Fernandez, taken October 21, 2010 ...................... A147

Exhibit R to Costello Affirmation -
Excerpt from the Deposition Testimony of
Enrique S. Fernandez, taken October 21, 2010 ...................... A150

Exhibit S to Costello Affirmation -
Demands by Plaintiff for Requests,
dated December 14, 2010 ......................................................... A152

Exhibit T to Costello Affirmation -
Excerpt from the Deposition Testimony of
Anand Dasrath ........................................................................ A154

Exhibit U to Costello Affirmation -
Excerpt from the Deposition Testimony of
Enrique S. Fernandez, taken October 21, 2010 ...................... A156

Exhibit V to Costello Affirmation -
Excerpts from the Ross University School of
Medicine Student Handbook, dated May, 2006 ...................... A158

Exhibit W to Costello Affirmation -
Excerpt from the Deposition Testimony of
Anand Dasrath, taken September 30, 2010 ............................ A161

Exhibit X to Costello Affirmation -
Excerpt from the Deposition Testimony of
Enrique S. Fernandez, taken October 21, 2010 ...................... A163

**Table of Contents**
**(Continued)**

**Page**

Exhibit Y to Costello Affirmation -
Excerpt from the Deposition Testimony of
Enrique S. Fernandez, taken October 21, 2010 ...................... A166

Exhibit Z to Costello Affirmation -
Excerpt from the Deposition Testimony of
Enrique S. Fernandez, taken October 21, 2010 ...................... A168

Exhibit A1 to Costello Affirmation -
Letter from Ross University to Anand Dasrath,
dated June 29, 2006 ................................................................. A170

Exhibit B1 to Costello Affirmation -
Excerpt from the Ross University School of
Medicine Student Handbook, dated May, 2006 ...................... A171

Exhibit C1 to Costello Affirmation -
Excerpt from the Deposition Testimony of
Nancy Perri, taken October 15, 2010 ...................................... A173

Exhibit D1 to Costello Affirmation -
Certifications by Ross University ............................................ A175

Exhibit E1 to Costello Affirmation -
Excerpt from the Deposition Testimony of
Anand Dasrath, taken September 30, 2010 ............................. A177

Exhibit F1 to Costello Affirmation -
Letter from the ECFMG, dated August 14, 2006,
and Ross University History Form of Anand Dasrath ............ A178

Exhibit G1 to Costello Affirmation -
Excerpt from the Ross University School of
Medicine Student Handbook, dated May, 2006 ...................... A180

Exhibit H1 to Costello Affirmation -
Excerpts from the Ross University School of
Medicine Student Handbook, dated May, 2006 ...................... A182

iv

## Table of Contents
### (Continued)

**Page**

Exhibit I1 to Costello Affirmation -
(i) Certification of Enrique S. Fernandez, M.D. ...................... A184
(ii) Excerpt from the Deposition Testimony of
Enrique S. Fernandez, taken October 21, 2010 ...................... A185
(iii) Excerpt from the Ross University School of
Medicine Student Handbook, dated May, 2006 ...................... A187

Exhibit J1 to Dasrath Affidavit -
Excerpts from the Deposition Testimony of
Anand Dasrath, taken September 30, 2010 ............................ A189

Exhibit K1 to Dasrath Affidavit -
Letter from Ross University to Anand Dasrath,
dated April 17, 2003 ................................................................ A192

Exhibit L1 to Dasrath Affidavit -
Excerpt from the Deposition Testimony of
Anand Dasrath, taken September 30, 2010 ............................ A193

Exhibit M1 to Dasrath Affidavit -
Excerpt from the Deposition Testimony of
Anand Dasrath, taken September 30, 2010 ............................ A195

Exhibit N1 to Dasrath Affidavit -
Grades for Anand Dasrath from Ross University ................... A197

Exhibit O1 to Dasrath Affidavit -
Excerpt from the Deposition Testimony of
Anand Dasrath, taken September 30, 2010 ............................ A198

Exhibit P1 to Dasrath Affidavit -
Excerpts from the Deposition Testimony of
Anand Dasrath, taken September 30, 2010 ............................ A200

Exhibit Q1 to Dasrath Affidavit -
Excerpts from the Deposition Testimony of
Anand Dasrath, taken September 30, 2010 ............................ A203

## **Table of Contents**
### **(Continued)**

Exhibit R1 to Dasrath Affidavit -
Excerpt from the Deposition Testimony of
Anand Dasrath, taken September 30, 2010 ............................ A206

Exhibit S1 to Dasrath Affidavit -
Excerpt from the Deposition Testimony of
Anand Dasrath, taken September 30, 2010 ............................ A208

Exhibit T1 to Dasrath Affidavit -
Excerpt from the Deposition Testimony of
Anand Dasrath, taken September 30, 2010 ............................ A210

Exhibit U1 to Dasrath Affidavit -
Excerpt from the Deposition Testimony of
Anand Dasrath, taken September 30, 2010 ............................ A212

Exhibit V1 to Dasrath Affidavit -
Excerpt from the Deposition Testimony of
Anand Dasrath, taken September 30, 2010 ............................ A214

Exhibit W1 to Dasrath Affidavit -
Excerpt from the Deposition Testimony of
Anand Dasrath, taken September 30, 2010 ............................ A216

Exhibit X1 to Dasrath Affidavit -
Excerpt from the Ross University School of
Medicine Student Handbook, dated May, 2006 ...................... A218

Exhibit Y1 to Dasrath Affidavit -
Excerpt from the Deposition Testimony of
Anand Dasrath, taken September 30, 2010 ............................ A220

Exhibit Z1 to Dasrath Affidavit -
Excerpt from the Deposition Testimony of
Enrique S. Fernandez, taken October 21, 2010 ...................... A222

**Table of Contents**
**(Continued)**

**Page**

Exhibit A2 to Dasrath Affidavit -
Excerpts from the Deposition Testimony of
Anand Dasrath, taken September 30, 2010 ............................ A224

Exhibit B2 to Dasrath Affidavit -
Excerpt from the Ross University School of
Medicine Student Handbook, dated May, 2006 ...................... A227

Exhibit C2 to Dasrath Affidavit -
Excerpt from the Deposition Testimony of
Anand Dasrath, taken September 30, 2010 ............................ A229

Exhibit D2 to Dasrath Affidavit -
Excerpt from the Deposition Testimony of
Anand Dasrath, taken September 30, 2010 ............................ A231

Exhibit E2 to Dasrath Affidavit -
Excerpt from the Deposition Testimony of
Anand Dasrath, taken September 30, 2010 ............................ A233

Exhibit F2 to Dasrath Affidavit -
Excerpt from the Deposition Testimony of
Anand Dasrath, taken September 30, 2010 ............................ A235

Exhibit G2 to Dasrath Affidavit -
Excerpts from the Deposition Testimony of
Anand Dasrath, taken September 30, 2010 ............................ A237

Exhibit H2 to Dasrath Affidavit -
Excerpt from the Deposition Testimony of
Anand Dasrath, taken September 30, 2010 ............................ A240

Exhibit I2 to Dasrath Affidavit -
Excerpt from the Deposition Testimony of
Anand Dasrath, taken September 30, 2010 ............................ A242

## Table of Contents
### (Continued)

**Page**

Exhibit J2 to Dasrath Affidavit -
Excerpt from the Deposition Testimony of
Anand Dasrath, taken September 30, 2010 ............................ A244

Exhibit K2 to Dasrath Affidavit -
Memorandum for the Record, dated April 24, 2006 ............... A246

Exhibit L2 to Dasrath Affidavit -
Excerpts from the Deposition Testimony of
Anand Dasrath, taken September 30, 2010 ............................ A247

Exhibit M2 to Dasrath Affidavit -
Excerpt from the Deposition Testimony of
Anand Dasrath, taken September 30, 2010 ............................ A250

Exhibit N2 to Dasrath Affidavit -
Excerpt from the Deposition Testimony of
Anand Dasrath, taken September 30, 2010 ............................ A252

Exhibit O2 to Dasrath Affidavit -
Excerpt from the Deposition Testimony of
Anand Dasrath, taken September 30, 2010 ............................ A254

Exhibit P2 to Dasrath Affidavit -
Excerpt from the Ross University School of
Medicine Student Handbook, dated May, 2006 ..................... A255

Exhibit Q2 to Dasrath Affidavit -
Excerpts from the Deposition Testimony of
Anand Dasrath, taken September 30, 2010 ............................ A257

Exhibit R2 to Dasrath Affidavit -
Excerpt from the Deposition Testimony of
Anand Dasrath, taken September 30, 2010 ............................ A260

Exhibit S2 to Dasrath Affidavit -
Excerpt from the Deposition Testimony of
Anand Dasrath, taken September 30, 2010 ............................ A262

# Table of Contents
## (Continued)

**Page**

Exhibit T2 to Dasrath Affidavit -
(i) Excerpt from the Deposition Testimony of
Nancy Perri, taken October 15, 2010 ..................................... A264
(ii) Excerpt from the Deposition Testimony of
Enrique S. Fernandez, taken October 21, 2010 ...................... A266

Exhibit U2 to Dasrath Affidavit -
Recommendation of Anthony F. Almeida, MA, Ph.D.,
dated February 21, 2006 ......................................................... A268

Exhibit V2 to Dasrath Affidavit -
Student Copy of Anand Dasrath's
Transcript from Ross University .............................................. A269

Exhibit W2 to Dasrath Affidavit -
Email from Brijette Sena to Anand Dasrath,
dated March 9, 2006 ................................................................ A270

Exhibit X2 to Dasrath Affidavit -
Excerpts from the Deposition Testimony of
Anand Dasrath, taken September 30, 2010 ............................. A272

Exhibit Y2 to Dasrath Affidavit -
Excerpts from the Deposition Testimony of
Anand Dasrath, taken September 30, 2010 ............................. A275

Exhibit Z2 to Dasrath Affidavit -
Excerpts from Response to Interrogatories .............................. A280

Memorandum of Law by Plaintiff in Support
of Motion, dated March 2, 2011 ................................................... A283

Notice of Motion by Defendant for Summary
Judgment, dated March 3, 2011 ................................................... A291

Affidavit of Enrique Fernandez, M.D., for Defendant,
in Support of Motion, sworn to February 27, 2011 ...................... A292

# Table of Contents
## (Continued)

**Page**

## Volume II

Affidavit of Jennifer A. McLaughlin, for Defendant,
in Support of Motion, sworn to March 3, 2011 ............................ A301

Exhibit A to Fernandez Affidavit -
Various Ross University Documents ...................................... A303

Exhibit B to Fernandez Affidavit -
Email from Enrique S. Fernandez to Anand Dasrath,
dated April 23, 2006
(Reproduced Herein at page A137)

Exhibit C to Fernandez Affidavit -
Memorandum for the Record, dated April 24, 2006
(Reproduced Herein at page A138)

Exhibit D to Fernandez Affidavit -
Ross University School of Medicine Student Handbook,
dated May, 2006
(Reproduced Herein at pages A74 to A103)

Exhibit E to Fernandez Affidavit -
Letter from Ross University to Anand Dasrath,
dated June 29, 2006
(Reproduced Herein at page A170)

Exhibit F to Fernandez Affidavit -
Letter from William C. Kelly to Anand Dasrath,
dated August 16, 2006 ........................................................... A309

Exhibit G to Fernandez Affidavit -
Certification by Ross University, dated March 20, 2006 ........ A311

Exhibit H to Fernandez Affidavit -
Certification by Ross University, dated May 5, 2006 ............. A312

# Table of Contents
## (Continued)

**Page**

Exhibit I to Fernandez Affidavit -
Request by Anand Dasrath for Transcript,
dated May 15, 2006, with Student Copy of Transcript ........... A313

Exhibit J to Fernandez Affidavit -
Transcript Request by Anand Dasrath,
dated August 1, 2006 ............................................................. A315

Exhibit K to Fernandez Affidavit -
Unofficial Copy of Anand Dasrath's
Transcript from Ross University ........................................... A316

Exhibit L to McLaughlin Affidavit -
Deposition Testimony of Anand Dasrath,
taken September 30, 2010 ...................................................... A318

## Volume III

Exhibit M to McLaughlin Affidavit -
Deposition Testimony of Nancy Perri,
taken October 15, 2010 .......................................................... A524

Exhibit N to McLaughlin Affidavit -
Order to Show Cause by Plaintiff in the Queens County
Action, dated July 25, 2006, with Supporting Documents ...... A613

Exhibit O to McLaughlin Affidavit -
Order of the Honorable Roger N. Rosengarten in
the Queens County Action, dated January 31, 2007,
with Notice of Entry ............................................................. A630

Exhibit P to McLaughlin Affidavit -
Certificate of William C. Kelly of Authenticity of Business
Records Pursuant to Federal Rule of Evidence 902(11),
dated November 10, 2010, with Attachments thereto ............. A632

Memorandum of Law by Defendant in
    Support of Motion, dated March 3, 2010 ...................................... A635

# Table of Contents
## (Continued)

**Page**

Statement of Material Facts by Defendant
     Pursuant to Local Rule 56.1 ........................................................... A649

Affidavit of Jennifer A. McLaughlin, for Defendant, in Opposition
     to Motion by Plaintiff, dated March 31, 2011 .............................. A660

        Exhibit 1 to McLaughlin Affidavit -
        Affidavit of Enrique Fernandez, M.D., for Defendant,
        sworn to February 27, 2011, with Exhibits A through K
        (Reproduced Herein at pages A292 to A300,
        and A303 to A317)

        Exhibit 2 to McLaughlin Affidavit -
        Affidavit of Jennifer A. McLaughlin, for Defendant,
        sworn to March 3, 2011, with Exhibits L through P
        (Reproduced Herein at pages A301 to A302,
        and A318 to A634)

Memorandum of Law by Defendant in Opposition
     to Motion by Plaintiff, dated March 31, 2011 .............................. A661

Affidavit of Anand Dasrath, Plaintiff, in Opposition
     to Motion by Defendant, sworn to April 14, 2011 ........................ A681

Reply Affidavit of Anand Dasrath, Plaintiff, in Further
     Support of Motion, sworn to April 28, 2011 ................................. A696

        Exhibit A to Dasrath Reply Affidavit -
        Excerpt from the Deposition Testimony of
        Enrique S. Fernandez, taken October 21, 2010 ...................... A705

        Exhibit B to Dasrath Reply Affidavit -
        Excerpt from the Deposition Testimony of
        Nancy Perri, taken October 15, 2010 ...................... A707

Reply Memorandum of Law by Plaintiff in Further
     Support of Motion, dated April 28, 2011 ....................................... A709

# Table of Contents
## (Continued)

**Page**

Reply Memorandum of Law by Defendant in Further
Support of Motion, dated April 28, 2011 ..................................... A723

Memorandum and Order of the Honorable Carol Bagley Amon,
dated May 26, 2011, Appealed From ............................................ A737

Judgment of the United States District Court, Eastern District
of New York, entered May 26, 2011, Appealed From .................. A750

Notice of Appeal, dated June 21, 2011 ................................................. A751

**A301**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

ANAND DASRATH,

                                        Plaintiff,

       - against -

ROSS UNIVERSITY SCHOOL OF MEDICINE,

                                       Defendant.

-----------------------------------------------------------X

Case No.: CV 07 2433
(C. Amon)
(R. Reyes)

AFFIDAVIT OF
JENNIFER McLAUGHLIN
IN SUPPORT OF
DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT

STATE OF NEW YORK)
              SS)
COUNTY OF NASSAU )

      JENNIFER A. McLAUGHLIN, being duly sworn, deposes and says:

      1.    I am a member of the firm of Cullen and Dykman LLP, attorneys for defendant

Ross University School of Medicine ("Ross University").

      2.    I submit this affidavit in support of defendant's motion for summary judgment

pursuant to Rule 56 for the limited purpose of attaching the following documents:

               Exhibit L:     Deposition of Plaintiff Anand Dasrath dated September 30, 2010

               Exhibit M:    Deposition of Dr. Nancy Perri, Vice President of Academic
                                  Affairs of Ross University dated October 15, 2010

               Exhibit N:    Order to Show Cause dated July 25, 2006:  Anand Dasrath v.
                                    Ross University, Supreme Court, Queens County, Index No:
                                    15989/2006 ("Queens County Action")

               Exhibit O:    Order dated January 31, 2007 dismissing Queens County Action
                                    with Notice of Entry

1

Exhibit P:     Certificate of Authenticity of Business Records by William C.
                Kelly, Associate Vice President for Operations of Educational
                Commission for Foreign Graduates dated November 10, 2010
                and documents ECFMG AED 00198-00199.

_____
Jennifer A. McLaughlin (JM-5678)

Sworn to before me this
3rd day of March, 2011

_____
Notary Public

MAUREEN SAUTER
Notary Public, State of New York
#01SA3898285
Qualified in Nassau County
Commission Expires June 30, 2011

2

Case 11-2531, Document 54, 10/07/2011, 412560, Page17 of 237

**A303**



### ROSS UNIVERSITY
**School of Medicine**
499 Thornball Street, 10th Floor
Edison, NJ 08837-2235

JUN 2 7 2006

CAMPUS: PORTSMOUTH, DOMINICA WEST INDIES

STUDENT ID: @ 00088730 OR 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

TEL (732)978-5300
FAX: (732)978-5306
E-MAIL:CLINICAL@ROSSMED.EDU

## CLINICAL CLERKSHIP EVALUATION FORM

The physician responsible for supervising the clerkship will complete this evaluation at the end of a clinical clerkship. Print clearly.

Medical Student  DASRATH, ANAND          Name of Clerkship  Advanced Intro to Clinical Medicine

Clerkship Duration (No. Of Weeks)   TWELVE      Dates:  01 \ 16 \ 06  to  04 \ 07 \ 06

In comparison with other medical students at the same level of clinical training, please rank the performance of the student. Select the grade evaluation from the five options listed below. Only whole numbers will be used in determining final grade.

**KEY**

5  Excellent
4  Above Average
3  Average
2  Below Average
1  Fail

Please see attached blue copy for clerkship grading policy used in calculating final grade.

2  Knowledge of medical sciences (basic sciences, clinical sciences)

1  Knowledge of assigned patients (specific medical problems, laboratory information, therapeutic modalities, follow-up)

2  Professionalism (reliability, thoroughness, carefulness, attendance, punctuality, interpersonal relationships with colleagues and staff, verbal and written case presentations, initiative)

3  Character (sensitivity to patients, patient rapport, ethical values, personal appearance, emotional stability)

**Comments:**

Cumulative performance scores fell >2 SD below class mean. Write-ups were deficient and not of the quality expected for a student at this level of training. Needs to better demonstrate critical thinking skills. H's skills marginal

Hospital: H.E.T.C.-Greater Miami Health Education & Training Centers   Telephone: ( 305 ) 667-5455

Address: 7000 S.W. 62nd Avenue, PH-A       City, State: Miami, FL       Zip 33143

Evaluator(Print)  Enrique S. Fernandez, M.D., M.S.Ed.       Date: 6/23/06

Signature                                Title: Director of Medical Education

After completion of rotation, return completed WHITE Copy to: Dean of Clinical Sciences, Ross University School of Medicine, 499 Thornhall Street, Tenth Floor, Edison, NJ 08837-2235 within 30 days. Retain YELLOW copy for Hospital files.

CREDIT IS AWARDED ONLY FOR ORIGINAL EVALUATIONS.



D00001

Case 11-2531, Document 54, 10/07/2011, 412560, Page18 of 237

# A304

StudentView                                                      Page 1 of 1

⌐View Gradebook                                          Tips        Help

      View Gradebook              User Activity          Setup Gradebook

   back

## My Gradebook: Anand Dasrath

**Grade To Date: 59/100 (59%)**                    View Gradebook By: Week | Item

| | Grade | Earned to Date | Possible for Cou |
|---|---|---|---|
| Week 6: GRADES - Pre-Test MC ⃠ | 44/100 | Not Included in Grade | Not Included in Gr |
| Week 6: GRADES - PreT-Essay ⃠ | 25/100 | Not Included in Grade | Not Included in Gr |
| Week 8: Write-Ups - From Sem4 | marg | * | * |
| Week 8: Write-Ups - Write-Up #1 | done | * | * |
| Week 9: Mid-Term - Mult-Choice | * | * | 98 pts. |
| Week 9: Mid-Term - MT-ESSAY | * | * | 50 pts. |
| Week 9: Mid-Term - LETTER GRADE | C | * | * |
| Week 10: PE GRADES - PE Grade | *C | * | * |
| Week 11: Epi Grades - Epi/Biostats/PH Exam ⃠ | 50/26 FAIL | Not Included in Grade | Not Included in Gr |
| Week 12: Final Grades - Final MC Exam | 59/100 | 59 pts. | 100 pts. |
| Week 12: Final Grades - Final Essays % | 36 | * | * |
| Week 12: Final Grades - PowerPoint | * | * | * |
| Week 12: Final Grades - Write-Up #2 | C- | * | * |
| Week 12: Final Grades - Extra Credit ⃠ | 36 | Not Included in Grade | Not Included in Gr |
| Week 13: COURSE GRADE - AICM FINAL COURSE GRADE | FAIL | * | * |
| Week 14: Apr27 Comp - April 27 Comprehensive Shelf ⃠ | * | Not Included in Grade | Not Included in Gr |
| Total | | 59 pts. (of 100 Completed) | 248 pts. |
| Grade To Date: | | 59/100 (59%) | |

### Gradebook Key

* Items not yet graded
-- Exams not yet entered
🗄 Items with Dropbox Basket
✤ Extra Credit
⃠ Excluded from Course Grade
📊 View Exam Statistics
[ ] Grades inside brackets are not shared with the student
   **Bold values indicate all items have not been graded.**
   On certain views, you can click on column titles for Quick Grade Views

# A305

| BANNER | LAST.NAME | FIRST.NAME | MT-GRDE | MT-Pts | | | fall | FF | CF | co | OBJ/RUN | RUNNING | GRADE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| @00088730 | | | C | 75 | 103 | 63 | fall | FF | CF | co | 242 | 426.6 | FF | 36 | 462.6 |

D00158

Case 11-2531, Document 54, 10/07/2011, 412560, Page20 of 237

**A306**

| BANNER | LAST NAME | FIRST NAME | GPA SEM3 | dem | MT-GRDE | MT-Pa | | | |
|---|---|---|---|---|---|---|---|---|---|
| @00008730 | | | 2.44 | CC | C | 75 | 103 | 63 | CC |

D00159

**A307**

Ross University School of Medicine
Unofficial Grade Report

STUDENT NAME:
STUDENT PID:

## 200430

| CRSE# | Title | Grade | Credit | Grade Pts | Q-Pts |
|-------|-------|-------|--------|-----------|-------|
| 1135 | Medical Genetics | F | 0 | 0.0 | 0.0 |
| 1130 | Doctor, Patient & Society | B+ | 3 | 3.5 | 10.5 |
| 1125 | Biochemistry | C+ | 5 | 2.5 | 12.5 |
| 1110 | Dev/Microscopic Anat/Cell Biol | C | 4 | 2.0 | 8.0 |

SEMESTER GPA: 2.06          CUMULATIVE GPA: 2.06

## 200510

| CRSE# | Title | Grade | Credit | Grade Pts | Q-Pts |
|-------|-------|-------|--------|-----------|-------|
| 1135 | Medical Genetics | C | 3 | 2.0 | 6.0 |
| 1130 | Doctor, Patient & Society | A | 3 | 4.0 | 12.0 |
| 1110 | Dev/Microscopic Anat/Cell Biol | B | 4 | 3.0 | 12.0 |

SEMESTER GPA: 3.00          CUMULATIVE GPA: 2.44

## 200520

| CRSE# | Title | Grade | Credit | Grade Pts | Q-Pts |
|-------|-------|-------|--------|-----------|-------|
| 1230 | Medical Physiology | C | 6 | 2.0 | 12.0 |
| 1220 | Gross Anatomy | C | 5 | 2.0 | 10.0 |
| 1210 | Neurobehavioral I | C+ | 4 | 2.5 | 10.0 |

SEMESTER GPA: 2.13          CUMULATIVE GPA: 2.32

## 200530

| CRSE# | Title | Grade | Credit | Grade Pts | Q-Pts |
|-------|-------|-------|--------|-----------|-------|
| 2341 | Pharmacology I | B+ | 3 | 3.5 | 10.5 |
| 2330 | Behavioral Science | B | 5 | 3.0 | 15.0 |
| 2321 | Pathology I | C | 4 | 2.0 | 8.0 |
| 2311 | Microbiology & Immunology I | C | 3 | 2.0 | 6.0 |

SEMESTER GPA: 2.63          CUMULATIVE GPA: 2.40

## 200610

| CRSE# | Title | Grade | Credit | Grade Pts | Q-Pts |
|-------|-------|-------|--------|-----------|-------|
| 2441 | Pharmacology II | B | 3 | 3.0 | 9.0 |
| 2430 | Intro. to Clinical Medicine | C | 5 | 2.0 | 10.0 |
| 2421 | Pathology II Systemic/Clinical | C | 4 | 2.0 | 8.0 |
| 2411 | Microbiology & Immunology II | C | 3 | 2.0 | 6.0 |

SEMESTER GPA: 2.20          CUMULATIVE GPA: 2.36

Official transcripts are printed on blue security paper and require the University seal and the Registrar's signature.

Ross University School of Medicine
Cumulative Grade Report

200620

| CRSE# | Title | Grade | Credit | Grade Pts | Q-Pts |
|-------|-------|-------|--------|-----------|-------|
| 5008 | Advanced Intro. To Clin. Med. | F | 0 | 0.0 | 0.0 |

SEMESTER GPA: 0.00        CUMULATIVE GPA: 2.01

Official transcripts are printed on blue security paper and require the University seal and the Registrar's signature.

D00161

 **ECFMG**™ | EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES

3624 Market Street
Philadelphia PA 19104-2685 USA
215-386-5900 | 215-386-9767 Fax
www.ecfmg.org



Personal and Confidential
Via Federal Express

August 16, 2006

Mr. Anand Emanuel Dasrath
89-25 209 St.
Queens Village, NY  11427

Re: USMLE™/ECFMG® Identification No. 0-704-162-7

Dear Mr. Dasrath:

This is to advise that ECFMG is not releasing your score report for the USMLE Step 1 that you took on July 27, 2006.

This is because ECFMG has recently received information indicating that you had not all eligibility requirements to take the examination. Specifically, you were not enrolled as a student in medical school at the time you took the examination. ECFMG received notice dated August 14, 2006 from Ross University School of Medicine indicating you had been "withdrawn" from the medical school. The medical school stated the date of your withdrawal was May 22, 2006.

USMLE and ECFMG policy requires a medical school student to be enrolled in medical school both at the time the individual applies for the examination and at the time the individual takes the examination. Although you may have been enrolled in medical school at the time you applied for the examination, based on the information provided by Ross University School of Medicine, you have since been "withdrawn." Since you were no longer enrolled at Ross University School of Medicine, you were ineligible to take the examination.

If there is an error in the records of the medical school, you must resolve it with the medical school immediately. As is stated in the ECFMG *Information Booklet*,

"If your eligibility for am exam changes after you apply but before you take the exam, your are required to inform ECFMG immediately of this change in your status."

Also note the following statements in the USMLE *Bulletin of Information*,

"If your eligibility for a Step or Step Component changes after you submit your application but before your scheduled test date(s), you must notify

ECFMG® is an organization committed to promoting excellence in international medical education.

Mr. Anand Emanuel Dash
August 16, 2006
Page 2

your registration entity promptly.  Failure to notify your registration entity that you may no longer be eligible to take the examination may result in a determination of irregular behavior (see pages 31-32).  If you take a Step or Step Component for which you are not eligible, scores for that examination may not be reported or, if previously reported, may be revoked."

You must also write to ECFMG immediately to provide an explanation why you took the USMLE Step 1 when you were not enrolled as a medical school student at Ross University School of Medicine.  ECFMG must receive your written explanation within fifteen (15) days of your receipt of this letter.

If you have any questions or need additional information, please let me know. My telephone number is (215) 823-2277, my fax number is (215) 386-9767 and my email address is bkelly@ecfmg.org.

Sincerely,

William C. Kelly
Director, Credentialing and
Record Services

Name: DASRATH, ANAND EMANUEL

PART C — MEDICAL EDUCATION AND EMPLOYMENT INFORMATION

## 26. CERTIFICATION BY APPLICANT:

Signature of Applicant (in Latin characters) X *Anand Emanuel Dasrath*

## 26.2 CERTIFICATION BY OFFICIAL

### 26.2.A CERTIFICATION BY MEDICAL SCHOOL OFFICIAL

Signature of Medical School Official (in Latin characters) X *Bryette Sena*

*Bryette Sena*   ASSOCIATE REGISTRAR OF CLINICAL SCIENCES   ROSS UNIVERSITY SCHOOL OF MEDICINE

### 26.2.B CERTIFICATION BY OFFICIAL IDENTIFICATION (Pertains to graduates only)

MAY - 5 2005

## 27. CLINICAL CLERKSHIPS — Continue on a separate sheet of paper, if necessary:

| Clinical Discipline | Hospital/Clinic | Location (exact address) | Supervising Physician | Dates of Clerkship |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## PART D — OTHER EXAM HISTORY AND APPLICANT NUMBERS

## 28. OTHER EXAM HISTORY and APPLICANT NUMBERS:

| | | | Date of Most Recent Examination Taken | Month | Year |
|---|---|---|---|---|---|
| NATIONAL BOARD OF MEDICAL EXAMINERS | Applicant Identification Number (USMLE Steps 1/2) | | | | |
| | Applicant Identification Number (NBME Parts I/II) | | | | 1 9 |
| STATE LICENSING AUTHORITY IN THE UNITED STATES | FIN – Federation Identification Number (FLEX) | | | | 1 9 |

Page 7 of 7



PLAINTIFF'S EXHIBIT 3

Case 1:07-cv-02433-CBA -RER    Document 94-10    Filed 04/28/11    Page 2 of 2

Name: DASRATH, ANAND EMANUEL

PART C — MEDICAL EDUCATION AND EMPLOYMENT INFORMATION (Continued)

**26. CERTIFICATION BY APPLICANT:**

Signature of Applicant (in Latin characters): X *Anand Emanuel Dasrath*   Date: 27 04 2006

**26.2 CERTIFICATION BY OFFICIAL**

**26.2.A CERTIFICATION BY MEDICAL SCHOOL OFFICIAL**

Signature of Medical School Official (in Latin characters): X *Bryette Sena*   Date: 05 05 2006

*Bryette Sena*    ASSOCIATE REGISTRAR OF CLINICAL SCIENCES ROSS UNIVERSITY
SCHOOL OF MEDICINE

OR

**26.2.B CERTIFICATION BY OFFICIAL IDENTIFICATION (Pertains to graduates only):**

on this _____ day of the month of _____ in the year _____

**27. CLINICAL CLERKSHIPS — Continue on a separate sheet of paper, if necessary.**

| Clinical Discipline | Hospital/Clinic | Location (exact address) | Supervising Physician | Dates of Clerkship |
|---|---|---|---|---|
| | | | | |

PART D — OTHER EXAM HISTORY AND APPLICANT NUMBERS

**28. OTHER EXAM HISTORY and APPLICANT NUMBERS:**

| | | | | Month | Year |
|---|---|---|---|---|---|
| NATIONAL BOARD OF MEDICAL EXAMINERS | Applicant Identification Number: USMLE Steps 1/2 | | Date of Most Recent Examination Taken: | | |
| | Applicant Identification Number: NBME Parts I/II | | Date of Most Recent Examination Taken: | 1 9 | |
| STATE LICENSING AUTHORITY IN THE UNITED STATES | FIN – Federation Identification Number: FLEX | | Date of Most Recent Examination Taken: | 1 9 | |

Page 7 of 7



PLAINTIFF'S EXHIBIT
4
10-15-10

05/16/2006  14:48   7187760739          ALLSTATE                    PAGE  01/01



89-25  209  STREET
QUEENS  VILLAGE,
NEW  YORK, 11427
5 - 15 - 06

THE  OFFICE  OF  THE  REGISTRAR,
ROSS  UNIVERSITY
EDISON , N.J.

DEAR  SIR/MADAM,
            I  WOULD  LIKE  TO  REQUEST  A

STUDENT  TRANSCRIPT  FOR  MY-SELF  AND  A  STUDENT
HANDBOOK  TO  BE  MAILED  & to  MY  HOME  ADDRESS  AS
ABOVE.

                                    THANKS,
                                    Anand Dasrath
                                    ANAND  DASRATH

                        SSN: 107 - 58 - 9913

                        PHONE NO - (718) 468 - 9421 .

Received Time May. 16.  3:00PM

D00036

Case 1:07-cv-02433-CBA -RER   Document 94-11   Filed 04/28/11   Page 3 of 3



DEFENDANT'S EXHIBIT
2307

### Ross University
#### SCHOOL OF MEDICINE
##### PORTSMOUTH, DOMINICA
##### WEST INDIES

| Name: Dasrath, Anand E | Student ID: 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 |
|---|---|
| Undergraduate Institution: YORK COLLEGE | Matriculation Date: 5/10/2004 |

Comments:

| Code | Course Title | Grade | Credits |
|---|---|---|---|

#### Basic Sciences

**Semester: 5/10/2004**

| Code | Course Title | Grade | Credits |
|---|---|---|---|
| 0523 | BIOCHEMISTRY | C+ | 5 |
| 0526 | MEDICAL GENETICS | P | 0 |
| 0552 | DOCTOR PATIENT AND SOCIETY | B+ | 3 |
| 0518 | DEVELOPMENT&MICRO,ANAT/CELL BIOLOGY | C | 7 |

| | EARNED CREDITS | GPA QP | QP CREDITS | GPA |
|---|---|---|---|---|
| SEMESTER: | 12 | 31 | 15 | 2.07 |
| CUMULATIVE: | 12 | 31 | 15 | 2.07 |

**Semester: 9/6/2004**

| Code | Course Title | Grade | Credits |
|---|---|---|---|
| 0518 | DEVELOPMENT&MICRO,ANAT/CELL BIOLOGY | B | 4 |
| 0526 | MEDICAL GENETICS | C | 3 |
| 0552 | DOCTOR PATIENT AND SOCIETY | A | 3 |

| | EARNED CREDITS | GPA QP | QP CREDITS | GPA |
|---|---|---|---|---|
| SEMESTER: | 10 | 30 | 10 | 3.00 |
| CUMULATIVE: | 22 | 61 | 25 | 2.44 |

**Semester: 1/10/2005**

| Code | Course Title | Grade | Credits |
|---|---|---|---|
| 0631 | MEDICAL PHYSIOLOGY | | |
| 0616 | GROSS ANATOMY | | |
| 0615 | NEUROBEHAVIORAL 1 | | |

| | EARNED CREDITS | GPA QP | QP CREDITS | GPA |
|---|---|---|---|---|
| SEMESTER: | 15 | 32 | 15 | 2.13 |
| CUMULATIVE: | 37 | 93 | 40 | 2.33 |

**Semester: 5/9/2005**

| Code | Course Title | Grade | Credits |
|---|---|---|---|
| 0745 | PATHOLOGY 1 | C | 4 |
| 0747 | MICROBIOLOGY & IMMUNOLOGY 1 | C | 3 |
| 0749 | PHARMACOLOGY 1 | D+ | 3 |
| 0752 | BEHAVIORAL SCIENCE | D | 5 |

| | EARNED CREDITS | GPA QP | QP CREDITS | GPA |
|---|---|---|---|---|
| SEMESTER: | 15 | 39.5 | 15 | 2.63 |
| CUMULATIVE: | 52 | 132.5 | 55 | 2.41 |

**Semester: 9/9/2005**

| Code | Course Title | Grade | Credits |
|---|---|---|---|
| 0633 | INTRO TO CLINICAL MEDICINE I | C | 5 |
| | PHARMACOLOGY II | B | 3 |
| 0827 | PATHOLOGY II | C | 4 |
| 0847 | MICROBIOLOGY & IMMUNOLOGY II | C | 3 |

| | EARNED CREDITS | GPA QP | QP CREDITS | GPA |
|---|---|---|---|---|
| SEMESTER: | 15 | 33 | 15 | 2.20 |
| CUMULATIVE: | 67 | 165.5 | 70 | 2.38 |

Total Credits: 67

No Entries Below This Line

STUDENTS COPY
NOT VALID FOR TRANSFER OF CREDIT

STUDENTS COPY
NOT VALID FOR TRANSFER OF CREDIT

Page 1 of 1
05/22/2006

**STUDENT COPY**

D00035

# A315

08/01/06  13:50 FAX 516 355 5912       FEDXKINKOS NEWHYDEPARK       Ø001

## ROSS UNIVERSITY
## SCHOOL OF MEDICINE
## OFFICE OF THE REGISTRAR

### TRANSCRIPT REQUEST

POLICY: A transcript will be issued only with the student's written request. A fee of US $10.00 payable to Ross University by cash, money order or check is assessed for each transcript. Unofficial copies are free of charge and are only issued to currently enrolled students. Requests will be honored as quickly as possible in the order of application, however, during busy periods such as examinations, Commencement, registration, etc. there will be some delay.

PRINT YOUR NAME AND ADDRESS

*Anand Dasrath*
NAME

*8-1-06*
TODAY'S DATE

*@ 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*
*@ 000 88730*
STUDENT I.D.

*89-25    209 Street*
STREET ADDRESS

*Queens Village, N.Y., 11427*
CITY, STATE, ZIP

SIGNATURE

### COMPLETE APPROPRIATE ITEMS:

✓ CURRENTLY ENROLLED        SEMESTER LAST ENROLLED_____

✓ HOLD FOR CURRENT SEMESTER GRADES_____
YES  NO                              SPECIFY SEMESTER

_____GRADUATE_____              _____FORMER STUDENT_____
        INDICATE GRADUATION DATE                    LAST SEMESTER ATTENDED

_____AUTHORIZATION LETTER SUBMITTED (FOR RETRIEVAL BY SOMEONE OTHER THAN THE STUDENT)

NUMBER OF TRANSCRIPTS_____  *1*
                    OFFICIAL    UNOFFICIAL - ONLY 1 PER REQUEST

### PRINT FULL NAME AND ADDRESS BELOW OF RECIPIENT
Use one form for each addressee

NAME

STREET ADDRESS

CITY/STATE/ZIP

| DO NOT WRITE IN SPACE BELOW - FOR OFFICE USE | | |
|---|---|---|
| REC'D | SENT | PAID |
| | | |

Received Time Aug. 1.  2:01PM

D00005

Case 1:07-cv-02433-CBA -RER   Document 94-13   Filed 04/28/11   Page 2 of 3



**Ross University**
SCHOOL OF MEDICINE
PORTSMOUTH, DOMINICA
WEST INDIES

Date Printed:  5/19/10

*Unofficial Copy*

---

Name : Dasrath, Anand                          Date Of Birth : 11/12/57
Student ID : @00088730    Matriculation Date : 05/10/2004        Major : Medicine

---

| Course | | Course Title | Grade | Credit |
|---|---|---|---|---|
| | | **Basic Science** | | |

**Summer 2004**
5/10/04          8/20/04

| Course | | Course Title | Grade | Credit |
|---|---|---|---|---|
| MANT | 1110 | Dev/Microscopic Anat/Cell Biol | C | 4.00 |
| MBIO | 1135 | Medical Genetics | F | 0.00 |
| MBEH | 1130 | Doctor, Patient & Society | B+ | 3.00 |
| MBIO | 1125 | Biochemistry | C+ | 5.00 |

| | Earned Credits | GPA QP | QP Credits | GPA |
|---|---|---|---|---|
| SEMESTER : | 12 | 31.00 | 12 | 2.06 |
| CUMULATIVE : | 12 | 31.00 | 12 | 2.06 |

**Fall 2004**
9/6/04          12/17/04

| Course | | Course Title | Grade | Credit |
|---|---|---|---|---|
| MANT | 1110 | Dev/Microscopic Anat/Cell Biol | B | 4.00 |
| MBIO | 1135 | Medical Genetics | C | 3.00 |
| MBEH | 1130 | Doctor, Patient & Society | A | 3.00 |

| | Earned Credits | GPA QP | QP Credits | GPA |
|---|---|---|---|---|
| SEMESTER : | 10 | 30.00 | 10 | 3.00 |
| CUMULATIVE : | 22 | 61.00 | 22 | 2.44 |

**Spring 2005**
1/10/05          4/22/05

| Course | | Course Title | Grade | Credit |
|---|---|---|---|---|
| MPHY | 1210 | Neurobehavioral I | C+ | 4.00 |
| MANT | 1220 | Gross Anatomy | C | 5.00 |
| MPHY | 1230 | Medical Physiology | C | 6.00 |

| | Earned Credits | GPA QP | QP Credits | GPA |
|---|---|---|---|---|
| SEMESTER : | 15 | 32.00 | 15 | 2.13 |
| CUMULATIVE : | 37 | 93.00 | 37 | 2.32 |

**Summer 2005**
5/9/05          8/19/05

| Course | | Course Title | Grade | Credit |
|---|---|---|---|---|
| MMIC | 2311 | Microbiology & Immunology I | C | 3.00 |
| MPAT | 2321 | Pathology I | C | 4.00 |
| MPHM | 2341 | Pharmacology I | B+ | 3.00 |
| MBEH | 2330 | Behavioral Science | B | 5.00 |

| | Earned Credits | GPA QP | QP Credits | GPA |
|---|---|---|---|---|
| SEMESTER : | 15 | 39.50 | 15 | 2.63 |
| CUMULATIVE : | 52 | 132.50 | 52 | 2.40 |

**Fall 2005**
9/5/05          12/16/05

| Course | | Course Title | Grade | Credit |
|---|---|---|---|---|
| MPHM | 2441 | Pharmacology II | B | 3.00 |
| MPAT | 2421 | Pathology II Systemic/Clinical | C | 4.00 |
| MMIC | 2411 | Microbiology & Immunology II | C | 3.00 |
| MCLM | 2430 | Intro. to Clinical Medicine | C | 5.00 |

| | Earned Credits | GPA QP | QP Credits | GPA |
|---|---|---|---|---|
| SEMESTER : | 15 | 33.00 | 15 | 2.20 |
| CUMULATIVE : | 67 | 165.50 | 67 | 2.36 |

---

**Clinical Science**

**Spring 2006**

| Course | | Course Title | Grade | Credit |
|---|---|---|---|---|
| CAIC | 5003 | Advanced Intro. To Clin. Med. | F | 0.00 |

| | Earned Credits | GPA QP | QP Credits | GPA |
|---|---|---|---|---|
| SEMESTER : | 0 | 0.00 | 0 | 0 |
| CUMULATIVE : | 67 | 165.50 | 67 | 2.01 |

---

This document is an unofficial copy of the student's academic transcript. Official transcripts are printed on blue security paper with the
University seal and require the Registrar's signature.



**Ross University**
SCHOOL OF MEDICINE
PORTSMOUTH, DOMINICA
WEST INDIES

Date Printed:   5/19/10

Unofficial Copy

| | | |
|---|---|---|
| Name : Dasrath, Anand | Date Of Birth : 11/12/57 |
| Student ID : @00088730 | Matriculation Date : 05/10/2004 | Major : Medicine |

| Course | Course Title | Grade | Credit | Course | Course Title | Grade | Credit |
|--------|--------------|-------|--------|--------|--------------|-------|--------|
| | Total Credits | | 67 | | | | |
| | No Entries Below This Line | | | | | | |

**Comments:** Administrative Withdrawal 4/7/06

This document is an unofficial copy of the student's academic transcript. Official transcripts are printed on blue security paper with the University seal and require the Registrar's signature.

D00007

1                                                  ORIGINAL

1

2       UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF NEW YORK

3       ------------------------------------------------X
        ANAND DASRATH,

4
                                            PLAINTIFF,

5
            -against-           CASE NO. CV-07-2433

6
        ROSS UNIVERSITY SCHOOL OF MEDICINE,

7
                                            DEFENDANT.

8       ------------------------------------------------X

9                       DATE: September 30, 2010

10                      TIME: 9:55 a.m.

11

12                      EXAMINATION BEFORE TRIAL of the

13      Plaintiff, ANAND DASRATH, taken by the

14      Defendant, pursuant to an Order, held at the

15      offices of Cullen & Dkyman, Esqs., 177

16      Montague Street, Brooklyn, New York, before a

17      Notary Public of the State of New York.

18

19

20

21

22

23

24

25

AM/PM ATTENDANCE FEE...                                          90.00

SHIPPING & HDLG...

ORIG. & 2 COPIES & CONDENSED ENCL.                              9.00

THANK YOU.

|  | | |
|---|---|---|
| Subtotal | | 1,335.75 |
| Sales Tax | | |
| Total Invoice Amount | | $1,335.75 |
| Payment/Credit Applied | | |
| TOTAL DUE | | $1,335.75 |

PRODUCT 13044    FOLD AT (▸) TO FIT CONTINION 9099 DU-O-VUE ENVELOPE.    NEBS  To Reorder: 1-800-225-6380 or www.nebs.com    PRINTED IN U.S.A.    B

Case 11-2531, Document 54, 10/07/2011, 412560, Page34 of 237

**A320**

SHEET 2   PAGE 2

2

1

2          A P P E A R A N C E S :

3

4               COSTELLO & COSTELLO, ESQS.
                      Attorneys for Plaintiff
5                     5919 20th Avenue
                      Brooklyn, New York 11204
6          BY:     JOSEPH R. COSTELLO, ESQ.

7

8               CULLEN & DYKMAN, ESQS.
                      Attorneys for the Defendant
9                     177 Montague Street
                      Brooklyn, New York 11201
10         BY:     JENNIFER McLAUGHLIN, ESQ.
                      File No. 11001-11

11

12                    *          *          *

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 11-2531, Document 54, 10/07/2011, 412560, Page35 of 237

SHEET 3   PAGE 3

                                                                    3

1

2                   F E D E R A L   S T I P U L A T I O N S

3

4

5                        IT IS HEREBY STIPULATED AND

6         AGREED by and between the counsel for the

7         respective parties hereto, that the filing,

8         sealing, and certification of the within

9         deposition shall be and the same are hereby

10        waived;

11

12                       IT IS FURTHER STIPULATED AND

13        AGREED that all objections, except as to the

14        form of the question, shall be reserved to

15        the times of the trial.

16

17                       IT IS FURTHER STIPULATED AND

18        AGREED that the within deposition may be

19        signed before any Notary Public with the same

20        force and effect as if signed and sworn to

21        before this court.

22

23

24                        *      *      *      *

25

SHEET 4  PAGE 4

4

1

2       A N A N D      D A S R A T H , called as a

3       witness, having been first duly sworn by a

4       Notary Public of the State of New York, was

5       examined and testified as follows:

6       EXAMINATION BY

7       MS. McLAUGHLIN:

8              Q.      Please state your name for the

9       record.

10             A.      Anand Dasrath.

11             Q.      Where do you reside?

12             A.      89-25 20th Street, Queens

13      Village, New York 11427.

14             Q.      Good morning, Mr. Dasrath.

15             A.      Good morning.

16             Q.      Nice to finally speak.  We met

17      over the years.  My name is Jennifer

18      McLaughlin, as you know I'm from Cullen &

19      Dykman.  We represent Ross University in a

20      lawsuit against them.

21                     Have you ever been deposed

22      before?

23             A.      No.

24             Q.      Just to set some ground rules,

25      the court reporter cannot record us speaking

Case 11-2531, Document 54, 10/07/2011, 412560, Page37 of 237

# A323

SHEET 5   PAGE 5

5

```
1                          A. DASRATH

2       at the same time so if you would, let me

3       finish my question and then you can answer

4       that will probably be most helpful.

5                  I'm going to ask you a series

6       of questions about the remaining claims in

7       your lawsuit against the University.

8                  If you do not understand my

9       question, please ask me to repeat it.

10                 If at any time you need a

11      break, please let your lawyer know.

12                 The only time you cannot take a

13      break is if a question is pending.

14                 Do you understand all of that?

15      A.      Yes.

16      Q.      You told us where you currently

17      live.

18                 Are you currently employed?

19      A.      Yes.

20      Q.      Where are you employed?

21      A.      Stonybrook University Medical

22      Center.

23      Q.      What is your position or

24      title?

25      A.      Teaching pharmacist.
```

**A324**

SHEET 6  PAGE 6

6

1                    A. DASRATH

2        Q.        How long have you been at that

3    position?

4        A.        Four years.

5        Q.        So, you started in 2006?

6        A.        Yes.

7        Q.        And you continually maintained

8    that employment since 2006?

9        A.        Yes.

10       Q.        I'm going to skp back to where

11   you were born.

12       A.        In Guyana.

13       Q.        Are you a United States

14   citizen?

15       A.        Yes.

16       Q.        When did you come to the United

17   States?

18       A.        1977.

19       Q.        Were you working at that time

20   or a student?

21       A.        I think I came and I studied

22   here.

23       Q.        Where did you study?

24       A.        St. John's University.

25       Q.        What were you studying at that

Case 11-2531, Document 54, 10/07/2011, 412560, Page39 of 237

## A325

7

```
 1                      A. DASRATH

 2       time?

 3            A.        Pharmacy.

 4            Q.        How many years did you spend at

 5       St. John's University?

 6            A.        Four years.

 7            Q.        Did you receive an

 8       undergraduate degree there?

 9            A.        Yes.

10            Q.        Was it a bachelor of arts?

11            A.        Bachelor of pharmacy.

12            Q.        Bachelor of pharmacy?

13            A.        Yes.

14            Q.        When did you graduate?

15            A.        1983.

16            Q.        At graduation, were you

17       employed or still taking classes?

18            A.        No, I was employed at Kings

19       County Hospital.

20            Q.        And what was your title

21       there?

22            A.        It progressed.  The last title

23       was senior associates pharmacist level C.

24            Q.        How long were you at Kings

25       County Hospital from 1983 to when, if you
```

Case 11-2531, Document 54, 10/07/2011, 412560, Page40 of 237

**A326**

SHEET 8  PAGE 8

8

```
 1                    A. DASRATH

 2     recall?

 3          A.      Maybe 2003.  Sometime around

 4     there.  I'm not sure.  Sometime after the

 5     year 2000.

 6          Q.      Was it in or around the time

 7     that you were accepted to Ross University?

 8          A.      No, I went to the New York

 9     Hospital of Cornell Medical Center.

10          Q.      What did you do there?

11          A.      I was a senior pharmacist

12     there.

13          Q.      Why did you leave Kings County

14     Hospital?

15          A.      It was better pay at New York

16     Hospital.

17          Q.      During the time you were

18     employed by Kings County Hospital and New

19     York Hospital, were you taking classes

20     anywhere?

21          A.      Yes.

22          Q.      Where was that?

23          A.      Long Island University School

24     of Graduate Pharmacy.

25          Q.      Is that a graduate course you
```

Case 11-2531, Document 54, 10/07/2011, 412560, Page41 of 237

SHEET 9  PAGE 9

9

```
 1                    A. DASRATH

 2     were taking?

 3          A.      Yes.

 4          Q.      Did you receive a degree from

 5     Long Island University?

 6          A.      Yes.

 7          Q.      What degree?

 8          A.      I have two degrees.

 9     Pharmacology and toxicology.

10          Q.      Approximately, what years did

11     you attend Long Island University?

12          A.      It must be late '80s and I

13     think I graduated in 1990.

14          Q.      1990?

15          A.      Yeah.

16          Q.      Did you have any further

17     education after Long Island University?

18          A.      Yes.  I did York College City

19     University.

20          Q.      What years did you attend York

21     College City University?

22          A.      Sometime I think in the late

23     '90s.  I'm not sure of the year.

24          Q.      Did you receive a degree from

25     York College?
```

Case 11-2531, Document 54, 10/07/2011, 412560, Page42 of 237

**A328**

SHEET 10   PAGE 10

10

```
 1                    A. DASRATH

 2        A.      Yes.

 3        Q.      What degree was that?

 4        A.      Chemistry.

 5        Q.      Was it a masters?

 6        A.      No, that was a bachelor of

 7   science.

 8        Q.      So, you have a bachelor's of

 9   science and a masters, I guess in

10   pharmacology and toxicology?

11        A.      A double masters.

12        Q.      And your undergraduate degree

13   is from St. John's University?

14        A.      Yes.

15        Q.      You worked at New York Hospital

16   until approximately 2003, you said?

17        A.      2004.

18        Q.      What was the reason for you

19   leaving your employment at New York

20   Hospital?

21        A.      I went to Ross University

22   School of Medicine.

23        Q.      The schools that you attended

24   that we just discussed, were you ever put on

25   academic probation for any reason?
```

SHEET 11   PAGE 11

11

                              A. DASRATH

1

2          A.      No.

3          Q.      Were you ever suspended?

4          A.      No.

5          Q.      One other rule, you have to

6    speak your answers.  Otherwise he won't know

7    what you are saying.  Hand gestures and nods

8    are not helpful, but it is common that people

9    do that.

10         A.      Okay.

11         Q.      Were you ever withdrawn from

12   any of those schools that we just discussed?

13         A.      No.

14         Q.      So, there came a time I

15   presumed that you applied to Ross

16   University?

17         A.      Yes.

18         Q.      What was your goal in applying

19   to Ross University?  What were you looking to

20   become?

21         A.      A medical doctor.

22         Q.      When did you apply to Ross?

23         A.      I believe it was 2003.

24         Q.      Do you know if it was the

25   spring or the fall?

Case 11-2531, Document 54, 10/07/2011, 412560, Page44 of 237

**A330**

SHEET 12   PAGE 12

12

1                    A. DASRATH

2          A.       To the best of my recollection,

3     I think it was spring.

4          Q.       At some point you had to

5     submit, I assume documents to Ross for your

6     admissions?

7          A.       Yes.

8          Q.       What was involved in that, if

9     you can remember?

10         A.       An application form and a

11    college transcript.

12         Q.       Were there any other documents

13    that you forwarded to Ross in connection with

14    your application?

15         A.       I don't recall any.  It could

16    be more, but I just don't recall.

17         Q.       That's fine.  Did you have any

18    conversations with anyone at Ross in or

19    around the time that you were applying

20    there?

21         A.       I don't recall it right now.

22         Q.       Were you applying to other

23    schools or only Ross?

24         A.       Only Ross.

25         Q.       Why did you choose Ross?

Case 11-2531, Document 54, 10/07/2011, 412560, Page45 of 237

**A331**

SHEET 13   PAGE 13

13

```
 1                    A. DASRATH

 2          A.      I just saw an advertisement and

 3    card and there was a poster with card and I

 4    filled out the card and sent it in, dropped

 5    it in the mailbox.

 6          Q.      After submitting your

 7    application, was there a time that you

 8    received an acceptance letter?

 9          A.      Yes.

10          Q.      Do you recall when that was?

11          A.      I don't recall specifically,

12    but I would suspect sometime in the spring

13    2003.  I don't recall the date.

14                    MS. McLAUGHLIN:  We will mark

15             this document as an exhibit.

16                    (Whereupon, the aforementioned

17             document was marked as Defendant's

18             Exhibit A for identification, as of

19             this date, by the Reporter.)

20          Q.      I'm going to ask you to take

21    take look at this exhibit that has been

22    marked as Defendant's Exhibit A.

23                    It is dated April 17th, 2003

24    and it is on Ross University letterhead.

25          A.      Yes.
```

Case 11-2531, Document 54, 10/07/2011, 412560, Page46 of 237

**A332**

SHEET 14   PAGE 14

14

```
 1                    A. DASRATH
 2         Q.      Would you mind reviewing that
 3    document.
 4         A.      Yes, I reviewed it.
 5         Q.      Do you recall seeing that
 6    document before today?
 7         A.      Yes.
 8         Q.      Do you recall seeing it in or
 9    around April of 2003?
10         A.      Yes.
11         Q.      Was this the acceptance letter
12    that you received from Ross?
13         A.      Yes.
14         Q.      Did you attend courses at Ross
15    starting in May 2003?
16         A.      No.
17         Q.      Why not?
18         A.      There was a death in the family
19    and my starting school was delayed.
20         Q.      When was it delayed to?
21         A.      May 2004.
22         Q.      Did you make a request to the
23    school to delay the start date?
24         A.      Yes.
25         Q.      Was that request in writing, if
```

Case 11-2531, Document 54, 10/07/2011, 412560, Page47 of 237

A333

SHEET 15   PAGE 15

15

1                          A. DASRATH

2        you recall?

3              A.      Yes.

4              Q.      Were there more than one

5        request to delay your start date?

6              A.      I don't recall.

7              Q.      Did you officially start in May

8        of 2004?

9              A.      Yes.

10             Q.      In May 2004, you were enrolled

11       at Ross University; is that correct?

12             A.      Yes.

13             Q.      Where were you taking

14       classes?

15             A.      At Ross University, School of

16       Medicine in Dominica.

17             Q.      Did you move to Dominica at

18       that point in May of 2004?

19             A.      Yes.

20             Q.      Were you housed in student

21       housing or somewhere else?

22             A.      Student housing.

23             Q.      In May of 2004, do you recall

24       what curriculum you were enrolled in?

25             A.      The medical school program.

SHEET 16  PAGE 16

16

1                    A. DASRATH

2          Q.       Was it the basic science at

3      that point?

4          A.       Yes.

5          Q.       What does the basic science

6      entail, if you recall?

7          A.       I didn't hear your question.

8          Q.       What does the basic science

9      segment portion of the curriculum entail?

10         A.       It entails the theorhetical

11     part of medicine.

12         Q.       So, you were required to take

13     courses concerning theory?

14         A.       Yes.

15         Q.       How many credits were you

16     required to take in your first semester, if

17     you recall?

18         A.       About fifteen credits.

19         Q.       And how many semesters did the

20     basic science segments portion of your

21     curriculum last?

22         A.       Four.

23         Q.       During that time I presume you

24     took certain courses, let's start with the

25     first semester.

17

1                          A. DASRATH

2                          Do you recall what courses you

3     took?

4          A.     Yes.  One of them was

5     biochemistry.  I think it is referred to as

6     medical biochemistry.  One is medical

7     genetics.  One is histology, I think it is

8     called cryo anatomy or mental development

9     anatomy.

10                         You will be better off calling

11    it medical histology.  And one was patient

12    doctrine society.

13         Q.     And those classes, was that the

14    last class that you recall taking?

15         A.     Yes.

16         Q.     Those classes started in the

17    semester starting May 2004?

18         A.     Yes.

19         Q.     How long was that semester?

20         A.     I think it runs to the

21    beginning of August.

22         Q.     And at some point I presume you

23    took and received, I'm sorry, you took exams

24    in these courses; is that correct?

25         A.     Yes.

Case 11-2531, Document 54, 10/07/2011, 412560, Page50 of 237

**A336**

SHEET 18   PAGE 18

18

1                    A. DASRATH

2         Q.      Did you ever have any issues

3    concerning your grades on those exams in the

4    first semester?

5         A.      Yes.

6         Q.      Do you recall what those issues

7    were?

8         A.      At the end of the semester I

9    was issued a final grade in genetics as a B

10   plus.

11        Q.      What was the problem with that

12   grade?

13        A.      When I went back to the

14   Dominica campus, they took away the B plus

15   and give me an F.

16        Q.      So, you were issued a final

17   grade in genetics of B plus.

18                How were you issued that grade?

19        A.      In the transcript.

20        Q.      So, you have a grade reflecting

21   a B plus in genetics?

22        A.      Yes.

23        Q.      Do you have a copy of that

24   transcript?

25        A.      Yes.

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

Case 11-2531, Document 54, 10/07/2011, 412560, Page51 of 237

SHEET 19  PAGE 19

19

```
 1                    A. DASRATH

 2              MS. McLAUGHLIN:  I haven't

 3          already requested it, I'm not sure if I

 4          have, but I request for the record a

 5          copy of that transcript.

 6          A.      I have supplied it to you.

 7          Q.      I might have it here.  If we

 8      haven't received it --

 9              MR. COSTELLO:  Okay.

10          Q.      You said when you returned to

11      the Dominica campus, it was changed to an

12      F.

13              Can you explain the

14      circumstances of the changed grade?

15          A.      No particular explanation, they

16      just took it away.

17          Q.      And how was it taken away?

18          A.      It was removed from the

19      transcript.

20          Q.      When did you receive the

21      transcript reflecting a B plus and let me see

22      if I have it?

23          A.      At the end of the semester.  I

24      believe it was early August.

25              MS. McLAUGHLIN:  Can you mark
```

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

Case 11-2531, Document 54, 10/07/2011, 412560, Page52 of 237

**A338**

SHEET 20  PAGE 20

20

```
1                    A. DASRATH
2          this, please.
3                 (Whereupon, the aforementioned
4          copy of transcript was marked as
5          Defendant's Exhibit B for
6          identification, as of this date, by the
7          Reporter.)
8          Q.    I'm going to ask you to take a
9     look at what has been marked as Defendant's
10    Exhibit B.  It is on Ross University
11    letterhead and it is dated July 12th, 2006.
12               Have you ever seen this
13    document before?
14         A.    Yes.
15         Q.    What is this document?
16         A.    It's a transcript of the
17    grades, I scored from my first semester in
18    Ross University Medical School.
19         Q.    Is this a transcript that you
20    would regularly receive when your grades were
21    in?
22         A.    Yes.
23         Q.    How did you receive this
24    transcript, if you recall?
25         A.    I believe by mail.
```

SHEET 21  PAGE 21

21

1            A. DASRATH

2            Q.      On this transcript list, the

3    courses that we just discussed earlier that

4    you took in that semester; is that correct?

5            A.      Yes.

6            Q.      Can you, I guess, refer to me,

7    or explain to me which grade which you allege

8    was changed?

9            A.      Genetics grade.

10           Q.      So, it is genetics letter

11   grade, if I'm correct, it says B plus; am I

12   correct?

13           A.      Yes.

14           Q.      What is the item above the

15   genetic adjusted grade sixty, what does that

16   mean?

17           A.      That is their scores that they

18   give out.

19           Q.      That's related to a certain

20   exam or an average?

21           A. ·    I don't know how they come up

22   with their numbers, but we follow with

23   different grades received.

24                   MR. COSTELLO:  This sounds like

25           this would be something left for Ross

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

Case 11-2531, Document 54, 10/07/2011, 412560, Page54 of 237

**A340**

SHEET 22   PAGE 22

22

```
 1                      A. DASRATH

 2          as far as the grade policy.

 3                MS. McLAUGHLIN:  I'm just

 4          asking to his knowledge if he received

 5          a sixty in some other portion of the

 6          class, whether it be an exam or some

 7          sort of average of test scores.

 8          A.    I don't know where this came

 9     from.

10          Q.    Underneath that it says the

11     grades on this page are unofficial and for

12     reference only.

13                At any time did you receive an

14     official transcript of your grades?

15          A.    Yes, I received another

16     transcript stating that I failed the genetics

17     course.

18          Q.    And do you have a copy of that

19     transcript?

20                MR. COSTELLO:  With him

21          today?

22                MS. McLAUGHLIN:  At home,

23          anywhere.

24          Q.    Do you maintain a copy of that

25     transcript?
```

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

SHEET 23  PAGE 23

23

1                          A. DASRATH

2            A.      I will look around if you

3      want.

4            Q.      That is great.

5                    MS. McLAUGHLIN:  I will put a

6            request on the record and I will

7            follow-up in writing.

8                    MR. COSTELLO:   I was going to

9            ask if you don't mind following up.

10           Thank you.

11           Q.      You said you believe on that

12     official transcript this grade was then shown

13     as an F; is that correct?

14           A.      Yes.

15           Q.      And the other grades, were they

16     the same as reflected on this unofficial

17     report?

18           A.      Yes.

19           Q.      Did you have a discussion with

20     anyone concerning the alleged change from B

21     plus to F in the genetics course?

22           A.      I tried, but nobody would

23     listen.

24           Q.      Who did you try to speak

25     with?

Case 11-2531, Document 54, 10/07/2011, 412560, Page56 of 237

SHEET 24  PAGE 24

24

1                    A. DASRATH

2           A.      I tried to speak with the

3     assistant dean that was there.  Dr.

4     Houghton.

5           Q.      How do you spell that?

6           A.      I think it is spelled

7     H-O-U-G-H-T-O-N.

8           Q.      How did you speak to him?

9           A.      I went to her.

10          Q.      I'm sorry.

11          A.      I went to her office.

12          Q.      When was that?

13          A.      That would either be late

14    August of 2004 or early September.  That was

15    the beginning of my second semester.

16          Q.      Just to go back.  This is an

17    unofficial transcript that you said you were

18    probably provided by them.

19                  How long between the unofficial

20    transcript and the official transcript did

21    you generally receive them from Ross?

22          A.      Within a week, two weeks.

23          Q.      So, at some point you were sent

24    an unofficial transcript and then they

25    followed up with an official transcript, is

Case 11-2531, Document 54, 10/07/2011, 412560, Page57 of 237

**A343**

SHEET 25  PAGE 25

25

1                          A. DASRATH

2        that how it works?

3               A.      I don't recall exactly, but

4        there comes a time where you receive another

5        transcript.

6               Q.      When you went to Ms. Houghton's

7        office was she there, did you have a

8        discussion with her?

9               A.      She wouldn't listen.  They

10       don't listen.

11              Q.      What did you say to her?

12              A.      I showed her this transcript, I

13       showed her the second transcript, but they

14       just laugh in your face.

15              Q.      Did she laugh in your face at

16       that time?

17              A.      Yes.

18              Q.      Did she say anything else

19       besides laughter?

20              A.      She said nothing she can do

21       about it.

22              Q.      Did you speak to anyone else

23       about the genetics grade change from B plus

24       to F?

25              A.      Yes, I spoke to the person in

Case 11-2531, Document 54, 10/07/2011, 412560, Page58 of 237

**A344**

SHEET 26   PAGE 26

26

```
 1                    A. DASRATH

 2        charge of the genetics department.

 3            Q.      And who is that?

 4            A.      I don't remember his name right

 5        now, but if I remember I'll tell you.

 6            Q.      And is he also located at

 7        Dominica?

 8            A.      Yes.

 9            Q.      What did you speak to him

10        about?

11            A.      I told him they changed my

12        grade.

13            Q.      And what was his response?

14            A.      He looked at this transcript

15        and the next transcript and said he didn't

16        assign an F.

17            Q.      Who was your professor in that

18        class?

19            A.      I'm trying to remember his

20        name.  I don't remember his name right now.

21            Q.      Did you ever speak to that

22        professor about your grade?

23            A.      Of course.

24            Q.      And that wasn't Ms. Houghton or

25        this gentleman that you referred to; is that
```

Case 11-2531, Document 54, 10/07/2011, 412560, Page59 of 237

**A345**

27

```
 1                    A. DASRATH

 2      correct?

 3          A.      That is the gentleman.

 4          Q.      That is the gentleman?

 5          A.      Yes.

 6          Q.      He said he did not assign an

 7      F.

 8                  Was that the end of the

 9      conversation or did he say anything else?

10          A.      That is as much as I remember

11      right now.  More has probably been said, but

12      specifically stated he did not give me an F

13      in the genetics course.

14          Q.      Was there any written

15      communication besides your conversations that

16      you spoke of at Ross concerning this grade?

17      Either an e-mail or a letter?

18          A.      I don't recall.

19          Q.      After you spoke to the

20      professor, did you speak to anyone else

21      besides Ms. Houghton who we already talked

22      about?

23          A.      I tried to speak to other

24      people, but nobody would listen.

25          Q.      Who were the other people that
```

Case 11-2531, Document 54, 10/07/2011, 412560, Page60 of 237

**A346**

SHEET 28   PAGE 28

28

1                          A. DASRATH

2        you tried to speak to?

3              A.      Dr. Grill.

4              Q.      Who is Dr. Grill?

5              A.      Dr. Grill at the time was one

6        of the assistant deans.

7              Q.      Did you speak to him in person

8        or over the phone?

9              A.      In person.

10             Q.      What did you say to him?

11             A.      I told him to change my grade

12       from a B plus to an F.

13             Q.      And what was his response?

14             A.      He said he can't do anything

15       either.

16             Q.      Was that the end of your

17       conversation or was there more discussed?

18             A.      I also went to the head of the

19       biochemistry department.

20             Q.      Who was that?

21             A.      Dr. Meisenberg.

22             Q.      Was this considered a

23       biochemistry course the genetics class?

24             A.      It comes under the biochemistry

25       department.

Case 11-2531, Document 54, 10/07/2011, 412560, Page61 of 237

```
 1                    A. DASRATH

 2          Q.      What did Dr. Meisenberg say to

 3    you?

 4          A.      He said I was very sorry and we

 5    proceeded walking to the examination center

 6    of Ross University.

 7          Q.      What is the examination

 8    center?

 9          A.      That is where the exams are

10    prepared, that is where they are marked,

11    graded.  That is where the transcript sheets

12    are kept.

13          Q.      What did you do at the

14    examination center with Dr. Meisenberg?

15          A.      I went to speak with Dr.

16    Desalu, the person in charge with the

17    examination center.

18          Q.      What did you say to Dr. Desalu?

19          A.      Dr. Meisenberg started speaking

20    to him that there seems to be a problem with

21    my grade.  He told Dr. Meisenberg that he

22    doesn't follow their procedures.

23          Q.      Does Dr. Desalu, to your

24    knowledge, grade the examinations?

25          A.      I don't know who grades their
```

Case 11-2531, Document 54, 10/07/2011, 412560, Page62 of 237

**A348**

SHEET 30   PAGE 30

30

1                    A. DASRATH

2     exams, but I believe the transcript sheets

3     are taken to that office.

4           Q.     This genetics course that you

5     took, I don't know how medical school works

6     so I don't know how many exams are typically

7     given in a course.

8                  Is there a mid-term and a final

9     or is there more than that?

10          A.     Sometimes there are more.

11          Q.     In this course, do you recall

12    how many exams there were?

13          A.     I don't recall how many exams

14    specifically.

15          Q.     Was it more than two?

16          A.     I don't think more than two.

17          Q.     Is there a final exam?

18          A.     Usually there is a mid-term and

19    a final.

20          Q.     Do you recall for this class if

21    there was a final exam?

22          A.     Yes, there was a final exam.

23          Q.     And do you recall what your

24    score was or grade was on that final exam?

25          A.     We don't know our scores or

Case 11-2531, Document 54, 10/07/2011, 412560, Page63 of 237

A349

SHEET 31  PAGE 31

31

1                          A. DASRATH

2        grade.

3              Q.      When you were in the

4        examination center with Dr. Meisenberg and

5        Dr. Desalu, did you go over your grade or

6        scores in that class?

7              A.      No.

8              Q.      After he said he did not follow

9        their procedure, what did Dr. Meisenberg

10       say?

11             A.      He seemed a little bit

12       astonished.  I don't recall what he said.

13             Q.      Was that the end of the

14       conversation or was there more discussed?

15             A.      Dr. Desalu told us to go away.

16             Q.      Do you know what percentage of

17       your genetic grade consisted of the final

18       exam?

19             A.      I don't recall at this time.

20             Q.      At any time were you able to

21       review your grade or your scores on the exams

22       in that course?

23             A.      No, I was never able to.

24             Q.      Was there ever a clinical

25       portion of that class or it was all written

Case 11-2531, Document 54, 10/07/2011, 412560, Page64 of 237

**A350**

SHEET 32   PAGE 32

32

1                          A. DASRATH

2       exams?

3              A.      All written exams.  Multiple

4       choice.

5              Q.      So, your grade in that class

6       was based solely on multiple choice exams

7       that you were given?

8              A.      Yes.

9              Q.      After your meeting with Dr.

10      Desalu and Dr. Meisenberg, what happened

11      next?

12             A.      I had to repeat the course.

13             Q.      How did you find out that you

14      had to repeat the course?

15             A.      I probably spoke to somebody.

16      I don't recall exactly, but I had to repeat

17      it.

18             Q.      Was that the general procedure

19      when you failed a class at Ross to repeat the

20      course?

21             A.      Yes.

22             Q.      When did the course end

23      again?  Was that August of 2004?

24             A.      Yes.

25             Q.      When did you repeat that

33

1                    A. DASRATH

2       course?

3            A.      In September, the fall of

4       2004.

5            Q.      Other than the conversations we

6       discussed with the various doctors at the

7       University, did you ever file a grievance or

8       any other complaint concerning the grade in

9       the genetics course in your first semester?

10           A.      To my knowledge, they don't

11      listen to any grievance.

12           Q.      But, did you file one?

13           A.      There is no way of filing a

14      grievance.

15           Q.      Did you discuss a grievance

16      with anyone other than the people we

17      discussed?

18           A.      These are the people that I'm

19      supposed to discuss.

20           Q.      After your conversations with

21      Dr. Desalu, were there any more conversations

22      about your failing grade that you recall with

23      anybody else?

24           A.      I don't recall.

25           Q.      Did you retake the course in

Case 11-2531, Document 54, 10/07/2011, 412560, Page66 of 237

**A352**

SHEET 34  PAGE 34

34

                              A. DASRATH

1

2      the fall of 2004 and pass the course?

3          A.      Yes.

4          Q.      Who was your professor, was it

5      the same professor?

6          A.      The same professor.

7          Q.      You don't remember his name; is

8      that right?

9          A.      I don't remember his name.

10         Q.      When did that semester end?

11         A.      In December of 2004.

12         Q.      What other classes were you

13     taking during the fall of 2004 semester?   Is

14     that semester number two?

15         A.      Yes.

16         Q.      What other classes were you

17     taking?

18         A.      I took histology and

19     doctor-patient society.

20         Q.      Only two classes besides the

21     genetics class?

22         A.      Yes.

23         Q.      Did you have any concerns about

24     your grades in those courses?

25         A.      No.

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

Case 11-2531, Document 54, 10/07/2011, 412560, Page67 of 237
**A353**

SHEET 35  PAGE 35

35

```
 1                      A. DASRATH

 2          Q.      Did you pass those classes?

 3          A.      Yes.

 4          Q.      You said you passed the

 5  genetics class as well?

 6          A.      Yes.

 7          Q.      So, that semester ended in

 8  December of 2004?

 9          A.      Yes.

10          Q.      Was there a break between

11  semesters?

12          A.      A very short break.  Maybe a

13  week, two weeks.

14          Q.      When do you start semester

15  number three?

16          A.      In January of 2005.

17          Q.      So, other than the issue

18  concerning your genetics grade, were there

19  any other issues concerning the grade for the

20  first two semesters?

21          A.      Not that I recall.

22          Q.      Did you have any other issues

23  in general with Ross University during the

24  first two semesters?

25          A.      Not that I recall.
```

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

Case 11-2531, Document 54, 10/07/2011, 412560, Page68 of 237

**A354**

36

```
 1                    A. DASRATH
 2          Q.      So, you start January 2005
 3    third semester; is that correct?
 4          A.      Yes.
 5          Q.      And you are still in the basic
 6    science segment of the curriculum?
 7          A.      Yes.
 8          Q.      So, these are all theory
 9    courses?
10          A.      Yes.
11          Q.      What courses are you taking in
12    January of 2005?
13          A.      Neuro science, gross anatomy
14    and physiology.
15          Q.      That semester starting in
16    January of 2005, do you recall when it
17    concluded?
18          A.      I believe in April of 2005.
19    Maybe late April.
20          Q.      Did you pass the classes neuro
21    science, gross anatomy and physiology?
22          A.      Yes.
23          Q.      Did you have any issues
24    concerning your grades in those classes?
25          A.      Yes.
```

Case 11-2531, Document 54, 10/07/2011, 412560, Page69 of 237
**A355**

SHEET 37  PAGE 37

37

```
 1                    A. DASRATH

 2          Q.      What issues did you have?

 3          A.      In the gross anatomy, my grade

 4   wasn't calculated properly.  It turned out to

 5   be a letter grade lower than the calculated

 6   grade.

 7          Q.      How did you come to learn that

 8   your letter grade was not calculated

 9   properly, and it was in gross anatomy; is

10   that correct?

11          A.      Yes.

12          Q.      How did you come to learn that

13   it was not calculated properly?

14          A.      I spoke to Dr. Martin, the head

15   of the gross anatomy department.

16          Q.      What was your grade?

17          A.      C.

18          Q.      How did you receive that grade?

19          A.      By a transcript mailed to me.

20          Q.      Do you remember when you

21   received that transcript?

22          A.      I believe in late April.  Late

23   April or May.

24          Q.      Do you have a copy of that

25   transcript that you received in late April?
```

Case 11-2531, Document 54, 10/07/2011, 412560, Page70 of 237

**A356**

SHEET 38   PAGE 38

38

```
 1                     A. DASRATH

 2          A.      I'm pretty much sure I have it

 3      somewhere.   I might not have it right now on

 4      me.

 5                     MS. McLAUGHLIN:  We will put a

 6              request on the record and follow it up

 7              in writing.

 8          Q.      I just want to go back.  I'm

 9      sorry for jumping around.  I know Defendant's

10      Exhibit B, this is the unofficial

11      transcript.  It is dated July 2006, but it

12      refers to the 2004 semester.

13                     Were you mailed this for the

14      first time in July of 2006?

15          A.      I was definitely not mailed in

16      July 2006.  This may have been a second

17      copy.

18          Q.      Did you request another copy of

19      it in July of 2006?

20          A.      I don't recall.

21          Q.      So, we don't know that this is

22      what you received back in 2004?

23          A.      It's exactly this, except for

24      that date.

25          Q.      Except for that date?
```

Case 11-2531, Document 54, 10/07/2011, 412560, Page71 of 237

A357

39

1                    A. DASRATH

2          A.      Yes.

3          Q.      So, you received a transcript

4    and you saw that your gross anatomy grade was

5    C?

6          A.      Yes.

7          Q.      Who did you discuss your grade

8    with?

9          A.      Dr. Martin.

10         Q.      Dr. Martin?

11         A.      Yes.

12         Q.      And what did you say to him?

13         A.      I told him my grade was not

14   correct.

15         Q.      Why did you believe it wasn't

16   correct?

17         A.      Because I knew how the points

18   were allocated and it didn't amount to what

19   the B was -- what the C was supposed to be.

20         Q.      How were the points allocated

21   in the gross anatomy course?

22         A.      I don't recall it right now.

23         Q.      Are you graded on a point

24   system?   When you say points were allocated,

25   was there some sort of point system?

Case 11-2531, Document 54, 10/07/2011, 412560, Page72 of 237

**A358**

SHEET 40  PAGE 40

40

```
 1                    A. DASRATH

 2         A.      Percentage based on tests.

 3         Q.      Do you remember how many tests

 4   you took in the gross anatomy course?

 5         A.      I don't remember how many

 6   tests.

 7         Q.      Was there a final exam?

 8         A.      Yes.

 9         Q.      How much is the final exam

10   worth as far as percentage?

11         A.      I do not recall now.

12         Q.      Do you recall what any of your

13   exam scores were in the gross anatomy class?

14         A.      I recall one in particular.

15         Q.      And what was that score?

16         A.      That score was one hundred

17   percent.

18         Q.      And what was that score on?

19         A.      That score was on problem ased

20   learning.

21         Q.      Is that an exam?

22         A.      It has oral tests like exam,

23   but it's actually, you gather around the

24   table, a small group gathering where at the

25   end of class a professor allocates a
```

Case 11-2531, Document 54, 10/07/2011, 412560, Page73 of 237

**A359**

41

```
 1                    A. DASRATH

 2      percentage score.

 3           Q.      So, you received one hundred

 4      percent on the probblem based learning aspect

 5      of the course?

 6           A.      Yes.

 7           Q.      Do you recall what any of your

 8      scores were on any exams administered in the

 9      gross anatomy course?

10           A.      No, not the other parts of the

11      course.  I don't recall other parts.

12           Q.      At the time, did you know your

13      scores?

14           A.      At the time, yes, I knew my

15      scores.

16           Q.      So, you didn't believe that

17      your scores coupled with this score in the

18      problem based learning portion of the exam

19      should have been reflected as a C?

20           A.      That's correct.

21           Q.      What did you believe it should

22      have been reflected as?

23           A.      A B.

24           Q.      What did Dr. Martin do or say

25      about that?
```

Case 11-2531, Document 54, 10/07/2011, 412560, Page74 of 237

**A360**

SHEET 42   PAGE 42

42

```
 1                    A. DASRATH
 2        A.      We discussed it and in the end
 3   he told me to get the F off.
 4        Q.      You are saying that he used the
 5   four letter word?
 6        A.      Yes.
 7        Q.      And that was the end of your
 8   conversation?
 9        A.      With Dr. Martin.
10        Q.      Did you speak with anyone else
11   concerning your grade in the gross anatomy
12   course?
13        A.      Yes.
14        Q.      Who else?
15        A.      Dr. Marvin Reviere.
16        Q.      Who is Dr. Reviere?
17        A.      He is the professor that
18   conducted the problem based learning segment
19   of the gross anatomy course.
20        Q.      Did you have an oral
21   conversation with him or written?
22        A.      Oral conversation with Dr.
23   Reviere.
24        Q.      In person or on the phone?
25        A.      In person, in his office.
```

Case 11-2531, Document 54, 10/07/2011, 412560, Page75 of 237

SHEET 43  PAGE 43

43

```
 1                        A. DASRATH

 2           Q.      What did you say to him?

 3           A.      I told him my gross anatomy

 4     grade was a C and I told him that Dr. Martin

 5     refused to incorporate the points he gave me,

 6     one hundred percent in his portion into the

 7     calculation.

 8           Q.      So, you believed that the one

 9     hundred percent was not even reflected in the

10     C grade?

11           A.      It wasn't added.

12           Q.      How do now that?

13           A.      Dr. Martin told me that.

14           Q.      Did he tell you that in that

15     conversation we just discussed?

16           A.      Yes.

17           Q.      Did he tell you anything else

18     in that conversation?

19           A.      Yes.

20           Q.      What else?

21           A.      He told me he didn't believe I

22     scored a hundred percent.

23           Q.      Is Dr. Martin in charge of

24     compiling the grade for that course?

25           A.      Yes.
```

SHEET 44  PAGE 44

44

1                          A. DASRATH

2            Q.       And how did you know you

3    received one hundred percent on that

4    portion?

5            A.       Dr. Reviere told me.

6            Q.       Do you have a copy of that

7    score?

8            A.       He showed me his grade book.

9            Q.       But, were you given anything

10   prior to that time showing that you received

11   one hundred percent in that portion of the

12   class?

13           A.       No.

14           Q.       So, how did you know before

15   seeing Dr. Martin that you received one

16   hundred percent on that portion?

17           A.       He told us at the end, the last

18   day of that meeting.

19           Q.       The last day of?

20           A.       That meeting, the PBL, the

21   problem based learning meeting.

22           Q.       He told all the students or

23   just you?

24           A.       All the students.  Each

25   individual student.

Case 11-2531, Document 54, 10/07/2011, 412560, Page77 of 237

SHEET 45  PAGE 45

45

```
 1                      A. DASRATH
 2          Q.      And you don't know what
 3     percentage the one hundred percent counted
 4     toward your final grade?
 5          A.      Yes, I do know.
 6          Q.      What was it?
 7          A.      That was five percent.
 8          Q.      You don't recall your grades on
 9     any exams in that class; is that correct?
10          A.      I don't recall other grades,
11     but this one in particular I recall.
12          Q.      And Dr. Reviere, after showing
13     you the score in the grade books, did you
14     have any further conversation with him about
15     your grades?
16          A.      He told me personal things
17     like, I should not try to complain or, you
18     know, not to, they call it don't rock the
19     boat or they abuse the students more.
20          Q.      What did you say to him after
21     he explained that to you?
22          A.      I don't recall any other
23     details.
24          Q.      Did you have any further
25     conversations about this grade with anybody
```

SHEET 46  PAGE 46

46

1                          A. DASRATH

2        else?

3             A.       I don't recall.

4             Q.       Did you file any formal letter

5        or grievance with the school concerning this

6        grade?

7             A.       Yes.

8             Q.       What was that filing that you

9        made?

10            A.       I filed a complaint with my

11       student advisor.

12            Q.       Who is your student advisor?

13            A.       Anthony Almeida.

14            Q.       What is a student advisor, is

15       that a faculty member?

16            A.       A faculty member.

17            Q.       Was he your student advisor

18       from the beginning of your education at

19       Ross?

20            A.       Yes.

21            Q.       So, it doesn't rotate, it's the

22       same person throughout your career there?

23            A.       I don't recall knowing that he

24       was my student advisor in the beginning.

25       But, after this problem again, after the

SHEET 47   PAGE 47

47

1                          A. DASRATH

2       grade I asked around and people directed me

3       to him.

4                    MR. COSTELLO:  It would be fair

5              to say he was a student advisor from

6              the time he was there because he didn't

7              complete the studies at Ross.

8                Q.     Right, from the time you were

9       there I meant to say, during your education

10      at Ross, was he your student advisor?

11                   You didn't know him at the

12      beginning, I think you are saying and some

13      point you found out about him?

14               A.     Yes.

15               Q.     And when you found out about

16      him, you contacted him concerning the gross

17      anatomy grade?

18               A.     Yes.

19               Q.     What did you say to him?

20               A.     I spoke to him in person while

21      he was there and we also had e-mail.  We sent

22      e-mails to each other.

23                   MS. McLAUGHLIN:  I'm going to

24              mark two documents.

25                   (Whereupon, the aforementioned

SHEET 48  PAGE 48

48

1                       A. DASRATH

2           two e-mails were marked as Defendant's

3           Exhibits C and D for identification, as

4           of this date, by the Reporter.)

5           Q.     We have just marked Defendant's

6     Exhibits C and D which appears to be two

7     e-mails.  Exhibit C is dated June 27th,

8     2005.  The second Exhibit D is dated July

9     11th, 2005.

10               I'm going to ask you to take a

11    look at Exhibits C and D.  Those are the two

12    marked exhibits.

13          A.     Yes, I read the two exhibits.

14          Q.     Do you recall seeing these

15    documents before today?

16          A.     Yes.

17          Q.     Do you know when you first saw

18    them?

19          A.     In 2005.

20          Q.     You discussed having e-mail

21    exchanges with Dr. Almeida?

22          A.     Yes.

23          Q.     Are these the e-mail exchanges

24    that you are referring to?

25          A.     Yes.

Case 11-2531, Document 54, 10/07/2011, 412560, Page81 of 237

**A367**

49

```
 1                    A. DASRATH
 2        Q.      Do you recall if there were any
 3   other e-mail exchanges that you had with him?
 4        A.      I don't recall any other
 5   ones.
 6        Q.      Are these the only records that
 7   you have of e-mail exchanges with Dr.
 8   Almeida?
 9        A.      To my knowledge, yes.
10        Q.      Prior to the e-mail exchange
11   you had a conversation with Dr. Almeida about
12   your gross anatomy grades?
13        A.      Yes.
14        Q.      What did you say to him?
15        A.      I told him that Dr. Martin
16   wasn't incorporating the one hundred percent
17   I scored in the problem based learning part
18   of the anatomy course.
19        Q.      What did he say to you in
20   response?
21        A.      He said he will try to
22   accomplish that.
23        Q.      The first e-mail marked Exhibit
24   C, appears to state from Dr. Almeida, Dear
25   Mr. Dasrath, I tried to contact Deans
```

Case 11-2531, Document 54, 10/07/2011, 412560, Page82 of 237

# A368

                                                        50

```
 1                    A. DASRATH

 2    Houghton and White a number of times and

 3    didn't succeed.  We spoke about Dean

 4    Houghton.

 5                  Who is Dean White?

 6         A.      She is also, at the time she

 7    was also an assistant dean of Ross University

 8    School of Medicine.

 9         Q.      Had you had a conversation with

10    her prior to discussing this with Dr.

11    Almeida?

12         A.      They didn't speak to me.  They

13    would usually ask what are you here for.    I

14    would tell them I'm here to discuss a problem

15    and they would say go away.

16         Q.      So, you did approach Dr. White

17    concerning your grade in gross anatomy?

18         A.      With no useful conversation.

19    They lead you to the door and they ask you to

20    leave.  You knock on the door and they ask

21    you to leave.

22         Q.      You had no conversation, but

23    you did approach her door?

24         A.      Yes.

25         Q.      Do you know if Dr. Almeida was
```

Case 11-2531, Document 54, 10/07/2011, 412560, Page83 of 237

**A369**

51

```
 1                    A. DASRATH

 2     ever successful in discussing your grade with

 3     Deans Houghton and White?

 4          A.      According to these exhibits he

 5     tried and failed.

 6          Q.      The next exhibit which is

 7     marked Exhibit D, the July 2005 e-mail, talks

 8     about results of your mini two exam.

 9                  What was that?

10          A.      I think that is like a

11     mid-term.

12          Q.      What class was that in?

13          A.      That must have been the other

14     classes that I was doing at the time in

15     Ross.

16          Q.      So, the gross anatomy course

17     ended in April of 2005 and you started the

18     May semester presumably right after that?

19          A.      Yes.

20          Q.      And you were taken other exams

21     during the summer --  I'm sorry, other

22     courses during the summer?

23          A.      Yes.

24          Q.      Was that semester four or some

25     other semester, a makeup course?
```

52

1                        A. DASRATH

2            A.       No, that is the regular

3       semester.

4            Q.       Do you recall what courses you

5       were taking during the summer?

6            A.       Yes.  I think I was taking

7       pathology one, pharmacology one and

8       microbiology and immunology.

9            Q.       Were you taking pathology

10      also?

11           A.       Pathology one.

12           Q.       Were you taking behavioral

13      science?

14           A.       Yes.

15           Q.       And the mini two exam had to do

16      with the courses you were taking in semester

17      four?

18           A.       Yes.

19           Q.       He also refers to Dr. Houghton

20      regarding your incorrect grade in anatomy.

21      If a student's grades changes upward by a

22      letter from a B to an A then the change will

23      be made, but not otherwise.

24                    This because in this way the

25      final report will not carry any penalties so

53

```
 1                         A. DASRATH
 2        changing it will not serve any purposes.
 3                    Was your grade changed in that
 4        course?
 5            A.      No.
 6            Q.      Did you understand what Mr.
 7        Almeida was explaining in this e-mail?
 8            A.      Yes.   He was trying to tell me
 9        to stay quiet so I won't be penalized any
10        more.
11            Q.      How would they penalize you
12        more?
13            A.      They might reduce the grade
14        more or fail me.
15            Q.      Did you see him after receiving
16        this e-mail?
17            A.      Yes.
18            Q.      And what did you discuss during
19        that e-mail?
20            A.      He told me just stay quiet.
21        You are an old student here.   They could get
22        rid of you any time.
23            Q.      So, your grade in the gross
24        anatomy course remained a C as far as you
25        know?
```

54

                                    A. DASRATH

1

2          A.      Yes.

3          Q.      Did you have any other

4     discussion besides doctor -- besides with

5     Dr. Almeida on the gross anatomy grade?

6                  Was there anyone else that we

7     have forgotten?

8          A.      I don't recall.

9          Q.      During the time you were

10    discussing with Dr. Almeida your gross

11    anatomy grade, you were taking four classes

12    that summer 2005?

13         A.      Yes.

14         Q.      Did you have any issues

15    concerning your grade in those classes?

16         A.      Yes.

17         Q.      Which class?

18         A.      Pathology one.

19         Q.      What was your grade in that

20    course?

21         A.      The final grade was a C.

22         Q.      What did you believe it should

23    be?

24         A.      I believe it should have been a

25    B also.

Case 11-2531, Document 54, 10/07/2011, 412560, Page87 of 237

SHEET 55   PAGE 55

55

1                    A. DASRATH

2          Q.      Why is that?

3          A.      That grade also I scored one

4     hundred percent in one of the mid-terms.

5     They withheld that grade when it was supposed

6     to be given in August of 2005.  And refused

7     to give me the one hundred percent I scored

8     in the mid-term exam.

9          Q.      So, in August of 2005, you

10    expected to receive your grade in pathology

11    one class?

12         A.      Yes.

13         Q.      Did you receive a transcript at

14    all?

15         A.      Yes.

16         Q.      Let me just back up.

17                 Is the transcript the only way

18    you receive grades or are they posted in some

19    other way in these courses?

20         A.      The transcript.

21         Q.      In other words, when I went to

22    college, you could look at a wall and they

23    would post the grades?

24         A.      Or some people do it by

25    e-mail.  I don't recall seeing posted grades

SHEET 56   PAGE 56

56

```
 1                    A. DASRATH
 2      on the wall.
 3           Q.      And there is no way to access
 4      it electronically or otherwise?
 5           A.      I don't recall that.
 6           Q.      So, the first time you found
 7      out about your grade in pathology was in
 8      August of 2005?
 9           A.      Yes, pathology one.
10           Q.      Pathology one, I'm sorry.
11                   What did you find out in August
12      of 2005?
13           A.      I received grades for the other
14      three courses, but not pathology one.
15           Q.      Did you call someone or talk to
16      someone about this?
17           A.      Yes.
18           Q.      What was discussed?   I'm
19      sorry, who did you speak to?
20           A.      Dr. Desalu.
21           Q.      And Dr. Desalu, if you
22      remember, was in charge of the grading center
23      at the school; is that correct?
24           A.      Yes.
25           Q.      What did you say to Dr. Desalu?
```

Case 11-2531, Document 54, 10/07/2011, 412560, Page89 of 237

SHEET 57   PAGE 57

57

                                    A. DASRATH

1

2          A.       I told him I didn't get my

3   pathology one grade.

4          Q.       You had your transcript mailed

5   to you and you did not see a grade there?

6          A.       Yes.

7          Q.       What was there, if anything?

8          A.       I don't recall.  Maybe blank or

9   something else.   I don't recall what was

10  there.

11                  MS. McLAUGHLIN:  Mark this

12          document.

13                  (Whereupon, the aforementioned

14          transcript was marked as Defendant's

15          Exhibit E for identification, as of

16          this date, by the Reporter.)

17          Q.       I ask you to take a look at

18  what has been marked as Defendant's Exhibit

19  E.  It is hard to read because it is a copy.

20                  It has your name on it and it

21  is dated January 11th, 2006, 1/11/2006.  It

22  appears to be a transcript, but I will have

23  you review it and explain to me what you

24  understand it to mean.

25          A.       Do you want me to just speak

SHEET 58   PAGE 58

58

1                          A. DASRATH

2        about pathology one?

3               Q.      What is this?

4               A.      This is a transcript of my

5        courses I did and the grades that I received.

6               Q.      The date on the transcript, is

7        that the date that you received it in or

8        around that time?

9               A.      I don't recall exactly when I

10       received it, but I do see a date here that

11       says 1/11/2006.

12              Q.      In that document sixty percent

13       of the way down it talks about pathology.

14       one?

15              A.      Yes.

16              Q.      Is that the course that we were

17       just discussing, that same course?

18              A.      Yes.

19              Q.      It says grade I?

20              A.      Yes.

21              Q.      Was that what you saw on your

22       transcript when you received it in August of

23       2005?

24              A.      Yes.

25              Q.      What does I mean?

Case 11-2531, Document 54, 10/07/2011, 412560, Page91 of 237

A377

59

1                          A. DASRATH

2          A.        Incomplete.

3          Q.        Did you find out from Dr.

4    Desalu when you approached him about this

5    marking as to why the course was marked

6    incomplete?

7          A.        Yes.

8          Q.        What did he tell you?

9          A.        He told me he did not issue a

10   grade because they were concerned about me

11   scoring a hundred percent in the pathology

12   one mid-term exam.

13         Q.        Do you recall the component of

14   this class.  You remember there was a

15   mid-term.

16                   What other exams were there?

17         A.        A final.

18         Q.        And that was it?

19         A.        A lab exam.

20         Q.        A lab exam?

21         A.        Yes.

22         Q.        Do you know what you received

23   on the final exam?

24         A.        No.

25         Q.        Did you ask at that time?

Case 11-2531, Document 54, 10/07/2011, 412560, Page92 of 237

**A378**

SHEET 60  PAGE 60

60

```
 1                    A. DASRATH

 2        A.      I asked why I didn't get a

 3   grade.  He told me they were concerned that I

 4   scored one hundred percent in the pathology

 5   mid-term.

 6        Q.      Did you understand what his

 7   concern was?

 8        A.      His concern was he does not

 9   believe I scored one hundred percent.

10        Q.      Who was the professor for

11   pathology one?

12        A.      I'm not sure.  I think his name

13   was --  I don't remember his name.

14        Q.      Is it the professor that scores

15   the exam or is it Dr. Desalu?

16        A.      Dr. Desalu.

17        Q.      So, he scores all exams for the

18   medical school?

19        A.      Yes.

20        Q.      The professor administering the

21   class does not do the grading?

22        A.      Not to my knowledge, except in

23   some parts, like problem based learning.

24        Q.      After he told you he was

25   concerned, where your one hundred percent on
```

Case 11-2531, Document 54, 10/07/2011, 412560, Page93 of 237

61

1                              A. DASRATH

2        the mid-term and that he didn't believe you

3        to have received that, what was your

4        response?

5              A.      I was very disappointed.

6              Q.      So, you took all required exams

7        in this course?

8              A.      Yes.

9              Q.      And you met all requirements of

10       pathology one?

11             A.      Yes.

12             Q.      And you received an incomplete,

13       is that correct?

14             A.      Yes.

15             Q.      Was that grade ever, the

16       incomplete ever changed to any other score?

17             A.      Yes.

18             Q.      When was that?

19             A.      In December of 2005.

20             Q.      What was it changed to?

21             A.      C.

22             Q.      So, from an incomplete to a C?

23             A.      Yes.

24             Q.      Do you know why?

25             A.      I believe they felt like giving

Case 11-2531, Document 54, 10/07/2011, 412560, Page94 of 237

**A380**

62

1                      A. DASRATH

2      me a C so they gave me a C.

3            Q.      Did you retake the class?

4            A.      No.

5            Q.      Did you have any discussions

6      after Dr. Desalu's meeting about your

7      incomplete score?

8            A.      There was no one to talk to.

9            Q.      Did you file any sort of

10     grievance or letter with the school

11     concerning your grade other than your

12     conversation with Dr. Desalu?

13           A.      No.  I was warned by Dr.

14     Almeida to stay quiet.

15           Q.      Did you talk to Dr. Almeida

16     about this grade?

17           A.      Yes.

18           Q.      What did Dr. Almeida tell you

19     about this?

20           A.      He told me to be careful.  They

21     might kick me out by the time I get to

22     Miami.

23           Q.      When did you first notice that

24     the grade was changed from an I to a C?

25           A.      In December of 2005.

Case 11-2531, Document 54, 10/07/2011, 412560, Page95 of 237

**A381**

SHEET 63   PAGE 63

63

```
 1                        A. DASRATH

 2            Q.      Did you have to do anything in

 3      order to effectuate that change or it

 4      happened all of a sudden?

 5            A.      It happened by itself.

 6            Q.      You didn't have to complete any

 7      more course work?

 8            A.      No.

 9            Q.      The only reason to your

10      knowledge it was marked incomplete was

11      because of your score on the mid-term exam?

12            A.      Yes.

13            Q.      There were no other reasons

14      told to you?

15            A.      No other reason was told to

16      me.

17            Q.      This is semester four that you

18      took pathology one, is that correct?

19            A.      Yes.

20            Q.      And did you have any issues

21      with your other grades in those courses?

22            A.      This was semester four, but it

23      was the second to last semester.

24            Q.      You're right, I'm sorry. This

25      is semester four in the basic science
```

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

Case 11-2531, Document 54, 10/07/2011, 412560, Page96 of 237

**A382**

SHEET 64   PAGE 64

64

1                         A. DASRATH

2       curriculum?

3               A.       Semester three runs into

4       semester four because remember I had to

5       repeat the genetics.

6               Q.       Did you have any other issues

7       besides your pathology one grade during that

8       semester?

9               A.       Not that I recall.

10              Q.       In this semester concluded in

11      the summer of 2005, around August I

12      presume?

13              A.       Yes.

14              Q.       At some point you received a

15      final transcript?

16              A.       Yes.

17              Q.       Do you recall when classes

18      ended that semester?

19              A.       To the best of my recollection,

20      maybe like the middle of August.

21              Q.       When did you receive your final

22      grade for that semester, semester four?

23              A.       Sometime late August or early

24      September.

25              Q.       The only way you recall

Case 11-2531, Document 54, 10/07/2011, 412560, Page97 of 237

**A383**

SHEET 65  PAGE 65

65

```
 1                    A. DASRATH

 2      receiving your grades was through a

 3      transcript mailed to you?

 4           A.    Yes.

 5           Q.    Did you request your grade

 6      prior to receiving the transcript?

 7           A.    They do it automatically.

 8           Q.    So, you didn't need to request

 9      them prior to receiving the transcript?

10           A.    If you need to request you can

11      also request.

12           Q.    But, if you request it prior to

13      the official transcript being received all of

14      the grades might not be available at that

15      time; am I correct?

16           A.    The grades are available very

17      shortly after the exam.

18           Q.    You started presumably

19      September of 2005.

20           A.    Right.

21           Q.    The fifth semester?

22           A.    It should be the fourth

23      semester, but it is the fifth semester for

24      me.

25           Q.    So, that's the last semester of
```

Case 11-2531, Document 54, 10/07/2011, 412560, Page98 of 237
**A384**

SHEET 66  PAGE 66

66

1                          A. DASRATH

2        basic science?

3            A.      Yes.

4            Q.      What did you take that semester

5        and since we have this marked, I will show

6        you, if it helps, Defendant's Exhibit E?

7            A.      I took pharmacology two,

8        introduction to clinical medicine, pathology

9        two, microbiology and immunology two.

10           Q.      Did you have any concerns about

11       the grades issued in those courses?

12           A.      Yes.

13           Q.      Which courses, if any?

14           A.      Introduction to clinical

15       medicine.

16           Q.      And your concern about that

17       grade?

18           A.      An I was issued instead of a

19       regular grade.

20           Q.      During the time that you were

21       completing your courses for the fifth

22       semester, did you have any issues concerning

23       your grade on the exams prior to receiving

24       the incomplete?

25           A.      No, nothing I can remember

                                              67

  1                    A. DASRATH

  2      about.

  3          Q.      And at some point you received

  4      your transcript for the fifth semester?

  5          A.      Yes.

  6          Q.      At that point was that the

  7      first time that you learned about the

  8      incomplete?

  9          A.      Yes.

 10          Q.      Did you approach anyone about

 11      the incomplete in the clinical medicine, is

 12      it?

 13          A.      Yes.

 14          Q.      Who did you approach?

 15          A.      I don't recall approaching

 16      anybody.  I came off the island.  I finished

 17      all the basic science courses.

 18          Q.      So, that is after your fifth

 19      semester.  You would leave Dominica and come

 20      back to the United States, is that correct?

 21          A.      Yes.

 22          Q.      So, you already left after your

 23      final exam?

 24          A.      After the grade were issued.  I

 25      did the final exams, but I came after the

SHEET 68  PAGE 68

68

                              A. DASRATH

1

2      final --  I came back home after the final

3      exams.

4              Q.      And that was sometime in August

5      of 2005?

6              A.      No, December of 2005.

7              Q.      I'm sorry.  And then you

8      received your transcript at some point?

9              A.      Yes.

10             Q.      And you noticed the incomplete

11     marking?

12             A.      Yes.

13             Q.      Did you call anyone concerning

14     it?

15             A.      I don't recall.  I don't recall

16     exactly what I did.  It just bothered me a

17     lot again.  They had already warned me to

18     stay quiet.

19             Q.      Did you talk to anyone

20     concerning the incomplete grade at any time?

21             A.      I don't recall.

22             Q.      When were you due to return for

23     the sixth semester?  Is it called sixth

24     semester?

25             A.      It's called fifth semester.  In

Case 11-2531, Document 54, 10/07/2011, 412560, Page101 of 237

A387

SHEET 69  PAGE 69

69

```
1                    A. DASRATH

2        January of 2006.

3             Q.     You were home here in New York

4        between December and January?

5             A.     For about a week.

6             Q.     Just a week?

7             A.     A week or two.

8             Q.     And during that time that you

9        were home, did you have any conversation with

10       anyone at Ross University concerning any of

11       your grades?

12            A.     I don't recall.

13            Q.     And then you returned to

14       Dominica in January of 2006?

15            A.     No, I went to Miami.

16            Q.     What were you reporting there

17       for?

18            A.     The AICM program.

19            Q.     What is the AICM program?

20            A.     The advanced introduction to

21       clinical medicine.

22            Q.     The other courses that you

23       described in your first basic science

24       curriculum you say were?

25            A.     Yes.
```

Case 11-2531, Document 54, 10/07/2011, 412560, Page102 of 237
**A388**

SHEET 70  PAGE 70

70

1                          A. DASRATH

2         Q.        How did the AICM course

3    differ?

4         A.        It was similar to the other

5    courses.

6         Q.        Did you have one professor or

7    more than one?

8         A.        Several professors.

9         Q.        When you reported in January of

10   2006, who was the professor at the time?

11        A.        One of them was Dr. Enrique

12   Fernandez.  One was Dr. Pete Gutterrez.  One

13   was Dr. Vivian Guttery.  And there were a

14   number of visiting professors.  I don't

15   recall their names.

16        Q.        And was the course given at the

17   school's location in Miami or in the

18   hospital?

19        A.        At the school's location.

20        Q.        Was the course one semester

21   only?

22        A.        Yes.

23        Q.        Did you take on any other

24   courses at the same time?

25        A.        There is only one course.

SEVERIN & ASSOCIATES, INC. *  516 628-1402

Case 11-2531, Document 54, 10/07/2011, 412560, Page103 of 237

**A389**

SHEET 71  PAGE 71

71

1                    A. DASRATH

2          Q.      What happened at that time with

3   your incomplete with the pathology one

4   course?

5          A.      It was changed from an

6   incomplete to a C.

7          Q.      Before you started the AICM

8   class?

9          A.      Right around then.  I don't

10  recall the exact date.

11         Q.       How did you find out it was

12  changed to a C?

13         A.       I received a transcript.

14         Q.      The AICM course that you were

15  taking, do you remember what your grades were

16  based on?

17         A.       It was based --

18                 MR. COSTELLO:  For the AICM?

19         Q.      For the AICM.

20         A.      Test.

21         Q.      Test only or was there a

22  practical portion of the course?

23         A.      On many things.   Plastic

24  things that looks like human.

25         Q.      You had taken the exams for the

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

Case 11-2531, Document 54, 10/07/2011, 412560, Page104 of 237
**A390**

SHEET 72  PAGE 72

72

```
 1                    A. DASRATH

 2      AICM course?

 3           A.      Yes.

 4           Q.      Did you recall how many exams

 5      you had taken?

 6           A.      I recall five exams.

 7           Q.      And those were written exams?

 8           A.      Yeah.

 9           Q.      Scan trons only or all essay?

10           A.      Scan trons.

11           Q.      So, you had five scan tron

12      exams?

13           A.      Yes.

14           Q.      Do you recall any essay

15      exams?   Any essay portion of the exams?

16           A.      I don't recall essays.

17           Q.      Then you said you would work on

18      plastic bodies, did you say?

19           A.      Yes.

20           Q.      What part of the course was

21      that?   Was that the practical part of the

22      course?

23           A.      If you want to call it

24      practical, yes, we worked on plastic bodies.

25           Q.      How often did you do that?
```

Case 11-2531, Document 54, 10/07/2011, 412560, Page105 of 237

A391

SHEET 73  PAGE 73

73

1                    A. DASRATH

2          A.     We did that several times.  I

3    don't recall the number of times.

4          Q.     And you were graded on that?

5          A.     I don't recall.

6          Q.     Do you know what your grade in

7    the AICM course was comprised of?

8          A.     I don't recall specifically how

9    it was allocated.

10          Q.     You don't know how the exams

11    were allocated percentage-wise?

12          A.     I don't know.  I don't recall.

13          Q.     Was one of the five exams a

14    final exam?

15          A.     I think they are all final

16    exams because each one is for a different

17    certification test.

18          Q.     So, each exam related to a

19    different certification?

20          A.     Yes.

21          Q.     Do you recall the five

22    different certifications?

23          A.     One of them was for the

24    National Board of Medical Exam.  One was from

25    the American Heart Association.  I think two

SEVERIN & ASSOCIATES, INC. *  516 628-1402

Case 11-2531, Document 54, 10/07/2011, 412560, Page106 of 237

**A392**

74

1                        A. DASRATH

2         of them were from the American Heart

3         Association.  One of them was for family

4         abuse.

5                        And then there was a fifth

6         one.  I don't recall what it was called.  I

7         do have the certification.  The

8         certification papers I can look up.

9                Q.        When you took these exams, you

10        would receive a certification if you passed

11        the exam?

12               A.        Yeah.

13               Q.        And you received all five

14        certifications?

15               A.        Yeah.

16               Q.        Was there anything else your

17        grade was based on besides the fifth

18        certification exams?

19               A.        I'm not sure.

20               Q.        Was there a clinical portion of

21        the class?

22               A.        I don't believe the clinical,

23        there were some hospital visitation, but I

24        don't believe they were worth points.  Not to

25        my knowledge.

Case 11-2531, Document 54, 10/07/2011, 412560, Page107 of 237

A393

SHEET 75   PAGE 75

75

1                          A. DASRATH

2          Q.      How often did you do the

3     hospital visitation?

4          A.      A few times.

5          Q.      More than once?

6          A.      Yeah.

7          Q.      More than ten?

8          A.      I don't think so.  Maybe three,

9     four.

10          Q.      What did you do during hospital

11     visitation?

12          A.      You visit and watch what the

13     doctors were doing.  They just walk you

14     around.

15          Q.      That was separate from working

16     on the plastic body?

17          A.      Yes.

18          Q.      Working on the plastic body,

19     was that graded?

20          A.      It was part of a certification

21     exam, but I don't know how they

22     incorporated.  I do not know that.

23          Q.      You took five exams at separate

24     times during the semester?

25          A.      Yes.

SHEET 76  PAGE 76

76

1                    A. DASRATH

2          Q.      So, they weren't all given at

3    once?

4          A.      No.

5          Q.      Was there a final exam after

6    the certification?

7          A.      There was a final exam.

8          Q.      Do you know which one it was?

9          A.      I believe it was the national.

10   It may have been --  I'm not sure.

11         Q.      Do you recall when the last day

12   of class was?

13         A.      April 7th, 2006.

14         Q.      When did you receive your final

15   grade in that course, the AICM course?

16         A.      In August the 14th, 2006.

17         Q.      What was that grade?

18         A.      F.

19              MS. McLAUGHLIN:  Off the

20   record.

21              (Whereupon, a short recess was

22   taken.)

23              MS. McLAUGHLIN:  Back on the

24   record.

25         Q.      When you received your

Case 11-2531, Document 54, 10/07/2011, 412560, Page109 of 237

A395

SHEET 77  PAGE 77

77

1                          A. DASRATH

2        transcript in August of 2006, was that the

3        first time that you learned of your failing

4        grade in your AICM course?

5              A.      That is the first time I

6        learned official grade failing the AICM

7        course.

8              Q.      What do you mean official?

9              A.      It was in the transcript.

10             Q.      Did you learn of the failing

11       grade unofficially?

12             A.      There was conversation --  yes,

13       unofficially, yeah.

14             Q.      How did you learn of your

15       failing grade in the AICM course?

16             A.      At first I managed to sign onto

17       one of Dr. Fernandez' web sites.

18             Q.      Had you ever accessed your

19       grade prior to this time by the web site

20       provided by Ross?

21             A.      No.

22             Q.      This was the first time you

23       accessed your grade via a web site, correct?

24             A.      Yes.

25             Q.      Do you recall when that was?

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

Case 11-2531, Document 54, 10/07/2011, 412560, Page110 of 237

**A396**

SHEET 78   PAGE 78

78

1                          A. DASRATH

2          A.        That may have been late April

3     2006.

4          Q.        What was the name of the web

5     site, if you recall?

6          A.        Devryu.net.

7          Q.        How do you get access to

8     that?   Is it by password?

9          A.        When you go to Miami they give

10    you that access.

11         Q.        Had you been able to access

12    this before to view your grades prior to that

13    date?

14         A.        No.

15         Q.        Was this the first time that

16    you accessed your grade?

17         A.        Yeah.

18         Q.        Were you told that your grades

19    were available or did you just happen to

20    access the site and found out about the

21    grade?

22         A.        Among friends.  We talked.

23         Q.        Other than friends talking, you

24    didn't receive notification that grades were

25    available?

Case 11-2531, Document 54, 10/07/2011, 412560, Page111 of 237

79

                                A. DASRATH

1

2          A.       No.

3          Q.       So, after --

4          A.       I'm not sure if it was just

5     friends, but to the best of my knowledge

6     that's how I came up with this idea of

7     getting on this web site.

8          Q.       So, when you access the web

9     site what do you see?

10         A.       I saw that an F was posted for

11    me.

12         Q.       Was there any break down of the

13    grade or it just has the course name and the

14    grade?

15         A.       I don't recall everything I

16    saw, I just saw the course name and an F.

17         Q.       Did you maintain a copy of what

18    you saw on the web site?

19         A.       The web site somehow does not

20    allow to print.  I couldn't printout

21    anything.

22         Q.       When you saw the failing grade

23    in the course, what did you do?

24         A.       I attempted to contact Dr.

25    Fernandez.

80

1                    A. DASRATH

2          Q.      At this time, are you in Miami

3    still in April of 2006 or are you back in New

4    York?

5          A.      I'm back in New York.

6          Q.      When did classes end, I'm sorry

7    you, said April 7th, 2006?

8          A.      Yes.

9          Q.      And then you left immediately

10   after for New York?

11         A.      Yes.

12         Q.      How did you try to contact Dr.

13   Fernandez?

14         A.      By phone.

15         Q.      And did you get a response?

16         A.      Not immediately.  Eventually I

17   did get a response from Dr. Fernandez.

18         Q.      Was that by phone or in person?

19         A.      By phone.

20         Q.      Do you recall when that was?

21         A.      Maybe late April or early May

22   2006.

23         Q.      And what did he say to you in

24   that conversation?  Was it with Dr.

25   Fernandez?

Case 11-2531, Document 54, 10/07/2011, 412560, Page113 of 237

**A399**

SHEET 81   PAGE 81

81

1                          A. DASRATH

2          A.      Yes.

3          Q.      Were there any other deans on

4     the phone?

5          A.      I only spoke to Dr. Fernandez.

6          Q.      What did you say to him and

7     what did he say to you during that

8     conversation?

9          A.      I told him to please look into

10    the grade, something might be wrong.

11         Q.      What made you believe that

12    something might be wrong?

13         A.      I didn't have any failing part

14    to my course.

15         Q.      So, you explained you took five

16    exams?

17         A.      Yes.

18         Q.      And as far as you know you

19    didn't fail any of those exams?

20         A.      No.

21         Q.      Were there any other parts of

22    the course that were graded?

23         A.      I'm not sure what else were

24    graded.  I don't have proof of any other

25    things that were graded.  I have proof of

Case 11-2531, Document 54, 10/07/2011, 412560, Page114 of 237

**A400**

SHEET 82  PAGE 82

82

```
1                        A. DASRATH

2        those five parts.

3            Q.     You do have proof of those five

4        parts because you have a certification?

5            A.     Yes.

6            Q.     What is clinical clerkship?

7            A.     A clinical clerkship is

8        something that starts after you pass the

9        USMAL step I.

10           Q.     There is no clinical clerkship

11       that starts during the AICM course?

12           A.     No.

13           Q.     There is no clinical clerkship

14       in the AICM class?

15           A.     You have to first pass your

16       USMAL step I otherwise you are not authorized

17       to do clinical stuff on live patients.

18           Q.     You told them to look into the

19       grade, something might be wrong and what did

20       he respond?   How did he respond?

21           A.     He responded aggressively.   He

22       doesn't like to be told he's wrong.

23           Q.     What did he say to you exactly?

24           A.     He told me no.

25           Q.     And that was it?
```

Case 11-2531, Document 54, 10/07/2011, 412560, Page115 of 237

**A401**

SHEET 83  PAGE 83

83

```
 1                  A. DASRATH
 2        A.      I don't recall the exact
 3     conversation.  But, from what I gathered he
 4     says no.
 5        Q.      He said no, the grade is not
 6     wrong?
 7        A.      Something to that effect, yes.
 8        Q.      Is that the end of your
 9     conversation?
10        A.      Yes.
11        Q.      Did you have any other further
12     conversations with him?
13        A.      I don't recall any other
14     conversations.
15        Q.      It was just one phone call as
16     far as now?
17        A.      Yes.
18        Q.      Did you have any conversations
19     with anyone else at Ross about your score for
20     the AICM course?
21        A.      Yes.
22        Q.      Who was that with?
23        A.      Dr. Nancy Perri.
24        Q.      When did you speak to Dr.
25     Perri?
```

SHEET 84  PAGE 84

84

1                            A. DASRATH

2            A.       It might be late April or early

3     May.  Soon after speaking to Dr. Fernandez.

4            Q.       How did you speak to her

5     face-to-face or by phone?

6            A.       By phone.

7            Q.       And she called you or you

8     called her?

9            A.       I called her.

10           Q.       What did you say to her?

11           A.       I told her something is wrong

12    with the AICM course.   If she could look

13    into it.

14           Q.       How did she respond?

15           A.       She said yes, she will look

16    into it.

17           Q.       Is that the first time that you

18    spoke to Dr. Perri during your time at Ross

19    University?

20           A.       Yes.

21           Q.       And why did you call Dr.

22    Perri?

23           A.       Because Dr. Perri is Dr.

24    Fernandez' boss.

25           Q.       Was that the end of your

Case 11-2531, Document 54, 10/07/2011, 412560, Page117 of 237
**A403**

SHEET 85   PAGE 85

85

1                          A. DASRATH

2          conversation, she said she will look into it

3          and get back to you?

4                A.      Yes.

5                Q.      Did you have any further

6          conversations with her?

7                A.      I tried a number of times to

8          speak to her again.

9                Q.      And how did you try, by e-mail

10         or by phone?

11               A.      I tried by phone at first and

12         then by e-mail.

13               Q.      Did you ever reach her on the

14         phone or by e-mail?

15               A.      On the phone I heard somebody

16         in the background with the voice I think was

17         hers.  But she has a secretary called Judy.

18         Judy answered the phone.

19                       I hear Judy will call to her

20         that Dr. Perri and Anand Dasrath is on the

21         phone again and I heard a voice stimulating

22         her saying tell him I'm in Dominica.  That

23         happened a few times.

24               Q.      Did you eventually speak to her

25         again after that first conversation?

SHEET 86  PAGE 86

86

```
 1                    A. DASRATH

 2        A.      No.

 3        Q.      Did you communicate with her

 4   through e-mail after that first

 5   conversation?

 6        A.      Yes.

 7        Q.      What were the e-mails

 8   regarding?

 9        A.      The same thing.  I sent her a

10   reminder e-mail telling her there is still a

11   problem with my AICM course.  If she could

12   look into it.

13        Q.      Did she get back to you?

14        A.      She replied, yes.

15        Q.      What did she say?

16        A.      That she will look into it

17   again she said she was in Dominica.  She

18   always says she is in Dominica regardless.  I

19   spoke to other students and that is what she

20   tells the other students if any of them have

21   a problem, that she is in Dominica.

22        Q.      What other students told you

23   that?

24        A.      Other friends that I took with

25   the class.
```

Case 11-2531, Document 54, 10/07/2011, 412560, Page119 of 237

SHEET 87  PAGE 87

87

```
 1                    A. DASRATH

 2          Q.      Do you know their names?

 3          A.      Yeah, one of them was Bahar.

 4          Q.      That is the first name or last

 5   name?

 6          A.      That is his first name.  I

 7   don't recall his last name.

 8          Q.      Did anyone else tell you that

 9   said she's in Dominica when she call?

10          A.      Yes, Anish.

11          Q.      First name or last name?

12          A.      That, is the first name.

13          Q.      Do you know the last name?

14          A.      I don't remember the last

15   name.

16          Q.      Anyone else?

17          A.      And they told me they heard

18   other people saying the same thing.

19               MS. McLAUGHLIN:  Can we mark

20          this document, please.

21               (Whereupon, the aforementioned

22          e-mail was marked as Defendant's

23          Exhibit F for identification, as of

24          this date, by the Reporter.)

25          Q.      I ask you to take a look at
```

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

SHEET 88  PAGE 88

88

```
 1                    A. DASRATH

 2      this.

 3           A.    Yes.

 4              MS. McLAUGHLIN:  I'm showing

 5      the witness Defendant's Exhibit F.  It

 6      appears to be an e-mail from Dr.

 7      Fernandez to plaintiff, dated April

 8      23rd, 2006 regarding course grades

 9      posted.   AICM 62.

10           Q.    Have you reviewed the document?

11           A.    I don't see AICM 62.

12           Q.    I don't know if that means

13      anything.  It just says AICM 62.

14              I was going to ask you if that

15      meant something?

16           A.    I know what AICM means, but I

17      don't know what 62 means.

18           Q.    Have you ever seen this

19      e-mail?

20           A.    Yes.

21           Q.    Going from the bottom up.  It

22      says Dr. Fernandez and it shows his e-mail

23      address, AICM class grades are posted on

24      e-college.

25              Is e-college the web site that
```

Case 11-2531, Document 54, 10/07/2011, 412560, Page121 of 237
**A407**

SHEET 89  PAGE 89

89

                        A. DASRATH

1

2    we talked about earlier that you logged

3    into?

4        A.      No.

5        Q.      It is something different?

6        A.      I don't know what is

7    e-college.

8        Q.      Grade breakdowns will be

9    available by e-mail request starting Monday.

10              Did you make a request for

11   grade breakdowns?

12       A.      I didn't send any request for

13   grade breakdowns.

14       Q.      So, you logged into a web site

15   that is not e-college, to your knowledge, it

16   is something different?

17       A.      I don't know something called

18   e-college.

19       Q.      Did you see your grade and then

20   write this e-mail to Dr. Fernandez that is

21   above what we were just discussing?

22       A.      Yes.

23       Q.      The e-mail above is from Mr.

24   Dasrath to Dr. Fernandez and it is dated

25   April 22nd, 2006; is that correct?

Case 11-2531, Document 54, 10/07/2011, 412560, Page122 of 237
**A408**

SHEET 90   PAGE 90

90

```
 1                    A. DASRATH

 2        A.      Yes.

 3        Q.      So, at that time --

 4        A.      April 22nd or 23rd?

 5        Q.      Your e-mail to Dr. Fernandez

 6   below is April 22nd, 2006 on Saturday?

 7        A.      Oh, yes.

 8        Q.      So, at that point you were

 9   aware of a failing grade; is that correct?

10        A.      I don't know if it is a failing

11   grade.  They just list phony grades.

12        Q.      Dr. Fernandez, I see a failing

13   grade as a final grade?

14        A.      I'm just questioning this

15   whether it is a failing grade.  I don't know

16   what the guy is listing.  I don't know what

17   he is doing.

18        Q.      So, you see a failing grade on

19   this web site you logged into?

20        A.      Yes.

21        Q.      And you e-mailed Dr. Fernandez

22   to check certain items?

23        A.      Yes.

24        Q.      It says please check, I don't

25   see an upgraded grade for my EPI/Biostatic
```

Case 11-2531, Document 54, 10/07/2011, 412560, Page123 of 237

**A409**

SHEET 91  PAGE 91

91

```
 1                    A. DASRATH

 2      grade.

 3                    What is EPI/Biostatics?

 4           A.      I think I'm referring to

 5      epi-dermanolog.

 6           Q.      That is a portion of the AICM

 7      class?

 8           A.      There was a lecture.  I don't

 9      know if there were grades.  If grades were

10      allocated for it.  But, I suspect grades were

11      allocated for it.

12           Q.      It says only the first failing

13      grade of 50 out of 76 are there.

14                    What were the 50 out of 76 that

15      you were referring to?

16           A.      I don't know what it is.  A lot

17      of these things are phony.  This web site

18      doesn't exist, to my knowledge.  I tried to

19      sign on.  So, lots of phony things will show

20      up and I'm questioning a lot of these

21      things.

22           Q.      You didn't know of any failing

23      grade of 50 out of 76 prior to this log on to

24      the web site?

25           A.      I don't know what it is.
```

SEVERIN & ASSOCIATES, INC. * 516 628-1402

SHEET 92   PAGE 92

92

```
1                    A. DASRATH
2          Q.      You say what happened to the
3     remediated grade?   Did you remember taking
4     an exam?
5          A.      Yes.
6          Q.      What exam was that?
7          A.      They make you take exams any
8     time you want.  I don't recall which specific
9     exams.  They make you take exams and I don't
10    know where they came from.
11         Q.      Did you remediate a failing
12    grade in the AICM course?
13         A.      Yes.
14         Q.      So, you retook an exam?
15         A.      Yes.
16         Q.      And did you pass that exam?
17         A.      I don't know.
18         Q.      It says 36 percent for the
19    final essay is very unconscionable.
20         A.      Yeah.
21         Q.      So, for the AIMC course you
22    talk about five exams that were certification
23    exams?
24         A.      Yes.
25         Q.      Was there a final essay exam
```

Case 11-2531, Document 54, 10/07/2011, 412560, Page125 of 237

**A411**

SHEET 93   PAGE 93

93

```
 1                    A. DASRATH

 2    separate from the five certificationcs?

 3         A.      It may belong to one of those

 4    tests.

 5         Q.      Was it called the final

 6    essay?

 7         A.      I don't recall anything called

 8    a final essay.  But sometimes it comes up

 9    like this.  They will tell you you failed a

10    final essay and you don't know what they are

11    talking about so you got to question it.

12         Q.      And the person that marked it

13    did not do a fair job.

14                 What was the basis for that

15    statement?

16         A.      I didn't remember failing

17    anything.

18         Q.      So, the final essay, was this

19    the first time that you had revised your

20    grade for that final essay portion of the

21    course?

22                 Was this the first time that

23    you saw 36 percent for the final essay?

24         A.      Yeah.

25         Q.      Do you know who marked it?
```

SHEET 94  PAGE 94

94

1                    A. DASRATH

2        A.      I don't know.

3        Q.      You were concerned, it appears

4    I knew what was asked and what the answers

5    were, my poor penmanship may have annoyed the

6    marker, but not a reasonable excuse to get a

7    failing grade.

8                Do you recall what led you to

9    believe that your poor penmanship might have

10   been the reason why you failed the essay?

11       A.      I do have poor penmanship and

12   some people get annoyed.  That has been a

13   long-standing problem.

14       Q.      Did you discuss your final

15   essay grade with Dr. Fernandez in your

16   conversation with him on the phone?

17       A.      No.

18       Q.      Did you discuss your penmanship

19   with him on the phone?

20       A.      No.

21       Q.      It says also look at my second

22   case write-up.

23                What is a case write-up?

24       A.      Sometimes they just ask --

25   they give you information about the paper and

Case 11-2531, Document 54, 10/07/2011, 412560, Page127 of 237

# A413

95

A. DASRATH

1  ask you to write something and give it to

2  them.

3      Q.      How many case write-ups did you

4  complete?

5      A.      So far as I remember this is

6  the only time I did one.

7      Q.      It says look at my second case

8  write-up.

9              Would you have a first case

10  write-up?

11      A.      I don't recall.

12      Q.      Under subjective conditions it

13  says such as this, any reader can give any

14  essay a C minus and cause the student a

15  failing final grade.

16              What was the basis for that

17  statement?

18      A.      I don't know where the credit

19  minus came from.

20      Q.      What were you referring to?

21      A.      I'm referring to things I did

22  in Miami.  Sometimes we write up things and

23  give it to them.  I don't know which one was

24  what.

Case 11-2531, Document 54, 10/07/2011, 412560, Page128 of 237
**A414**

96

```
 1                   A. DASRATH

 2        Q.      Did you receive a C minus?

 3        A.      Maybe I did.  I don't recall

 4   it.

 5        Q.      Were you taking issue with the

 6   C minus?

 7        A.      I really didn't take issue with

 8   them.

 9        Q.      Did you agree with that

10   grade?

11        A.      Not at all.

12        Q.      And then the last, number four

13   I should say, how did I end up with a 36/50

14   in the extra credit after ten points were

15   allocated for staying to the end of the soap

16   notes lecture which I did.

17                What is the soap notes

18   lecture?

19        A.      I don't know if it is called

20   soap.  Yeah, soap.  He said he was giving

21   points if you just sit in the class to the

22   end.  He was giving ten points.  But I

23   thought it was false information he was

24   giving.

25        Q.      So, did you get the ten
```

Case 11-2531, Document 54, 10/07/2011, 412560, Page129 of 237
**A415**

97

```
 1                    A. DASRATH

 2      points?

 3          A.      I didn't think it exists.

 4          Q.      What is the false information

 5      he was given?

 6          A.      That he just stands in front of

 7      the class and was given all those people that

 8      stay there ten points.

 9          Q.      Did you write up notes from

10      that lecture?

11          A.      I'm sure I took notes, yes.

12          Q.      It says I wrote up my soap,

13      presented it and answered all the questions

14      correctly except for one.

15                  He has people walking around

16      asking you questions.  They are happy to give

17      you points.

18                  When you were writing this

19      e-mail to Dr. Fernandez, were you concerned

20      that you didn't get points for that lecture?

21          A.      I don't know what I had points

22      for, what I didn't have points for.

23                  It's very confusing at that

24      point and I have to wait for my grade from

25      the registrar's office.
```

Case 11-2531, Document 54, 10/07/2011, 412560, Page130 of 237

**A416**

SHEET 98   PAGE 98

98

1                          A. DASRATH

2          Q.      Why did you have to wait for

3    your grade from the registrar's office?

4          A.      Because of the erratic way of

5    giving grades.  They have a strange way of

6    giving grades.

7          Q.      You had to wait for your grade

8    from the registrar's office because of the

9    erratic way they give grades?

10         A.      Yeah.

11         Q.      I don't understand that.  Can

12   you explain that?

13         A.      It's very difficult to know

14   what your grade will be until you get it from

15   the registrar's office.

16         Q.      But when you logged into the

17   Devry web site and you saw a failing grade,

18   you didn't believe it was a failing grade

19   because you hadn't received the transcript?

20         A.      I didn't receive a transcript

21   until August the 14th, 2006.

22         Q.      Did that transcript also

23   reflect a failing grade?

24         A.      Yes.

25         Q.      So, then did you believe that

Case 11-2531, Document 54, 10/07/2011, 412560, Page131 of 237

# A417

SHEET 99  PAGE 99

99

```
 1                    A. DASRATH

 2     you failed the course?

 3          A.     No.

 4          Q.     So, in April of 2006 you didn't

 5     fail the course?

 6          A.     No.

 7          Q.     And in August of 2006, you

 8     didn't believe that you failed the course?

 9          A.     No.

10          Q.     You said you had a conversation

11     with Dr. Fernandez by phone.

12                 We talked about that earlier?

13          A.     Yes.

14                 MS. McLAUGHLIN:  I have another

15          exhibit.

16                 (Whereupon, the aforementioned

17          memo was marked as Defendant's Exhibit

18          G for identification, as of this date,

19          by the Reporter.)

20          Q.     I'm going to ask you to take a

21     look at that memo.

22          A.     Yes, I took a look at this

23     memo.

24          Q.     Showing the witness what has

25     been marked as Exhibit G and it is entitled
```

SHEET 100   PAGE 100

100

```
 1                    A. DASRATH

 2      memorandum for the record, April 24th, 2006.

 3                   I will ask you have you seen

 4      this prior to you sitting here today?

 5           A.      Yes.

 6           Q.      When was the first time that

 7      you saw this?

 8           A.      When the case was in the

 9      Supreme Court.  I believe it was 2006.

10           Q.      First line says Dr. Fernandez

11      conferred today by telephone with Anand

12      Dasrath about the failing grade he earned for

13      the fifth semester just concluded.

14                   Does that make sense that April

15      24th, 2006 would have been the time you

16      called or spoke with at least Dr. Fernandez

17      on the phone?

18           A.      Yes, it seems to be.

19           Q.      Dr. Fernandez informed Anand

20      that he was essentially two Standards

21      Deviations from the norm.

22                   Did he communicate that to you

23      during that phone conversation?

24           A.      No.

25           Q.      He said that Anand earned a C
```

SHEET 101   PAGE 101

101

1                          A. DASRATH

2       on the mid-term exam, failed the final exam,

3       and had a very low score on the essay

4       portion, a 63 out of a possible 200.

5                    Did you discuss those items

6       with Dr. Fernandez on that telephone call?

7            A.      I don't recall this.

8            Q.      You received a C on the

9       mid-term exam?

10           A.      I don't recall receiving a C on

11      the mid-term exam.

12           Q.      Did you know what your score

13      was on the final exam?

14           A.      The final exam was for each

15      part.  They were passing.  Each final exam I

16      took for each part passed.

17           Q.      So, did you not believe that

18      you failed the final exam?

19           A.      No.

20           Q.      And the essay portion, do you

21      remember writing for the essay portion for

22      the exam?

23           A.      I may have written, but I don't

24      know if I recall for the written for the

25      final exam.

SHEET 102  PAGE 102

102

1                      A. DASRATH

2            Q.      Do you recall writing for an

3    exam where you were concerned about your

4    penmanship?

5            A.      Sometimes we do write, yes, I

6    have bad penmanship.

7            Q.      You just don't recall having a

8    written portion of an exam for this AICM

9    course?

10           A.      I don't recall.

11           Q.      At any time did you learn that

12   you received a 63 out of a possible 200 on

13   the essay portion of the exam?

14           A.      I don't know what it is.

15           Q.      Was that posted on the internet

16   site that you logged into, to learn of your

17   grade?

18           A.      Not to my knowledge.

19           Q.      Did you learn that during the

20   conversation with Dr. Fernandez?

21           A.      He never mentioned it to me.  I

22   don't recall him saying that.

23           Q.      So, the first time that you

24   learned of this is when you saw this memo in

25   the Supreme Court matter?

SHEET 103   PAGE 103

103

1                         A. DASRATH

2           A.      Yes.

3           Q.      It looks like according to this

4      memo there were two write-ups.

5                   Is that the soap write-up that

6      we were referring to earlier?

7           A.      I don't know what they are

8      referring to.

9           Q.      You don't remember any

10     write-ups from the AMCI course?

11          A.      There were things that they

12     wrote.  I done recall write-ups.

13          Q.      Do you remember any scores on

14     the write-ups or points for them?

15          A.      I don't recall.  Now and then

16     there are scores, but I don't recall exactly

17     what he is referring to.

18          Q.      Were you given any of these

19     scores during the course of the semester?

20          A.      No.

21          Q.      So, you never received a score

22     during the course of the semester, only until

23     you received your final grade was the only

24     time that you learned of your progress in

25     that class?

SHEET 104  PAGE 104

104

1                        A. DASRATH

2            A.        After I received my final --

3      after he placed that F on his web site I

4      became suspicious something is going on and I

5      see all of this came out.

6            Q.        I guess during the year though

7      do you get grades on tests or scores on your

8      write-ups as the course goes along?   Or are

9      you just hand in exams and you don't know

10     what the scores are until the end?

11           A.        I get the certificates.

12           Q.        Just the five certifications?

13           A.        Yes.

14           Q.        But no other write-ups do you

15     receive points for?

16           A.        It wouldn't stand out in my

17     memory as being the basis for passing or

18     failing the exam.

19           Q.        But you don't know what your

20     scores were?

21           A.        I don't know what they were.

22           Q.        You know you passed the five

23     certifications?

24           A.        Yes.

25           Q.        Were they scores or were they

Case 11-2531, Document 54, 10/07/2011, 412560, Page137 of 237

A423

105

1                          A. DASRATH

2        just pass/fail?

3             A.       I believe they were scored.

4             Q.       Do you know what the scores

5        were on those five certifications?

6             A.       I have to look into it.  I

7        think they were high, in the 90s.  I remember

8        one was 100.  I would have to look up and

9        match the scores.

10                     MS. McLAUGHLIN:  I put a

11                     request on the record for any records

12                     of the scores on the five

13                     certifications you received or any

14                     other scores you received in the AICM

15                     class, if you have them.

16            A.       They should have them.  I have

17       the certification.  They have that.

18            Q.       But to the extent that you have

19       any records of these scores.

20                     MR. COSTELLO:  We will provide

21                     them if we have them.

22            Q.       Do you recall what the physical

23       exam was?

24            A.       Yes.

25            Q.       When did you take that?

                                                    106

```
 1                         A. DASRATH

 2            A.      At the end of the AICM course.

 3            Q.      Did you take it more than

 4    once?

 5            A.      Yes.

 6            Q.      When did you first take it?

 7    Was it in April of 2006?

 8            A.      Yes.

 9            Q.      What was your score the first

10    time you took it?

11            A.      I don't know the score.

12            Q.      So, you failed it the first

13    time then?

14            A.      I don't believe I failed it,

15    but he just instruct some people to retake

16    it.  To my knowledge I passed it the first

17    time.

18            Q.      To the school's knowledge, was

19    it reflected as a failing test?

20            A.      No.

21            Q.      So, you passed the first time

22    and you were told to retake it?

23            A.      Yes.

24            Q.      The school told you you passed

25    the test the first time?
```

Case 11-2531, Document 54, 10/07/2011, 412560, Page139 of 237

**A425**

SHEET 107  PAGE 107

107

```
 1                    A. DASRATH

 2          A.       Somebody in that office says to

 3   retake it and I redid it.

 4          Q.       And you didn't know why you

 5   were retaking it?

 6          A.       They just list some people to

 7   retake it.  It doesn't have to be a pass or a

 8   fail.

 9          Q.       And when you retook it, did you

10   pass or fail?

11          A.       Again, the score, to my

12   knowledge, I scored very high both times.

13          Q.       What did you score the first

14   time?

15          A.       I think a 97 percent.

16          Q.       What did you score the second

17   time?

18          A.       94 percent.

19          Q.       How much of the final grade in

20   your AICM course was comprised of the

21   physical exam?

22          A.       This is just to pass it or fail

23   it.  If they say you pass it, you pass it.

24          Q.       So, it doesn't matter if you

25   get a 97 or 77 percent?
```

SEVERIN & ASSOCIATES, INC. *  516 628-1402

SHEET 108   PAGE 108

108

```
 1                    A. DASRATH

 2          A.      To my knowledge I don't know

 3      how it is graded.

 4          Q.      During the conversation that

 5      you had on April 24th with Dr. Fernandez, did

 6      he tell you that you would have to repeat the

 7      AICM course?

 8          A.      I don't recall if he said I

 9      have to repeat or not.

10          Q.      If you have a failing grade in

11      the course, are you required to repeat the

12      class as you did earlier in the genetics

13      class?

14          A.      Yes.

15          Q.      And are you required to repeat

16      the course in the semester immediately

17      following the failing class as you did in

18      genetics?

19          A.      No.

20          Q.      You are not required to retake

21      the class?

22          A.      The AICM course can be taken

23      later.

24          Q.      What is the basis of that

25      statement?
```

Case 11-2531, Document 54, 10/07/2011, 412560, Page141 of 237

**A427**

SHEET 109   PAGE 109

109

```
 1                    A. DASRATH

 2          A.      We were having summer vacation

 3      following the AICM course.

 4          Q.      Who was having summer vacation,

 5      I'm sorry?

 6          A.      I was having summer vacation.

 7          Q.      You were personally having a

 8      summer vacation that summer?

 9          A.      And the rest of the class.

10          Q.      And the rest of the class?

11          A.      Yes.

12          Q.      So, if you failed the AICM

13      class, you don't have to take the semester

14      immediately after, if you are having a

15      vacation?

16          A.      No.

17          Q.      When do you to have retake the

18      class?

19          A.      If someone fails the AICM, they

20      can do it after the summer vacation.

21          Q.      How do you know that?

22          A.      That was stated by Dr.

23      Fernandez.

24          Q.      So, did Dr. Fernandez tell you

25      that you would have to take the class
```

Case 11-2531, Document 54, 10/07/2011, 412560, Page142 of 237

<pre>
 1                          A. DASRATH

 2     starting May 22nd or some other time?

 3              A.      No.

 4              Q.      He didn't tell you that you

 5     would have to retake the class starting May

 6     22nd?

 7              A.      No.

 8              Q.      Did he tell you that you would

 9     have to do three weeks of clinicals?

10              A.      No.

11              Q.      Did he tell you that you would

12     have to do one write-up until a grade

13     satisfactory or better is achieved?

14              A.      No.

15              Q.      Did he tell you you were exempt

16     from the EPI and the PE, the PE being, I

17     believe the physical exam?

18              A.      We didn't have this

19     discussion.

20              Q.      So, he didn't tell you that?

21              A.      To my knowledge, no.

22              Q.      Did he tell you that you must

23     attend large and small group sessions except

24     for the EPI?

25              A.      No.
</pre>

SHEET 111   PAGE 111

111

1                      A. DASRATH

2          Q.      Did he tell you that you must

3     take the mid-term and finals?

4          A.      No.

5          Q.      At any point did you apply to

6     retake the AICM class?

7          A.      No.

8          Q.      Why not?

9          A.      I was never asked.  I was never

10    pre-registered for it.

11         Q.      You were never pre-registered

12    for it?

13         A.      Yes.

14         Q.      What does pre-register mean?

15         A.      Pre-register means whatever

16    class Ross wants you to take they

17    pre-register and send you a bill.  You are

18    pre-register in the class.

19                 When you pay you become

20    registered.  I didn't do any registration.  I

21    never did any registration.

22         Q.      Did Dr. Fernandez ever tell you

23    either during this conversation or others

24    that you could defer starting to take the

25    AICM course in September?

SHEET 112   PAGE 112

112

1                    A. DASRATH

2          A.      No.

3          Q.      Do you ever remember telling

4    Dr. Fernandez that if you knew that you spent

5    two years in hospitals as a pharmacist?

6          A.      No.

7          Q.      Did you have any discussions

8    with Dr. Fernandez during this conversation

9    about tuition?

10         A.      No.

11         Q.      What happened during this phone

12   call to Dr. Fernandez on April 24th, 2006?

13         A.      I'm still waiting for an answer

14   from Dr. Fernandez.

15         Q.      And Dr. Perri that you referred

16   to got back to you by e-mail; is that

17   correct?

18         A.      Yes.

19         Q.      I'm going to show you an

20   exhibit.

21                 MS. McLAUGHLIN:  Let's mark

22          this as the next exhibit.

23                 (Whereupon, the aforementioned

24          e-mail was marked as Defendant's

25          Exhibit H for identification, as of

Case 11-2531, Document 54, 10/07/2011, 412560, Page145 of 237

**A431**

SHEET 113  PAGE 113

113

1                          A. DASRATH

2              this date, by the Reporter.)

3         Q.      You had a chance to look at

4    what is called Defendant's Exhibit H.

5         A.      Yes.

6         Q.        It appears to be an e-mail from

7    Dr. Perri to Mr. Dasrath dated Friday, May

8    12th, 2006.

9              The first line in the e-mail

10   says I'm in Dominica still waiting to speak

11   to Dr. Fernandez.  I will follow-up when I

12   get the details from him.

13             Do you recall receiving this

14   e-mail from Dr. Perri?

15        A.      Yes.

16        Q.      In between your conversation

17   with Dr. Fernandez and this e-mail, did you

18   have any other conversations with anyone at

19   Ross concerning your AICM course?

20        A.      I don't recall.

21        Q.      And Dr. Perri did she get back

22   to you after this e-mail?

23        A.      No.

24        Q.      The e-mail below this, on the

25   same page, from Friday, May 5th --  I'm

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

114

1                    A. DASRATH

2        sorry, May 12th, 2006 from you to Dr. Ferri,

3        refers to a phone call you had with her on

4        May 8th.

5                    Do you recall what you

6        discussed on that phone call?

7            A.      Yes, I have a recollection of

8        that, yes.

9            Q.      What did you say to her?

10           A.      I told her that Dr. Fernandez

11       is posting failing grades, which seems to me

12       a phony failing grade and Devryu.net.   The

13       web site.

14           Q.      So, you told her it was a phony

15       failing grade in that conversation?

16           A.      That was my belief.

17           Q.      Why was the phony?

18           A.      Because it didn't reflect my

19       performance in the course.

20           Q.      And why did you believe your

21       performance warranted a passing grade?

22           A.      All the proof that I had were

23       passing.

24           Q.      The five certifications?

25           A.      Yes.

SHEET 115   PAGE 115

115

1              A. DASRATH

2         Q.       And the last line of the first

3    paragraph, it says I previously requested

4    that write-up and the soap notes weeks ago

5    from them.

6              Did you request that

7    information from Dr. Fernandez in your

8    conversation with him?

9         A.       If he did mention, I would want

10   to see what he was talking about and I did

11   request what he was talking about, but he

12   didn't give me anything.

13        Q.       So, you recall discussing with

14   him the soap notes?

15        A.       He mentioned it and I wanted to

16   see what it was.

17        Q.       Did you ever receive those

18   notes, by the way?

19        A.       I didn't receive anything from

20   him.  I never received any soap notes from

21   him.

22              MS. McLAUGHLIN:  I'm going to

23        mark the next exhibit.

24              (Whereupon, the aforementioned

25        letter was marked as Defendant's

Case 11-2531, Document 54, 10/07/2011, 412560, Page148 of 237

**A434**

SHEET 116   PAGE 116

116

1                           A. DASRATH

2                Exhibit I for identification, as of

3                this date, by the Reporter.)

4           Q.     So, you e-mailed Dr. Perri on

5      May 8th and you said you didn't hear from her

6      after that?

7           A.     Yes.

8           Q.     Did you speak with anyone else

9      after the May 8th conversation with her and

10     before the date of this exhibit, which is May

11     15th?

12          A.     I don't recall any such

13     conversations.

14          Q.     Showing you what has been

15     marked as Defendants' Exhibit I and is dated

16     May 15th, 2006.

17                 I would like you to take a look

18     at that.

19          A.     I took a look.

20          Q.     Is this your signature on this

21     letter?

22          A.     Yes.

23          Q.     It appears to be a letter from

24     you to the office of the registrar at Ross

25     University?

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

Case 11-2531, Document 54, 10/07/2011, 412560, Page149 of 237

SHEET 117  PAGE 117

117

                          A. DASRATH

1

2        A.      Yes.

3        Q.      In this letter you request a

4   student transcript?

5        A.      Yes.

6        Q.      And a student handbook?

7        A.      Yes.

8        Q.      Why was that?

9        A.      I wanted the student transcript

10   to see if I had a grade in my AICM course.

11        Q.      Had you received your official

12   transcript yet?

13        A.      No.

14        Q.      So, the official transcript had

15   not yet been released; is that correct?

16        A.      No.

17        Q.      Why did you ask for the

18   handbook?

19        A.      I wanted to see what -- how I

20   can proceed because there is a problem

21   here.   I want to see what is in the

22   handbook.

23        Q.      Did you receive a copy of the

24   handbook and your grade?

25        A.      I received a copy of the grade,

SHEET 118   PAGE 118

118

1                    A. DASRATH

2       but not a copy of the handbook.

3                    MS. McLAUGHLIN:  I'm going to

4            mark this document as Exhibit J.

5                    (Whereupon, the aforementioned

6            transcript was marked as Defendant's

7            Exhibit J for identification, as of

8            this date, by the Reporter.)

9            Q.      Did you have a chance to take a

10      look at it?

11           A.      Yes.

12           Q.      Defendant Exhibit J. It appears

13      to be a transcript and is dated 5/22/2006

14      several days after the letter that you wrote

15      to Ross.

16                   Is this the transcript that you

17      received in response to your letter?

18           A.      Yes.

19           Q.      On this transcript, are your

20      scores reflected yet for the AICM course?

21           A.      No.

22           Q.      So, there is no entry yet for

23      the AICM course as of May 22nd, 2006?

24           A.      No.

25           Q.      Was it your understanding that

Case 11-2531, Document 54, 10/07/2011, 412560, Page151 of 237
**A437**

SHEET 119   PAGE 119

119

1                              A. DASRATH

2       there should have been an entry for this

3       course as of May 22nd, 2006?

4              A.     Yes.

5              Q.     Why is that?

6              A.     It was several weeks already

7       since I was waiting for this entry.

8              Q.     Why were you waiting several

9       weeks for this entry?

10             A.     I wanted to see my grade for

11      the AICM course.

12             Q.     Are there any requirements that

13      the AICM course or any grade be posted

14      several weeks after the final grade is

15      issued?

16             A.     It is usually posted within two

17      weeks.

18             Q.     What do you mean by posted?

19             A.     It is in the registrar's

20      office, and in the transcript.

21             Q.     And that's based on your past

22      experience?

23             A.     Yes.

24             Q.     Is there anything that requires

25      Ross University to submit the grade to the

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

120

1                          A. DASRATH

2       registrar's office and in the transcript

3       within two weeks?

4           A.      I did see postings to that

5       issue in Dominica and I believe Ross has its

6       own internal regulations.

7           Q.      What are the postings that you

8       are referring to about this regulation?

9           A.      That the students' grades will

10      be posted as soon as possible.

11          Q.      What are the postings that you

12      are referring to?   Where does it say that is

13      what I'm saying?

14          A.      It is posted on the registrar's

15      door in Dominica.

16          Q.      You said that Ross has its own

17      internal policies as to when it should post

18      and report grades on the transcript?

19          A.      That is what I recall as Ross

20      policies that grades will be posted as soon

21      as possible.

22          Q.      Where is this policy?

23          A.      This policy was posted as the

24      door at the registrar's office in Dominica.

25          Q.      Are there any other places that

121

1                          A. DASRATH

2      these policies are listed, to your knowledge?

3           A.      I don't know.

4           Q.      After you received this

5      transcript, did you discuss it with

6      anybody?

7           A.      Yes.

8           Q.      Who did you discuss it with?

9           A.      With Mr. George Gilmer.

10                 MS. McLAUGHLIN:  Mark this

11          document.

12                 (Whereupon, the aforementioned

13          letter was marked as Defendants'

14          Exhibit K for identification, as of

15          this date, by the Reporter.)

16          Q.      I show you what has been marked

17     as Exhibit K.  It is a letter dated May 31st,

18     2006 from Mr. George Gilmer, to Dr. Perri

19     regarding Anand Dasrath.

20                 Have you had a chance to look

21     at this?

22          A.      Yes.

23          Q.      In this letter about three

24     sentences in, it states I have been advised

25     that your school has wrongly denied Mr.

SHEET 122   PAGE 122

122

```
 1                    A. DASRATH

 2      Dasrath the opportunity to return to the

 3      clinical rotation in the upcoming sixth

 4      semester.

 5                    Can you explain who denied you

 6      the opportunity to return to the clinical

 7      rotation in the upcoming sixth semester?

 8          A.      Ross University.

 9          Q.      Between receiving, requesting

10      your transcript on May 15th and this letter

11      of May 31st, was there any requests to return

12      to the clinical rotation in the sixth

13      semester made by you?

14          A.      I informed Mr. Gilmer that they

15      haven't yet posted a grade for my AICM

16      course, which is stopping my progress.  This

17      is what he is referring to.

18          Q.      When you say they haven't

19      posted, they posted on the web site, but not

20      on the transcript; is that correct?

21          A.      That is correct.

22          Q.      Did anyone deny you, from Ross,

23      did anyone tell you that you could not return

24      for the upcoming sixth semester?

25          A.      Well, Dr. Perri is not
```

SHEET 123  PAGE 123

123

1               A. DASRATH

2       responding, Dr. Fernandez is not responding

3       and I presume they're blocking me.

4           Q.      It also says that Mr. Dasrath

5       has requested a return of the money he

6       invested in your program.

7                   Who did you ask for the return

8       of money from?

9           A.      I mentioned it to Mr. Gilmer if

10      they just were going to operate like this.

11      How could I get back my money.  So, he is

12      mentioning it to the school.

13          Q.      I meant did you personally

14      request a return of your tuition payments?

15          A.      No.

16          Q.      Do you know if anyone spoke to

17      Mr. Gilmer after he sent this letter on May

18      31st, 2006?

19          A.      To my knowledge, I don't know

20      of anyone speaking to him.

21                  MS. McLAUGHLIN:  I'm going to

22              mark this as Exhibit L.

23                  (Whereupon, the aforementioned

24              letter was marked as Defendant's

25              Exhibit L for identification, as of

SHEET 124  PAGE 124

124

1                          A. DASRATH

2              this date, by the Reporter.)

3              Q.      This letter is marked Exhibit L

4       and it is dated June 3rd, 2006 from Mr.

5       Gilmer to Dr. Perri.  It discusses following

6       up on a May 30th letter which we just

7       reviewed and subsequent conversations he had

8       with your office, meaning Dr. Perez' office.

9                      Do you know what those

10      conversations were about?

11             A.      I just see what is written here

12      that he is informing them that they should do

13      something about this, but nobody is doing

14      anything.

15             Q.      Did you provide a release as

16      requested in this letter?

17             A.      Yes.

18             Q.      Did you receive any information

19      after the release was provided from the

20      school?

21             A.      No, no information.

22             Q.      Do you know if Mr. Gilmer spoke

23      to the school further after this letter of

24      June 3rd, 2006?

25             A.      I don't believe so.  I don't

Case 11-2531, Document 54, 10/07/2011, 412560, Page157 of 237

**A443**

SHEET 125   PAGE 125

125

```
 1                    A. DASRATH

 2        know.

 3                Q.      At some point after this

 4        letter, the Queens County lawsuit was filed,

 5        the Supreme Court matter?

 6                A.      Yes.

 7                Q.      Do you know if there were any

 8        conversations with the school before that

 9        lawsuit was filed, either by you or Mr.

10        Gilmer?

11                A.      I don't recall having

12        conversations and I don't know what

13        conversations if he had or what he had.

14                Q.      Did you have any conversations

15        with the school from the point that you spoke

16        to Dr. Perri around May 8th and the time of

17        the filing of the Supreme Court matter?

18                A.      I don't recall.

19                Q.      Did they send you any

20        information or letters?

21                A.      I didn't receive -- apart from

22        the transcript I received it May 22nd, I

23        don't think I received anything else.

24                Q.      Did you call them or anybody at

25        Ross during that time period?
```

SHEET 126   PAGE 126

126

1                          A. DASRATH

2          A.       I don't recall.

3          Q.       Did you call anyone concerning

4     your status?

5          A.       I don't recall.

6          Q.       Did you call about

7     re-registering for the AICM course for the

8     May 22nd start date?

9          A.       I never called to re-register.

10    They decide if they register, who they

11    register and we don't have access to

12    registration procedures in their computer.

13         Q.       So, the first time that you

14    failed -- when you fail the genetics class

15    in the first semester, did you have to retake

16    that immediately after failing?

17         A.       Yes.

18         Q.       And did you register for it?

19         A.       They did it.

20         Q.       And how did that work?

21         A.       They register and tell you to

22    pay a certain amount of money.  They send you

23    a bill.

24         Q.       Were you sent a bill after the

25    end of the May 2006 semester?

SHEET 127  PAGE 127

127

```
 1                      A. DASRATH

 2          A.     No.

 3          Q.     You weren't sent any further

 4    bills?

 5          A.     No.

 6                 Could you repeat the last

 7    question.

 8                 MS. McLAUGHLIN:  Repeat it for

 9          me.

10                 (Whereupon, the referred to

11          question was read back by the

12          Reporter.)

13          A.     The semester had ended in April

14    and not May.

15          Q.     I'm sorry.  After the end of

16    the April semester --

17          A.     I did not receive any bills or

18    pre-registration material.

19          Q.     What is the NBME?

20          A.     NBME, that is the National

21    Board of Medical Examination.

22          Q.     Is that an exam that you

23    took?

24          A.     Yes.

25          Q.     When did you take that?
```

Case 11-2531, Document 54, 10/07/2011, 412560, Page160 of 237

**A446**

SHEET 128   PAGE 128

128

```
 1                    A. DASRATH

 2         A.         In the spring of 2006.

 3         Q.         When in the spring of 2006?

 4         A.         It was close to the end OF the

 5    semester.   I don't recall the exact date.   I

 6    believe it's March the 6th.   I would have to

 7    look that up.

 8         Q.         Did you pass that exam?

 9         A.         Yes.

10         Q.         When did you receive your

11    passing score?

12         A.         Shortly after that.

13         Q.         Is it a fair statement that the

14    NBME and the AICM course is required in order

15    to sit for the USMLE course?

16         A.         Yes.

17         Q.         You had to have passed both of

18    those components in order to sit for the

19    USMLE?

20         A.         Yes.

21         Q.         As of March or shortly

22    thereafter you had passed the NBME?

23         A.         Yes.

24         Q.         Around that time were you

25    applying to take the USMLE?
```

SHEET 129   PAGE 129

129

```
 1                    A. DASRATH

 2              MR. COSTELLO:  USMLE step I.

 3              MS. McLAUGHLIN:  Yes, step I.

 4         USMLE step I.

 5         Q.      Around the time that you took

 6    and received your score in the NBME were you

 7    applying to take the USMLE step I?

 8         A.      Yes.

 9              MS. McLAUGHLIN:  We will mark

10              these two documents, please.

11                    (Whereupon, the aforementioned

12              two USMLE applications were marked as

13              Defendant's Exhibits M and N for

14              identification, as of this date, by the

15              Reporter.)

16         Q.      I'm going to ask you to take

17    take look at what has been marked as

18    Defendant's M and N.

19              MR. COSTELLO:  Before you go I

20              want to make a statement on the

21              record.

22                    I have what has been introduced

23              as Defendant's Exhibits M and N.

24              Exhibit M looks like it's a USMLE

25              application, page seven of seven.
```

SHEET 130   PAGE 130

130

1                    A. DASRATH

2              And Exhibit N is also a USMLE

3        application dated May 5th, 2006.

4              I'm going to go back, Exhibit M

5        is dated it looks like March 20th,

6        2006.

7              Both of these applications are

8        page seven of seven.

9              Defendant's counsel has only

10       produced page seven.  Therefore I'm

11       calling for production of pages one

12       through six of these applications.

13             MS. McLAUGHLIN:  Let's state

14       for the record you produced to me these

15       documents so I don't know if they came

16       from Mr. Dasrath's file, if he has

17       pages one through six.  That is what I

18       was going to ask him where the

19       remainder of the record is.

20             If we have them, I will check,

21       if not already produced.  I don't know

22       if we maintained a copy in our file.

23             MR. COSTELLO:  Would your

24       client be able to --

25             MS. McLAUGHLIN:  I will take a

SHEET 131   PAGE 131

131

1                        A. DASRATH

2          look.

3          Q.     We are taking a look at Exhibit

4     M and N which appears to be pages 7 of 7 of

5     an application to take the USMLE step I, am I

6     correct?

7          A.     Yes.

8          Q.     Do you recall --  let me start

9     by saying is that your signature on each of

10    these documents?

11         A.     Yes.

12         Q.     The first one, is dated March

13    20th, 2006?

14                MR. COSTELLO:  It is actually

15                dated March 23rd.  It was signed by my

16                client on March 12th and signed by

17                Bridget Sena on March 20th.

18         Q.     Was this a part of your package

19    to apply for the USMLE in March of 2006?

20         A.     Yes.

21         Q.     And then the second document in

22    Exhibit N, the part that you signed it on

23    April 22nd, 2006 and it was signed by Bridget

24    Seena?

25         A.     On May 5th, 2006.

132

1                           A. DASRATH

2              Q.        Is there also a package, part

3       of your package of an application to take the

4       USMLE step I?

5              A.        Yes.

6              Q.        Do you know why there are two

7       different applications here?

8              A.        Yes.

9              Q.        What is the difference between

10      the two applications, if you know?

11             A.        The first one was submitted on

12      March the 12th, 2006.  At the recommendation

13      of Dr. Enrique Fernandez.

14             Q.        To sit for the USMLE at that

15      point you to have apply; is that correct?

16             A.        Yes.

17             Q.        Is that stated in any

18      regulations or handbooks of the school that

19      you know of?

20             A.        Yes.

21             Q.        And so in March of 2006 you

22      applied to take the USMLE; is that correct?

23             A.        Yes.

24             Q.        And then in May 2006, there is

25      a second application.

SHEET 133   PAGE 133

133

```
 1                    A. DASRATH

 2                    Do you know why there is a

 3    second application to take the exam?

 4         A.    Yes.

 5         Q.    Why is that?

 6         A.    The second application has to

 7    be filled out again because the first

 8    application was rejected.

 9         Q.    Why was it rejected?

10         A.    They wanted to verify my date

11    of birth.

12         Q.    What is your date of birth?

13         A.    November 12th, 1957.

14         Q.    And the first application was

15    that missing or was it incorrect?

16         A.    To my knowledge, it was

17    correct.

18         Q.    And they asked for a new

19    application to be sent there?

20         A.    Yes.

21         Q.    Who asked for that new

22    application to be sent?

23         A.    The USMLE office.

24         Q.    Is that the examining board?

25         A.    Yes.
```

Case 11-2531, Document 54, 10/07/2011, 412560, Page166 of 237

A452

SHEET 134   PAGE 134

134

                              A. DASRATH

1

2        Q.        ECFMG?

3        A.        Yes.

4        Q.        So, they asked for a new

5    application to be provided?

6        A.        Yes.

7        Q.        During the time that these two

8    applications were completed both the March

9    and May application you were enrolled in the

10   AICM course; is that correct?

11       A.        No.

12       Q.        You were not?

13       A.        No.  The first one I was

14   enrolled.  The second one I already finished

15   it.

16       Q.        Because it completed on April

17   7th, 2006?

18       A.        Yes.

19       Q.        Were you enrolled in the school

20   as of May 5th, 2006?

21       A.        Yes.  Not in the AICM course.

22   The course was over.

23       Q.        Did there come a time when you

24   actually took the USMLE step I exam?

25       A.        Yes.

Case 11-2531, Document 54, 10/07/2011, 412560, Page167 of 237

**A453**

SHEET 135  PAGE 135

135

1                          A. DASRATH

2          Q.        When was that?

3          A.        July 27th, 2006.

4          Q.        From the time you applied in or

5     about May 2006 to the time you sat for the

6     exam in July of 2006, did you have any

7     conversations with the ECFMG board?

8          A.        No.

9          Q.        Did you have any correspondence

10    from them?

11         A.        No.

12         Q.        Did you notify them of your

13    failing grade in the AICM class?

14         A.        I didn't receive a failing

15    grade from the AICM class yet, from the

16    registrar's office.

17                   MS. McLAUGHLIN:  I would like

18              to mark the next exhibit.

19                   (Whereupon, the aforementioned

20              affidavit was marked as Defendant's

21              Exhibit O for identification, as of

22              this date, by the Reporter.)

23         Q.        I show you what has been marked

24    as Exhibit O.  It appears to have the caption

25    of Dasrath versus Ross University in the

Case 11-2531, Document 54, 10/07/2011, 412560, Page168 of 237

**A454**

SHEET 136   PAGE 136

136

```
 1                    A. DASRATH

 2     Supreme Court County of Queens.

 3               It is entitled affidavit in

 4     support.  I ask you to take a look at the

 5     second page of the document.  And I ask you

 6     if that is your signature or a copy of your

 7     signature?

 8          A.     Yes, that is my signature.

 9          Q.     Do you recall signing this

10     affidavit in or about July 19th of 2006?

11          A.     Yes.

12          Q.     And this affidavit was in

13     connection with the lawsuit filed in the

14     Supreme Court of Queens County?

15          A.     Yes.

16          Q.     This lawsuit was filed prior to

17     you sitting for the USMLE exam?

18          A.     Yes.

19          Q.     Do you recall why you filed the

20     lawsuit?

21          A.     I still didn't receive any AICM

22     grade from the registrar's office.

23          Q.     In this affidavit, paragraph 3,

24     it says although --  it says I am currently

25     registered for the USMLE step I exam,
```

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

Case 11-2531, Document 54, 10/07/2011, 412560, Page169 of 237

SHEET 137  PAGE 137

137

```
 1                    A. DASRATH

 2    although the school has informed me that they

 3    will withdraw their sponsorship.

 4                    This informed you that they

 5    will withdraw their sponsorship?

 6          A.      I don't recall.

 7          Q.      How did you find that out?

 8          A.      I don't recall.

 9          Q.      It says also I will not be able

10    to take the test.

11                    Why is that?

12          A.      If they issue a failing grade

13    before I take the test from the registrar's

14    office.

15          Q.      You will not be able to take

16    the test if they issue a failing grade in the

17    AICM course?

18          A.      From the registrar's office,

19    yes.

20          Q.      What do you mean from the

21    registrar's office?

22          A.      If I get a transcript with a

23    failing grade I will not be able to take the

24    USMLE step I.

25          Q.      Why were they withdrawing their
```

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

Case 11-2531, Document 54, 10/07/2011, 412560, Page170 of 237

## A456

SHEET 138   PAGE 138

138

1                    A. DASRATH

2    sponsorship of you to take this test?

3          A.      They were holding back the AICM

4    grade.

5          Q.      They were holding the back?

6          A.      Yes.

7          Q.      But you knew about the grade

8    from the web site; is that correct?

9          A.      That wasn't an official grade.

10         Q.      Paragraph six says I wish to

11   enroll in the school and have the defendant

12   respond to me for the USMLE exam.

13                 Did you ever communicate that

14   wish to the school?

15         A.      That is why I was talking to

16   Dr. Perri.

17         Q.      Did you reapply?

18         A.      I have to -- I don't reapply.

19   How do I reapply?   I'm waiting for them to

20   give me my grade.   I don't have a grade yet.

21         Q.      But you were told that you

22   failed the AICM course?

23         A.      This was posted on an

24   unofficial site.

25         Q.      In paragraph eight, it says the

SHEET 139  PAGE 139

139

1                      A. DASRATH

2       document attached to this motion show I was

3       wrongfully withdrawn from defendant's

4       school.

5                      When were you withdrawn from

6       the school?

7                      MR. COSTELLO:  You have the

8              documents attached to this motion.

9                      MS. McLAUGHLIN:  I don't have

10             it before me, but if he recalls when he

11             was withdrawn.

12             A.      I was withdrawn on June 29th,

13      2006.

14             Q.      Was that an admnistrative

15      withdrawal?

16             A.      On June the 29th, 2006 it was

17      an administrative withdrawal, yes.

18             Q.      And does that prevent you from

19      sitting for the USMLE step I exam?

20             A.      To my knowledge, no.

21             Q.      It does not?

22             A.      No.

23             Q.      Do you have to be sponsored in

24      order to a take the USMLE step I exam by Ross

25      University?

Case 11-2531, Document 54, 10/07/2011, 412560, Page172 of 237

**A458**

SHEET 140   PAGE 140

140

A. DASRATH

1

2        A.      Yes.

3        Q.      And you were not being

4   sponsored at that time; is that correct?

5              At the time of this affidavit I

6   should say; is that correct?

7        A.      Well, the regulation says

8   withdrawn may take or retake the board.

9        Q.      Are you talking about the

10  handbook?

11       A.      Yes.

12             MS. McLAUGHLIN:  Let's mark the

13             handbook.

14             (Whereupon, the aforementioned

15             handbook was marked as Defendant's

16             Exhibit P for identification, as of

17             this date, by the Reporter.)

18       Q.      I marked as Defendant's Exhibit

19  P is the Ross University School of Medicine

20  Students handbook of academic rules and

21  regulations, May 2006.

22             Mr. Dasrath, have you reviewed

23  this document?

24       A.      Yes.

25       Q.      Have you seen this before?

Case 11-2531, Document 54, 10/07/2011, 412560, Page173 of 237
**A459**

SHEET 141   PAGE 141

141

                              A. DASRATH

1

2        A.      Yes.

3        Q.      And these were the regulations

4    you referred to in the answer to the last

5    question?

6        A.      Yes.

7        Q.      I direct your attention to page

8    fourteen.

9                In the last paragraph it says

10   that students administratively withdrawn and

11   have not passed the USMLE on their first or

12   second attempts may request to be sponsored

13   to take or retake the USMLE, is that the

14   paragraph that you are referring to?

15       A.      And I'm also referring to page

16   nine which says that students remain

17   registered after the AICM course for the next

18   seventeen weeks.

19               So, the remainder of that

20   sentence where it says student on

21   administrative leave withdrawn may request to

22   be sponsored to take or retake the USMLE

23   through a process of application made through

24   the university's admission office?

25       A.      Yes.

SHEET 142  PAGE 142

142

1                      A. DASRATH

2          Q.      Did you reapply at any point

3      through today?

4          A.      I was blocked as of August the

5      14th and did not reapply to retake the USMLE

6      step I.

7          Q.      Why were you blocked?

8          A.      The school sent a letter to the

9      USMLE blocking the release of my score.

10         Q.      So, you actually sat for the

11     exam even though you weren't sponsored to

12     take the exam?

13         A.      I was sponsored to take the

14     exam.

15         Q.      You were sponsored by Ross

16     University?

17         A.      Yes.

18         Q.      Your affidavit that we just

19     went over earlier said that Ross withdraw its

20     sponsorship for you to take the exam?

21         A.      In the administrative

22     withdrawal letter it does not state that Ross

23     withdraw it's sponsorship to take the exam.

24         Q.      But if you aren't enrolled in

25     the University can you sit for the USMLE

SHEET 143   PAGE 143

143

1                     A. DASRATH

2       exam?

3            A.       None of the students taking the

4       exam were enrolled at the time.

5            Q.       Is that your page nine you are

6       referring to?

7            A.       Yes.

8            Q.       Let's take a look at page

9       nine.  And there is the course handbook under

10      clinical science segment that says following

11      the twelve-week AICM there is a

12      seventeen-week scheduled break.

13                    Is that what you are referring

14      to?

15           A.       Yes.

16           Q.       Despite the letter announcing

17      administrative withdrawal, you believe you

18      were on a break during that seventeen-week

19      period?

20           A.       I was on a break.

21           Q.       And you were not

22      administratively withdrawn when you sat for

23      the USMLE in July of 2006?

24           A.       The letter never said -- the

25      letter never mentioned anything that they

SHEET 144  PAGE 144

144

```
 1                    A. DASRATH

 2      withdrew their sponsorship for the USMLE.

 3                    MS. McLAUGHLIN:  Let's break

 4            for lunch at this time.

 5                    (Whereupon, a luncheon recess

 6            was taken.)

 7                    AFTERNOON SESSION.

 8                    MS. McLAUGHLIN:  Back on the

 9            record.

10                    Let's mark this document,

11            please.

12                    (Whereupon, the aforementioned

13            letter was marked as Defendant's

14            Exhibit Q for identification, as of

15            this date, by the Reporter.)

16            Q.     I would like you to take a look

17      at what has been marked as Defendant's

18      Exhibit Q is a letter dated June 29th, 2006

19      from Ross specifically from Michael Rendon.

20                    Have you seen this letter

21      before?

22            A.     Yes.

23            Q.     Did you see it on or about June

24      29th, 2006?

25            A.     Shortly thereafter.
```

145

```
 1                    A. DASRATH

 2         Q.      The first line of it says I

 3    regret to inform you that effectively

 4    immediately I have been effectively withdrawn

 5    from the Ross School of Medicine.

 6                 Do you see that?

 7         A.      Yes.

 8         Q.      And after this letter was

 9    received you sat for USMLE exam, is that

10    correct?

11         A.      Yes.

12         Q.      Was it a requirement to first

13    take the USMLE exam that you be enrolled in

14    Ross University at time of exam?

15         A.      I was never informed of that.

16              MS. McLAUGHLIN:  We will mark

17         another exhibit.

18              (Whereupon, the aforementioned

19         letter was marked as Defendant's

20         Exhibit R for identification, as of

21         this date, by the Reporter.)

22         Q.      I would like you to take a look

23    at what has been marked as Exhibit R is an

24    August 16th, 2006 letter to Mr. Dasrath from

25    someone from ECFMG, specifically William
```

SHEET 146   PAGE 146

146

1                           A. DASRATH

2         Kelly.

3                     In this letter of August 16th

4         advices Mr. Dasrath that ECFMG is not

5         releasing your score report for the USMLE

6         step one that was taking on July 27th, 2006;

7         is that correct?

8                A.      Yes.

9                Q.      Had you had correspondence with

10        ECFMG prior to August 16th, 2006?

11               A.      I believe this is the first

12        time I get correspondence.

13               Q.      Did you contact them prior to

14        August 16th, 2006 other than sitting for the

15        exam?

16               A.      No.

17               Q.      And the second paragraph says

18        USMLE and ECFMG policy requires a medical

19        school student to be enrolled in medical

20        school both at the time the individual

21        applies for the exam and at the time the

22        individual takes the exam.

23                     Do you see that in the

24        letter?

25               A.      Yes.

Case 11-2531, Document 54, 10/07/2011, 412560, Page179 of 237

**A465**

SHEET 147  PAGE 147

147

1                    A. DASRATH

2          Q.      At the time that you applied

3    for the exam, were you enrolled in the

4    University?

5          A.      I wasn't enrolled for courses

6    in the University, but I was enrolled to do

7    the board, the USMLE step I.

8          Q.      At the time you sat for the

9    exam or at the time that you took the exam,

10   were you enrolled in the University?

11         A.      No.

12         Q.      And you weren't aware of this

13   policy of USMLE the ECFMG, that you been

14   required to be enrolled at University as the

15   time?

16         A.      No.

17         Q.      Have you ever received the

18   ECFMG information booklets?

19         A.      I don't recall that.

20         Q.      This letter says that if your

21   eligibility for an exam changes after you

22   apply, but before you take the exam you must

23   inform ECFMG immediately.

24                 Did you ever inform them of the

25   failing grade in the AICM grade?

Case 11-2531, Document 54, 10/07/2011, 412560, Page180 of 237

**A466**

148

```
 1                    A. DASRATH

 2          A.      I didn't until August 16th,

 3   2006.

 4          Q.      Because that was of your

 5   transition?

 6          A.      Yes.

 7          Q.      Did you tell them about the

 8   letter of administrative withdrawal of June

 9   29th, 2006?

10          A.      No.

11          Q.      Also ask that you write to them

12   to provide an explanation of why you took the

13   USMLE step I when you weren't enrolled as a

14   medical school student.

15                  Did you ever write to them and

16   explain that?

17          A.      I didn't write.  Maybe the

18   lawyer at the time.

19          Q.      Did you see a letter to Mr.

20   Kelly or somebody at ECFMG responding to this

21   letter?

22          A.      I don't recall.

23                  MS. McLAUGHLIN:  I would

24          request a copy of any correspondence

25          with ECFMG.
```

Case 11-2531, Document 54, 10/07/2011, 412560, Page181 of 237

**A467**

SHEET 149  PAGE 149

149

```
 1                    A. DASRATH

 2                    MR. COSTELLO:  To the extent

 3         that we have them.

 4                    MS. McLAUGHLIN:  To the extent

 5         that you have them.

 6         Q.      Have you ever had any

 7    conversation by phone or otherwise with

 8    anybody from ECFMG since you took the test?

 9         A.      Yes.

10         Q.      Do you have letters reflecting

11    those conversations or e-mails?

12         A.      I have to check.  I have to

13    look around.  I'm not sure.

14                    MS. McLAUGHLIN:  Another

15         request for that.

16                    MR. COSTELLO:  You will

17         follow-up all requests in writing.

18                    MS. McLAUGHLIN:  I will.

19         Q.      Do you recall what those

20    conversations were about?   Did they have to

21    do with release of your score?

22         A.      Yes.

23         Q.      And did she ever release your

24    score?

25         A.      No.
```

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

150

1                          A. DASRATH

2          Q.      Did you ask them for any other

3      information?

4          A.      I don't recall.

5                  MS. McLAUGHLIN:  Mark this,

6              please.

7                  (Whereupon, the aforementioned

8              affidavit in opposition was marked as

9              Defendant's Exhibit S for

10             identification, as of this date, by the

11             Reporter.)

12         Q.      I show you what has been marked

13     as Exhibit S as an affidavit in opposition in

14     case of Anand Dasrath versus Ross University

15     in the Supreme Court, County of Queens.

16                 It appears to be Mr. Dasrath's

17     affidavit.  Have you read that affidavit?

18                 MR. COSTELLO:   In its

19             entirety?

20                 MS. McLAUGHLIN:  Has he had a

21             chance to read it?

22         Q.      Take your time.  Have you had a

23     chance to read the affidavit?

24         A.      Yes.

25         Q.      On page five is that your

151

1                          A. DASRATH

2      signature from October 25th, 2006?

3              A.      Yes.

4              Q.      Do you recall signing this

5      affidavit at the time that it was signed?

6              A.      Yes.

7              Q.      On page one, paragraph three it

8      says that defendant is wrongly claiming I was

9      not enrolled as a medical student when I took

10     the exam.

11                     Can you explain the basis of

12     that statement?

13             A.      Administrative letter issued on

14     June the 29th, 2006 specifically states that

15     if the student is registered for the board,

16     this is a requirement for a student to be

17     enrolled in Ross.

18             Q.      The letter from June 29th we

19     have here.  Exhibit Q.

20                     Can you point to the language

21     that you were just referring to?

22             A.      In order for a student to

23     remain enrolled with RUSM, they must either

24     be registered for courses and/or registered

25     for the board.  I was registered for the

152

1                          A. DASRATH

2        board at time.

3            Q.      So, you believe that this, that

4        you were actually enrolled in the medical

5        school despite Exhibit Q, the letter?

6            A.      I was enrolled in the USMLE for

7        the board.

8            Q.      Once a student it says becomes

9        inactive, they are administrative withdrawn

10       from RUSM?

11           A.      I was enrolled in the USMLE to

12       take the board.  That is what the letter is

13       saying if you are enrolled with the board you

14       are a student.

15           Q.      But this says you are no longer

16       eligible for the board because you have been

17       administratively withdrawn?

18                   This does not say that but the

19       ECFMG regulation states that you have to be

20       enrolled at the school in order to be

21       eligible to take the board.

22                   You believe because you applied

23       to take the board you were officially

24       enrolled at the school?

25           A.      I was officially certified by

Case 11-2531, Document 54, 10/07/2011, 412560, Page185 of 237
**A471**

153

1                         A. DASRATH

2      Ross University to take the board.

3             Q.      At the time that you took the

4      board, were you enrolled at the school?

5             A.      That is what it is saying.

6      That if you are enrolled with the board, you

7      are enrolled with the school.

8             Q.      So, you didn't believe that you

9      were administratively withdrawn?

10            A.      The letter has tremendous

11     amount of flaws.

12            Q.      Did you register for classes at

13     any other point?   Did you return to

14     campus?

15            A.      I finished everything.   I

16     didn't have to return.

17            Q.      So, after April 7th, 2006 you

18     never returned to campus; is that correct?

19            A.      I finished the Dominica campus

20     in December 2005 and never returned and don't

21     have to return.   I finished all campus work.

22            Q.      And you didn't return to Miami

23     after April 7th, 2006, correct?

24            A.      I was never invited to return,

25     I was never pre-registered to return, I was

154

1                        A. DASRATH

2         ever asked to return.  I don't

3         pre-registration.  Ross does

4         pre-registration.  I pay a bill when they

5         send me a bill.

6              Q.      Do you believe you should have

7         passed the AICM course?

8              A.      Yes.

9              Q.      But you failed; is that

10        correct?

11             A.      That is not correct.

12                  MR. COSTELLO:  Are you

13             referring to a specific part of Exhibit

14             S?

15                  MS. McLAUGHLIN:  No, I'm just

16             asking him a question.

17             A.      I received the failing grade.

18             Q.      But you believe you should have

19        passed, is that right?

20             A.      Yes.

21             Q.      Did Dr. Fernandez ever demand

22        that you pay him $10,000?

23             A.      He told me in that one

24        conversation to return on campus with

25        $10,000.

Case 11-2531, Document 54, 10/07/2011, 412560, Page187 of 237

A473

155

```
 1                    A. DASRATH

 2         Q.      What conversation?

 3         A.      The very one conversation I had

 4    with him that he manipulated and sent to the

 5    Supreme Court.

 6         Q.      I'm sorry, the one conversation

 7    is that April 24th, 2006?

 8         A.      Yes.

 9         Q.      That memorandum that we

10    discussed earlier?

11         A.      Yes.

12         Q.      And we discussed that

13    conversation, you didn't mentioned that he

14    asked you for $10,000?

15         A.      You didn't ask.

16         Q.      I asked you everything that was

17    discussed during that conversation.

18         A.      I recall it now you brought it

19    up.

20         Q.      And what did he say to you in

21    regard to the $10,000?

22         A.      He wanted me to come there in

23    Miami on a specific date with $10,000.

24         Q.      What date?

25         A.      I believe it was May the 22nd.
```

156

```
 1                    A. DASRATH

 2      I am not sure of the date now.

 3           Q.      And what would the $10,000 be

 4      for?

 5           A.      I have no clue.

 6           Q.      Did you discuss tuition?

 7           A.      Absolutely not.

 8           Q.      So, he said to come to Miami on

 9      May 22nd --

10           A.      Come to his office.

11           Q.      Come to his office on May 22nd

12      with $10,000?

13           A.      Yes.

14           Q.      And that's all that was said or

15      was there anything else said in that

16      conversation?

17           A.      I don't recall any other

18      conversation.

19           Q.      What was your response?

20           A.      I did not respond to it.

21           Q.      Did you report that to

22      anyone?

23           A.      I don't recall reporting it to

24      anyone.

25           Q.      Did you discuss it with anyone
```

Case 11-2531, Document 54, 10/07/2011, 412560, Page189 of 237

A475

SHEET 157   PAGE 157

157

1                          A. DASRATH

2        at any time?

3              A.      I don't recall discussing it.

4              Q.      Paragraph eight, page three.

5        It says even assuming arguendo, that I did

6        fail the AICM class that should not have

7        prevented me from taking the USMLE step one

8        according to the Ross student's handbook

9        passing it, NBME comprehensive exam is the

10       prerequisite for taking the step one exam.

11                     Is that a true statement?

12             A.      The NBME is the prerequisite

13       for taking the USMLE step I.

14             Q.      What does that mend

15       prerequisite?

16             A.      The first one is passing all

17       the basic science courses in Dominica.  The

18       second prerequisite is passing the ACIM

19       course in Miami.  And the third prerequisite

20       in that order is passing the NBME, as stated

21       in that handbook on page thirty.

22             Q.      In this affidavit on the next

23       page where you say on the merits of my NBME

24       score I was fully eligible to take the USMLE

25       step I exam.

SHEET 158  PAGE 158

158

1                    A. DASRATH

2               Is that despite if you failed

3    as you said earlier the AICM course?

4         A.    I did not receive a failing

5    grade in the AICM course.  It is not logical

6    that I would have received a failing course,

7    a failing grade in AICM course.

8               The AICM course is a

9    prerequisite for the NBME.

10        Q.    The AICM is a prerequisite to

11   take?

12        A.    It precedes the NBME.

13        Q.    I thought you said you took

14   that in March of 2006?

15        A.    Yes.

16        Q.    How is the AICM a prerequisite

17   for the NBME?

18        A.    It was approved by Dr.

19   Fernandez and I was given special permission

20   for taking it.  The real date for taking it

21   was April 27th of 2006.  The scheduled date

22   for taking the NBME was April the 27th.  I

23   was given special permission to take it on

24   March the 6th, 2006.

25        Q.    But you also have to pass the

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

Case 11-2531, Document 54, 10/07/2011, 412560, Page191 of 237

SHEET 159  PAGE 159

159

```
 1                        A. DASRATH

 2       AICM course to take the USMLE step I; is that

 3       correct?

 4            A.      Yes, and this is done by Dr.

 5       Fernandez who approved the application

 6       form.   He gave me the application form, he

 7       approved it, checked all his records and he

 8       forwarded it to the New Jersey office.

 9            Q.      The application for what?

10            A.      The application for the USMLE

11       step I and the application for the NBME.

12                   MS. McLAUGHLIN:  I'm going to

13              mark the amended complaint.

14                   (Whereupon, the aforementioned

15              amended complaint was marked as

16              Defendant's Exhibit T for

17              identification, as of this date, by the

18              Reporter.)

19            Q.      Before we go through the

20       amended complaint I just want to clarify and

21       just make sure we are all on the same page.

22                   Mr. Dasrath, you are aware of

23       an order of this court dismissing some of

24       causes of action in the amended complaint?

25            A.      Yes.
```

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

SHEET 160   PAGE 160

160

1                    A. DASRATH

2          Q.      And the only cause of action

3      that is still viable is the breach of

4      contract clause of action?

5          A.      Yes.

6          Q.      To the extent that I'm going to

7      question you about the amended complaint, I'm

8      going to focus my questions on the breach of

9      contract claim.

10         A.      Okay.

11         Q.      I just wanted you to understand

12     where we will go with this document.

13         A.      Okay.

14         Q.      In the amended complaint, the

15     second cause of action is a breach of

16     contract claim.

17                 Is on page five of eight at the

18     top.  In this cause of action you identified

19     or you suggest that Ross has breeched a

20     contract.

21                 Can you identify what contract

22     that is?

23         A.      Ross University School of

24     Medicine handbook on administrative

25     regulations, the Ross University letter of

Case 11-2531, Document 54, 10/07/2011, 412560, Page193 of 237
**A479**

                                          161

    1                           A. DASRATH

    2       admission, the two certifications that Ross

    3       issued to take the USMLE step I exam.  There

    4       are probably more.

    5            Q.     Let's start with the letter of

    6       admission.   I think it was one of the first

    7       documents that we looked at, Exhibit A.

    8                  You are alleging in this

    9       lawsuit that Ross University breeched this

   10       letter; is that correct?

   11            A.     Yes.

   12            Q.     And what agreement was provided

   13       by this letter that you allege?

   14            A.     When a student gets admitted,

   15       officially admitted into a school, a

   16       university, the university has an obligation

   17       after receiving so much money as I paid, to

   18       do its business in a regular fashion.

   19                  I went there to pay --  I paid

   20       my tuition, studied and I didn't deserve to

   21       be treated this way where they blocked my

   22       obtaining my M.D., blocked the release of my

   23       score.  I thought that was very unfair.

   24            Q.     Are there any provisions in

   25       that letter that have been breeched or just

162

```
 1                       A. DASRATH

 2       generally what you discussed here?

 3           A.      It's my opinion that this

 4       letter gives me the basic right to proceed

 5       with my degree and complete it.

 6                   That is why I paid them so much

 7       money.  That seems to be my intention for

 8       going there, but I was blocked.

 9           Q.      When you said earlier that you

10       didn't deserve to be treated this way, can

11       you explain what you mean?

12           A.      I have suffered a long time

13       waiting for my USMLE score.  I have been out

14       of medical school, while some of my

15       classmates are practicing.

16           Q.      Are there any other ways that

17       you were treated that you contend is a breach

18       of this admission letter?

19                   You said blocked obtaining the

20       score and blocked obtaining your M.D., is

21       that right?

22           A.      Yes.

23           Q.      Are there any other items?

24           A.      Yes, I don't agree with them

25       giving me such a hard time to process my
```

SHEET 163   PAGE 163

163

1                      A. DASRATH

2      grades.  Every semester there was a problem

3      with grades.

4              Q.      And those were the items that

5      we talked about earlier?

6              A.      Yes.

7              Q.      You also said there was a

8      breach of the handbook?

9              A.      Yes.

10             Q.      Do you remember what provision

11     specifically were briefed of can you speak to

12     them generally?

13             A.      Yes.

14             Q.      Do you want to take a look at

15     the handbook?

16             A.      On page four it says effective,

17     all rules and regulations in this handbook

18     are binding and I thought they would respect

19     that, but it was not respected.  Page five to

20     six, it shows you the grading procedure that

21     should have been used for the AICM course,

22     but it wasn't adhered to.

23                     On page nine I was entitled for

24     my seventeen week scheduled break without

25     being traumatized, psychologically

Case 11-2531, Document 54, 10/07/2011, 412560, Page196 of 237

A482

SHEET 164   PAGE 164

164

```
 1                    A. DASRATH

 2         traumatized with the withdrawal letters and

 3         all the other things that they did.  Other

 4         students had their seventeen week break.   I

 5         had a very hard time.

 6                    On page thirteen it states the

 7         students became eligible to take a USMLE step

 8         I when they have passed all courses in the

 9         basic science curriculum.

10                    Students become eligible to

11         take the USMLE step I when they have passed

12         all courses in the basic science curriculum

13         successfully completed the advanced

14         introduction to clinical medicine,

15         integration clinical medicine, and have

16         passed the NBME comprehensive science exam.

17              Q.        You thought that was a

18         provision that was breached?

19              A.        Yes.

20              Q.        Because why?

21              A.        Because I get to the point

22         where I passed the NBME and I was invited, I

23         was congratulated and invited by Ms. Bridget

24         to apply for a part of the USMLE part one.

25                    I then went to Dr. Enrique
```

Case 11-2531, Document 54, 10/07/2011, 412560, Page197 of 237

**A483**

165

```
 1                        A. DASRATH
 2       Fernandez who give me an application for him,
 3       I give him the application form and he
 4       checked all his records to make sure
 5       everything was okay to take the USMLE step
 6       I.
 7                    I took the USMLE step I and the
 8       day before the grade was released, Bridget
 9       Seena turned around and blocked my release by
10       stating in a letter to the USMLE no longer
11       eligible, withdrawn.  That was a direct quote
12       from Bridget Seena's letter to the USMLE and
13       since then I haven't seen my score yet.
14                    On page fourteen there is
15       provision for Ross to sponsor students for
16       the USMLE even though they are withdrawn.
17                    It is stated here that students
18       may retake the USMLE even though they are
19       withdrawn but Ross turned around and blocked
20       the release of my score from the USMLE.
21            Q.      Do you have to do anything
22       further?   They say they, my sponsors to take
23       or retake the USMLE.
24                    That is a binding agreement
25       that they have to sponsor you?
```

SHEET 166  PAGE 166

166

```
1                     A. DASRATH

2                     MR. COSTELLO:  Where are you

3           reading from, counselor?

4                     MS. McLAUGHLIN:  Page

5           fourteen.

6           A.        Page four of the Ross

7      University School of Medicine Students

8      handbook states, specifically states that

9      this handbook is binding.

10          Q.        Right.

11          A.        But the idea that you are

12     referring to page fourteen where it says

13     students may request to be sponsored or to

14     retake the USMLE.

15          Q.        But does that require them to

16     sponsor you?

17          A.        They have already sponsored,

18     certified me.

19          Q.        Did you go through the process

20     of re-application that is required in order

21     for that request?

22          A.        I applied twice and both times

23     it was --

24          Q.        Re-application through the

25     University admission office?
```

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

167

```
 1                    A. DASRATH

 2          A.      I can't do that yet until I get

 3      the first score.  I haven't gotten the first

 4      score yet.

 5          Q.      You mean the USMLE score?

 6          A.      The USMLE score.  Page eighteen

 7      it says that students in the clinical phase

 8      of the curriculum registered through the

 9      office of the dean of clinical sciences in

10      New Jersey.

11              And then turn around and tell

12      me that I didn't apply for registration.  It

13      is New Jersey, the office in New Jersey that

14      does registration for courses.

15              I simply pay a bill.  I don't

16      have access to their computers.  I never

17      did.

18          Q.      I'm not understanding.  Page

19      eighteen there is a statement that students

20      register through the office in New Jersey?

21          A.      Yes.

22          Q.      And you are saying that Ross

23      breached that provision by how?

24          A.      Ross stated that I didn't show

25      up to campus in Dominica.  One of the reasons
```

168

```
 1                    A. DASRATH

 2       why they are withdrawing me.

 3                  I don't have to show up in

 4       Dominica.  In a different pay.  I'm in a

 5       clinical phase.  Those in the basic science

 6       show up at Dominica within one week of start

 7       up.  Not me.

 8            Q.      When you failed the AICM you

 9       were supposed to show up in Dominica?

10            A.      You claim that I fail the

11       AICM.  I didn't say that.  I told you they

12       gave me failing grade on August the 14th.

13                  On page twenty-three it

14       specifically states that students are

15       withdrawn when they do not return to the

16       campus the following semester.

17                  I don't have to return to the

18       campus.  I finished all campus work.

19            Q.      Okay.  Are those the only

20       provisions of this handbook that you believe

21       were breached by Ross?

22            A.      More, more.  On page

23       twenty-five the University, it states, on

24       page twenty-five it states the University

25       follows the guidelines of the U.S. Family
```

169

1                    A. DASRATH

2       Educational Rights and Privacy Act.

3              In quotation Ferpa and this

4       includes the right to inspect and review the

5       student's educational records within

6       forty-five days that the University request,

7       receives a request.

8              I haven't yet seen what Ross is

9       claiming that I failed.  Despite the fact

10      that Judge Reyes.

11             MS. McLAUGHLIN:  I'm going to

12             strike that part from the record

13             because there seems to be some

14             confusion of the settlement discussion

15             I was privy to before Judge Reyes.

16             It is not a factual statement

17             that can be made in this deposition.

18             If you want I can discuss it

19             with you off the record because I know

20             you weren't involved at that point.

21             MR. COSTELLO:  I was unaware,

22             you are saying that this took place on

23             settlement discussions?

24             MS. McLAUGHLIN:  Yes, and it is

25             Dr. Perri's memo it says for resolving

SHEET 170   PAGE 170

170

```
 1                    A. DASRATH

 2          purposes.

 3                    MR. COSTELLO:  We can discuss

 4          this later then.

 5                    MS. McLAUGHLIN:  That is fine.

 6          Q.       Is there anything else besides

 7    that last provision you pointed to on page

 8    twenty-five in the handbook?

 9          A.       Yes.  You do not discriminate

10    on page, in your calendar you do not, it says

11    you do not discriminate because of age and

12    several other things, but this is what I

13    incurred all through my studies in Dominica.

14    This is what I incurred in Miami.   This is

15    what I'm still enduring.

16          Q.       So, it is a breach of the

17    calendar?

18          A.       Yes.

19          Q.       That is the document that you

20    are referring to.

21                   Have you ever had any

22    conversations with Tony Ayubia concerning

23    your allegations against Ross?

24          A.       Yes, I called Tony, yes.

25          Q.       What kind of conversations have
```

Case 11-2531, Document 54, 10/07/2011, 412560, Page203 of 237

**A489**

SHEET 171   PAGE 171

171

```
 1                        A. DASRATH

 2      you had with him?

 3            A.     I asked him to speak to Mr.,

 4      Dr. Enrique Fernandez.

 5            Q.     When was this?

 6            A.     Sometime late April 2006.

 7            Q.     What did he say to you?

 8            A.     He keep telling me that Dr.

 9      Fernandez is not available.

10            Q.     Did you ever hear anything

11      further from Tony Ayubia on any of these

12      issues?

13            A.     No.  I don't recall.  Say I

14      don't recall.

15            Q.     Other then the items that we

16      spoke about are there any other agreement

17      that Ross University purportedly had with you

18      that they breached?

19            A.     As I remember there are more,

20      but I do not have the answer to the

21      interrogatory.

22            Q.     Would that help you if I showed

23      you that?

24            A.     Yes, that would help me.

25                   MS. McLAUGHLIN:  Let's mark the
```

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

Case 11-2531, Document 54, 10/07/2011, 412560, Page204 of 237
**A490**

SHEET 172   PAGE 172

172

```
 1                   A. DASRATH

 2          interrogatories as the next exhibit.

 3                   (Whereupon, the aforementioned

 4          interrogatories was marked as

 5          Defendant's Exhibit U for

 6          identification, as of this date, by the

 7          Reporter.)

 8          A.      When I said the calendar I

 9   actually meant the academic catalog.

10          Q.      Okay, we have a copy of that.

11   And that item was breached as you say because

12   of a discrimination claim that you had?

13          A.      Yes.

14          Q.      Looking at your interrogatories

15   responses, I actually had a question on

16   number ten.

17                   In part, interrogatory ten,

18   part B, you state that release of your score

19   was barred on October 9th, 2009.

20                   What happened on October 9th,

21   2009 with USMLE?

22          A.      Okay.  I had other intention

23   rather than saying release of a score.  All

24   I'm saying, prior to this on August the 14th,

25   2006 Bridget Seena sent in a statement saying
```

SHEET 173   PAGE 173

173

```
 1                    A. DASRATH

 2    no longer eligible, withdrawn?

 3        Q.      Right.

 4        A.      That in effect blocked the

 5    release of my score, which was supposed to be

 6    released the next day and I didn't get it

 7    yet.

 8        Q.      Did something happen on October

 9    9th?

10        A.      October 9th, 2009 the USMLE

11    office barred me.  There was a bar from

12    taking any more examination until I could

13    clear myself with all the Court Orders.

14                So, I am right now barred or

15    blocked or whatever you call it from making

16    any application to the USMLE.

17        Q.      Did you apply again to take the

18    exam?

19        A.      No.

20        Q.      Did you have contact with the

21    USMLE or ECFMG?

22        A.      Yes.

23        Q.      How did you have contact with

24    them, by letter?

25        A.      By letter, yes.
```

SHEET 174  PAGE 174

174

1                          A. DASRATH

2              Q.        And do you have copies of those

3       letters?

4              A.        I'm pretty much sure, yes.

5              Q.        And on October 9th, 2009, did

6       they write something to you that barred

7       you?

8              A.        They wrote a letter, yes,

9       stating that I may not take or apply for

10      USMLE exams.

11             Q.        Is that all it said?   Why did

12      it say that?   Why did they explain --

13             A.        Because Bridget Seena sent a

14      statement to them saying no longer eligible,

15      withdrawn.

16                       MS. McLAUGHLIN:   I would like

17                   to have a copy of that October 9th,

18                   2009 letter.

19                       MR. COSTELLO:   As to the extent

20                   we have.

21             Q.        Did you receive any other

22      letters from either USMLE or ECFMG after

23      October 9th, 2009?

24             A.        Yes.

25             Q.        And what did those letters

175

```
1                     A. DASRATH

2     say?

3          A.      That I have to wait until the

4     court case is finished.

5          Q.      Have you provided them any

6     information concerning this action?

7          A.      Yes.  I told them this is, you

8     know, this is not right what they are doing.

9                  They put me on hold until the

10    case is finished.

11         Q.      Did you provide any

12    documents?

13         A.      Yes.

14         Q.      What documents?

15         A.      The same I provided you.

16         Q.      Do you know specifically what

17    you sent them?

18         A.      I cannot remember right now.

19                 MS. McLAUGHLIN:  I would also

20            request copies of whatever documents

21            that were produced.

22         Q.      Have you heard any

23    correspondence from them since October 9th,

24    2009?

25         A.      There was a correspondence that
```

SHEET 176   PAGE 176

176

1                           A. DASRATH

2       says they are waiting for a case to finish.

3       So I'm still on hold.  I didn't get my score

4       and I can't do any business with them.  I'm

5       just on hold.

6            Q.      Your interrogatories while we

7       are on this document, number thirteen, you

8       set forth your claimed damages sought in this

9       action.

10                     You list items that you are

11      seeking recovery from; is that correct?

12           A.      Yes.

13           Q.      Is this amount solely for the

14      the breach of contract or for the other

15      claims in the amended complaint?

16           A.      For the breach of contract.

17           Q.      So, for is breach of contract

18      claim you are claiming $165,000; is that

19      correct?  That is the first one.  I know

20      there is more.

21           A.      For schooling 165,000.

22           Q.      How did you come to that

23      number?

24           A.      This is money that I spent for

25      tuition and fees for dormitory housing, books

**A495**

SHEET 177  PAGE 177

177

```
1                          A. DASRATH

2        and supplies, air fare from New York to

3        Dominica and back, from New York to Miami and

4        back, ground transportation in Miami where

5        there is no subway?

6                   Relocation, just as it says

7        here and other living expenses.

8            Q.     Have you produced any

9        documentation supporting these numbers?

10           A.     Nobody requested them.

11           Q.     I think I did actually.    I

12       refer you to number eleven.

13                  MR. COSTELLO:  We will provide

14              those.

15                  MS. McLAUGHLIN:  I request it

16              on the record and I will follow up, we

17              need any documentation that supports

18              your calculations.

19           Q.     Your attorney fees and you

20       calculate that by what you paid to your

21       attorneys representing you?

22           A.     That is more now because I have

23       been paying since that time.

24           Q.     What is that number?

25                  MR. COSTELLO:  He may have to
```

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

SHEET 178   PAGE 178

178

1                          A. DASRATH

2              go back and check his records.  We will

3              supply it.

4         Q.      Lost wages and benefits?

5         A.      For the time I've been at Ross

6    I have lost an amount of money I could have

7    been working and earning a living.

8         Q.      How did you calculate the

9    $360,000?

10        A.      From the time I went to Ross to

11   the time I restarted work, I calculate that

12   based on the past salary I was making.

13        Q.      If you had never went to Ross

14   that is how this is calculated?

15        A.      Yes.

16        Q.      Because you left to go to

17   school full-time?

18        A.      Yes.

19              MS. McLAUGHLIN:  I will need

20              documentation supporting that.

21        Q.      Loss of profession.

22              What does that mean?

23        A.      I lost my MD degree.

24        Q.      Mental anguish and distress?

25        A.      Like I am feeling right now.

179

```
 1                      A. DASRATH

 2          Q.        Have you seen a doctor

 3      concerning the anguish and --

 4          A.        I seen them a number of times.

 5          Q.        What are their names?

 6          A.        I went to Dr. Kevin Ackerman.

 7          Q.        Where is he located?

 8          A.        In Nassau County.  He used to

 9      be on Northern Boulevard but he recently

10      move.

11          Q.        Is he a general practitioner or

12      a specialist?

13          A.        I think he is a specialist,

14      yes.

15          Q.        For what?

16          A.        For internal medicine.

17          Q.        And you go to see him for

18      what?

19          A.        For medical problems.

20          Q.        Are any of those problems

21      related to your allegation in this lawsuit?

22          A.        I just go to see him for

23      medical problems.

24          Q.        Are you suffering medical

25      problems related to the issues in this
```

Case 11-2531, Document 54, 10/07/2011, 412560, Page212 of 237
**A498**

SHEET 180   PAGE 180

180

```
 1                      A. DASRATH

 2     lawsuit?

 3          A.      I have intense stress.  The

 4     lawsuit brought a lot of intense stress.

 5          Q.      Anything else?

 6          A.      Whatever is stated here.

 7          Q.      Can you explain your seeking

 8     damages for the disappointment to family

 9     members.

10                  Can you explain what that

11     relates to?

12          A.      They were very disappointed.

13          Q.      And there is no monetary number

14     attached to that?

15          A.      We haven't done that yet.

16          Q.      How about being ostracized by

17     Ross University.

18                  Can you explain what that

19     means?

20          A.      I think I was treated like

21     garbage.

22          Q.      By who?

23          A.      The whole Ross community.

24          Q.      Are you talking students,

25     staff?
```

181

1                          A. DASRATH

2           A.       I'm talking about the staff.

3    The administrative staff.

4           Q.       Okay.

5           A.       Their professors.

6           Q.       Other than being treated like

7    garbage by those individuals, are there any

8    other claims for damages concerning being

9    ostracized?

10          A.       Well, they blocked me from

11   proceeding with my degree, my M.D. degree and

12   that ultimately created a lot of mental

13   anguish, psychological stress, things of that

14   nature.

15          Q.       How did they block you from

16   obtaining your degree?

17          A.       They block the release of my

18   score.

19          Q.       After receiving your AICM score

20   in August of 2006, was it your understanding

21   that you would have needed to retake the

22   class?

23          A.       There was no indication until

24   August the 14th when Ross registrar sent a

25   failing grade.  All indication was that I

Case 11-2531, Document 54, 10/07/2011, 412560, Page214 of 237
**A500**

SHEET 182   PAGE 182

182

```
 1                        A. DASRATH

 2        passed the course.

 3                If I can't pass the course they

 4        wouldn't certify me to take the USMLE.   That

 5        was the requirements to take the USMLE.

 6                MS. McLAUGHLIN:  You rely on

 7                certain document letters.  I just want

 8                to make sure you produced all of them.

 9                You rely on, according to this

10                interrogatory response.  Transcript

11                which I think you produced so if you

12                have any more I request production.

13                E-mails from Ross University Medical

14                officials you produced so if you have

15                any more please produce them.

16                Any notes from phone

17                conversation.  Correspondence from the

18                USMLE office or ECFMG, we discussed

19                that and to produce those and any

20                handouts that were relied upon in

21                responses from Ross University and then

22                you say it.

23                So, if there are any other

24                documents, please produce them and we

25                will follow it up.
```

183

```
1                    A. DASRATH
2              MR. COSTELLO:  Please follow it
3       up in writing.
4         Q.      You mentioned breach in this
5       interrogatory number fifteen, we discussed
6       most of them.  Dr. Ronnie Coutinho?
7         A.      Yes.
8         Q.      What would he know about the
9       allegation in the complaint regarding the
10      breach of contract?
11        A.      He was a professor there at
12      Miami and I'm sure he knew what was going on
13      at the time.
14        Q.      Dr. Guiterrez we spoke about
15      him earlier; is that correct?
16        A.      Yes.
17        Q.      Who is Michael Dunbar?
18        A.      He was one of the doctors that
19      taught in Miami.
20        Q.      What would he know about
21      this?
22        A.      They know what was going on.
23      They all knew what was going on.
24        Q.      What do you mean by what was
25      going on?
```

Case 11-2531, Document 54, 10/07/2011, 412560, Page216 of 237

**A502**

SHEET 184   PAGE 184

184

```
 1                    A. DASRATH
 2          A.      What goes on there.  That they
 3     issued fraudulent failing grades to
 4     students.
 5          Q.      Dr. Thomas Havonic?
 6          A.      He was also one of the
 7     professors there.
 8          Q.      And does he know anything more
 9     then what you discussed about Dr. Dunn, the
10     going on?
11          A.      Yes, he knows what is going on.
12          Q.      Barbara Troy?
13          A.      She also knows what is going
14     on.  Mr. William Colly.
15          Q.      Have you spoken with him
16     personally?
17          A.      Yes, I did have conversation
18     with Kelly.
19          Q.      What did you say to him?
20          A.      I don't remember the details of
21     the conversations.
22          Q.      Do you remember what he told
23     you?
24          A.      I don't recall.
25          Q.      Did you have any conversations
```

Case 11-2531, Document 54, 10/07/2011, 412560, Page217 of 237

A503

SHEET 185   PAGE 185

185

```
 1                    A. DASRATH

 2      with Michael Rendin?

 3           A.      No.

 4           Q.      What would he know about your

 5      contract claims?

 6           A.      Oh, he sent out the ambiguous

 7      administrative withdrawal letter.

 8           Q.      Dr. Martin we discussed,

 9      right?

10           A.      Yes.

11           Q.      Who is Rosemarie Reardon?

12           A.      That is one of Ross staff that

13      received the congratulations letter stating

14      that congratulations, you have passed your

15      NBME exam and you can now take the USMLE step

16      I.

17           Q.      So, she received the e-mail as

18      well?

19           A.      Yes.

20           Q.      Other than that did you have

21      any conversations with her about this lawsuit

22      or the allegations?

23           A.      No.

24           Q.      Have you had any conversations

25      with Judy, Dr. Nancy Perez' secretary?
```

SHEET 186  PAGE 186

186

1                        A. DASRATH

2          A.       When I call she answers the

3     phone.

4          Q.       Did you talk to her anything

5     substively concerning your claim?

6          A.       I just ask to speak to Dr.

7     Perri.

8          Q.       Administration of Devry.  Are

9     you referring to anyone specifically?

10         A.       No, I know that they look over

11    all your work.

12         Q.       Have you had communication with

13    anyone at Devry, Inc.?

14         A.       No.

15         Q.       Is the lawyers that handled

16    this case, are there any other lawyers other

17    than those that appeared in court on this

18    matter?

19         A.       No.

20         Q.       Claire Cramatta, is she Dr.

21    Fernandez' assistant?

22         A.       Yes.

23         Q.       Did you have any conversations

24    with her specifically?

25         A.       Yes, I had conversation, but I

Case 11-2531, Document 54, 10/07/2011, 412560, Page219 of 237

**A505**

SHEET 187   PAGE 187

187

1                         A. DASRATH

2     don't recall.  I did ask her to let me speak

3     to Dr. Fernandez, but she declined on a

4     number of times.

5              Q.      Did you talk to her substively

6     about your claims in this case?

7              A.      I didn't discuss my case with

8     her.  I did not.

9              Q.      Tony Ayubia, we spoken about

10    him?

11             A.      Yes, he is also one of Dr.

12    Fernandez' assistant.  I talked to him.

13             Q.      And classmates, were there any

14    particular classmates that are knowledgeable

15    about the claims in your lawsuit?

16             A.      Not to my knowledge, but they

17    know, they are all asking what happened.  Why

18    aren't you a doctor yet.

19             Q.      Do you keep in touch with

20    classmates now?

21             A.      Not often.

22             Q.      Are there any ones that you

23    discussed this lawsuit with?

24             A.      No.

25             Q.      Have you discussed this lawsuit

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

SHEET 188  PAGE 188

188

```
 1                    A. DASRATH

 2     with anybody other than who we discussed

 3     today and your lawyer obviously?

 4          A.     No.

 5          Q.     Have you ever been involved in

 6     a lawsuit other than this one?

 7          A.     Yes.

 8          Q.     What was that?

 9          A.     That was against Kings County

10     Hospital.

11          Q.     What did that relate to?

12          A.     They had owed me money, but

13     they paid me and it was settled.  They had

14     owed me overtime money.

15          Q.     It was an employment issue?

16          A.     Yes.

17          Q.     This was prior to you going to

18     Ross University?

19          A.     Prior to going to New York

20     Hospital.

21          Q.     Were you deposed in that

22     lawsuit?

23          A.     I don't recall.

24          Q.     Have you ever testified in

25     court?
```

SHEET 189   PAGE 189

189

1                       A. DASRATH

2          A.       No.  Other than when I come and

3     watch what is going on.

4          Q.       I mean testify on the witness

5     stand.

6          A.       No.

7               MS. McLAUGHLIN:  Off the

8          record.

9               (Whereupon, a discussion was

10         held off the record.)

11              MS. McLAUGHLIN:  I just have a

12         couple of follow-up questions that I

13         usually ask at the beginning, but I

14         forgot to.

15         Q.       Have you ever been arrested?

16         A.       No.

17         Q.       Convicted of a crime?

18         A.       No.

19         Q.       Are you under the influence of

20    any drugs or alcohol today that would

21    influence your ability to testify?

22         A.       No.

23         Q.       Have you ever been expelled

24    from a school?

25         A.       No.

Case 11-2531, Document 54, 10/07/2011, 412560, Page222 of 237

**A508**

SHEET 190   PAGE 190

190

```
 1                    A. DASRATH

 2          Q.      Suspended?

 3          A.      No.

 4          Q.      Dismissed?

 5          A.      No.

 6          Q.      Have you received failing

 7    grades from schools other than Ross

 8    University?

 9          A.      No.

10          Q.      You never failed a class?

11          A.      No.

12          Q.      Are you taking classes now or

13    just working at Stonybrook?

14          A.      I'm just working.

15          Q.      What do you do again?

16          A.      I'm a pharmacist.

17

18

19                  (Continued on the following

20    page.)

21

22

23

24

25
```

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

SHEET 191   PAGE 191

191

1                              A. DASRATH

2            Q.        Have you taken any courses

3    since you left Ross University in 2006?

4            A.        The courses that I took were

5    for pharmacy.  Pharmacy courses to maintain

6    my license.

7                  MS. McLAUGHLIN:    Thank you.  I

8            have no further questions.

9                  (Time Noted: 2:20 p.m.)

10

11                      _____

                              ANAND DASRATH

12
     Subscribed and sworn to
13   before me this _____ day
     of _____, 2010.

14

15   _____
           Notary Public

16

17

18

19

20

21

22

23

24

25

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

SHEET 192   PAGE 192

192

1

2                          I N D E X

3    WITNESS              EXAMINATION BY        PAGE

4    ANAND DASRATH        MS. McLAUGHLIN        4

5

6                        E X H I B I T S

7

     DEFENDANT'S          DESCRIPTION           PAGE
8
         A               Document              13
9
         B               Copy of transcript    20
10
     C & D               E-mails               47
11
         E               Transcript            57
12
         F               E-mail                87
13
         G               Memo                  99
14
         H               E-mail                111
15
         I               Letter                115
16
         J               Transcript            118
17
         K               Letter                121
18
         L               Letter                123
19
     M & N               USMLE application     129
20
         O               Affidavit             135
21
         P               Handbook              140
22
         Q               Letter                144
23
         R               Letter                145
24
         S               Affidavit in opposition  150
25

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

SHEET 193   PAGE 193

193

1

2          EXHIBITS :       (Continued)

3              T           Amended complaint              159

4              U           Interrogatories               172

5

6                                    REQUESTS

7                             Page           Line

8                             23             3

9                             38             3

10                            105            10

11                            130            11

12                            149            25

13                            149            16

14                            174            20

15                            177            19

16                            182            9

17

18

19

20

21

22

23

24

25

Case 11-2531, Document 54, 10/07/2011, 412560, Page226 of 237

**A512**

SHEET 194   PAGE 194

194

```
1

2                          CERTIFICATION

3     STATE OF NEW YORK )
                          : SS.:
4     COUNTY OF KINGS    )

5

6          I, GARY J. MEROLA, a Notary Public for

7     and within the State of New York, do hereby

8     certify:

9          That the witness(es) whose testimony as

10    herein set forth, was duly sworn by me; and

11    that the within transcript is a true record

12    of the testimony given by said witness(es).

13         I further certify that I am not related

14    to any of the parties to this action by blood

15    or marriage, and that I am in no way

16    interested in the outcome of this matter.

17         IN WITNESS WHEREOF, I have hereunto set

18    my hand this 4th day of October, 2010.

19

20

21                    GARY J. MEROLA

22

23

24

25
```

SEVERIN & ASSOCIATES, INC.  *  516 628-1402

## $

**$10,000** [7] 154:22,25 155:14,21,23 156:3,12
**$165,000** [1] 176:18
**$360,000** [1] 178:9

## 1

**1/11/2006** [2] 57:21 58:11
**10** [1] 193:10
**100** [1] 105:8
**105** [1] 193:10
**11** [1] 193:11
**11427** [1] 4:13
**11th** [2] 48:9 57:21
**12th** [6] 20:11 113:8 114:2 131:16 132:12 133:13
**130** [1] 193:11
**149** [2] 193:12,13
**14th** [6] 76:16 98:21 142:5 168:12 172:24 181:24
**159** [1] 193:3
**15th** [3] 116:11,16 122:10
**16** [1] 193:13
**165,000** [1] 176:21
**16th** [5] 145:24 146:3,10,14 148:2
**172** [1] 193:4
**174** [1] 193:14
**177** [3] 1:15 2:9 193:15
**17th** [1] 13:23
**182** [1] 193:16
**19** [1] 193:15
**1957** [1] 133:13
**1977** [1] 6:18
**1983** [2] 7:15,25
**1990** [2] 9:13,14
**19th** [1] 136:10

## 2

**2:20** [1] 191:9
**20** [1] 193:14
**200** [2] 101:4 102:12
**2000** [1] 8:5
**2003** [7] 8:3 10:16 11:23 13:13,23 14:9,15
**2004** [10] 10:17 14:21 15:8,10,18,23 17:17 24:14 32:23 33:4 34:2,11,13 35:8 38:12,22
**2005** [23] 35:16 36:2,12,16,18 48:8, 9,19 51:7,17 54:12 55:6,9 56:8,12 58:23 61:19 62:25 64:11 65:19 68: 5,6 153:20
**2006** [60] 6:5,8 20:11 38:11,14,16, 19 57:21 69:2,14 70:10 76:13,16 77:2 78:3 80:3,7,22 88:8 89:25 90: 6 98:21 99:4,7 100:2,9,15 106:7 112:12 113:8 114:2 116:16 118:23 119:3 121:18 123:18 124:4,24 128: 25 128:2,3 130:3,6 131:13,19,23,25 132:12,21,24 134:17,20 135:3,5,6 136:10 139:13,16 140:21 143:23 144:18,24 145:24 146:6,10,14 148: 3,9 151:2,14 153:17,23 155:7 156: 14,21,24 171:6 172:25 181:20 191: 3
**2009** [7] 172:19,21 173:10 174:5,18,

## 3

**23** 175:24
**2010** [2] 1:9 194:18
**20th** [2] 2:5 4:12 130:5 131:13,17
**22nd** [11] 89:25 90:4,6 110:2,6 118: 23 119:3 125:22 126:8 131:23 155: 25 156:9,11
**23** [1] 193:8
**23rd** [2] 88:8 90:4 131:15
**24th** [5] 100:2,15 108:5 112:12 155: 7
**25** [1] 193:12
**25th** [1] 151:2
**27th** [5] 48:7 135:3 146:6 158:21,22
**29th** [7] 139:12,16 144:18,24 148:9 151:14,18

## 3

**3** [2] 136:23 193:8,9
**30** [1] 1:9
**30th** [1] 124:6
**31st** [3] 121:17 122:11 123:18
**36** [2] 92:18 93:23
**36/50** [1] 196:13
**38** [1] 193:9
**3rd** [2] 124:4,24

## 4

**4** [1] 192:4
**4th** [1] 194:18

## 5

**5/22/2006** [1] 118:13
**50** [3] 91:13,14,23
**5919** [1] 2:5
**5th** [4] 113:25 130:3 131:25 134:20

## 6

**62** [4] 88:9,11,13,17
**63** [2] 101:4 102:12
**6th** [2] 128:6 158:24

## 7

**7** [2] 131:4,4
**76** [3] 91:13,14,23
**77** [1] 107:25
**7th** [5] 76:13 80:7 134:17 153:17,23

## 8

**80s** [1] 9:12
**89-25** [1] 4:12
**8th** [4] 114:4 116:5,9 125:16

## 9

**9** [1] 193:16
**9:55** [1] 1:10
**90s** [2] 9:23 105:7
**94** [1] 107:18
**97** [2] 107:15,25
**9th** [4] 172:19,20 173:9,10 174:5,17, 23 175:23

## A

**a.m** [1] 1:10
**ability** [1] 189:21
**able** [7] 31:20,23 78:11 130:24 137: 9,15,23
**above** [3] 21:14 89:21,23
**absolutely** [1] 156:7

**abuse** [2] 45:19 74:4
**academic** [3] 10:25 140:20 172:9
**acceptance** [2] 13:8 14:11
**accepted** [1] 8:7
**access** [6] 56:3 78:7,10,11,20 79:8 126:11 167:16
**accessed** [3] 77:18,23 78:16
**accomplish** [1] 49:22
**according** [4] 51:4 103:3 157:8 182:9
**achieved** [1] 110:13
**acim** [1] 157:18
**ackerman** [1] 179:6
**act** [1] 169:2
**action** [5] 159:24 160:2,4,15,18 175: 6 176:9 194:14
**actually** [8] 40:23 131:14 134:24 142:10 152:4 172:9,15 177:11
**added** [1] 43:11
**address** [1] 188:23
**adhered** [1] 163:22
**adjusted** [1] 21:15
**administered** [1] 41:8
**administering** [1] 60:20
**administration** [1] 168:8
**administrative** [10] 139:17 141:21 142:21 143:17 148:8 151:13 152:9 160:24 181:3 185:7
**administratively** [4] 141:10 143: 22 152:17 153:9
**admission** [3] 141:24 161:2,6 162: 18 166:25
**admissions** [1] 12:6
**admitted** [2] 161:14,15
**admnistrative** [1] 139:14
**advanced** [2] 69:20 164:13
**advertisement** [1] 13:2
**advices** [1] 146:4
**advised** [1] 121:24
**advisor** [7] 46:11,12,14,17,24 47:5, 10
**affidavit** [14] 135:20 136:3,10,12, 23 140:5 142:18 150:8,13,17,17,23 151:5 157:22
**aforementioned** [2] 16:16 20:3 47:25 57:13 87:21 99:16 112:23 115:24 118:5 121:12 123:23 129: 11 135:19 140:14 144:12 145:18 150:7 159:14 172:3
**afternoon** [1] 144:7
**age** [1] 170:11
**aggressively** [1] 82:21
**ago** [1] 115:4
**agree** [2] 96:9 162:24
**agreed** [3] 3:6,13,18
**agreement** [5] 161:12 165:24 171: 16
**aicm** [19] 69:18,19 70:2 71:7,14,18, 19 72:2 73:7 76:13 82:2,7 83:11, 14 83:20 84:12 86:11 88:9,11,13,16, 23 91:6 92:12 102:8 105:14 106:2 107:20 108:7,22 109:3,12,19 111:6, 25 113:19 117:10 118:20,23 119:11, 13 122:15 126:7 128:14 134:10,21 135:13,15 136:21 137:17 138:3,22

**141:17 143:11 147:25 154:7 157:6 158:3,5,7,8,10,16 159:2 163:21 168: 8,11 181:19
**aimc** [1] 192:21
**air** [1] 177:2
**alcohol** [1] 189:20
**allegation** [2] 179:21 183:9
**allegations** [2] 170:23 185:22
**allege** [2] 21:7 161:13
**alleged** [1] 23:20
**alleging** [1] 161:8
**allocated** [6] 39:18,20,24 73:9,11 91:10,11 96:15
**allocates** [1] 40:25
**allow** [1] 79:20
**almeida** [13] 46:13 48:21 49:8,11, 24 50:11,25 53:7 54:5,10 62:14,15, 18
**already** [6] 19:3 27:21 67:22 68:17 119:6 130:21 134:14 166:17
**although** [2] 136:24 137:2
**ambiguous** [1] 185:6
**amci** [1] 103:10
**amended** [6] 159:13,15,20,24 160: 7,14 176:15 193:3
**american** [2] 73:25 74:2
**among** [1] 78:22
**amount** [5] 39:18 126:22 153:11 176:13 178:6
**anand** [6] 1:13 4:10 85:20 100:11, 19,25 121:19 150:14 192:4
**anatomy** [24] 17:8,9 36:13,21 37:3, 9,15 39:4,21 40:4,13 41:9 42:11,19 43:3 47:17 49:12,18 50:17 51:16 52:20 53:24 54:5,11
**and/or** [1] 161:24
**anguish** [3] 178:24 179:3 181:13
**anish** [1] 87:10
**announcing** [1] 143:16
**annoyed** [2] 94:5,12
**another** [6] 22:15 25:4 38:18 99:14 145:17 149:14
**answer** [6] 5:3 112:13 141:4 171: 20
**answered** [2] 85:18 97:13
**answers** [2] 11:6 94:4 186:2
**anthony** [1] 148:13
**anybody** [7] 33:23 45:25 67:16 121: 6 125:24 149:8 188:2
**apart** [1] 125:21
**appeared** [1] 186:17
**appears** [11] 48:6 49:24 57:22 88:6 94:3 113:6 116:23 118:12 131:4 135:24 150:16
**application** [25] 12:10,14 13:7 129: 25 130:3 131:5 132:3,25 133:3,6,8, 14,19,22 134:5,9 141:23 159:5,6,9, 10,11 165:2,3 173:16
**applications** [6] 129:12 130:7,12 132:7,10 134:8
**applied** [6] 11:15 132:22 135:4 147: 2 152:22 166:22
**applies** [1] 146:21
**apply** [9] 11:22 111:5 131:19 132: 15 147:22 164:24 167:12 173:17

174:9

applying [5] 11:18 12:19,22 128:25 129:7
approach [4] 50:16,23 67:10,14
approached [1] 159:4
approaching [1] 67:15
approved [3] 158:18 159:5,7
approximately [2] 9:10 10:16
april [34] 13:23 14:9 36:18,19 37:22, 23,25 51:17 76:13 78:2 80:3,7,21 84:2 88:7 89:25 90:4,6 99:4 100:2, 14 106:7 108:5 112:12 127:13,16 131:23 134:16 163:17,23 155:7 158:21,22 171:6
aren't [2] 142:24 187:18
arguendo [1] 157:5
around [20] 8:3,6 12:19 14:9 23:2 38:9 40:23 47:2 58:8 64:11 71:9 75: 14 97:15 125:16 128:24 129:5 149: 13 165:9,19 167:11
arrested [2] 189:15
arts [1] 7:10
ased [1] 40:19
aspect [1] 41:4
assign [2] 26:16 27:6
assistant [4] 24:3 28:6 50:7 186: 21 187:12
associates [1] 7:23
association [2] 73:25 74:3
assume [1] 12:5
assuming [1] 157:5
astonished [1] 31:12
attached [3] 139:2,8 180:14
attempted [1] 79:24
attempts [1] 141:12
attend [4] 9:11,20 14:14 110:23
attended [1] 10:23
attention [1] 141:7
attorney [1] 177:19
attorneys [1] 177:21

august [27] 17:21 19:24 24:14 32: 23 55:6,9 56:8,11 58:22 64:11,20, 23 68:4 76:16 77:2 98:21 99:7 142: 4 145:24 146:3,10,14 148:2 168:12 172:24 181:20,24
authorized [1] 82:16
automatically [1] 66:7
available [6] 65:14,16 78:19,25 89: 9 171:9
avenue [1] 1:22
average [2] 21:20 22:7
aware [3] 90:9 147:12 159:22
away [6] 18:14 19:16,17 31:15 50: 15
ayubia [3] 170:22 171:11 187:9

B

bachelor [4] 7:10,11,12 10:6
bachelor's [1] 10:8
back [24] 6:10 18:13 24:16 38:8,22 55:16 67:20 68:2 76:23 80:3,5 85:3 86:13 112:16 113:21 123:11 127: 11 130:4 138:3,5 144:8 177:3,4 178:2
background [1] 85:16

bad [1] 102:6
bahar [1] 87:3
bar [1] 173:11
barbara [1] 184:12
barred [4] 172:19 173:11,14 174:6
based [13] 32:6 40:2 41:4,18 42:18 44:21 49:17 60:23 71:16,17 74:17 119:21 178:12
basic [14] 16:2,5,8,20 36:5 63:25 66:2 67:17 69:23 157:17 162:4 164: 9,12 168:5
basis [2] 93:14 95:17 104:17 108: 24 151:11
became [2] 104:4 164:7
become [3] 11:20 111:19 164:10
becomes [1] 152:8
beginning [6] 17:21 24:15 46:18, 24 47:12 189:13
behavioral [1] 52:12
belief [1] 114:16
believe [11] 11:23 19:24 20:25 23: 11 30:2 36:18 37:22 39:15 41:16, 21 43:21 54:22,24 60:9 61:2,25 74: 22,24 76:9 81:11 94:9 98:18,25 99: 8 100:9 101:17 105:3 106:14 110: 17 114:20 120:5 124:25 128:6 143: 17 146:11 152:3,22 153:8 154:6,18 155:25 168:20
believed [1] 43:8
belong [1] 93:3
below [2] 90:6 113:24
benefits [1] 178:4
besides [5] 25:19 27:15,21 34:20 54:4,4 64:7 74:17 176:6
best [2] 12:2 64:19 79:5
better [3] 8:15 17:10 110:13
between [7] 3:6 24:19 35:10 69:4 113:16 122:9 132:9
bill [6] 111:17 126:23,24 154:4,5 167:15
bills [2] 127:4,17
binding [3] 163:18 165:24 166:9
biochemistry [5] 17:5,6 28:19,23, 24
birth [2] 133:11,12
bit [1] 31:11
blank [1] 57:8
block [2] 181:15,17
blocked [12] 142:4,7 161:21,22 162: 8,19,20 165:9,19 173:4,15 181:10
blocking [2] 123:3 142:9
blood [1] 194:14
board [18] 73:24 127:21 133:24 135: 7 140:8 147:7 151:15,25 152:2,7,12, 13,16,21,23 153:2,4,6
boat [1] 145:19
bodies [2] 72:18,24
body [2] 75:16,18
book [1] 44:8
booklets [1] 147:18
books [2] 45:13 176:25
born [1] 6:11
boss [1] 84:24
both [6] 107:12 128:17 130:7 134:8 146:20 166:22

bothered [1] 68:16
bottom [1] 188:21
boulevard [1] 179:9
breach [11] 160:3,8,15 162:17 163: 8 170:16 176:14,16,17 183:4,10
breached [5] 164:18 167:23 168: 21 171:18 172:11
break [11] 5:11,13 35:10,12 79:12 143:12,18,20 144:3 163:24 164:4
breakdowns [3] 89:8,11,13
breeched [3] 90:19 161:9,25
bridget [7] 131:17,23 164:23 165:8, 12 172:25 174:13
briefed [1] 163:11
brooklyn [1] 1:16
brought [2] 155:18 180:4
business [2] 161:18 176:4

C

calculate [3] 177:20 178:8,11
calculated [5] 37:4,5,8,13 178:14
calculation [1] 43:7
calculations [1] 177:18
calendar [3] 170:10,17 172:8
call [20] 45:18 56:15 68:13 72:23 83: 15 84:21 85:19 87:9 101:6 112:12 143:6 125:24 126:3,6 173:15 186: 2
called [10] 17:8 68:23,25 74:6 84:7, 8,9 85:17 89:17 93:5,7 96:19 100: 16 113:4 126:9 170:24
calling [2] 17:10 130:11
came [11] 6:21 11:14 22:8 67:16,25 68:2 79:6 92:10 95:20 104:5 130: 15
campus [11] 18:14 19:11 153:14, 18,19,21 154:24 167:25 168:16,18, 18
cannot [5] 4:25 5:12 175:18
caption [1] 135:24
card [3] 13:3,3,4
career [1] 46:22
careful [1] 62:20
carry [1] 52:25
case [13] 94:22,23 95:4,8,10 100:8 150:14 175:4,10 176:2 186:16 187: 6,7
catalog [1] 172:9
cause [4] 95:15 160:2,15,18
causes [1] 159:24
center [5] 5:22 8:9 29:5,8,14,17 31: 4 56:22
certain [5] 16:24 21:19 90:22 128: 22 182:7
certificates [1] 104:11
certification [13] 3:8 73:17,19 74: 7,8,10,18 75:20 76:6 82:4 92:22 105:17 194:2
certificationcs [1] 93:2
certifications [5] 73:22 74:14 104: 12,23 106:5,13 114:24 161:2
certified [2] 152:25 166:18
certify [5] 182:4 194:8,13
chance [5] 113:3 118:9 121:20 150: 21,23

change [5] 23:20 25:23 28:11 52: 22 63:3
changed [10] 19:11,14 21:8 26:11 63:3 61:16,20 62:24 71:5,12
changes [2] 52:21 147:21
changing [1] 53:2
charge [4] 26:2 29:16 43:23 56:22
check [5] 90:22,24 130:20 149:12 178:2
checked [2] 159:7 165:4
chemistry [1] 10:4
choice [2] 32:4,6
choose [1] 12:25
circumstances [1] 19:14
citizen [1] 6:14
city [2] 9:18,21
claim [4] 160:9,16 168:10 172:12 176:18 186:5
claimed [1] 176:8
claiming [5] 151:8 169:9 176:18
claims [6] 5:6 176:15 181:8 185:5 187:6,15
claire [1] 186:20
clarify [1] 159:20
class [51] 17:14 22:6 26:18 28:23 30:20 31:6,25 32:5,19 34:21 35:5 40:13,25 44:12 45:9 51:22 54:17 55:11 59:14 60:21 62:3 71:8 74:21 76:12 82:14 86:25 88:23 91:7 96: 21 97:7 103:25 105:15 108:12,13, 17,21 109:9,10,13,18,25 110:5 111: 6,16,18 126:14 135:13,15 157:6 181:22 190:10
classes [18] 7:17 8:19 15:14 17:13, 16 34:12,16,20 35:2 36:20,24 51:14 54:11,15 64:17 80:6 153:12 190:12
classmates [4] 162:15 187:13,14, 20
clause [1] 160:4
clear [1] 173:13
clerkship [4] 82:6,7,10,13
client [2] 130:24 131:16
clinical [21] 24:6 68:3,14 67:11 69: 21 74:20,22 82:6,7,10,13,17 122:3, 6,12 143:10 164:14,15 167:7,9 168: 5
clinicals [1] 110:9
close [1] 128:4
clue [1] 156:5
college [9] 9:18,21,25 12:11 55:22 8,19,18,21,25 12:11 55:22 181:10
colly [1] 184:14
come [6] 6:16 21:21 37:7,12 67:19 134:23 155:22 156:8,10,11 176:22 189:2
comes [3] 25:4 28:24 93:8
common [1] 11:8
communicate [3] 86:3 100:22 138: 13
communication [2] 27:15 186:12
community [1] 180:23
compiling [1] 43:24
complain [1] 45:17
complaint [11] 33:8 46:10 159:13, 15,20,24 160:7,14 176:15 183:9 193:3

A515

complete [4] 47:7 63:6 95:5 162:5
completed [3] 134:8,16 164:13
completing [1] 66:21
component [1] 59:13
components [1] 128:18
comprehensive [2] 157:9 164:16
comprised [2] 73:7 107:20
computer [1] 126:12
computers [1] 167:16
concern [3] 60:7,8 66:16
concerned [5] 59:10 60:3,25 94:3 97:19 102:3
concerning [25] 16:13 18:3 23:20 27:16 33:8 35:18,19 36:24 42:11 46:5 47:16 50:17 54:15 62:11 66:22 68:13,20 69:10 113:19 126:3 170:22 175:6 179:3 181:8 186:5
concerns [2] 34:23 66:10
concluded [3] 36:17 64:10 100:13
conditions [1] 96:13
conducted [1] 42:18
conferred [1] 100:11
confusing [1] 97:23
confusion [1] 169:14
congratulated [1] 164:23
congratulations [2] 185:13,14
connection [2] 12:13 136:13
considered [1] 28:22
consisted [1] 131:17
contact [6] 49:25 79:24 80:12 146:13 173:20,23
contacted [1] 47:16
contend [1] 162:17
continually [1] 6:7
continued [1] 190:19
contract [10] 160:4,9,16,20,21 176:14,16,17 183:10 185:5
conversation [46] 27:9 28:17 31:14 42:8,21,22 43:15,18 45:14 49:11 50:9,18,22 62:12 69:9 77:12 80:24 81:8 83:3,9 85:2,25 86:5 94:16 99:10 100:23 102:20 108:4 111:23 112:8 113:16 114:15 115:8 116:9 149:7 154:24 155:2,3,6,13,17 156:16,18 182:17 184:17 186:25
conversations [28] 12:18 27:15 33:5,20,21 45:25 83:12,14,18 85:6 113:18 116:13 124:7,10 125:8,12,13,14 135:7 149:11,20 170:22,25 184:21,25 185:21,24 186:23
convicted [1] 189:17
copies [2] 174:2 175:20
copy [19] 18:23 19:5 20:4 22:18,24 37:24 38:17,18 44:6 57:19 79:17 117:23,25 118:22 130:22 136:6 148:24 172:10 174:17
cornell [1] 8:9
correct [44] 15:11 17:24 21:4,11,12 23:13 27:2 36:3 37:10 39:14,16 41:20 45:9 56:23 61:13 63:18 65:15 67:20 77:23 89:25 90:9 112:17 117:15 122:20,21 131:6 132:15,22 133:17 134:10 138:8 140:4,6 145:10 146:7 153:18,23 154:10,11 159:3 161:10 176:11,19 183:15

correctly [1] 97:14
correspondence [7] 135:9 146:9,12 148:24 175:23,25 182:17
costello [26] 2:4,4,6 19:9 21:24 22:20 23:8 47:4 71:18 105:20 129:2,19 130:23 131:14 139:7 149:2,16 150:18 154:12 166:2 169:21 170:3 174:19 177:13,25 183:2
couldn't [1] 97:20
counsel [2] 3:6 130:9
counselor [1] 166:3
counted [1] 45:3
county [17] 17:19,25 8:13,18 125:4 136:2,14 150:15 179:8 188:9 194:4
couple [1] 189:12
coupled [1] 41:17
course [8] 8:25 22:17 23:21 26:23 27:13 28:23 30:4,7,11 31:22 32:12,14,20,22 33:2,9,25 34:2 39:21 40:4 41:5,9,11 42:12,19 43:24 49:18 51:16,25 53:4,24 54:20 58:16,17 59:5 61:7 63:7 70:2,16,20,25 71:4,14,22 72:2,20,22 77:6 76:15,15 77:4,7,15 79:13,16,23 81:14,22 82:11 83:20 84:12 88:9 92:12,21 93:21 99:2,5,8 102:9 103:10,19,22 104:8 108:2 107:20 108:7,11,16,22 109:3 111:25 113:19 114:19 117:10 118:20,23 119:3,11,13 122:16 126:7 128:14,15 134:10,21,22 137:17 138:22 141:17 143:9 154:7 157:19 158:3,5,6,7,8 159:2 163:21 182:2,3
courses [20] 14:14 16:13,24 17:2,24 21:3 34:24 36:9,11 51:22 52:4,16 55:19 56:14 58:5 63:21 66:11,13,21 67:17 69:22 70:5,24 147:5 151:24 157:17 164:8,12 167:14 191:2,4,5
court [16] 1:2 3:21 4:25 100:9 102:25 125:5,17 136:2,14 150:15 155:5 159:23 173:13 175:4 186:17 188:25
coutinho [1] 183:6
cramatta [1] 186:20
created [1] 181:12
credit [2] 95:19 96:14
credits [2] 16:15,18
crime [1] 189:17
cryo [1] 17:8
cullen [1] 1:15 2:8 4:18
currently [5] 5:16,18 136:24
curriculum [9] 15:24 16:9,21 36:6 64:2 69:24 164:9,12 167:8

D

damages [3] 176:8 180:8 181:8
dasrath [205] 1:13 4:10,14 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1,25 50:1 51:1 52:1 53:1 54:1 55:1

56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1,20 86:1 87:1 88:1 89:1,24 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1,12 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1,7 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1,19 122:1,2 123:1,4 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1,25 136:1 137:1 138:1 139:1 140:1,22 141:1 142:1 143:1 144:1 145:1,24 146:1,4 147:1 148:1 149:1 150:1,14 151:1 152:1 153:1 154:1 155:1 156:1 157:1 158:1 159:1 160:1 161:1 162:1 163: 169:1 170:1 171:1 172:1 173:1 174:1 175:1 176:1 177:1 178:1 179:1 1 176:1 181:1 182:1 183:1 184:1 185:1 186:1 187:1 188:1 189:1 190:1 191:1 192:4
dasrath's [2] 130:16 150:16
date [49] 1:9 13:13,19 14:23 15:5 20:6 38:24,25 48:4 57:16 58:6,7,10 71:10 78:13 87:24 99:18 113:2 116:3,10 118:8 121:15 124:2 126:8 128:5 129:14 133:10,12 135:22 140:17 144:15 145:21 150:10 155:23,24 156:2 158:20,21 159:17 172:6
dated [18] 13:23 20:11 38:11 48:7,8 57:21 88:7 89:24 113:7 116:15 118:13 121:17 124:4 130:3,5 131:12,15 144:18
day [7] 44:18,19 76:11 165:8 173:6 191:13 194:18
days [2] 118:14 169:6
dean [3] 24:3 50:3,5,7 167:9
deans [4] 28:6 49:25 51:3 81:3
dear [1] 49:24
death [1] 14:18
december [7] 34:11 35:8 61:19 62:25 68:5 69:4 163:20
decide [1] 126:10
declined [1] 187:3
defendant [4] 1:14 118:12 138:11 151:8
defendant's [2] 13:17,22 20:5,9 38:9 48:2,5 57:14,18 66:8 87:22 88:5 99:17 112:24 113:4 115:25 118:6 123:24 129:13,18,23 130:9 135:20 139:3 140:15,18 144:13,17 145:19 160:9 159:16 172:5
defendants' [6] 116:15 121:13
defer [1] 111:24
degree [11] 7:8 9:4,7,24 10:3,12 162:5 178:23 181:11,11,16
degrees [1] 9:8
delay [2] 14:23 15:5
delayed [2] 14:19,20
demand [1] 154:21

denied [2] 121:25 122:5
deny [1] 122:22
department [4] 26:2 28:19,25 37:15
deposed [2] 4:21 188:21
deposition [3] 3:9,18 169:17
desalu [4] 29:16,18,23 31:5,15 32:10 33:21 56:20,21,25 59:4 60:15,16 62:12
desalu's [1] 62:6
described [1] 69:23
deserve [2] 161:20 162:10
despite [4] 143:16 152:5 158:2 169:9
details [3] 45:23 113:12 184:20
development [1] 17:8
deviations [1] 100:21
devry [3] 98:17 186:8,13
devryu.net [2] 78:6 114:12
differ [1] 170:3
difference [1] 132:9
different [8] 21:23 73:16,19,22 89:5,16 132:7 168:4
difficult [1] 98:13
direct [2] 141:7 165:11
directed [1] 47:2
disappointed [2] 61:5 180:12
disappointment [1] 180:8
discriminate [2] 170:9,11
discrimination [1] 172:12
discuss [15] 33:15,19 39:7 50:14 53:18 94:14,18 101:5 121:5,8 156:6,25 169:18 170:3 187:7
discussed [23] 10:24 11:12 21:3 28:17 31:14 33:6,17 42:2 43:15 48:20 56:18 114:16 155:10,12,17 162:2 182:18 183:5 184:9 185:8 187:23,25 188:2
discusses [1] 124:5
discussing [7] 50:10 51:2 54:10 58:17 89:21 116:13 157:3
discussion [6] 23:19 25:8 54:4 110:19 169:14 189:9
discussions [5] 62:5 112:7 169:23
dismissed [1] 190:4
dismissing [1] 159:23
distress [1] 178:24
district [1] 1:2
dkyman [1] 1:15
doctor [4] 11:21 54:4 179:2 187:18
doctor-patient [1] 34:19
doctors [3] 33:6 75:13 183:18
doctrine [1] 17:12
document [21] 13:15,17 14:3,8 20:13,15 57:12 58:12 87:20 88:10 118:4 121:11 131:21 136:5 139:2 140:23 144:10 160:12 170:19 176:7 182:7
documentation [3] 177:9,17 178:20
documents [13] 12:5,12 47:24 48:15 129:10 130:15 131:10 139:8 161:7 175:12,14,20 182:24
doing [5] 51:14 75:13 90:17 124:13 175:8

dominica [24] 15:16,17 18:14 19: 11 26:7 67:19 69:14 85:22 86:17, 18,21 87:9 113:10 120:5,15,24 153: 15 157:17 167:25 168:4,6,9 170:13 177:3
done [3] 103:12 159:4 180:15
door [5] 60:19,20,23 120:15,24
dormitory [1] 178:25
double [1] 10:11
down [2] 58:13 79:12
dropped [1] 13:4
drugs [1] 189:20
due [1] 68:22
duly [2] 4:3 194:10
dunbar [1] 183:17
dunn [1] 184:9
during [31] 8:17 16:23 34:13 35:23 47:9 51:21,22 52:5 53:18 54:9 64:7 66:20 69:8 76:10,24 81:7 82:11 84: 18 100:23 102:19 103:19,22 104:6 108:4 111:23 112:8,11 125:25 134: 7 143:18 155:17
dykman [2] 2:8 4:19

**E**

e-college [5] 88:24,25 89:7,15,18
e-mail [45] 27:17 47:21 48:20,23 49: 3,7,10,23 51:7 53:7,16,19 55:25 85: 9,12,14 86:4,10 87:22 88:6,19,22 89:9,20,23 90:5 97:19 112:16,24 113:6,9,14,17,22,24 185:17
e-mailed [2] 90:21 116:4
e-mails [6] 47:22 48:2,7 86:7 149: 11 182:13
each [4] 44:24 47:22 73:16,18 101: 14,15,16 131:9
earlier [11] 21:3 89:2 99:12 103:6 108:12 142:19 155:10 158:3 162:9 163:5 183:15
early [5] 19:24 24:14 64:23 80:21 84:2
earned [2] 100:12,25
earning [1] 178:7
ecfmg [10] 134:2 135:7 145:25 146: 4,10,18 147:13,18,23 148:20,25 149:8 152:19 173:21 174:22 182: 18
education [3] 9:17 46:18 47:9
educational [2] 169:2,5
effect [3] 3:20 83:7 173:4
effective [1] 163:16
effectively [2] 145:3,4
effectuate [1] 63:3
eight [3] 138:25 167:4 160:17
eighteen [2] 167:6,19
either [7] 24:13 27:17 28:15 111:23 125:9 151:23 174:22
electronically [1] 56:4
eleven [1] 177:12
eligibility [1] 147:21
eligible [9] 152:16,21 157:24 164:7, 10 165:11 173:2 174:14
employed [5] 5:18,20 7:17,18 8:18
employment [9] 6:8 10:19 188:15
end [22] 18:8 19:23 27:8 28:16 31:

13 32:22 34:10 40:25 42:2,7 44:17 80:6 83:8 84:25 96:13,15,22 104: 10 108:2 126:25 127:15 128:4
enduring [1] 170:15
enrique [4] 70:11 132:13 164:25 171:4
enroll [1] 138:11
enrolled [7] 15:10,24 134:9,14,19 142:24 143:4 145:13 146:19 147:3, 5,6,10,14 148:13 151:9,17,23 152:4, 6,11,13,20,24 153:4,6,7
entail [2] 16:11 16:9
entails [1] 16:10
entirety [1] 150:19
entitled [3] 99:25 136:3 163:23
entry [4] 118:22 119:2,7,9
epi [2] 110:16,24
epi-dermanolog [1] 91:5
epi/biostatic [1] 90:25
epi/biostatics [1] 91:3
erratic [2] 98:4,9
esq [2] 2:6,10
esqs [3] 1:15 2:4,8
essay [5] 72:9,14,15 92:19,25 93:6, 8,10,18,20,23 94:10,15 95:15 101:3, 20,21 102:13
essays [1] 72:16
essentially [1] 100:20
even [3] 43:9 142:11 157:5 165:16, 18
eventually [2] 80:16 86:24
everything [4] 79:15 153:15 155: 16 165:5
exact [1] 71:10 83:2 128:5
exactly [7] 25:3 32:16 38:23 58:9 68:16 82:23 103:16
exam [36] 21:20 22:6 30:17,21,22, 24 31:18 40:7,9,13,21,22 41:18 51: 8 52:15 55:8 59:12,19,20,23 60:15 63:11 65:17 67:23 73:14,18,24 74: 11 75:21 76:5,7 92:4,6,14,16,25 101:2,2,9,11,13,14,15,18,22,25 102: 3,8,13 104:18 105:23 107:21 110: 17 127:22 128:8 133:3 134:24 135: 6 136:17,25 138:12 139:19,24 142: 11,12,14,23 143:2,4 145:9,13,14 146:15,21,22 147:3,9,9,21,22 151: 10 157:9,10,25 161:3 164:16 173: 18 185:15
examination [10] 1:12 4:6 29:5,7, 14,17 31:4 127:21 173:12 192:3
examinations [1] 29:24
examined [1] 4:5
examining [1] 133:24
exams [42] 17:23 18:3 29:9 30:2,6, 12,13 31:21 32:2,3,6 41:8 45:9 51: 20 59:16 60:17 61:6 66:23 67:25 68:3 71:25 72:4,6,7,12,15 73:10, 13,16 74:9,18 75:23 81:16,19 92:7, 9,9,22,23 104:9 174:10
exan [1] 142:20
except [6] 3:13 38:23,25 60:22 97: 14 110:23
exchange [1] 49:10

exchanges [4] 48:21,23 49:3,7
excuse [1] 94:6
exempt [1] 110:15
ended [6] 13:15,18,21,22 20:5,10 38:10 48:7,8 49:23 51:6,7 57:15,18 66:6 87:23 88:5 99:15,17,25 112: 20,22,25 113:4 115:2 116:2,10,15 118:4,7,12 121:14,17 123:22,25 124:3 129:24 130:2,4 131:3,22 135: 18,21,24 140:16,18 144:14,18 145: 17,20,23 160:9 161:9 161:7 172:2,5 154:13 169:16 161:7 172:2,5
exhibits [8] 48:3,6,11,12,13 51:4 129:13,23 193:2
exist [1] 91:18
exists [1] 97:3
expected [1] 55:10
expelled [1] 189:23
expenses [1] 177:7
experience [1] 119:22
explain [2] 19:13 21:7 57:23 98:12 122:5 148:16 151:11 162:11 174: 12 180:7,10,18
explained [2] 45:21 81:15
explaining [1] 53:7
explanation [2] 19:15 148:12
extent [3] 105:18 149:2,4 160:6 174:19
extra [1] 96:14

**F**

face [2] 25:14,15
face-to-face [1] 84:5
fact [1] 169:9
factual [1] 169:16
faculty [2] 46:15,16
fail [8] 53:14 81:19 99:5 107:8,10,22 126:14 157:6 160:10
failed [19] 22:16 32:19 51:5 93:9 94: 1 90:2,8 101:2,18 106:2,14 109: 12 126:14 138:22 154:9 158:2 168: 8 169:9 190:10
failing [44] 33:22 77:3,6,10,15 78: 22 81:13 90:9,10,12,15,18 91:12,22 92:11 93:16 94:7 95:16 98:17,18, 23 100:12 104:18 106:19 108:10,17 114:11,12,15 126:16 135:13,14 137: 12,16,23 147:25 164:17 168:4,6,7 168:12 181:25 184:3 190:6
fails [1] 109:19
fair [8] 47:4 93:13 128:13
fall [4] 11:25 33:3 34:2,13
false [2] 96:23 97:4
family [4] 14:7 84:3 168:25 180:8
far [8] 22:2 40:10 53:24 81:18 83:16 96:6
fare [1] 177:2
fashion [1] 161:18
feeling [1] 178:25
fees [2] 176:25 177:19
felt [1] 61:25
fernandez [43] 70:12 79:25 80:13, 17,25 81:5 84:3 88:7,22 89:20,24 90:5,12,21 94:15 97:19 99:11 100: 10,16,19 101:6 102:20 108:5 109:

23,24 111:22 112:4,8,12,14 113:11, 17 114:10 115:7 123:2 132:13 154: 21 158:19 159:5 165:2 171:4,9 187: 3
fernandez' [4] 77:17 84:24 186:21 187:12
ferpa [1] 169:3
ferri [1] 114:2
few [2] 75:4 85:23
fifteen [2] 16:18 183:5
fifth [6] 65:21,23 66:21 67:4,18 68: 25 74:5,17 100:13
file [6] 33:7,12 46:4 62:9 130:16,22
filed [4] 46:10 125:4,9 136:13,16,19
filing [4] 3:7 33:13 46:8 125:17
filled [3] 13:4 133:7
final [45] 18:9,16 30:8,17,19,21,22, 24 31:17 40:7,9 45:4 52:25 54:21 59:17,23 64:15,21 67:23,25 68:2,2 73:14,15 76:5,7,14 90:13 92:19,25 93:5,8,10,18,20,23 94:14 95:16 101: 2,13,14,15,18 103:23 104:2 107: 19 119:14
finally [1] 4:16
finals [1] 111:3
find [5] 32:13 56:11 59:3 71:11 137: 7
fine [2] 12:17 170:5
finish [2] 5:3 176:2
finished [6] 67:16 134:14 153:15, 19,21 168:18 175:4,10
first [6] 4:3 16:16,25 18:4 20:17 33: 9 35:20,24 38:14 48:17 49:23 56:6 62:23 67:7 73:2,5,16,22 78: 15 82:15 84:17 85:11,25 86:4 87:4, 6,11,12 91:12 93:19,22 95:10 100:6, 10 102:23 106:6,9,12,16,21,25 107: 13 113:9 115:2 126:13,15 131:12 132:11 133:7,14 134:13 141:11 145:2,12 146:11 157:16 161:6 167: 3,3 176:19
five [20] 45:7 72:6,11 73:13,21 74: 13 75:23 81:15 82:2,3 92:22 93:2 104:12,22 105:5,12 114:24 150:25 160:17 163:19
flaws [1] 153:11
focus [1] 160:8
follow [7] 21:22 29:22 31:8 38:6 177:16 182:25 183:2
follow-up [4] 23:7 113:11 149:17 189:12
followed [1] 24:25
following [7] 23:9 108:17 109:3 124:5 143:10 168:16 190:19
follows [4] 4:5 168:25
force [1] 3:20
forgot [1] 189:14
forgotten [1] 54:7
form [3] 3:14 12:10 159:6,6 165:3
formal [1] 46:4
forth [2] 176:8 194:10
forty-five [1] 169:6
forwarded [2] 12:13 159:8
found [4] 47:13,15 56:6 78:20
four [16] 6:4 7:6 16:22 42:5 51:24

52:17 54:11 63:17,22,25 64:4,22
75:9 96:12 163:16 166:6
**fourteen** [1] 141:8 165:14 166:5,12
**fourth** [1] 65:22
**fraudulent** [1] 184:3
**friday** [2] 113:7,25
**friends** [4] 78:22,23 79:5 86:24
**front** [1] 97:6
**full-time** [1] 178:17
**fully** [1] 157:24
**further** [3] 3:12,17 9:16 45:14,24
83:11 85:5 124:23 127:3 165:22
171:11 191:8 194:13

**G**

**garbage** [2] 180:21 181:7
**gary** [2] 194:6,21
**gather** [1] 40:23
**gathered** [1] 83:3
**gathering** [1] 140:24
**gave** [4] 43:5 62:2 159:6 168:12
**general** [3] 32:18 35:23 179:11
**generally** [3] 24:21 162:2 163:12
**genetic** [1] 21:15 31:17
**genetics** [21] 17:7 18:9,17,21 21:9,
10 22:16 23:21 25:23 26:2 27:13
28:23 30:4 33:9 34:21 35:5,18 64:5
108:12,18 126:14
**gentleman** [2] 26:25 27:3,4
**george** [2] 121:9,18
**gestures** [1] 11:7
**gets** [1] 161:14
**getting** [1] 79:7
**gilmer** [8] 121:9,18 122:14 123:9,
17 124:5,22 125:10
**give** [19] 18:15 21:18 27:12 55:7 78:
9 94:25 95:2,14,24 97:16 98:9 115:
12 138:20 165:2,3
**given** [12] 30:7 32:7 44:9 65:6 70:
16 76:2 97:5,7 103:18 158:19,23
194:12
**gives** [1] 162:4
**giving** [7] 61:25 96:20,22,24 98:5,6
162:25
**goal** [1] 11:18
**got** [2] 93:11 112:16
**gotten** [1] 167:3
**grade** [163] 18:9,12,17,18,20 19:14
21:7,9,11,15 22:2 23:12 25:23 26:
12,22 27:16 28:11 29:21,24 30:24
31:2,5,17,21 32:5 33:8,22 35:18,19
37:3,5,6,8,16,18 39:4,7,13 42:11 43:
4,10,24 44:8 45:4,13,25 46:6 47:2,
17 50:17 51:2 52:20 53:3,13,23 54:
5,11,15,19,21 55:3,5,10 56:7 57:3,5
58:19 59:10 60:3 61:15 62:11,16,
24 64:7,22 65:5 66:17,19,23 67:24
68:20 73:6 74:17 76:15,17 77:4,6,
11,15,19,23 78:16,21 79:13,14,22
81:10 82:19 83:5 89:8,11,13,19 90:
9,11,13,13,15,18,25 91:2,13,23 92:
3,12 93:20 94:7,15 95:16 96:10 97:
24,25 98:3,7,14,17,18,23 100:12 102:
17 103:23 107:19 108:10 110:12
114:12,15,21 117:10,24,25 119:10,

13,14,25 122:15 135:13,15 136:22
137:12,16,23 138:4,7,9,20,20 147:
25,25 154:17 158:5,7 165:8 168:12
181:25
**graded** [8] 29:11 39:23 73:4 75:19
81:22,24,25 108:3
**grades** [48] 18:3 20:17,20 21:23 22:
11,14 23:15 29:25 34:24 36:24 45:
8,10,15 49:12 52:21 55:18,23,25 56:
13 58:5 63:21 65:2,14,16 66:11 69:
11 71:15 78:12,18,24 88:8,23 90:11
91:9,9,10 98:5,6,9 104:7 114:11
120:9,18,20 163:23 184:3 190:7
**grading** [3] 56:22 60:21 163:20
**graduate** [8] 7:14 8:24,25
**graduated** [1] 9:13
**graduation** [1] 7:16
**great** [1] 23:4
**grievance** [8] 33:7,11,14,15 46:5
62:10
**grill** [1] 28:3,4,5
**gross** [7] 36:13,21 37:3,9,15 39:4,
21 40:4,13 41:9 42:11,19 43:3 47:
16 49:12 50:17 51:16 53:23 54:5,
10
**ground** [2] 4:24 177:4
**group** [2] 40:24 110:23
**guess** [3] 10:9 21:6 104:6
**guidelines** [1] 168:25
**guiterrez** [1] 183:14
**gutterrez** [1] 70:12
**guttery** [1] 70:13
**guy** [1] 90:16
**guyana** [1] 6:12

**H**

**h-o-u-g-h-t-o-n** [1] 24:7
**hand** [1] 11:7 104:9 194:18
**handbook** [20] 117:6,18,22,24 118:
2 140:10,13,15,20 143:9 157:8,21
160:24 163:8,15,17 166:8,9 168:20
170:8
**handbooks** [1] 132:18
**handled** [1] 186:15
**handouts** [1] 182:20
**happen** [2] 78:19 173:8
**happened** [9] 32:10 63:4,5 71:2 85:
23 92:2 112:11 172:20 187:17
**happy** [1] 97:16
**hard** [4] 57:19 162:25 164:5
**havonic** [1] 184:5
**head** [2] 28:18 37:14
**hear** [4] 16:7 85:19 116:5 171:10
**heard** [4] 85:15,21 87:17 175:22
**heart** [2] 73:25 74:2
**held** [2] 1:14 189:10
**help** [4] 171:22,24
**helpful** [2] 6:4 11:8
**helps** [1] 66:6
**hereby** [3] 5:3,9 194:7
**herein** [1] 194:10
**hereto** [1] 194:17
**hereunto** [1] 194:17
**high** [2] 105:7 107:12
**histology** [3] 17:7,11 34:18

**hold** [3] 175:9 176:3,5
**holding** [2] 138:3,5
**home** [4] 22:22 68:2 69:3,9
**hospital** [15] 7:19,25 8:9,14,16,18,
19 10:15,20 70:18 74:23 75:3,10
188:10,20
**hospitals** [1] 112:5
**houghton** [7] 24:4 26:24 27:21 50:
2,4 51:3 52:19
**houghton's** [1] 25:6
**housed** [1] 15:20
**housing** [3] 15:21,22 176:25
**human** [1] 71:24
**hundred** [16] 40:16 41:3 43:6,9,22
44:3,11,16 45:3 49:16 55:4,7 59:11
60:4,9,25

**I**

**idea** [2] 79:6 166:11
**identification** [19] 13:18 20:6 48:3
57:15 87:23 99:18 112:25 116:2
118:7 121:14 123:25 129:14 135:
21 140:16 144:14 145:20 150:10
159:17 172:6
**identified** [1] 160:18
**identify** [1] 160:21
**immediately** [7] 80:9,16 108:16
109:14 126:16 145:4 147:23
**immunology** [2] 52:8 66:9
**inactive** [1] 152:9
**inc** [1] 186:13
**includes** [1] 169:4
**incomplete** [14] 59:2,6 61:12,16,
22 62:7 63:10 66:24 67:8,11 68:10,
20 71:3,6
**incorporate** [1] 43:5
**incorporated** [1] 75:22
**incorporating** [1] 49:16
**incorrect** [2] 52:20 133:15
**incurred** [2] 170:13,14
**indication** [2] 181:23,25
**individual** [3] 44:25 146:20,22
**individuals** [1] 181:7
**influence** [2] 189:19,21
**inform** [3] 145:3 147:23,24
**information** [10] 94:25 96:23 97:4
115:7 124:18,21 125:20 147:18
150:3 175:6
**informed** [5] 100:19 122:14 137:2,
4 145:15
**informing** [1] 124:12
**inspect** [1] 169:4
**instead** [1] 66:18
**instruct** [1] 106:15
**integration** [1] 164:15
**intense** [2] 180:3,4
**intention** [2] 162:7 172:22
**interested** [1] 194:16
**internal** [3] 120:6,17 179:16
**internet** [1] 102:15
**interrogatories** [5] 172:2,4,14
176:6 193:4
**interrogatory** [4] 171:21 172:17
182:10 183:5
**introduced** [1] 129:22

**introduction** [4] 66:8,14 69:20
164:14
**invested** [1] 123:6
**invited** [3] 153:24 164:22,23
**involved** [4] 12:8 169:20 188:5
**island** [5] 8:23 9:5,11,17 67:16
**issue** [8] 35:17 59:9 96:5,7 120:5
137:12,16 188:15
**issued** [10] 18:9,16,18 66:11,18 67:
24 119:15 161:13 161:3 184:3
**issues** [10] 18:2,6 35:19,22 36:23
37:2 54:14 63:20 64:6 66:22 171:
12 179:25
**item** [2] 21:14 172:11
**items** [8] 90:22 101:5 162:23 163:4
171:15 176:10
**itself** [1] 63:5

**J**

**january** [7] 35:16 36:2,12,16 57:21
69:2,4,14 70:9
**jennifer** [2] 2:10 4:17
**jersey** [5] 159:8 167:10,13,13,20
**job** [1] 93:13
**john's** [3] 6:24 7:5 10:13
**joseph** [1] 2:6
**judge** [2] 169:10,15
**judy** [4] 85:17,18,19 185:25
**july** [12] 20:11 38:11,14,16,19 48:8
51:7 135:3,6 136:10 143:23 146:6
**jumping** [1] 38:9
**june** [10] 48:7 124:4,24 139:12,16
144:18,23 148:8 151:14,18

**K**

**keep** [2] 171:8 187:19
**kelly** [3] 146:2 148:20 184:18
**kept** [1] 29:12
**kevin** [1] 179:6
**kick** [1] 62:21
**kind** [1] 170:25
**kings** [6] 7:18,24 8:13,18 188:9 194:
4
**knock** [1] 50:20
**knowing** [1] 46:23
**knowledge** [21] 22:4 29:24 33:10
49:9 60:22 63:10 74:25 79:5 89:15
91:18 102:18 106:16,18 107:12
108:2 110:21 121:2 123:19 133:16
139:20 187:16
**knowledgeable** [1] 187:14
**knows** [2] 184:11,13

**L**

**lab** [3] 59:19,20
**language** [1] 151:20
**large** [1] 110:23
**last** [18] 7:22 16:21 17:14 44:17,19
63:23 65:25 76:11 87:4,7,11,13,14
96:12 115:2 127:6 143:6,9 170:7
**late** [8] 9:12,22 24:13 36:19 37:22,
22,25 64:23 78:2 80:21 84:2 171:6
**later** [2] 108:23 170:4
**laugh** [2] 25:14,15
**laughter** [1] 76:25
**lawsuit** [17] 4:20 5:7 125:4,9 136:

13,16,20 161:9 179:21 180:2,4 185:
21 187:15,23,25 188:6,22
**lawyer** [5] 5:11 148:18 188:3
**lawyers** [2] 186:15,16
**lead** [1] 50:19
**learn** [7] 37:7,12 77:10,14 102:11,
16,19
**learned** [5] 67:7 77:3,6 102:24 103:
24
**learning** [7] 40:20 41:4,18 42:18
44:21 49:17 60:23
**least** [1] 100:16
**leave** [5] 8:13 50:20,21 67:19 141:
21
**leaving** [1] 10:19
**lecture** [5] 91:8 96:16,18 97:10,20
**led** [1] 94:8
**left** [5] 21:25 67:22 80:9 178:16 191:
3
**letter** [84] 13:8 14:11 21:10 27:17
37:5,8 42:5 46:4 52:22 62:10 115:
25 116:21,23 117:3 118:14,17 121:
13,17,23 122:10 123:17,24 124:3,6,
16,23 125:4 142:8,22 143:16,24,25
144:13,18,20 145:8,19,24 146:3,24
147:20 148:8,19,21 151:13,18 152:
5,12 153:10 160:25 161:5,10,13,25
162:4,18 165:10,12 173:24,25 174:
8,18 185:7,13
**letterhead** [2] 13:24 20:11
**letters** [5] 125:20 149:10 164:2 174:
3,22,25 182:7
**level** [1] 17:23
**license** [1] 191:6
**line** [5] 100:10 113:9 115:2 145:2
193:7
**list** [4] 21:2 90:11 107:6 176:10
**listed** [1] 121:2
**listen** [5] 23:23 25:9,10 27:24 33:11
**listing** [1] 90:16
**little** [1] 31:11
**live** [2] 5:17 82:17
**living** [2] 177:7 178:7
**located** [2] 26:6 179:7
**location** [2] 70:17,19
**log** [1] 91:23
**logged** [5] 89:2,14 90:19 98:16 102:
16
**logical** [1] 158:5
**long** [6] 6:2 7:24 8:23 9:5,11,17 17:
19 24:19 162:12
**long-standing** [1] 94:13
**longer** [4] 152:15 165:10 173:2 174:
14
**look** [37] 13:21 20:9 23:2 48:11 55:
22 57:17 74:8 81:9 82:18 84:12,15
85:2 86:12,16 87:25 94:21 95:8 99:
21,22 105:6,8 113:3 116:17,19 118:
10 121:20 128:7 129:17 131:2,3
136:4 143:8 144:16 145:22 149:13
163:14 186:10
**looked** [2] 26:14 161:7
**looking** [2] 11:19 172:14
**looks** [4] 17:24 103:3 129:24 130:5
**loss** [1] 178:21

**lost** [3] 178:4,6,23
**lot** [5] 68:17 91:16,20 180:4 181:12
**lots** [1] 91:19
**low** [1] 101:3
**lower** [1] 37:5
**lunch** [1] 144:4
**luncheon** [1] 144:5

**M**

**m.d** [2] 161:22 162:20 181:11
**made** [6] 48:9 52:23 81:11 122:13
141:23 169:17
**mail** [1] 20:25
**mailbox** [1] 13:5
**mailed** [5] 37:19 38:13,15 57:4 65:
3
**maintain** [3] 22:24 79:17 191:5
**maintained** [2] 6:7 130:22
**makeup** [1] 51:25
**managed** [1] 77:16
**manipulated** [1] 155:4
**many** [11] 7:4 16:15,19 30:6,12,13
40:3,5 71:23 72:4 95:4
**march** [3] 128:6,21 130:5 131:12,
15,16,17,19 132:12,21 134:8 135:
14,24
**mark** [18] 13:14 19:25 47:24 57:11
87:19 112:21 115:23 118:4 121:10
123:22 129:9 135:18 140:12 144:
10 145:16 150:5 159:13 171:25
**marked** [42] 13:17,22 20:4,9 29:10
48:2,5,12 49:23 51:7 57:14,18 59:5
63:10 66:5 87:22 93:12,25 99:17,
25 112:24 115:25 116:15 118:
121:13,16 123:24 124:3 129:12,17
135:20,23 140:15,18 144:13,17 145:
19,23 150:8,12 159:15 172:4
**marker** [1] 194:6
**marking** [2] 59:5 68:11
**marriage** [1] 194:15
**martin** [11] 37:14 39:9,10 41:24 42:
9 43:4,13,23 44:15 49:15 185:8
**marvin** [1] 142:15
**masters** [2] 10:5,9,11
**match** [1] 105:9
**material** [1] 127:18
**matter** [5] 102:25 107:24 125:5,17
186:18 194:16
**mclaughlin** [56] 2:10 4:7,18 13:14
19:2,25 22:3,22 23:5 38:5 47:23 67:
11 76:19,23 87:19 88:4 99:14 105:
10 112:21 115:22 118:3 121:10
123:21 127:8 129:3,9 130:13,25
135:17 139:9 140:12 144:3,8 145:
16 148:23 149:4,14,18 150:5,20
154:15 159:12 166:4 169:11,24
170:5 171:25 174:16 175:19 177:
15 178:19 182:6 189:7,11 191:7
192:4
**md** [1] 178:23
**mean** [21] 21:16 57:24 58:25 77:8
111:14 119:18 137:20 162:11 167:
5 178:22 183:24 189:4
**meaning** [1] 124:8
**means** [5] 88:12,16,17 111:15 180:

19
**meant** [4] 47:9 88:15 123:13 172:9
**medical** [22] 5:21 8:9 11:21 15:25
17:6,6,11 20:18 30:5 60:18 73:24
127:21 146:18,19 148:14 151:9
152:4 162:14 179:19,23,24 182:13
**medicine** [19] 10:22 15:16 16:11
50:8 66:8,15 67:11 69:21 140:19
145:5 160:24 164:14,15 166:7 179:
16
**meeting** [5] 32:9 44:18,20,21 62:6
**meisenberg** [8] 28:21 29:2,14,19,
21 31:4,9 32:10
**member** [2] 46:15,16
**members** [1] 180:9
**memo** [6] 99:17,21,23 102:24 103:
4 169:25
**memorandum** [2] 100:2 155:9
**memory** [1] 104:17
**mend** [1] 157:14
**mental** [3] 17:8 178:24 181:12
**mention** [1] 115:9
**mentioned** [6] 102:21 115:15 123:
9 143:25 155:13 183:4
**mentioning** [1] 123:12
**merits** [1] 157:23
**merola** [2] 194:6,21
**met** [2] 4:16 61:9
**miami** [5] 62:22 69:15 70:17 78:9
80:2 95:23 153:22 155:23 156:8
157:19 170:14 177:3,4 183:12,19
**michael** [3] 144:19 183:17 185:2
**microbiology** [2] 52:8 66:9
**mid-term** [5] 30:8,18 51:11 55:8
59:12,15 60:5 61:2 63:11 101:2,9,
11 111:3
**mid-terms** [1] 55:4
**middle** [1] 64:20
**might** [19] 19:7 38:3 53:13 62:21
65:14 81:10,12 82:19 84:2 94:9
mind [4] 14:2 23:9
**mini** [2] 61:8 52:15
**minus** [3] 95:15,20 96:2,6
**missing** [1] 133:15
**monday** [1] 89:9
**monetary** [1] 180:13
**money** [10] 123:5,8,11 126:22 161:
17 162:7 176:24 178:6 188:12,14
**montague** [2] 1:16 2:9
**morning** [4] 4:14,15
**most** [2] 5:4 183:6
**motion** [2] 139:2,8
**move** [2] 15:17 179:10
**ms** [58] 4:7 13:14 19:2,25 22:3,22
23:5 25:6 26:24 27:21 38:5 47:23
57:11 76:19,23 87:19 88:4 99:14
105:10 112:21 115:22 118:3 121:
10 123:21 127:8 129:3,9 130:13,25
135:17 139:9 140:12 144:3,8 145:
16 148:23 149:4,14,18 150:5,20
154:15 159:12 164:23 166:4 169:
11,24 170:5 171:25 174:16 175:19
177:15 178:19 182:6 189:7,11 191:
7 192:4
**much** [7] 27:10 38:2 40:9 107:19

161:17 162:6 174:4
**multiple** [2] 32:3,6
**must** [9] 9:12 51:13 110:22 111:2
147:22 151:23
**myself** [1] 173:13

**N**

**name** [22] 4:8,17 26:4,20,20 34:7,9
57:20 60:12,13 78:4 79:13,16 87:4,
5,6,7,11,11,12,13,15
**names** [3] 70:15 87:2 179:5
**nancy** [2] 83:23 185:25
**nassau** [1] 179:8
**national** [3] 73:24 76:9 127:20
**nature** [1] 181:14
**nbme** [17] 127:19,20 128:14,22 129:
6 157:9,12,20,23 158:9,12,17,22
159:11 164:16,22 185:15
**need** [5] 5:10 65:8,10 177:17 178:
19
**needed** [1] 181:21
**neuro** [2] 36:13,20
**never** [19] 31:23 102:21 103:21 111:
9,9,11,21 115:20 126:9 143:24,25
145:15 153:18,20,24,25 167:16 178:
13 190:10
**new** [26] 1:16,17 4:4,13 8:8,15,18
10:15,19 69:3 80:3,5,10 133:18,21
134:4 159:8 167:10,13,13,20 177:2,
3 188:19 194:3,7
**next** [10] 26:15 32:11 51:6 112:22
115:23 135:18 141:17 157:22 172:
2 173:6
**nice** [1] 4:18
**nine** [4] 141:16 143:5,9 163:23
**nobody** [4] 23:22 27:24 124:13 177:
10
**nods** [1] 11:7
**none** [1] 143:3
**norm** [1] 100:21
**northern** [1] 179:9
**notary** [5] 1:17 3:19 4:4 191:15 194:
6
**noted** [1] 191:9
**notes** [9] 96:16,17 97:9,11 115:4,14,
18,20 182:16
**nothing** [2] 25:20 66:25
**notice** [1] 62:23
**noticed** [1] 68:10
**notification** [1] 78:24
**notify** [1] 135:12
**november** [1] 179:8
**number** [18] 34:14 35:15 50:2 70:
14 73:3 85:7 96:12 172:16 176:7,
23 177:12,24 179:4 180:13 183:5
187:4
**numbers** [2] 21:22 177:9

**O**

**objections** [1] 3:13
**obligation** [1] 161:16
**obtaining** [4] 161:22 162:19,20
181:16
**obviously** [1] 188:3
**october** [10] 161:2 172:19,20 173:8,
10 174:5,17,23 175:23 194:18

**office** [31] 24:11 25:7 30:3 42:25 97:25 98:3,6,15 107:2 116:24 119:20 120:2,24 124:6,8 133:23 135:16 136:22 137:14,18,21 141:24 156:10, 11 159:8 166:25 167:9,13,20 173:11 182:18

**offices** [1] 1:15

**official** [10] 22:14 23:12 24:20,25 65:13 77:6,8 117:11,14 138:9

**officially** [4] 15:7 152:23,25 161:15

**officials** [1] 182:14

**often** [3] 72:25 75:2 187:21

**okay** [9] 11:10 19:9 160:10,13 165:5 168:19 172:10,22 181:4

**old** [1] 53:21

**once** [4] 75:5 76:3 106:4 152:8

**one** [90] 11:5 15:4 17:4,6,7,11 28:5 33:12 40:14,16 41:3 43:6,8 44:3,11, 15 45:3,11 49:16 52:7,7,11 54:18 55:3,4,7,11 56:9,10,14 57:3 59:2,14 59:12 60:4,9,11,25 61:10 62:8 63:18 64:7 70:6,7,11,12,12,20,25 71:3 73:13,16,23,24 74:3,6 76:8 77:17 83:15 87:3 93:3 95:7,24 97:14 105:8 110:12 130:11,17 131:12 132:11 134:13,14 146:6 151:7 154:23 155:3,6 157:7,10,16 161:6 164:24 167:25 168:6 176:19 183:18 184:6 185:12 187:11 188:6

**ones** [2] 49:5 187:22

**only** [21] 5:12 12:23,24 22:12 34:20 49:6 55:17 63:9 84:25 70:21,25 71:21 72:9 81:5 91:12 95:7 103:22,23 139:2 160:2 168:19

**operate** [1] 123:10

**opinion** [1] 162:3

**opportunity** [2] 122:2,6

**opposition** [2] 150:8,13

**oral** [3] 40:22 42:20,22

**order** [10] 1:14 63:3 128:14,18 139:24 151:22 152:20 157:20 159:23 166:20

**orders** [1] 173:13

**ostracized** [2] 180:16 181:9

**other** [81] 11:5 12:12,22 22:5 23:15 27:23,25 33:5,8,16 34:12,16 35:17, 19,22 41:10,11 45:10,22 47:22 49:3, 4 51:13,20,21,25 54:3 55:19,21 56:13 59:16 61:16 62:11 63:13,15,21 64:6 69:22 70:4,23 78:23 81:3,21, 24 83:11,13 86:19,20,22,24 87:18 104:14 105:14 110:2 113:18 120:25 146:14 150:2 153:13 156:17 162:16,23 164:3,3 170:12 171:15, 16 172:22 174:21 176:14 177:7 181:6,8 182:23 185:20 186:16,16 188:2,6 189:2 190:7

**others** [1] 111:23

**otherwise** [1] 11:6 52:23 56:4 82:16 149:7

**out** [33] 13:4 21:18 32:13 37:4 47:13,15 56:7,11 59:3 62:21 71:11 78:20 91:13,14,23 101:4 102:12 104:5, 16 133:7 137:7 162:13 185:6

**outcome** [1] 194:16

---

**over** [6] 4:17 28:8 31:5 134:22 142:19 186:10

**overtime** [1] 188:14

**owed** [2] 188:12,14

**own** [2] 120:6,16

## P

**p.m** [1] 191:9

**package** [1] 131:18 132:2,3

**page** [30] 22:11 113:25 123:5 130:8,10 136:5 141:7,15 143:5,8 150:25 151:7 157:4,21,23 159:21 160:17 163:16,19,23 164:6 165:14 166:4,6, 12 167:6,18 168:13,22,24 170:7,10 190:20 192:3 193:7

**pages** [3] 130:11,17 131:4

**paid** [3] 161:17,19 162:6 177:20 188:13

**paper** [1] 94:25

**papers** [1] 174:8

**paragraph** [9] 115:3 136:23 138:10,25 141:9,14 146:17 151:7 157:4 187:14 151:21 75:20 81:13 101:15,16 131:18,22 132:2 154:13 164:24,24 169:12 172:17,18

**part** [9] 16:11 49:17 72:20,21 75:20 81:13 101:15,16 131:18,22 132:2 154:13 164:24,24 169:12 172:17,18

**particular** [4] 19:15 40:14 45:11 187:14

**parties** [2] 3:7 194:14

**parts** [6] 41:10,11 60:23 81:21 82:2,4

**pass** [14] 34:2 35:2 36:20 82:8,15 92:16 107:7,10,22,23,23 128:8 158:25 182:3

**pass/fail** [1] 105:2

**passed** [18] 35:4 74:10 101:16 104:22 108:16,21,24 128:17,22 141:11 154:7,19 164:8,11,16,22 182:2 185:14

**passing** [9] 101:15 104:17 114:21, 23 128:11 157:9,16,18,20

**password** [1] 78:8

**past** [2] 119:21 178:12

**pathology** [20] 52:7,9,11 54:18 55:10 56:7,9,10,14 57:3 58:2,13 59:11 60:4,11 61:10 63:18 64:7 66:8 71:3

**patient** [1] 17:11

**patients** [1] 182:17

**pay** [8] 8:15 111:19 126:22 164:4,22 161:19 167:15 168:4

**paying** [1] 177:23

**payments** [1] 123:14

**pbl** [1] 44:20

**pe** [2] 110:16,16

**penalize** [1] 153:11

**penalized** [1] 53:9

**penalties** [1] 52:25

**pending** [1] 5:13

**penmanship** [9] 94:5,9,11,18 102:4,6

**people** [13] 11:8 27:24,25 33:16,18 47:2 55:24 87:18 94:12 97:7,15 106:15 107:6

**percent** [20] 40:17 41:4 43:6,9,22 44:3,11,16 45:3,7 49:16 55:4,7 58:7

---

**12** 59:11 60:4,9,25 92:18 93:23 107:15,18,25

**percentage** [5] 31:16 40:2,10 41:2 45:3

**percentage-wise** [1] 73:11

**perez'** [2] 124:8 185:25

**performance** [2] 114:19,21

**period** [2] 126:25 143:19

**permission** [2] 158:19,23

**perri** [17] 83:23,25 84:18,22,23 85:20 112:15 113:7,14,21 116:4 121:18 122:25 124:5 125:16 138:16 187:4

**perri's** [1] 169:25

**person** [10] 26:25 28:7,9 29:16 42:24,25 46:22 47:20 80:18 93:12

**personal** [1] 45:16

**personally** [3] 109:7 123:13 184:16

**pete** [1] 70:12

**pharmacist** [5] 5:25 7:23 8:11 112:5 190:16

**pharmacology** [4] 9:9 10:10 52:7 66:7

**pharmacy** [7] 3:11,12 8:24 191:5,5

**phase** [2] 167:7 168:5

**phone** [26] 28:8 42:24 80:14,18,19 81:4 83:15 84:5,6 85:10,11,14,15, 22,25 94:16,19 99:11 100:17,23 112:11 114:3,6 149:7 182:16 186:3

**phony** [6] 90:11 91:17,19 114:12,14, 17

**physical** [3] 105:22 107:21 110:17

**physiology** [2] 36:14,21

**place** [1] 169:22

**placed** [1] 104:3

**places** [1] 120:25

**plaintiff** [2] 1:13 88:7

**plastic** [5] 71:23 72:18,24 75:16,18

**please** [7] 4:8 5:9,11 20:2 81:9 87:20 90:24 129:10 144:11 150:6 182:15,24 183:2

**plus** [9] 18:10,14,17,21 19:21 21:11 23:21 25:23 28:12

**point** [20] 12:4 15:18 16:3 17:22 24:23 39:23,25 47:13 64:14 67:3,6 68:8 90:8 97:24 111:5 125:3,15 132:15 142:2 151:20 153:13 164:21 169:20

**pointed** [1] 110:7

**points** [19] 39:17,20,24 43:5 74:24 96:14,21,22 97:2,8,17,20,21,22 103:14 104:15

**policies** [2] 120:17,20 121:2

**policy** [5] 22:2 120:22,23 146:18 147:13

**poor** [3] 94:5,9,11

**portion** [9] 90:9 22:5 31:25 41:18 43:6 44:4,11,16 71:22 72:15 74:20 91:6 93:20 107:14,20,21 102:8,13

**position** [2] 5:23 6:3

**possible** [4] 101:4 102:12 120:10, 21

**post** [2] 55:23 120:17

---

**posted** [17] 55:18,25 79:10 88:9,23 102:15 119:13,16,18 120:10,14,20, 23 122:15,19,19 138:23

**poster** [1] 13:3

**posting** [1] 114:11

**postings** [3] 129:5,14

**practical** [3] 71:22 72:21,24

**practicing** [1] 162:15

**practitioner** [1] 179:11

**pre-register** [4] 111:14,15,17,18

**pre-registered** [3] 111:10,11 153:25

**pre-registration** [2] 127:18 154:3, 6

**precedes** [1] 158:12

**prepared** [1] 29:10

**prerequisite** [3] 157:10,12,15,18, 19 158:9,10,16

**presented** [1] 197:13

**presumably** [2] 11:18 65:18

**presume** [4] 16:23 17:22 64:12 123:3

**presumed** [1] 11:15

**pretty** [2] 38:2 174:4

**prevent** [1] 139:18

**prevented** [1] 157:7

**previously** [1] 115:3

**print** [1] 79:20

**printout** [1] 79:20

**prior** [17] 44:10 49:10 50:10 65:6,9, 12 66:23 77:19 78:12 91:23 100:4 136:16 146:10,13 172:24 188:17,19

**privacy** [1] 169:2

**privy** [1] 169:15

**probably** [5] 5:4 24:18 27:11 32:15 161:4

**probation** [1] 10:25

**probblem** [1] 41:4

**problem** [8] 18:11 29:20 40:19 41:18 42:18 44:21 46:25 49:17 50:14 60:23 86:11,21 94:13 117:20 163:2

**problems** [4] 179:19,20,23,25

**procedure** [3] 31:9 32:18 163:20

**procedures** [2] 29:22 126:12

**proceed** [2] 117:20 162:4

**proceeded** [1] 129:5

**proceeding** [1] 181:11

**process** [3] 141:23 162:25 166:19

**produce** [3] 182:15,19,24

**produced** [8] 130:10,14,21 175:21 177:8 182:8,11,14

**production** [2] 130:11 182:12

**profession** [1] 178:21

**professor** [14] 26:17,22 27:20 34:4, 5,6 40:25 42:17 60:10,14,20 70:6, 10 183:11

**professors** [4] 70:8,14 181:5 184:7

**program** [4] 15:25 69:18,19 123:6

**progress** [2] 103:24 122:16

**progressed** [1] 17:22

**proof** [4] 81:24,25 82:3 114:22

**properly** [3] 37:4,9,13

**provide** [5] 105:20 124:15 148:12 175:11 177:13

provided [7] 24:18 77:20 124:19
134:5 161:12 175:5,15
provision [5] 163:10 164:18 165:
15 167:23 170:7
provisions [2] 161:24 168:20
psychological [1] 181:13
psychologically [1] 163:25
public [1:17 3:19 4:4 191:15 194:
6
purportedly [1] 171:17
purposes [2] 53:2 170:2
pursuant [1] 1:14
put [5] 10:24 23:5 38:5 105:10 175:
9

## Q

queens [5] 4:12 125:4 136:2,14
150:15
question [12] 3:14 5:3,9,13 16:7 93:
11 127:7,11 141:5 154:16 160:7
172:15
questioning [2] 90:14 91:20
questions [8] 5:6 97:13,16 160:8
189:12 191:8
quiet [4] 53:9,20 62:14 68:18
quotation [1] 169:3
quote [1] 165:11

## R

rather [1] 172:23
re-application [2] 166:20,24
re-register [1] 126:9
re-registering [1] 126:7
reach [1] 185:13
read [8] 48:13 57:19 127:11 150:17,
21,23
reader [1] 195:14
reading [1] 166:3
real [1] 158:20
really [1] 96:7
reapply [3] 138:17,18,19 142:2,5
reardon [1] 195:11
reason [5] 10:18,25 63:9,15 94:10
reasonable [1] 94:6
reasons [2] 63:13 167:25
recall [131] 8:2 12:15,16,21 13:10,
11,13 14:5,8 15:2,6,23 16:6,17 17:2,
14 18:6 20:24 25:3 27:18 30:1,13,
20,23 31:12,19 32:16 33:22,24 35:
21,25 36:16 38:20 39:22 40:11,12,
14 41:7,11 45:8,10,11,22 46:3,23
48:14 49:2,4 52:4 54:8 55:25 56:5
57:8,9 58:9 59:13 64:9,17,25 67:15
68:15,15,21 69:12 70:15 71:10 72:
4,6,14,16 73:3,5,8,12,21 74:6 76:11
77:25 78:5 79:15 80:20 83:2,13 87:
7 92:8 93:7 94:8 95:12 96:3 101:7,
10,24 102:2,7,10,22 103:12,15,16
105:22 108:8 113:13,20 114:5 115:
13 116:12 120:19 125:11,18 126:2,
5 128:5 131:8 136:9,19 137:6,8
147:19 148:22 149:19 150:4 151:4
155:18 156:17,23 157:3 171:13,14
184:24 187:2 188:23
recalls [1] 139:10
receive [31] 7:7 9:4,24 19:20 20:20,

23 22:13 24:21 25:4 37:18 55:10,
13,18 64:21 74:10 76:14 78:24 96:
2 98:20 104:15 115:17,19 117:23
124:18 125:21 127:17 128:10 135:
14 136:21 158:4 174:21
received [53] 13:8 14:12 17:23 19:
8 21:23 22:4,15 37:21,25 38:22 39:
3 41:3 44:3,10,15 56:13 68:5,7,10,
22 59:22 61:3,12 64:14 65:13 67:3
68:8 71:13 74:13 76:25 99:19 101:
8 102:12 103:21,23 104:2 105:13,
14 115:20 117:11,25 118:17 121:4
125:22,23 129:6 145:9 147:17 154:
17 158:6 185:13,17 190:6
receives [1] 169:7
receiving [10] 53:15 65:2,6,9 66:23
101:10 113:13 122:9 161:17 181:
19
recently [1] 179:9
recess [2] 76:21 144:5
recollection [3] 12:2 64:19 114:7
recommendation [1] 132:12
record [7] 4:9,25 19:4 23:6 38:6
76:20,24 100:2 105:11 129:21 130:
14,19 144:9 169:12,19 177:16 189:
8,10 194:11
records [7] 49:6 105:11,19 159:7
165:4 169:5 178:2
recovery [1] 176:11
redid [1] 107:3
reduce [1] 53:13
refer [2] 21:6 177:12
reference [1] 22:12
referred [5] 17:5 26:25 112:15 127:
10 141:4
referring [21] 4:25 13:19 20:7 48:4
57:16 87:24 99:19 113:2 116:3 118:
8 121:15 124:2 127:12 129:15 135:
22 140:17 144:15 145:21 150:11
159:18 172:7
refers [3] 38:12 52:19 114:3
reflect [2] 98:23 114:18
reflected [3] 23:16 41:19,22 43:9
106:19 118:20
reflecting [3] 18:20 19:21 149:10
refused [2] 43:5 55:6
regard [1] 155:21
regarding [5] 52:20 86:8 88:8 121:
19 183:9
regardless [1] 86:18
register [6] 126:10,11,18,21 153:12
167:20
registered [8] 111:20 136:25 141:
17 151:15,24,24,25 167:8
registrar [2] 164:21 181:24
registrar's [13] 97:25 98:3,8,15
119:19 120:2,14,24 135:16 136:22
137:13,18,21
registration [5] 111:20,21 126:12
167:12,14
regret [1] 145:3
regular [3] 52:2 66:19 161:18
regularly [1] 20:20
regulation [3] 120:8 140:7 152:19
regulations [5] 120:6 132:18 140:
21 141:3 160:25 163:17

rejected [2] 133:8,9
relate [1] 188:11
related [21] 21:19 73:18 179:21,25
194:13
relates [1] 180:11
release [5] 124:15,19 142:9 146:
21,23 161:22 165:9,20 172:18,23
173:5 181:17
released [3] 117:15 165:8 173:6
releasing [1] 146:5
relied [1] 182:20
relocation [1] 177:6
rely [2] 182:6,9
remain [4] 141:16 151:23
remainder [2] 130:19 141:19
remained [1] 53:24
remaining [1] 5:6
remediate [1] 192:11
remediated [1] 192:3
remember [91] 12:9 26:4,5,19,20
27:10 34:7,9 37:20 40:3,5 56:22 59:
14 60:13 64:4 66:25 71:15 87:14
92:3 93:16 95:6 101:21 103:9,13
105:7 112:3 163:10 171:19 175:18
184:20,22
reminder [1] 86:10
removed [1] 19:18
rendin [1] 185:2
rendon [1] 144:19
repeat [5] 8:9 32:12,14,16,19,25
64:5 108:6,9,11,15 127:6,8
replied [1] 86:14
report [5] 23:17 52:25 120:18 146:5
156:21
reported [1] 70:9
reporter [21] 4:25 13:19 20:7 48:4
57:16 87:24 99:19 113:2 116:3 118:
8 121:15 124:2 127:12 129:15 135:
22 140:17 144:15 145:21 150:11
159:18 172:7
reporting [2] 69:16 156:23
represent [1] 14:19
representing [1] 177:21
request [31] 14:22,25 16:5 19:4 23:
6 38:6,16 65:5,8,10,11,12 89:9,10,
12 105:11 115:6,11 117:3 123:14
141:12,21 148:24 149:15 166:13,21
169:6,7 175:20 177:15 182:12
requested [5] 19:3 115:3 123:5
124:16 177:10
requesting [1] 122:9
requests [2] 122:11 149:17
require [1] 166:15
required [8] 16:12,16,6 108:11,
15,20 128:14 147:14 166:20
requirement [2] 145:12 151:16
requirements [3] 61:9 119:12 182:
5
requires [2] 119:24 146:18
reserved [3] 3:14
reside [1] 14:11
resolving [1] 169:25
respect [1] 163:18
respected [1] 163:19
respective [1] 3:7

respond [5] 82:20,20 84:14 138:12
156:20
responded [1] 82:21
responding [3] 123:2,2 148:20
response [26] 13:23 28:13 49:20 61:
4 80:15,17 118:17 156:19 182:10
responses [2] 172:15 182:21
rest [2] 109:9,10
restarted [1] 178:11
results [1] 51:8
retake [25] 53:25 62:3 106:15,22
107:3,7 108:20 109:17 110:5 111:6
126:15 140:8 144:13,22 142:5 165:
18,23 166:14 181:21
retaking [1] 107:5
retook [2] 92:14 107:9
return [18] 68:22 122:2,6,11,23 123:
5,7,14 153:13,16,21,22,24,25 154:2,
24 168:15,17
returned [4] 19:10 69:13 153:18,20
reviere [5] 42:15,16,23 44:5 46:12
review [3] 31:21 57:23 169:4
reviewed [4] 14:4 88:10 124:7 140:
22
reviewing [1] 14:2
revised [1] 93:19
reyes [2] 169:10,15
rid [1] 53:22
rights [1] 169:2
rock [1] 45:18
ronnie [1] 183:6
rosemarie [1] 185:11
ross [65] 4:19 8:7 10:21 11:15,19,
22 12:5,13,18,23,24,25 13:24 14:12,
14 15:11,15 20:10,18 21:25 24:21
27:16 29:6 32:19 35:23 46:19 47:7,
10 50:7 51:15 69:10 77:20 83:19
84:18 111:16 113:19 116:24 118:
15 119:25 120:15,16,19 122:8,22
125:25 135:25 139:24 140:19 142:
15,19,22 144:19 145:5,14 150:14
151:17 153:2 154:3 157:8 160:19,
23,25 161:2,9 165:15,19 166:6 167:
22,24 168:21 169:8 170:23 171:17
178:5,10,13 180:17,23 181:24 182:
13,21 185:12 188:15 190:7 191:3
rotate [1] 148:21
rotation [3] 122:3,7,12
rule [1] 11:5
rules [3] 4:24 140:20 163:17
runs [2] 17:20 64:3
rusm [2] 151:23 152:10

## S

salary [1] 178:12
same [14] 3:9,19 6:2 23:16 34:5,6
46:22 58:17 70:24 86:9 87:18 113:
25 159:21 175:15
sat [5] 135:5 142:10 143:22 145:9
147:8
satisfactory [1] 110:13
saturday [1] 90:6
saw [8] 13:2 39:4 48:17 58:21 79:
10,16,18,22 93:23 98:17 100:7
102:24

Case 11-2531, Document 54, 10/07/2011, 412560, Page235 of 237

# A521

saying [18] 11:7 42:4 47:12 85:22 87:18 102:22 120:13 131:9 152:13 153:5 167:22 169:22 172:23,24,25 174:14

says [44] 21:11 22:10 58:11,19 83:4 86:18 88:13,22 90:24 91:12 92:18 94:21 95:8,14 97:12 100:10 107:2 113:10 115:3 123:4 136:24,24 137:9 138:10,25 140:7 141:9,16,20 143:10 145:2 146:17 147:20 151:8 162:8,15 157:5 163:16 166:12 167:7 169:25 170:10 176:2 177:6

scan [5] 72:9,10,11

scheduled [3] 143:12 158:21 163:24

school [44] 8:23 10:22 14:19,23 15:15,25 20:18 30:5 46:5 50:8 56:23 60:18 62:10 106:24 121:25 123:12 124:20,23 125:8,15 132:18 134:19 137:2 138:11,14 139:4,6 140:19 142:8 145:5 146:19,20 148:7 152:5,20,24 153:4,7 160:23 161:15 162:14 166:7 178:17 189:24

school's [3] 70:17,19 106:18

schooling [1] 176:21

schools [4] 10:23 11:12 12:23 190:7

science [25] 10:7,9 16:2,5,8,20 36:6,13,21 52:13 63:25 66:2 67:17 69:23 143:10 157:17 164:9,12,16 168:5

sciences [1] 167:9

score [43] 30:24 40:15,16,18,19 41:2,17 44:7 45:13 61:16 62:7 63:11 83:19 101:3,12 103:21 106:9,11 107:11,13,16 128:11 129:6 142:9 146:5 149:21,24 157:24 161:23 162:13,20 165:13,20 167:3,4,5,6 172:18,23 173:5 176:3 181:18,19

scored [10] 20:17 43:22 49:17 55:3,7 60:4,9 105:3 107:12

scores [25] 21:17 22:7 30:25 31:6,21 40:13 41:8,13,15,17 60:14,17 103:13,16,19 104:7,10,20,25 105:4,9,12,14,19 118:20

scoring [1] 59:11

sealing [1] 3:8

second [13] 24:15 25:13 38:16 48:8 63:23 94:21 95:8 107:16 131:21 132:25 133:3,6 134:14 136:5 141:12 146:17 157:18 160:15

secretary [2] 85:17 185:25

see [25] 19:21 53:15 57:5 58:10 79:9 88:11 89:19 90:12,18,25 104:5 115:10,16 117:10,19,21 119:10 120:4 124:11 144:23 145:6 146:23 148:19 179:17,22

seeing [5] 14:5,8 44:15 48:14 55:25

seeking [2] 176:11 180:7

seemed [1] 31:11

seems [5] 29:20 100:18 114:11 162:7 169:13

seen [9] 20:12 88:18 100:3 140:25 144:20 165:13 169:8 179:2,4

seena [3] 131:24 165:9 172:25 174:13

seena's [1] 165:12

segment [4] 16:9 36:6 42:18 143:10

segments [1] 16:20

semester [5] 16:16,25 17:17,19 18:4,8 19:23 20:17 21:4 24:15 33:9 34:10,13,14 35:7,14 36:3,15 38:12 51:18,24,25 52:3,16 63:17,22,23,25 64:3,4,8,10,18,22,22 65:21,23,23,25 66:4,22 67:4,19 68:23,24,25 70:20 75:24 100:13 103:19,22 108:16 109:13 122:4,7,13,24 126:15,25 127:13,16 128:5 163:2 168:16

semesters [4] 16:19 35:11,20,24

sena [1] 131:17

send [9] 89:12 111:17 125:19 126:22 154:5

senior [2] 27:3 8:11

sense [1] 100:14

sent [19] 13:4 24:23 47:21 86:9 123:17 126:24 127:3 133:19,22 142:8 155:4 172:25 174:13 175:17 181:4 185:6

sentence [1] 141:20

sentences [1] 121:24

separate [3] 75:15,23 93:2

september [1] 1:9 24:14 33:3 64:25 119 111:25

series [1] 65:5

serve [1] 53:2

session [1] 144:7

sessions [1] 110:23

set [4] 24 176:8 194:10,17

settled [1] 188:13

settlement [2] 169:14,23

seven [5] 129:25,25 130:8,8,10

seventeen [3] 141:18 163:24 164:4

seventeen-week [4] 143:12,18

several [7] 70:8 73:2 118:14 119:6,8,14 170:12

shall [2] 3:9,14

she's [1] 87:9

sheets [2] 29:11 30:2

short [2] 35:12 76:21

shortly [4] 65:17 128:12,21 144:25

show [11] 66:5 91:19 112:19 121:16 135:23 139:2 150:12 167:24 168:3,6,9

showed [4] 25:12,13 44:8 171:22

showing [5] 44:10 45:12 88:4 99:24 116:14

shown [1] 123:12

shows [2] 88:22 163:20

sign [2] 77:16 91:19

signature [1] 116:20 131:9 136:6,7,8 151:2

signed [7] 3:19,20 131:15,16,22,23 151:5

signing [2] 136:9 151:4

similar [1] 70:4

simply [1] 167:15

since [9] 6:8 66:5 119:7 149:8 165:7

13 175:23 177:23 191:3

sit [5] 96:21 128:15,18 132:14 142:25

site [20] 77:19,23 78:5,20 79:7,9,18,19 88:25 89:14 90:19 91:17,24 98:17 102:16 104:3 114:13 122:19 138:8,24

sites [1] 77:17

sitting [4] 100:4 136:17 139:19 146:14

six [4] 130:12,17 138:10 163:20

sixth [6] 68:23,23 122:3,7,12,24

sixty [5] 21:15 22:5 58:12

skp [1] 6:10

small [2] 40:24 110:23

soap [9] 96:15,17,20,20 97:12 103:5 115:4,14,20

society [2] 17:12 34:19

solely [2] 32:6 176:13

somebody [4] 32:15 85:15 107:2 148:20

somehow [1] 79:19

someone [4] 56:15,16 109:19 145:25

sometime [7] 8:3,4 9:22 13:12 64:23 68:4 171:6

sometimes [5] 30:10 93:8 94:24 95:23 102:5

somewhere [2] 15:21 38:3

soon [3] 84:3 120:10,20

sorry [14] 17:23 24:10 29:4 38:9 51:21 56:10,19 63:24 68:7 80:6 109:5 114:2 127:15 155:6

sort [5] 22:7 39:25 62:9

sought [1] 176:8

sounds [1] 21:24

speaking [4] 4:25 29:19 84:3 132:20

special [2] 158:19,23

specialist [2] 179:12,13

specific [3] 92:8 154:13 155:23

specifically [13] 13:11 27:12 30:14 73:8 144:19 145:25 151:14 163:11 166:8 168:14 175:16 186:9,24

spell [1] 24:5

spelled [1] 24:6

spend [1] 7:4

spent [2] 112:4 176:24

spoke [5] 25:25 27:16,19 32:15 37:9 61:5 81:5 84:18 86:19 100:16 123:16 124:22 125:15 171:16 183:14

spoken [2] 184:15 187:9

sponsor [3] 165:15,25 166:16

sponsored [9] 139:23 140:4 141:12,22 142:11,13,15 166:13,17

sponsors [1] 165:22

sponsorship [6] 137:3,5 138:2 142:20,23 144:2

spring [5] 11:25 25:13 13:12 128:2,3

st [3] 24:7 5:10 10:13

staff [4] 180:25 181:2,3 185:12

stand [2] 104:16 189:5

standards [1] 100:20

stands [1] 97:6

start [10] 14:23 15:5,7 16:24 35:14 36:2 126:8 131:8 161:5 168:5

started [6] 6:5 17:16 29:19 51:17 65:18 71:7

starting [4] 14:15,19 17:17 36:15 89:9 110:2,5 111:24

starts [2] 82:8,11

state [9] 1:17 4:4,8 49:24 130:13 142:22 172:18 194:3,7

stated [7] 27:12 109:22 132:17 157:20 165:17 167:24 180:6

statement [11] 93:15 95:18 108:25 128:13 129:20 151:12 157:11 167:19 169:16 172:25 174:14

states [13] 1:2 6:13,17 67:20 121:24 151:14 152:19 164:6 166:8,8 168:14,23,24

stating [4] 22:16 165:10 174:9 185:13

status [1] 126:4

stay [5] 59:20 62:14 68:18 97:8

staying [1] 96:15

step [20] 82:9,16 120:2,3,4,7 131:5 132:4 134:24 136:25 137:24 139:19,24 142:16 146:7 147:7 148:13 157:7,10,13,25 159:2,11 161:3 164:7,11 165:5,7 185:15

still [10] 7:17 38:5 80:3 86:10 112:13 113:10 136:21 160:3 170:15 176:3

stimulating [1] 85:21

stipulated [3] 3:5,12,17

stonybrook [5] 5:21 190:13

stopping [1] 122:16

strange [1] 98:5

street [3] 1:16 2:9 4:12

stress [3] 180:3,4 181:13

strike [1] 169:12

student [26] 6:20 15:20,22 44:25 46:11,12,14,17,24 47:5,10 63:21 95:15 117:4,6,9 141:20 146:19 148:14 151:9,15,16,22 162:8,14 161:14

student's [5] 52:21 157:8 169:5

students [22] 44:22,24 45:19 86:19,20,22 140:20 141:10,16 143:3 164:4,7,10 166:15,17 166:7,13 167:7,19 168:14 180:24 184:4

students' [1] 120:9

studied [2] 6:21 161:20

studies [2] 47:7 170:13

study [1] 6:23

studying [1] 6:25

stuff [1] 82:17

subjective [1] 95:13

submit [2] 12:5 119:25

submitted [1] 132:11

submitting [1] 13:6

subsequent [1] 124:7

substively [2] 185:5 187:5

subway [1] 177:5

succeed [1] 50:3

successful [1] 151:2

successfully [1] 164:13

sudden [1] 63:4

suffered [1] 162:12

**suffering** [1] 179:24
**suggest** [1] 160:19
**summer** [11] 51:21,22 52:5 54:12
64:11 109:2,4,6,8,8,20
**supplied** [1] 19:6
**supplies** [1] 177:2
**supply** [1] 178:3
**support** [1] 136:4
**supporting** [2] 177:9 178:20
**supports** [1] 177:17
**supposed** [5] 33:19 39:19 55:5
168:9 173:5
**supreme** [8] 100:9 102:25 125:5,
17 136:2,14 150:15 155:5
**suspect** [2] 13:12 91:10
**suspended** [2] 11:3 190:2
**suspicious** [1] 104:4
**sworn** [3] 3:20 4:3 194:10
**system** [2] 39:24,25

**T**

**table** [1] 40:24
**talked** [6] 27:21 78:22 89:2 99:12
163:5 187:12
**talks** [2] 51:7 58:13
**taught** [1] 183:19
**teaching** [1] 5:25
**telephone** [2] 100:11 101:6
**tells** [1] 86:20
**ten** [7] 75:7 96:14,22,25 97:8 172:
16,17
**test** [14] 22:7 71:20,21 73:17 106:19,
25 137:10,13,16 138:2 149:8
**testified** [2] 4:5 188:24
**testify** [2] 189:4,21
**testimony** [2] 194:9,12
**tests** [6] 40:2,3,6,22 93:4 104:7
**theorhetical** [1] 16:10
**theory** [2] 16:13 36:8
**thereafter** [2] 128:22 144:25
**therefore** [1] 130:10
**third** [2] 36:3 157:19
**thirteen** [2] 164:6 176:7
**thirty** [1] 157:21
**thomas** [1] 184:5
**though** [4] 104:6 142:11 165:16,18
**three** [9] 35:15 56:14 64:3 75:8 110:
9 121:23 151:7 157:4
**throughout** [1] 46:22
**title** [3] 5:24 7:20,22
**today** [9] 14:6 22:21 48:15 100:4,11
142:3 188:3 189:20
**tony** [4] 170:22,24 171:11 187:9
**took** [16] 24:14 17:3,23,23 18:14 19:
16 21:4 30:5 34:18 40:4 61:6 63:18
66:7 74:9 75:23 81:15 86:24 97:11
99:22 101:16 106:10 116:19 127:
23 129:5 134:24 147:9 148:12 149:
8 151:9 153:3 158:13 165:7 169:22
191:4
**top** [1] 160:18
**touch** [1] 187:19
**toward** [1] 45:4
**toxicology** [2] 9:9 10:10
**transcript** [73] 12:11 18:19,24 19:5,

19,21 20:4,16,19,24 21:2 22:14,16,
19,25 23:12 24:17,20,20,24,25 25:5,
12,13 26:14,15 29:11 30:2 37:19,21,
25 38:11 39:3 55:13,17,20 57:4,14,
22 58:4,6,22 64:15 65:3,6,9,13 67:4
68:8 71:13 77:2,9 98:19,20,22 117:
4,9,12,14 118:6,13,16,19 119:20
120:2,18 121:5 122:10,20 125:22
137:22 182:10 194:11
**transition** [1] 148:5
**transportation** [1] 177:4
**traumatized** [2] 163:25 164:2
**treated** [5] 161:21 162:10,17 180:
20 181:6
**tremendous** [1] 153:10
**trial** [1] 12:3 15
**tried** [8] 23:22 24:2 27:23 28:2 49:
25 51:5 85:7,11 91:18
**tron** [1] 72:11
**trons** [2] 72:9,10
**troy** [1] 184:12
**true** [2] 157:11 194:11
**try** [9] 23:24 45:17 49:21 80:12 85:9
**trying** [2] 26:19 53:8
**tuition** [5] 112:9 123:14 156:6 161:
20 176:25
**turn** [1] 167:11
**turned** [2] 37:4 165:9,19
**twelve-week** [1] 143:11
**twenty-five** [3] 168:23,24 170:8
**twenty-three** [1] 168:13
**twice** [1] 166:22
**two** [32] 9:8 24:22 30:15,16 34:14,
20 35:13,20,24 47:24 48:2,6,11,13
51:8 62:15 66:7,9,9 69:7 73:25 100:
20 103:4 112:5 119:16 126:3 129:
10,12 132:6,10 134:7 161:22
**typically** [1] 30:6

**U**

**u.s** [1] 168:25
**ultimately** [1] 181:12
**unaware** [1] 169:21
**unconscionable** [1] 92:19
**under** [4] 28:24 95:13 143:9 189:19
**undergraduate** [2] 7:8 10:12
**underneath** [1] 22:10
**understand** [7] 5:8,14 53:6 57:24
60:6 98:11 160:11
**understanding** [3] 118:25 167:18
181:20
**unfair** [1] 161:23
**united** [4] 1:2 6:13,16 67:20
**university** [59] 4:19 5:7,21 6:24 7:
5 8:7,23 9:5,11,17,19,21 10:13,21
11:16,19 13:24 15:11,15 20:10,18
29:6 33:7 35:23 50:7 69:10 84:19
116:25 119:25 122:8 135:25 139:
25 140:19 142:16,25 146:7,14
6,10,14 150:14 153:2 160:23,25
161:9,16,16 166:7,25 168:23,24
169:6 171:17 180:17 182:13,21
188:18 190:8 191:3
**university's** [1] 141:24
**unofficial** [7] 22:11 23:16 24:17,19,

24 38:10 138:24
**unofficially** [2] 77:11,13
**until** [7] 10:16 98:14,21 103:22
104:10 110:12 148:2 167:2 173:12
175:3,9 181:23
**up** [26] 21:21 23:9 24:25 38:6 55:16
74:8 79:6 88:21 91:20 93:8 95:23
96:13 97:9,12 105:8 124:6 128:7
155:19 167:25 168:3,6,7,9 177:16
182:25 183:3
**upcoming** [3] 122:3,7,24
**upgraded** [1] 90:25
**upward** [1] 52:21
**useful** [1] 50:18
**usmal** [2] 82:9,16
**usmle** [70] 128:15,19,25 129:2,4,7,
12,24 130:2 131:5,19 132:4,14,22
133:23 134:24 136:17,25 137:24
138:12 139:19,24 141:11,13,22 142:
5,9,25 143:23 144:2 145:9,13 146:5,
18 147:7,13 148:13 152:6,11 157:7,
13,24 159:2,10 161:3 162:13 164:7,
11,14 165:5,7,10,12,16,18,20,23
166:14 167:5,6 172:21 173:10,16,
21 174:10,22 182:4,5,18 185:15

**V**

**vacation** [8] 109:2,4,6,8,15,20
**various** [1] 133:6
**verify** [1] 133:10
**versus** [2] 135:25 150:14
**via** [1] 77:23
**viable** [1] 160:3
**view** [1] 78:12
**village** [1] 4:13
**visit** [1] 175:12
**visitation** [5] 74:23 75:3,11
**visiting** [1] 70:14
**vivian** [1] 70:13
**voice** [2] 85:16,21

**W**

**wages** [1] 178:4
**wait** [4] 97:24 98:2,7 175:3
**waiting** [7] 112:13 113:10 119:7,8
138:19 162:13 176:2
**waived** [1] 3:10
**walk** [1] 75:13
**walking** [3] 29:5 97:15
**wall** [2] 55:22 56:2
**wanted** [7] 115:15 117:9,19 119:10
133:10 155:22 160:11
**wants** [1] 111:16
**warned** [2] 62:13 68:17
**warranted** [1] 114:21
**watch** [2] 175:12 189:3
**way** [14] 33:13 52:24 55:17,19 56:3
58:13 64:25 98:4,5,9 115:18 161:
21 162:10 194:15
**ways** [1] 162:16
**web** [18] 77:17,19,23 78:4 79:7,8,18,
19 88:25 89:14 90:19 91:17,24 98:
17 104:3 114:13 122:19 138:8
**week** [8] 24:22 35:13 69:5,6,7 163:
24 164:4 168:6
**weeks** [10] 24:22 35:13 110:9 115:4

119:6,9,14,17 120:3 141:18
**whatever** [4] 111:15 173:15 175:20
180:6
**whereof** [1] 194:17
**whereupon** [3] 13:16 20:3 47:25
57:13 76:21 87:21 99:16 112:23
115:24 118:5 121:12 123:23 127:
10 129:11 135:19 140:14 144:5,12
145:18 150:7 159:14 172:3 189:9
**whether** [2] 22:6 90:15
**white** [4] 50:2,5,16 51:3
**whole** [1] 180:23
**will** [43] 5:4 13:14 17:10 23:2,5,6 38:
5 49:21 52:22,25 53:2 57:22 66:5
84:15 85:2,19 86:16 89:8 91:19 93:
9 98:14 100:3 105:20 113:11 120:20
20 129:9 130:20,25 137:3,5,9,15,23
145:16 149:16,18 160:12 177:13,16
178:2,19 182:25
**william** [7] 145:25 184:14
**wish** [2] 138:10,14
**withdraw** [4] 137:3,5 142:19,23
**withdrawal** [5] 11:5,17 142:22
143:17 148:8 164:2 185:7
**withdrawing** [2] 137:25 168:2
**withdrawn** [10] 11:11 139:3,5,11,
12 140:8 141:10,21 143:22 145:4
152:9,17 153:9 165:11,16,19 168:
15 173:2 174:15
**withdrew** [1] 144:2
**withheld** [1] 55:5
**within** [9] 3:8,18 24:22 119:16 120:
3 168:6 169:5 194:7,11
**without** [1] 163:24
**witness** [6] 4:3 88:5 99:24 189:4
192:3 194:17
**witness(es** [2] 194:9,12
**word** [1] 42:5
**words** [1] 55:21
**work** [7] 63:7 72:17 126:20 153:21
168:18 178:11 186:11
**worked** [2] 10:15 72:24
**working** [6] 6:19 75:15,18 178:7
190:13,14
**works** [2] 25:2 30:5
**worth** [2] 40:10 74:24
**write** [9] 89:20 95:2,23 97:9 102:5
148:11,15,17 174:6
**write-up** [7] 94:22,23 95:9,11 103:5
110:12 115:4
**write-ups** [7] 95:4 103:4,10,12,14
104:8,14
**writing** [8] 14:25 23:7 38:7 97:18
101:21 102:2 149:17 183:3
**written** [8] 27:14 31:25 32:3 42:21
72:7 101:23,24 102:8 124:11
**wrongfully** [1] 139:3
**wrongly** [2] 121:25 151:8
**wrote** [4] 97:12 103:12 118:14 174:
8

**Y**

**year** [3] 8:5 9:23 104:6
**years** [7] 4:17 6:4 7:4,6 9:10,20 112:
5

**york** [21] 1:16,17 4:4,13 8:8,15,19 9:
18,20,25 10:15,19 69:3 80:4,5,10
177:2,3 188:19 194:3,7

york - york