

# CULLENandDYKMANLLP

**JENNIFER A. McLAUGHLIN**
PARTNER
Direct: 516-357-3713
Direct Fax: 516-296-9155
E-mail: JMcLaughlin@cullenanddykman.com

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone (516) 357-3700 • Facsimile (516) 357-3792

October 12, 2011

**Via ECF**
Clerk
United States Court of Appeals
Second Circuit
U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    Anand Dasrath v. Ross University School of Medicine
            Docket No: 11-2531-cv

Dear Clerk:

This firm represents the Defendant-Appellee Ross University School of Medicine in the above appeal. I write pursuant to Local Rule 31.2 to respectfully request a deadline for its brief through and including January 5, 2012, which is within 91 days after the October 7, 2011 filing of the Appellants' brief.

Your courtesies are appreciated.

Respectfully yours,

Jennifer A. McLaughlin

JAM:ms

cc: Arnold E. DiJoseph

*Founded 1850*

BROOKLYN      LONG ISLAND      MANHATTAN      WASHINGTON, D.C.      NEW JERSEY