# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 13th day of October, two thousand and eleven,

_____

| | |
|---|---|
| Anand Dasrath, | **ORDER** |
| | Docket Number: 11-2531 |
| Plaintiff - Appellant, | |
| | |
| v. | |
| | |
| Ross University School of Medicine, | |
| | |
| Defendant - Appellee. | |

_____

      Appellee has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting January 5, 2012 as the brief filing date.

      The scheduling notification hereby is so ordered.

> For The Court:
>
> Catherine O'Hagan Wolfe,
> Clerk of Court

