# United States Court of Appeals for the Second Circuit
## Thurgood Marshall U.S. Courthouse
## 40 Foley Square
## New York, NY 10007

**DENNIS JACOBS**  
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**  
**CLERK OF COURT**

Date: June 18, 2012  
Docket #: 11-2531cv  
Short Title: Dasrath v. Ross University School of Medi

DC Docket #: 07-cv-2433  
DC Court: EDNY (BROOKLYN)  
DC Judge: Reyes  
Amon

## NOTICE OF SUBMISSION DATE
## FOR DETERMINATION OF APPEAL

**Submission Date/Time:** Thursday, August 23, 2012 at 2:00 p.m.  
**Location:** Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY, 9th Floor Ceremonial Courtroom

A motion or stipulation to withdraw with or without prejudice must be filed within 3 business days of argument. The Court will consider the motion or stipulation at the time of argument, and counsel's appearance is required with counsel prepared to argue the merits of the case. If a stipulation to withdraw with prejudice is based on a final settlement of the case, the fully-executed settlement must be reported immediately to the Calendar Team, and a copy of it must be attached to the stipulation

Inquiries regarding this case may be directed to 212-857-8595.