United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

| | |
|---|---|
| **DENNIS JACOBS**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: September 04, 2012  
Docket #: 11-2531cv  
Short Title: Dasrath v. Ross University School of Medi

DC Docket #: 07-cv-2433  
DC Court: EDNY (BROOKLYN)  
DC Judge: Reyes  
Amon

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8512.